Kenneth W. Harper
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA 98902
509-575-0313
Attorneys for Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Firs Home Owners Association,

Plaintiff,

v.

City of SeaTac, a Municipal Corporation,

Defendant.

NO. 2:19-cv-01130

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant City of SeaTac ("defendant") responds to plaintiff's complaint as follows:

## I. Parties

1.1. Answering paragraph 1.1 of the complaint, defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth therein, and therefore denies the same. Answering footnote no. 1 to paragraph 1.1 of the complaint, defendant admits only to the existence of legal authority, including *Havens Realty Corp. v. Coleman*, 455

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 1

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

U.S. 363 (1982), which speaks for itself, and denies each and every other allegation of said footnote.

1.2. Answering paragraph 1.2 of the complaint, defendant admits the same.

## II. Jurisdiction and Venue

2.1. Answering paragraph 2.1 of the complaint, defendant avers that the United States District Court for the Western District of Washington has original jurisdiction over claims alleged by the plaintiff pursuant to 28 U.S.C. § 1331.

2.2. Answering paragraph 2.2 of the complaint, defendant avers that the United States District Court for the Western District of Washington is an appropriate venue because the defendant is located in and conducts its business in King County, Washington.

## III. Statutory Compliance

3.1. Answering paragraph 3.1 of the complaint, defendant admits the same.

## IV. Facts

4.1. Answering paragraph 4.1 of the complaint, defendant admits only that Spanish is the primary language spoken by some adult heads of households

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 2

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

located within the Firs Mobile Home Park. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegation that Spanish is the primary language spoken by most or all adult heads of households located within the Firs Mobile Home Park, and therefore denies the same.

4.2. Answering paragraph 4.2 of the complaint, defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth therein, and therefore denies the same.

4.3. Answering paragraph 4.3 of the complaint, defendant admit only that Fife Motel Inc. owns the Firs Mobile Home Park and delivered a letter written in English to all 66 tenants of the Firs Mobile Home Park, which letter speaks for itself, and denies each and every other allegation of said paragraph.

4.4. Answering the first sentence of paragraph 4.4 of the complaint, defendant admits the same. Answering the second sentence of paragraph 4.4 of the complaint, defendant is without information or knowledge sufficient to form a belief whether it appeared to the plaintiff that it required Fife Motel Inc. to provide "certified translations and interpreters through the housing relocation process," and therefore denies the same.

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 3

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

4.5. Answering the first sentence of paragraph 4.5 of the complaint, defendant admits only that the owner sent an English-language letter to residents of the Firs Mobile Home Park dated on or about July 7, 2016, which letter speaks for itself, and denies each and every other allegation of said sentence. Answering the second sentence of paragraph 4.5 of the complaint, defendant admits only to the existence of municipal ordinances, including Section 15.465.600 of the SeaTac Municipal Code, which speaks for itself, and denies each and every other allegation of said sentence. Answering the third sentence of paragraph 4.5 of the complaint, defendant admits only that Steve Pilcher attended July 11, 2016, meeting and denies each and every other allegation of said sentence.

4.6. Answering the first sentence of paragraph 4.6 of the complaint, defendant admits issuing a State Environmental Policy Act (SEPA) threshold determination of non-significance on July 22, 2016, which speaks for itself, and denies each and every other allegation of said sentence. Answering the second sentence of paragraph 4.6 of the complaint, defendant denies the same.

4.7. Answering paragraph 4.7 of the complaint, defendant admits the same.

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 4

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

4.8. Answering the first sentence of paragraph 4.8 of the complaint, defendant denies the same. Answering the second sentence of paragraph 4.8 of the complaint, defendant denies the same.

4.10. Answering paragraph 4.10 of the complaint, defendant admits the same.

4.11. Answering the first sentence of paragraph 4.11 of the complaint, defendant admits the same. Answering the second sentence of paragraph 4.11 of the complaint, defendant denies that it "failed" to provide the relocation approval letter in Spanish, denies that it "failed" to provide residents with information in Spanish about their appeal rights, and further denies that it had any obligation or duty to do either.

4.12. Answering paragraph 4.12 of the complaint, defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth therein, and therefore denies the same.

4.13. Answering paragraph 4.13 of the complaint, defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth therein, and therefore denies the same.

4.14. Answering the first sentence of paragraph 4.14 of the complaint, defendant admits only that individuals who purported to be residents of the Firs

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

Mobile Home Park spoke at the October 25, 2016, regular council meeting of the City of SeaTac City Council on October 25, 2016, that their comments speak for themselves, and denies each and every other allegation of said sentence. Answering the second sentence of paragraph 4.14 of the complaint, defendant denies that it "refused" to extend the appeal deadline, and is without information or knowledge sufficient to form a belief as to whether "many" of the families received or did not receive notice of the approval of the relocation plan until on or about October 25, 2016, and therefore denies the same.

