Kenneth W. Harper
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA 98902
509-575-0313
Attorneys for Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Firs Home Owners Association,<br><br>Plaintiff,<br><br>v.<br><br>City of SeaTac, a Municipal Corporation,<br><br>Defendant. | NO. 2:19-cv-01130<br><br>**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION OR FORUM** |

Under LCR 3(h), defendant City of SeaTac notifies this Court that this action is related to a pending action styled *Medina, et al. v. City of SeaTac, et al.*, King County Superior Court case number 17-2-07094-7 KNT.

Plaintiff's complaint raises legal and factual issues that are related to issues raised in *Medina*. *Medina* is a matter arising under Washington's Land Use Petition Act, Ch. 36.70C RCW ("LUPA").

Coordination between these two actions would conserve resources and promote an efficient determination of this case. Appropriate coordination

DEFENDANT'S NOTICE OF
PENDENCY OF OTHER ACTION - 1

would likely be a stay of this action, including with respect to disclosures and discovery, until a final judgment is entered in *Medina*. A copy of the complaint and the state trial court's rulings in *Medina* dated September 19, 2018, and June 18, 2019, are appended to this notice.

DATED THIS 30th day of July, 2019.

        s/ KENNETH W. HARPER
        WSBA #25578
        Menke Jackson Beyer, LLP
        *Attorneys for Defendant*
        807 North 39th Avenue
        Yakima, Washington 98902
        Telephone: (509) 575-0313
        Fax: (509) 575-0351
        Email: kharper@mjbe.com

DEFENDANT'S NOTICE OF
PENDENCY OF OTHER ACTION - 2

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| V. Omar Barraza | omar@barrazalaw.com |
| Christina L. Henry | chenry@hdm-legal.com |
| Ms. Mary E. Mirante Bartolo | mmbartolo@seatacwa.gov |
| Mr. Mark S. Johnsen | mjohnsen@seatacwa.gov |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/ KENNETH W. HARPER
WSBA #25578
Menke Jackson Beyer, LLP
*Attorneys for Defendant*
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com

DEFENDANT'S NOTICE OF
PENDENCY OF OTHER ACTION - 3

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351