UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRS HOME OWNERS ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SEATAC,<br><br>    Defendant. | NO. C19-1130RSL<br><br>ORDER NOTING MOTION ON THE COURT'S CALENDAR |

This matter comes before the Court on "Defendant's Notice of Pendency of Other Action in Another Jurisdiction or Forum." Dkt. # 6. The notice contains a request that the Court stay the above-captioned matter until a land use petition plaintiff previously filed in King County Superior Court is resolved. The Clerk of Court is directed to note defendant's notice and request for a stay on the Court's calendar for consideration on Friday, August 16, 2019.

Dated this 31st day of July, 2019.

                                              Robert S. Lasnik
                                              United States District Judge

ORDER NOTING MOTION ON
THE COURT'S CALENDAR - 1