FIRS HOME OWNERS ASSOCIATION,

        Plaintiff,

        v.

CITY OF SEATAC,

        Defendant.

NO. C19-1130RSL

ORDER

      This matter comes before the Court on "Defendant's Notice of Pendency of Other Action in Another Jurisdiction or Forum." Dkt. # 6. Because the notice suggested that a stay of the above-captioned matter would be appropriate in order to conserve resources and promote the efficient determination of this action, plaintiffs were given an opportunity to respond. Plaintiff opposes the stay, correctly pointing out that defendant has not shown how the land use proceedings will bear on this case or which abstention doctrine applies. In reply, defendant notes that it was simply complying with requirements of LCR 3(h) and has not actually moved for a stay, despite its suggestion in the notice.

//

ORDER - 1

In light of the fact that neither party seeks a stay of the above-captioned matter, the Court will not exercise its broad discretion to phase the proceedings.

DATED this 27th day of August, 2019.


Robert S. Lasnik
United States District Judge

ORDER - 2