UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FIRS HOME OWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATAC, a Municipal Corporation,<br><br>Defendant. | No. 2:19-cv-01130-RSL<br><br>DECLARATION OF VICENTE OMAR BARRAZA IN SUPPORT OF MOTION TO EXTEND TIME |

I, Vicente Omar Barraza, declare as follows:

I am one of the attorneys for the Firs Home Owners Association (the "Association"). I have personal knowledge of the facts as stated herein and if called upon to testify to the truth thereof, I could and would do so.

The original complaint, filed in State court, deliberately omitted federal causes of action in reliance on the City's assertions that the City was not receiving any direct or indirect federal financial assistance. Indeed, the City of SeaTac submitted Supplemental Briefing submitted to the Hearing Examiner (which became part of the record in *Medina, et. al, v; City of SeaTac, et. al*, King County Superior Court case number 17-2-07094-7 KNT) claiming: "The City is not

BARRAZA DECLARATION IN SUPPORT OF MOTION
TO EXTEND TIME - 1
(No. C19-1130RSL)

**BARRAZA LAW PLLC**
10728 16TH AVE SW SEATTLE WA 98146
206-933-7861 phone 206-933-7863 fax

subject to the Limited English Proficiency (LEP) requirement under Title VI because the City is not receiving any direct or indirect Federal Financial Assistance." *See* Dkt 22-1.

On September 6, 2019, the King County Department of Community and Human Services provided documents responsive to a public information request which indicated that the City of SeaTac received federal funds. The information from the King County Department of Community and Human Services has been incorporated into federal claims we pleaded in the proposed amended complaint included as an exhibit to the Motion to Amend filed on October 14, 2019. *See* Dkt 22-2.

The City of SeaTac served discovery on the Plaintiff on September 26, 2019, the same day that it filed its motion to dismiss.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of October 2019 at Seattle, Washington.

*/s/ V. Omar Barraza*
V. Omar Barraza, WSBA # 43589
10728 16th Ave SW
Seattle, WA 98146
omar@barrazalaw.com
Tel.: (206) 933-7861
Fax.: (206) 933-7863

BARRAZA DECLARATION IN SUPPORT OF MOTION
TO EXTEND TIME - 2
(No. C19-1130RSL)

**BARRAZA LAW PLLC**
10728 16TH AVE SW SEATTLE WA 98146
206-933-7861 phone 206-933-7863 fax

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Kenneth W Harper, WSBA 25578<br>MENKE JACKSON BEYER LLP<br>807 N 39th Ave<br>Yakima, WA 98902<br>509-575-0313<br>kharper@mjbe.com | Quinn N Plant, WSBA 31339<br>MENKE JACKSON BEYER LLP<br>807 N 39th Ave<br>Yakima, WA 98902<br>509-575-0313<br>qplant@mjbe.com |
| Mark Sterling Johnsen<br>CITY OF SEATAC<br>4800 S. 188th Street<br>SeaTac, WA 98188-8605<br>425-255-8678<br>425-255-8678 (fax)<br>mjohnsen@ci.seatac.wa.us | Mary Elizabeth Mirante Bartolo<br>CITY OF SEATAC<br>4800 S. 188th Street<br>SeaTac, WA 98188-8605<br>(206) 973-4640<br>(206) 838-7223 (fax)<br>mmbartolo@ci.seatac.wa.us |

*Attorneys for Defendant*
*City of SeaTac*

DATED October 17, 2019, at Seattle, Washington.

*s/ Vicente Omar Barraza*
Vicente Omar Barraza, WSBA #43589

BARRAZA DECLARATION IN SUPPORT OF MOTION
TO EXTEND TIME - 3
(No. C19-1130RSL)

**BARRAZA LAW PLLC**
10728 16TH AVE SW SEATTLE WA 98146
206-933-7861 phone 206-933-7863 fax