1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9

FIRS HOME OWNERS ASSOCIATION,

No. 2:19-cv-01130-RSL

**Plaintiff,**

10

**STIPULATION TO AMEND
COMPLAINT**

11

v.

12

CITY OF SEATAC, a Municipal
Corporation,

13

14

Defendant.

15

16

17

The parties in the above-captioned action, through their attorneys of record, respectfully

18

submit this stipulation to amend the Plaintiff's Complaint and confirm that the First Amended

19

Complaint filed on October 21, 2019 at Dkt. 25 shall constitute the operative complaint of

20

record.

21

*/s/ Christina L. Henry*
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
Counsel for Plaintiffs
787 Maynard Ave S
Seattle, WA 98104
206-330-0595 / Fax 206-400-7609
chenry@hdm-legal.com

*/s/ Vicente Omar Barraza*
Vicente Omar Barraza, WSBA 43589
BARRAZA LAW, PLLC
Counsel for Plaintiffs
10728 16th Ave SW
Seattle, WA 98146
206-933-7861 / Fax 206-933-7863
omar@barrazalaw.com

22

23

24

25

26

STIPULATION TO AMEND COMPLAINT
No. 2:19-cv-01130-RSL - 1

1  /s/ Brendan W. Donckers

   Brendan Wesley Donckers, WSBA 39406
2  BRESKIN JOHNSON & TOWNSEND PLLC
   1000 Second Avenue, Suite 3670
3  Seattle, WA 98104
   206-652-8660 / 206-652-8290 (fax)
4  bdonckers@bjtlegal.com

5

6
   /s/ per email authorization October 23, 2019     /s/ per email authorization October 23, 2019
7  Kenneth W Harper, WSBA 25578                      Quinn N Plant, WSBA 31339
   MENKE JACKSON BEYER LLP                           MENKE JACKSON BEYER LLP
8  807 N 39th Ave                                    807 N 39th Ave
   Yakima, WA 98902                                  Yakima, WA 98902
9  509-575-0313                                      509-575-0313
   kharper@mjbe.com                                  qplant@mjbe.com
10

11 /s/ per email authorization October 23, 2019     /s/ per email authorization October 23, 2019
   Mark Sterling Johnsen                             Mary Elizabeth Mirante Bartolo
12 CITY OF SEATAC                                    CITY OF SEATAC
   4800 S. 188th Street                              4800 S. 188th Street
13 SeaTac, WA 98188-8605                             SeaTac, WA 98188-8605
   425-255-8678                                      (206) 973-4640
14 425-255-8678 (fax)                                (206) 838-7223 (fax)
   mjohnsen@ci.seatac.wa.us                          mmbartolo@ci.seatac.wa.us
15

16

17 It is so ordered.

18 DATED: October 25, 2019.

19

20                                    HONORABLE ROBERT J. LASNIK
                                      United States District Court Judge for the
21                                    Western District of Washington

22

23

24

25

26

STIPULATION TO AMEND COMPLAINT                        Barraza Law PLLC
No. 2:19-cv-01130-RSL - 2                             10728 16th Ave SW
                                                      Seattle, WA 98146
                                                      206-933-7861