Kenneth W. Harper
Quinn N. Plant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA  98902
509-575-0313
Attorneys for Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Firs Home Owners Association,<br><br>  Plaintiff,<br><br>v.<br><br>City of SeaTac, a Municipal Corporation,<br><br>  Defendant. | NO.  2:19-cv-01130-RSL<br><br>DEFENDANT'S MOTION TO MOVE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES<br><br>NOTE ON MOTION CALENDAR: DEC. 13, 2019 |

## I.   MOTION

Defendant City of SeaTac hereby moves this Court for an order striking the December 13, 2019, hearing date on plaintiff's motion to strike defendant's affirmative defenses (Dkt. #42) and re-noting the hearing for an appropriate date in January 2020.  This motion is submitted pursuant to LCR 7(l).

## II.   FACTUAL BACKGROUND

Plaintiff (herein "HOA") initiated this lawsuit by filing a complaint in King County Superior Court on July 3, 2019.  (Dkt. #1-2).  Defendant (herein "City") subsequently removed the lawsuit to federal court.  (Dkt. #1).

DEFENDANT'S MOTION TO MOVE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES – NO. 2:19-cv-01130-RSL -   1

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

The City filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) on September 26, 2019. (Dkt. # 17).  That same day, the City served a first set of discovery on the HOA. (Dkt. #45-1).  The discovery was keyed to the allegations in the complaint. (Dkt. #45, ¶ 2).

The HOA subsequently moved to amend its complaint. (Dkt #21).  The City consented to the amendment and also withdrew its pending discovery requests. (Dkt. #45-2).  On October 21, 2019, the HOA filed its first amended complaint. (Dkt. #25).

Having withdrawn the discovery propounded on September 26, 2019, the City served another set of discovery on the plaintiff. (Dkt. #45-3).  The discovery was keyed to the allegations in the first amended complaint. (Dkt. #45, ¶ 4).  Many of the discovery requests are similar or identical to requests served on the HOA in September 2019 and subsequently withdrawn.  (*Id.*).  The plaintiff's answers to the pending discovery will become due on December 4, 2019.  (*Id.*).

On October 31, 2019, the City filed a motion to dismiss the first amended complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. #36).  The motion was noted for hearing on September 22, 2019. (*Id.*).  The City has also answered the HOA's first amended complaint. (Dkt. #37).

On November 22, 2019, the HOA filed a motion to strike the City's affirmative defenses. (Dkt. #42).  The motion is noted for hearing on December 13, 2019. (*Id.*).

On November 26, 2019, the City asked the HOA to postpone the hearing on its motion to strike the City's affirmative defenses until January. (Dkt. #45-4).  The City argued this was

DEFENDANT'S MOTION TO MOVE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES – NO. 2:19-cv-01130-RSL -   2

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

appropriate because a ruling by the Court on the pending motion to dismiss (Dkt. #36) may moot some or all of the motion. (Dkt. #45-4). The City also explained that it anticipated moving to amend its answer after it has an opportunity to review the HOA's discovery answers in early December. (*Id.*). The HOA has not agreed to move the hearing date. (Dkt. #45, ¶ 8).

### III. ARGUMENT

The City's motion is submitted in the interest of judicial economy. Local Court Rule 7(l) authorized the Court to renote a pending motion for "other reasons." There are good reasons for doing so here.

First, a motion to dismiss the first amended complaint has been filed with the Court and is awaiting adjudication. (Dkt. #36). A ruling in favor of the City on that motion will moot the HOA's motion to strike the City's affirmative defenses entirely.

In addition, the City anticipates moving to amend its affirmative defenses after it has reviewed the HOA's discovery responses, which are due the first week of December 2019. (Dkt. #45, ¶ 5). Given that a motion by the City to amend its affirmative defenses must be noted for the third Friday after it is filed, LCR 7(d)(3), the soonest the City's motion to amend its affirmative defenses could be noted for hearing is December 20, 2019, and more realistically December 27, 2019. (*Id.*, ¶ 5).

Under these circumstances, it makes little sense to adjudicate the HOA's motion to strike the City's affirmative defenses on December 13, 2019. Even if the HOA succeeds in striking some or all of the affirmative defenses as presently alleged, the City will amend its affirmative defenses. *See Employee Painters' Trust v. Pacific Northwest Contractors, Inc.*, 2013 WL

DEFENDANT'S MOTION TO MOVE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES – NO. 2:19-cv-01130-RSL -  3

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

1774628 at *3 (W.D. Wash. April 25, 2013) ("Unless it would prejudice the opposing party, courts freely grant leave to amend stricken pleadings.").

In the interest of judicial economy, adjudication of the HOA's motion to strike the City's affirmative defenses should (1) occur after the Court rules on the pending motion to dismiss, and (2) be noted for a later date so that the City may review the HOA's discovery responses and move to amend its affirmative defenses.

### III.   CONCLUSION

For the foregoing reasons, the Court should strike the December 13, 2019, hearing on the HOA's motion to strike the City's affirmative defenses (Dkt. #42) and re-note that motion for hearing for a later date in January 2020.

DATED THIS 27st day of November, 2019.

> s/ KENNETH W. HARPER
> WSBA #25578
> s/ QUINN N. PLANT
> WSBA # 31339
> Menke Jackson Beyer, LLP
> *Attorneys for Defendant*
> 807 North 39th Avenue
> Yakima, Washington 98902
> Telephone: (509) 575-0313
> Fax: (509) 575-0351
> Email: kharper@mjbe.com

DEFENDANT'S MOTION TO MOVE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES – NO. 2:19-cv-01130-RSL - 4

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| V. Omar Barraza | omar@barrazalaw.com |
| Christina L. Henry | chenry@hdm-legal.com |
| Ms. Mary E. Mirante Bartolo | mmbartolo@seatacwa.gov |
| Mr. Mark S. Johnsen | mjohnsen@seatacwa.gov |
| Mr. Brendan W. Donckers | bdonckers@bjtlegal.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/ KENNETH W. HARPER
WSBA #25578
Menke Jackson Beyer, LLP
*Attorneys for Defendant*
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com

DEFENDANT'S MOTION TO MOVE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES – NO. 2:19-cv-01130-RSL -  5

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351