UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FIRS HOME OWNERS ASSOCIATION,

    Plaintiff,

    v.

CITY OF SEATAC,

    Defendant.

NO. C19-1130RSL

ORDER DENYING MOTION TO RENOTE CHALLENGE TO AFFIRMATIVE DEFENSES

This matter comes before the Court on "Defendant's Motion to Move Hearing Date on Plaintiff's Motion to Strike Affirmative Defenses." Dkt. # 44. Defendant filed a motion to dismiss on October 31, 2019, and argues that it would be more efficient if plaintiff's later-filed motion to strike were considered after the motion to dismiss is resolved. Plaintiff refused to renote its motion.

While the Court has discretion to renote pending motions under LCR 7(l), it declines to do so here. Defendant argues that, if its motion to dismiss is successful, there will be no need to consider the viability of its affirmative defenses, and the Court should therefore refrain from hearing plaintiff's motion at this point in the litigation. The same argument could be made whenever a dispositive motion is filed, however, and yet neither the federal or local rules of civil procedure provide for an automatic stay/continuance simply because defendant hopes to resolve

ORDER - 1

the litigation through motion practice. Defendant also argues that "it makes little sense to adjudicate [plaintiff's] motion to strike" because, even if successful, defendant would seek leave to amend the affirmative defenses. If defendant's current defenses are defective, they should be stricken early in the litigation so that discovery efforts are properly directed. The fact that defendant might move to amend its pleadings does not mean that defective pleadings should remain unchallenged.

No special or exceptional circumstances exist that would justify an indefinite stay of plaintiff's motion to strike, and the bare hope of dispositive relief should not derail these proceedings. For all of the foregoing reasons, the request for a stay or continuance (Dkt. # 44) is DENIED.

Dated this 4th day of December, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2