THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FIRS HOME OWNERS ASSOCIATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF SEATAC,<br><br>                    Defendant. | No. C19-1130RSL<br><br>[PROPOSED] ORDER GRANTING MOTION TO CONTINUE THE TRIAL DATE AND RELATED DEADLINES FOR SIX MONTHS |

THIS MATTER having come before the undersigned Judge on Plaintiff's Motion to Continue Trial Date and Related Deadlines IT IS HEREBY ORDERED that:

Plaintiff's Motion to Continue Trial Date and Related Deadlines is GRANTED. The trial in this matter is set for June 14, 2021. The bailiff is directed to issue an amended case schedule order resetting the pretrial deadlines according to the outline below:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Expert Witness Disclosures | June 10, 2020 | December 10, 2020 |
| Discovery Cutoff | August 9, 2020 | February 9. 2021 |
| Deadline to File Summary Judgment Motions | September 8, 2020 | March 9, 2021 |
| Deadline to File Motions in Limine | November 9, 2020 | May 10, 2021 |

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE THE TRIAL DATE AND RELATED DEADLINES- 1
(No. C19-1130RSL)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

| Deadline to File Agreed Proposed Pre-Trial Order | November 25, 2020 | May 24, 2021 |
| --- | --- | --- |
| Deadline to File Trial Briefs | December 2, 2020 | June 1, 2021 |
| Trial Date | December 7, 2020 | June 14, 2021 |

IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

_____
HONORABLE JUDGE LASNIK

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE THE TRIAL DATE AND RELATED DEADLINES- 2
(No. C19-1130RSL)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660