UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRS HOME OWNERS ASSOCIATION, | Case No. C19-1130RSL |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATAC, | |
| Defendant. | |

On August 18, 2020, the Court granted plaintiff's motion for a continuance of the trial and related dates. Defendant timely filed a motion for reconsideration. The Clerk of Court is directed to renote defendant's motion for reconsideration (Dkt. # 71) on the Court's calendar for Friday, August 28, 2020. Plaintiff may file a response by 4:00 pm on Wednesday, August 26, 2020. Defendant's reply, if any, is due on or before the note date.

Dated this 21st day of August, 2020.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER - 1