# EXHIBIT 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

---

FIRS HOME OWNERS ASSOCIATION, )
)
    Plaintiff, )
)
    v. ) No. 19-1130-RSL
)
CITY OF SEATAC, )
)
    Defendant. )

---

Videoconference 30(b)(6) Deposition Upon Oral Examination

of

City of SeaTac

by

EVAN MAXIM

---

Taken Remotely Via Zoom Videoconference

DATE: Friday, February 5, 2021

REPORTED BY: Ronald L. Cook
    CCR, CRR, RDR, FAPR #2523

30(b)(6) Evan Maxim                                    2/5/2021

1     My first question for you, sir, is: Is
2  it the City's position as you sit here today that
3  approval of the relocation plan is not discretionary?
4     A.   Yes.
5     Q.   Who at the City determines whether a plan
6  is in compliance with the provisions of the SeaTac
7  Municipal Code?
8     A.   Staff within the Community and Economic
9  Development Department.
10    Q.   Does anyone else have any feedback into
11 whether the plan is in compliance?
12    A.   Other City staff in the Public Works
13 Department may have feedback, depending on the
14 circumstances of the application.
15    Q.   And to what extent would the opinions of
16 affected mobile home park residents influence the
17 City's determination whether a proposed relocation
18 plan is in compliance with the Code?
19    A.   It depends on the contents of the
20 opinions provided by the mobile home park occupants.
21 If those opinions were related to the criteria under
22 which the code was reviewed, City staff would confirm
23 whether or not the relocation plan complied with
24 applicable criteria. If those opinions were unrelated
25 to the applicable law, they would not influence the

```
 1                    C E R T I F I C A T E

 2
       STATE OF WASHINGTON   )
 3                           ) ss.
       COUNTY OF KING        )
 4

 5

 6             I, the undersigned Washington Certified Court
       Reporter, pursuant to RCW 5.28.010, authorized to
 7     administer oaths and affirmations in and for the State
       of Washington, do hereby certify:
 8             That the foregoing deposition of the witness
       named herein was taken stenographically before me and
 9     reduced to a typed format under my direction;
               That, according to CR 30(e), the witness was
10     given the opportunity to examine, read and sign the
       deposition after same was transcribed, unless
11     indicated in the record that the review was waived;
               That all objections made at the time of said
12     examination have been noted by me;
               That I am not a relative or employee of any
13     attorney or counsel or participant and that I am not
       financially or otherwise interested in the action or
14     the outcome herein;
               That the witness coming before me was duly
15     sworn or did affirm to tell the truth;
               That the deposition as transcribed is a full,
16     true and correct transcript of the testimony,
       including questions and answers and all objections,
17     motions and exceptions of counsel made at the time of
       the foregoing examination;
18             That as a matter of firm policy, the
       stenographic notes of this transcript will be
19     destroyed three years from the date appearing on this
       transcript, unless notice is received otherwise from
20     any party or counsel hereto on or before said date.

21

22                                  _____

23                                  _____
                                    RONALD L. COOK, CCR, RDR, FAPR
24                                  State of Washington CCR #2523

25
```