# EXHIBIT 5

UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF WASHINGTON

---

FIRS HOME OWNERS ASSOCIATION, )
                              )
      Plaintiff,      )
                              )
vs.              ) No. C19-1130RSL
                              )
CITY OF SEATAC,           )
                              )
      Defendant.      )
                              )

---

VIDEOCONFERENCE DEPOSITION UPON ORAL EXAMINATION

OF

KATHRYN CAMPBELL

---

Taken at SeaTac, Washington

(All participants appeared via videoconference.)

DATE TAKEN:  JULY 23, 2020

REPORTED BY:  ANITA W. SELF, RPR, CCR #3032

1   knew that the property owner didn't comply with the
2   state law?
3       A.  Not at first, but it was made very clear that
4   the property owner failed to do what the State
5   required.
6       Q.  And do you feel that the City was empowered
7   to take action if it knew that state law wasn't being
8   followed by the property owner?
9       A.  My opinion is the City did everything it
10  possibly could to help the residents of the Firs with
11  their dispute with the property owner.
12      Q.  Do you think the City could have denied the
13  relocation plan if they determined notice was not
14  adequate?
15      A.  The City, as I recall, based its
16  recommendation on the results of the planning
17  commission.  And if the planning commission okayed it,
18  the City would have had a hard time finding a
19  justification for not okaying it.
20      Q.  So is it your understanding that the City was
21  not empowered to do anything to enforce compliance
22  with state law under its own state code -- or city
23  code, excuse me?
24          Do you want me to ask that again?
25      A.  Yes, I think you should.

1    A.  Of course.

2    Q.  And would you want the city council to be

3    apprised of what was going on while this was

4    happening?

5    A.  As a member of the city council at the time, I

6    had confidence that what should be done was being done

7    by the people who were supposed to do it.

8    Q.  And do you hold that opinion today?

9    A.  Yes.

10   Q.  And do you recall hearing the King County

11   Superior Court judge found otherwise?

12   A.  In what matter?

13   Q.  That the City erred in approving the

14   relocation process plan?

15        MR. PLANT: I'm going to object.  Assumes

16   facts not in evidence.

17        MR. DONCKERS: Sure.  I'm just asking if

18   she's aware of the ruling by Judge LeRoy McCullough.

19   A.  Not specifically, no.

20   BY MR. DONCKERS:

21   Q.  Okay.

22       Did you ever hear about any decision that the

23   Superior Court entered on -- regarding the process?

24   A.  I -- I cannot answer that.  I'm not sure that

25   I was notified of anything.

1    points telling the -- Ms. Lynch what she needed to do
2    to prepare the final relocation report and plan for
3    approval, so what she needed to do for the plan to be
4    approved.
5         Are you with me at the top sentence there?
6    A.  Yes.
7    Q.  And then he identifies all these different
8    actions for her to take.
9         Now, from the perspective of -- of a city
10   council member, was all this information -- would you
11   expect that all this information would be based just
12   on the code? Or do you think it would come from
13   something else?
14   A.  Mr. Donckers, I do not have the expertise to
15   form an opinion on that.
16   Q.  Okay.
17   A.  That's a matter for the city staff to know,
18   and need to have confidence in.
19   Q.  Okay.
20        And at the bottom, it says: The plan should
21   be boiled down to essentials. At its current size,
22   it's intimidating and likely to overwhelm residents.
23        Do you see that?
24   A.  I have seen it. It's not on the screen right
25   now.

1   C E R T I F I C A T E

2

3   STATE OF WASHINGTON   )
                         ) ss.
4   COUNTY OF KING       )

5

6

7       I, ANITA W. SELF, a Certified Shorthand

8   Reporter in and for the State of Washington, do

9   hereby certify that the foregoing transcript is true

10  and accurate to the best of my knowledge, skill and

11  ability.

12      IN WITNESS WHEREOF, I have hereunto set my hand

13  and seal this 31st day of July 2020.

14

15

16

17  _____

18      ANITA W. SELF, RPR, CCR #3032

19

20

21

22

23

24

25