# EXHIBIT 6

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

---

FIRS HOME OWNERS ASSOCIATION,   )
                                )
        Plaintiff,              )
                                )
vs.                             ) No. C19-1130RSL
                                )
CITY OF SEATAC,                 )
                                )
        Defendant.              )
                                )

---

VIDEOCONFERENCE DEPOSITION UPON ORAL EXAMINATION

OF

PAMELA FERNALD

---

Taken at SeaTac, Washington

(ALL PARTICIPANTS APPEARING VIA VIDEOCONFERENCE)

DATE TAKEN: SEPTEMBER 9, 2020

REPORTED BY: ANITA W. SELF, RPR, CCR #3032

| | |
|---|---|
| 1 | Have you seen this document before? |
| 2 | A. Doesn't look familiar to me -- |
| 3 | Q. Okay. |
| 4 | A. -- unless -- |
| 5 | Q. Do you know if the City of SeaTac has any |
| 6 | ordinance regarding mobile home park relocation or |
| 7 | closure? |
| 8 | A. Well, isn't that what this is? |
| 9 | Q. I'm asking you to confirm that you are aware |
| 10 | that this exists. |
| 11 | A. Honest to God, I don't remember. |
| 12 | Q. Okay. |
| 13 | The City of SeaTac does have ordinances, |
| 14 | correct? |
| 15 | A. Yes. |
| 16 | Q. And are those ordinances considered laws? |
| 17 | A. Yes. |
| 18 | Q. Are you familiar with the mobile home |
| 19 | regulations in the City of SeaTac's Municipal Code? |
| 20 | A. Not really, no. |
| 21 | Q. Okay. |
| 22 | A. I think I answered this already. |
| 23 | Q. I'm sorry. I didn't hear the last part. |
| 24 | A. I said, I think I answered that already. |
| 25 | Q. Okay. |

1           C E R T I F I C A T E

2

3    STATE OF WASHINGTON   )
                           ) ss.
4    COUNTY OF KING        )

5

6

7       I, ANITA W. SELF, a Certified Shorthand

8    Reporter in and for the State of Washington, do

9    hereby certify that the foregoing transcript is true

10   and accurate to the best of my knowledge, skill and

11   ability.

12      IN WITNESS WHEREOF, I have hereunto set my hand

13   and seal this 16th day of September 2020.

14

15

16   *[signature: Anita W. Self]*

17   _____

18         ANITA W. SELF, RPR, CCR #3032

19

20

21

22

23

24

25