# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRCIT OF WASHINGTON
SEATTLE DIVISION

---

FIRS HOME OWNERS ASSOCIATION    )
                                )
        Plaintiff,              )
                                )
    vs.                         ) C19-1130RSL
                                )
CITY OF SEATAC,                 )
                                )
        Defendants.             )
_____)

Videoconference Deposition Upon Oral Examination
of
ERIN SITTERLEY

---

9:30 AM

October 8, 2020

SeaTac, Washington
(All participants appeared via videoconference.)

Leslie M. Sherman, RMR, CRR
CSR 2629

1    THE COURT REPORTER: I'm sorry. I think the
2    witness was still answering. The city manager works
3    for the council --
4    THE WITNESS: Yes. The city council -- the
5    city manager works for the council. The city manager
6    does not work for the mayor specifically.
7    BY MR. PLANT:
8    Q.  All right. So do you understand your power
9    as mayor to be -- to include directing the city
10   manager to do things or take positions?
11   A.  No. That is not my position at all.
12   Q.  Okay.
13   A.  Only the council can do that.
14   Q.  Let me ask you specifically, you were on the
15   council in 2016, is that correct?
16   A.  Correct, yes.
17   Q.  Did the city council ever direct the city
18   manager to take any action in relation to the Firs
19   Mobile Home Park?
20   A.  No.
21   Q.  Do you recall that the city council ever
22   discussed in any way the Firs Mobile Home Park?
23   A.  No. We did not.
24   Q.  Did you have any personal discussions with
25   any other city council members about the Firs Mobile

1     Home Park?
2        A.   No.
3        Q.   I think there was also a question by
4     plaintiff's counsel, if you are aware of instances
5     where city staff did something against the wishes of
6     the city council. Do you recall that question?
7        A.   I do.
8        Q.   Okay. Are there occasions where city staff
9     is doing things that city council is not aware of?
10       A.   Well, gosh, I would hope so, you know. The
11    city is a very complex machine. Hundreds of decisions
12    are made every single day that are not run past the
13    city council. We direct at a policy level. We do not
14    direct at an operations level.
15              So, if the City staff are doing their job,
16    then, yeah, lots of things are going on without the
17    city council's direct knowledge. But that's not our
18    job. Our job is to direct at policy level.
19       Q.   Right. So I'm going to turn specifically to
20    the Firs Mobile Home Park issue here. So this was an
21    administrative land use application that was filed
22    with the city by the park owner, or the owner of the
23    park property. Is that your understanding?
24       A.   Yes.
25       Q.   So that would normally be processed

1               C E R T I F I C A T E

2

3      STATE OF WASHINGTON )
                            )
4      COUNTY OF KING       )

5

6          I, Leslie M. Sherman, a Certified Shorthand

7      Reporter in and for the State of Washington, do hereby

8      certify that the foregoing transcript of the

9      videoconference deposition of ERIN SITTERLEY,

10     having been duly sworn on October 8, 2020, is true and

11     accurate to the best of my knowledge, skill and

12     ability.

13

14     *[Signature: Leslie Sherman]*

15

16         Leslie M. Sherman, CSR 2629

17

18

19

20

21

22

23

24

25