4.15. Answering the first sentence of paragraph 4.15 of the complaint, defendant admits only that members of the SeaTac City Council spoke at the October 25, 2016, regular council meeting and is without information or knowledge sufficient to form a belief as to whether residents of the Firs considered comments made by members of the SeaTac City Council to be discriminatory, and therefore denies the same. Answering the second sentence of paragraph 4.15 of the complaint, defendant admits only that it did not provide certified Spanish-language interpreters at the October 25, 2016, regular council meeting and denies that it had any obligation or duty to do so.

4.16. Answering paragraph 4.16 of the complaint, defendant admits only the existence of email correspondence from Joseph Scorcio to Monica

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 6

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

Mendoza-Castrejon dated October 30, 2016, which speaks for itself, and denies each and every other allegation of said paragraph.

4.17. Answering paragraph 4.17 of the complaint, defendant admits the same.

4.18. Answering paragraph 4.18 of the complaint, defendant denies the same.

4.19. Answering paragraph 4.19 of the complaint, defendant admits the same.

4.20. Answering paragraph 4.20 of the complaint, defendant denies the same.

4.21. Answering paragraph 4.21 of the complaint, defendant denies the same.

4.22. Answering paragraph 4.22 of the complaint, defendant denies that a special council meeting occurred on December 13, 2017. With the understanding that the plaintiff intended to reference a special council meeting on December 12, 2017, defendant answers as follows: Answering the first sentence of paragraph 4.22 of the complaint, defendant admits only that then-Mayor Siefkes spoke at the December 12, 2017, meeting of the SeaTac City Council, and that his comments speak for themselves, and denies the plaintiff's

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 7

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

characterization of said comments. Answering the second sentence of said paragraph, defendant denies the same.

4.23. Answering paragraph 4.23 of the complaint, defendant admits only to the existence of an oral ruling by King County Superior Court Judge LeRoy McCullough on June 7, 2018, which speaks for itself.

4.24. Answering paragraph 4.24 of the complaint, the term "pre-litigation tort claim" is not defined. With the understanding that the plaintiff intended to reference a "standard tort claim form" as referenced in paragraph 3.1 of the complaint, defendant admits that the plaintiff filed said form with defendant City of SeaTac on February 13, 2019, which form speaks for itself as to content, and denies each and every other allegation of said paragraph.

## V. Causes of Action

5.1. Defendant reasserts and incorporates by reference the foregoing paragraphs.

5.2. Answering paragraph 5.2 of the complaint, defendant denies the same.

5.3. Answering paragraph 5.3 of the complaint, said paragraph contains general statements of law to which no response is required. To the extent a response is required, Washington law, including Ch. 49.60 RCW,

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 8

speaks for itself. To the extent said paragraph contains allegations directed at defendant, defendant denies the same, and more specifically denies that it has acted in any manner inconsistent with applicable law, including Ch. 49.60 RCW.

5.4. Answering paragraph 5.4 of the complaint, said paragraph contains general statements of law to which no response is required. To the extent a response is required, Washington law, including Ch. 2.43 RCW, speaks for itself. To the extent said paragraph contains allegations directed at defendant, defendant denies the same, and more specifically denies that it has acted in any manner inconsistent with applicable law, including Ch. 2.43 RCW.

5.5. Answering sentences 1-4 of paragraph 5.5 of the complaint, said paragraph contains general descriptions of law to which no response is required. To the extent a response is required, the SeaTac Municipal Code, including Section 15.465.600, speaks for itself. Defendant denies that RCW 15.465.600(H) outlines a "mobile home park relocation planning process," as alleged in paragraph 5.5 of the complaint. Answering the fifth sentence of paragraph 5.5 of the complaint, defendant admits only to oral statements made by the trial court, which speak for themselves, and denies that the King County

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 9

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

Superior Court issued a written order relating to the manner in which notices were to be provided.

5.6. Answering the first sentence of paragraph 5.6 of the complaint, defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth therein, and therefore denies the same. Answering the second sentence of paragraph 5.6 of the complaint, defendant denies the same.

5.7. Answering paragraph 5.7 of the complaint, defendant admits only that it must comply with federal law, denies plaintiff's characterization of federal law, and further denies that it failed to comply with federal law in any manner relating to the plaintiff's allegations in this lawsuit. Answering footnote no. 2 of paragraph 5.7 of the complaint, defendant admits only that the Consortium website speaks for itself and denies each and every other allegation of said footnote.

5.8. Answering the first sentence of paragraph 5.8 of the complaint, said sentence contains general statements of law to which no response is required. To the extent a response is required, Title IV of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq., speaks for itself. To the extent said

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 10

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

sentence is directed at defendant, defendant denies the same. Answering the second sentence of paragraph 5.8 of the complaint, defendant denies the same.

5.9. Answering paragraph 5.9 of the complaint, defendant denies the same.

5.10. Answering paragraph 5.10 of the complaint, defendant denies the same.

5.11. Answering the first sentence of paragraph 5.11 of the complaint, defendant admits that it paid to re-translate the Relocation Plan. Answering each and every other allegation of said paragraph, defendant denies the same.

5.12. Answering paragraph 5.12 of the complaint, said paragraph contains general statements of law to which no response from defendant is required. To the extent a response is required, Washington law, including Ch. 49.60 RCW, speaks for itself. Defendant further denies that it has interfered with the plaintiff's right to obtain or enjoy a dwelling without discrimination.

5.13. Answering the first sentence of paragraph 5.13 of the complaint, defendant denies the same. Answering the second, third and fourth sentence of said paragraph, said sentences contain general statements of law to which no response is required. To the extent a response is required, the federal Fair Housing Act speaks for itself as to purpose and content. To the extent any

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 11

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

statements in the second, third and fourth sentences of paragraph 5.13 of the complaint are directed at the defendant, defendant denies that it has acted in any manner inconsistent with the federal Fair Housing Act.

5.14. Answering paragraph 5.14 of the complaint, said paragraph contains general statements of law to which no response from defendant is required. To the extent a response is required, federal law, including 42 U.S.C. § 3608(d), speaks for itself. Defendant further denies that it has acted in any manner inconsistent with the federal Fair Housing Act.

5.15. Answering paragraph 5.15 of the complaint, said paragraph contains general statements of law to which no response from defendant is required. To the extent a response is required, federal law and regulation, including 24 C.F.R. § 100.500, speaks for itself. Defendant further denies that it has acted in any manner inconsistent with the federal Fair Housing Act or regulations promulgated thereunder.

5.16. Answering paragraph 5.16 of the complaint, defendant admits only that defendant is among King County's most diverse cities. In answer to demographic data referenced in paragraph 5.16 of the complaint, defendant is without information or knowledge sufficient to form a belief as to the accuracy of said data, and therefore denies the same.

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 12

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

5.17. Answering the first and second sentences of paragraph 5.17 of the complaint, defendant admits to adopting Comprehensive Land Use Plans in 2015 and 2017, which speak for themselves. Answering the third sentence of paragraph 5.17 of the complaint, defendant denies the same.

## VI. Relief

6.1. Answering paragraph 6.1 of the complaint, defendant denies the same.

## VII. Plaintiff's Request for Damages

7.1. Answering paragraph 7.1 of the complaint, including all subparts thereto, defendant denies the same, and further denies that plaintiff is entitled to any of the relief sought therein.

7.2. Except to the extent specifically admitted above, defendant denies all remaining allegations of the complaint.

## VIII. Affirmative Defenses

By way of further answer and its first affirmative defenses, defendant City of SeaTac alleges as follows:

1. Plaintiff has failed to state a claim upon which relief can be granted.

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 13

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

2. Plaintiff's claims are barred in whole or in part by justification, privilege, and or legislative immunity and/or other forms of immunity in favor of defendant's actions in furtherance of its rights and obligations under the law, and plaintiff's claims are contrary to public policy.

3. Some or all of plaintiff's claims are barred by res judicata or collateral estoppel (claim and/or issue preclusion).

4. Plaintiff lacks standing.

5. Some or all of plaintiff's claims are barred under the doctrines of laches, waiver, or unclean hands.

6. Plaintiff's claims are barred by applicable statutory definitions in the laws upon which plaintiff's claims are based because the complained-of allegations are not within the scope of said statutes.

7. Plaintiff's claims are barred under *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973), and its progeny because defendant possesses legitimate non-discriminatory grounds for all actions challenged by plaintiff herein.

8. Plaintiff's claims are barred because they arise out of improper claim splitting, circuity of action, and the prior pending action styled *Medina et*

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 14

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

*al. v. City of SeaTac et al.*, King County Superior Court case number 17-2-07094-7 KNT.

## IX. Prayer for Relief

WHEREFORE, defendant having fully answered plaintiff's complaint and having asserted its affirmative defenses, prays as follows:

1. For dismissal of plaintiff's complaint with prejudice;

2. For an award of all reasonable costs and reasonable attorneys' fees incurred herein as may be recovered by applicable law;

3. For such other and further relief as the Court deems just and equitable.

DATED THIS 23rd day of July, 2019.

> s/ KENNETH W. HARPER
> WSBA #25578
> Menke Jackson Beyer, LLP
> *Attorneys for Defendant*
> 807 North 39th Avenue
> Yakima, Washington 98902
> Telephone: (509) 575-0313
> Fax: (509) 575-0351
> Email: kharper@mjbe.com

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 15

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| V. Omar Barraza | omar@barrazalaw.com |
| Christina L. Henry | chenry@hdm-legal.com |
| Ms. Mary E. Mirante Bartolo | mmbartolo@seatacwa.gov |
| Mr. Mark S. Johnsen | mjohnsen@seatacwa.gov |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/ KENNETH W. HARPER
WSBA #25578
Menke Jackson Beyer, LLP
*Attorneys for Defendant*
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com

DEFENDANT'S ANSWER
AND AFFIRMATIVE DEFENSES - 16