# EXHIBIT 9

1              CITY OF SEATAC CITY COUNCIL MEETING

2                      OCTOBER 6, 2016

3

4

5

        TRANSCRIPT OF CITY COUNCIL MEETING REGARDING
6                  FIRS MOBILE HOME PARK

7

8

9

10

11

12

13

14

15

16

17

18

19

20                    CERTIFIED COPY

21

22

23

24
    Transcribed by:
25  Andie Evered, CCR

1
      Audio from 10/6/16
2

3              MS. MENDOZA-CASTREJON:  Hello everyone.  So, name

4      is Monica Mendoza-Castrejon.  I am an organizer and a

5      tenant counselor in South King County for the Tenants

6      Union of Washington.  And, I am here today with the Firs

7      Mobile Home community, which has resided here in SeaTac.

8      And, we're -- we're all here.  And, we wanted to bring

9      attention to the city, and to as many people as possible,

10     that, you know, we are really fighting for these families

11     to be here, to live in the city of SeaTac.  However, there

12     is a landlord, who, you know, is -- is really trying to

13     push these families out.  And, we have a couple of

14     testimonies, and several questions from a couple of them

15     who speak after myself, going down the list.

16             MR. SIEFKES:  They're on the list?

17             MS. MENDOZA-CASTREJON:  Yeah, yeah, yeah.  So,

18     they're on the list and they will be speaking.

19             But, yes, I am here we wanted to this attention,

20     we are luckily having more media attention.  King 5 News

21     interviewed us today.  But, yes, we wanted to bring you to

22     this attention -- and my question is also, like, is there

23     any efforts being done regarding these landlords,

24     regarding the mobile homes, and opportunities for people

25     to stay here?  And I, also, wanted to bring to awareness,

```
 1   to the City of SeaTac, the Angle Lake station currently
 2   opened, very recently.  And, there was a couple of
 3   misconceptions, you know, regarding about the tenants
 4   union and the Firs Mobile Home community was not in
 5   support of the opening of the Angle Lake station, as well
 6   as the expansion of light rail.  But, I'm also here to
 7   tell everyone that we are in support of transit.  You
 8   know, we -- we really do belive -- want it to be in
 9   consideration that, you know, we don't want families to be
10   displaced.  Because, as development occurs, as -- you
11   know, as the price of land occurs and continues to raise
12   up, rent will increase and there will be an issue of
13   homelessness; right?  And I, myself, I was born and raised
14   in South King County, in Renton and Kent.  And it was
15   very, very difficult for me to live, you know, in the City
16   of Seattle and other places because of the increase in
17   rent, and whatnot.  So, we are here in support of transit
18   definitely, definitely.  But, we just wanted to make sure
19   it's regarding this, right?  That families don't get
20   displaced.  And, yeah, we've some powerful testimonies
21   about people who live in Firs Mobile Home, you know,
22   regarding what's happening.  And, so my question, yes,
23   again, is there any efforts being done regarding these
24   landlords, and, you know, mobile home efforts?  And, you
25   know, we -- we want to (unintelligible) about that.  Thank
```



1    you.

2            MR. SIEFKES:  Thank you.  I'll take question

3    first.  I went and met with the tennants union two or

4    three weeks ago, was at the meeting.  I've also talked to

5    staff on this issue, reviewed what the law is.

6            Now, over the years, of decades, there's been

7    lots of litigation when a mobile home park would close.

8    There would be people that would want to stay, people that

9    would want to go, and the landlord the would want people

10   out.  And, so, state law is clear, that there is a

11   checklist of things that have to be done.  And, it's under

12   state law.  It's not under city law, it's under state law.

13   About the only role of the city in the closing of a mobile

14   home park is to make sure that the landlord is complying

15   with state law, which apparently, right now, they are.

16   Now, they have not given official notice to the people in

17   the Firs Mobile Home Park of the closure, which means that

18   until they hear that, that starts a one-year clock.  So,

19   as far as the city's role in this, it's -- it's very small

20   and -- and there's not a lot that the city can do.  And, I

21   -- you know, wish you luck and I -- and I hope it works

22   out well for you.  But, as far as the city goes, there's

23   not a lot that the city can do.

24            MS. FERNALD:  So, to piggy back on what Mike just

25   said, I'm a voting member of the joint resolution



1    committee.  And, some of you folks came to that meeting

2    last week, and, I wanted to let you know that after you

3    after you spoke, I did make a written request to Mark

4    Ellerbrook.  He's the gentleman who spoke to you guys in

5    Spanish, which surprised all of us.  He's from King County

6    and he is the manager of the Regional Housing and

7    Community Development office, okay?  And, so, I requested

8    him to see what the county could do to help you guys.  Not

9    necessarily to stay there, because as Mike just said, you

10   know, that might not be a possible thing.  But, to help

11   you guys with whatever else is out there per the law and

12   is available for you.

13          So -- so, you have a big crew behind you, you

14   know, to help you figure out what you can do next, okay?

15          MS. MENDOZA-CASTREJON:  Thank you.

16          MS. FERNALD:  Yes, so don't lose heart or hope,

17   okay.

18          MS. MENDOZA-CASTREJON:  Thank you.  Thank you.

19          MR. SIEFKES:  Okay.  Peter?

20          MR. KWON:  Thanks.  I was at the Angle Lake light

21   rail regional opening and I know that you guys were off on

22   the side demonstrating during the opening.  And, I was

23   actually already aware of that because you came to one of

24   our council meetings and it -- I didn't know what was

25   going on until you came to the council meeting because,

1    you know, I usually don't drive through there.  But, I did

2    drive through after the fire and I noticed all the damage

3    and all that.  So, anyway, what I wanted to say is that as

4    Mayor Siefkes mentioned, this is a state level thing.

5    And, just like with the low (unintelligible) development,

6    the city is -- doesn't have a lot of authority when it

7    comes to something like this.  So, we really need to take

8    this to our state representative.  So, one of the things

9    that I have done -- and this is actually outside of this

10   whole thing -- but I've been doing this on my own to try

11   help you guys, I've reached out to the Community

12   Development Housing and Tribal Affairs chair down in

13   Olympia to see if there was anything we could -- the state

14   could do to help you guys.  And, so, that -- that has just

15   started, literally about maybe a week and a half ago.  So,

16   I'm still waiting to hear more information about that.

17   But my guess is that it -- it may take a while.  It's not

18   something that -- they don't move overnight.  And, so, you

19   know, it could take potentially several years.  I mean, I

20   don't know.  But, I am trying to figure out if there may

21   be other options to get you guys additional help.  Just

22   wanted to let you know.

23          MS. MENDOZA-CASTREJON:  Thank you.

24          MR. SIEFKES:  Thanks.  Okay, Kathryn?  And then

25   we'll move on to the next person.



1           MS. CAMPBELL:  Well, excuse my terrible Spanish

2      (speaks in Spanish).  For the rest of you in the room, I

3      just asked how many people that are back there that live

4      in the Firs speak English well.  I believe I saw two or

5      three hands.  (Unintelligible).

6           MS. MENDOZA-CASTREJON:  (Unintelligible).

7           MS. CAMPBELL:  I understand and I'm very grateful

8      for that.

9           My point is, for the rest of you, a lot of these

10     are Spanish speakers, they earn a living, they live here,

11     they pay taxes here.  They don't pay property tax; that's

12     the job of the property owner.  But, they're still

13     taxpayers and they're part of the community.  And, so,

14     anything we can do to help them, I'd like to see us do.

15          One of the things I understand that the city

16     staff is endeavoring to help with is making sure that that

17     the legal documents are rewritten in Spanish and being

18     checked by a separate translator, to make sure that it

19     says what it's supposed to say, so that they can read it

20     in their primary language and be sure of what they're

21     signing before they put their name on the dotted line.

22     So, want to translate that, Monica?

23          MS. MENDOZA-CASTREJON:  Yeah, I was.

24  I was translating.

25          MS. CAMPBELL:  Okay.  Very good.

City of SeaTac City Council Meeting                    10/06/2016

```
1              So, I just want people to know that what the city
2     can do, it's more than willing to do.  And, I don't think
3     there was anybody here that wouldn't want to help if they
4     can.  So, we will do what we can.  And, we can pray for
5     you, and work for you.  And, you belong to us and we
6     belong to you.  We're your council, just such as much as
7     anybody else that lives here.  Thank you.
8              MS. MENDOZA-CASTREJON:  Thank you, so much for
9     that.  And another thing that I wanted to briefly mention
10    is that anyone who's interested in helping us out, after
11    this meeting, I will be here and I will give you my
12    contact information.  Thank you.
13             MR. SIEFKES:  All right, next on the list, Cam
14    Harris.
15             UNIDENTIFIED SPEAKER:  Oh, sorry.
16             MR. SIEFKES:  No?
17             UNIDENTIFIED SPEAKER:  I just thought everybody
18    had to sign in.
19             MR. SIEFKES:  So, again, if I read your name and
20    you don't want to come up, you can say something or not.
21             We'll just go to the next.  Is it Narkher Braos
22    (phonetic) am I saying that correctly?
23             MS. MENDOZA-CASTREJON:  What name?
24             MR. SIEFKES:  It looks like an N-A-R-K-H-E-R,
25    B-R-A-O-S.
```



1          MS. MENDOZA-CASTREJON:  Yes.  I will be her

2    translator.

3          So, she's saying stating that one thing that's

4    unjust about this, what's happening currently,

5    (unintelligible) is that the landlord keeps asking for

6    $2,000 for all the work that, you know, that's done, and

7    it's unjust in that regard because, you know, they want --

8    they're fighting to live there.  And, you know, it's very

9    difficult because their children go to the schools nearby.

10   You know, where they're working, it's close by.  And, it's

11   very difficult in that regard.  So, just $2,000 for that,

12   and whatnot, it's just -- it's not good.  So, she wants to

13   bring you to attention with that definitely.

14         UNIDENTIFIED SPEAKER:  Offering them $2,000 to

15   move; is that what you're saying?

16         MS. MENDOZA-CASTREJON:  Yeah.  $2,000 to move

17   without taking into consideration repairs and everything

18   like that.  So, it's far less (unintelligible), you know

19   what it should be.

20         UNIDENTIFIED SPEAKER 2:  You should get an

21   attorney.  I mean, seriously.

22         MS. MENDOZA-CASTREJON:  Yeah.  We -- there are

23   attorneys.  And thankfully we, in the tenants union, are

24   helping as much as we can to really fight for them.

25

1          MR. SIEFKES:  Thank you, so much.

2          Alright, next we have Raque Velazqiez; is that

3    correct?

4          MS. MENDOZA-CASTREJON:  (INTERPRETING)

5          So she's saying that she wants to reiterate they

6    may need those who are interested in helping out, but

7    there are 72 families in this community that are being

8    impacted.  And, she's reiterating the fact that, you know,

9    our children, you know, that they're going to schools and

10   it's -- and it's very frustrating because many of them

11   have been living here for years, in that mobile home

12   community.  And so, therefore, when they're asking to be

13   pushed out, all the work, all the time, all the energy

14   that they had put even into rebuilding, it's so

15   disheartening.  So, please, take into consideration the

16   children, ourselves, our jobs, everything, please we ask

17   of you.

18         And, another thing she's (unintelligible)

19   regarding affordable housing.  There are some who, you

20   know, are disabled, there are some who are getting SSI,

21   social security money.  Like, there's hardly anything.  So

22   to find housing, if they can't live there, it's very very

23   difficult.  Thank you.

24         MR. SIEFKES:  I don't think there's anybody up

25   here that doesn't support you and doesn't feel for you and

```
 1    wouldn't try to help you if we could.  And, as far as
 2    trying to help you through this, we have resources at the
 3    city and people at the city that can help.  As far as
 4    being able to save the mobile home park from any,
 5    basically, change, that's outside of our ability as a city
 6    to do.
 7              UNIDENTIFIED SPEAKER:  Is there more?
 8              MR. SIEFKES:  Any comments before we go on to the
 9    next person?  Okay.  All right, we're on to Richard
10    Jordan.  No?  George.  No?
11              We're on to Radillo Zamora.
12              MS. MENDOZA-CASTREJON:  (INTERPRETING).
13              Hello, good evening to everyone.  My name is
14    Radillo Zamora and I represent the community from Firs
15    Mobile Homes.  I have been living 17 years at SeaTac.  I
16    am here to raise awareness of the situation that we're
17    raising.  71 families and mine, we are here to ask for
18    support for our community leaders so that we can save our
19    homes.  Because for others, it will only be mobile homes,
20    but they are our homes.  They are our places of living,
21    where our kids have grown up here, and our plea is that we
22    want to stay here, be part of this beautiful city.  And,
23    the decision of the landlord is a very unjust decision.
24    And, this is the way he's acting.  The despair that we
25    have and the frustration that we all have is immense.
```



Central Court Reporting   800.442.3376

```
 1    And, this not only affects ourselves but the kids in
 2    schools.  And one final thing -- and I want to also raise
 3    clarity the protest that we did regarding transit in the
 4    operation of the Angle Lake station.  We're not against
 5    light rail.  We were just asking for help to conserve our
 6    mobile homes.  Thank you.  Thank you for listening and I
 7    will hope you have a wonderful evening.
 8
 9         MR. SIEFKES:  Pat Fernald?
10         MS. FERNALD:  So, I just want say a little bit
11    more, I guess.  I've been through the park, too.  After
12    the fire, I did deliver some things there.  And I was
13    looking for Norma, Norma Bravo.  She's not here, is she?
14    I don't think she's here.  But I had a real nice chat with
15    Norma.  And I know, gosh, there were -- I don't know how
16    many kids I saw.  And, I know that the park, the mobile
17    home park, is right across the street from Madrona.  And
18    so I know all those kids go to Madrona.  This is really a
19    heartbreaking thing.  What I just want to reiterate is
20    that by the law, by the laws that we've got -- legal and
21    ethical sometimes don't go together.  But, to my
22    knowledge, at this point in time, the owner of that
23    property's not doing anything illegal.  However, that
24    doesn't mean it doesn't have devastating effect on you
25    guys.  And, I'm not diminishing that at all.  And I said
```

1    earlier that I would put the word out.  And, I'm was just

2    looking at some notes here.  There are funds for tenants

3    that can come from the state.  And, so, with all us

4    working together for you guys, you know, to put all our

5    resources together, hopefully, we can come help you get

6    something.  I can't guarantee what, of course.  But, just

7    know that, you know, if this was happening to anybody

8    else, we'd feel the same way no matter what.  So even

9    though the landlord is doing within the law, that -- you

10   know, it's leaving you guys in a horrible position.  So,

11   we do want to help you.  And the community will help you

12   as much as they can and -- and the city.  You've already

13   talked to the city, I'm pretty sure that our -- our staff.

14   And, well, we got people working for you.

15            MS. MENDOZA-CASTREJON:  Thank you.

16            MS. FERNALD:  So just like I said, don't lose

17   heart and don't lose hope.  Okay.

18            MS. MENDOZA-CASTREJON:  Thank you.

19            MR. SIEFKES:  Okay.  Next on the list is Ricardo

20   Valdovinos.

21            MS. MENDOZA-CASTREJON:  (INTERPRETING)

22            Hello, good evening.  My situation is similar yet

23   it's different to what has been described.  There's a

24   problem with the plumbing, with the water, where I live.

25   One thing he heard about was the -- with the problem with



1    what was happening in the water.  He would ask for help

2    from the landlord.  And, the landlord on occasion would

3    come and he would say, "I'm not going to fix that.  That's

4    your problem.  That's the city's problem.  I'm not going

5    to take care of this."

6            So, I went through family problems.  It was a

7    very difficult time.  I went through a divorce.  I have a

8    kid.  Yet, you can only imagine the stress I was under.

9    Please.  I ask for your help.

10           MR. SIEFKES:  Monica, would you take Ricardo

11   back?  And, Steve, will you stand up?  And Steve has some

12   -- take the information and forward it to code compliance.

13   Ricardo, would you go back to the back?  Steve, raise your

14   hand so he know's it's you.

15           Great.  Thank you.  All right.

16               (End of requested audio)

17

18

19

20

21

22

23

24

25

City of SeaTac City Council Meeting                           10/06/2016

```
 1                    CERTIFICATION

 2

 3           I, Andie Evered, do here by declare

 4    under penalty of perjury under the laws of the

 5    State of Washington that the following is true and

 6    correct

 7           1.  That I am an authorized

 8    transcriptionist;

 9           2.  This transcript is a true and correct

10    record of the proceedings to the best of my

11    ability.

12           3.  I am in no way related to or employed

13    by any party in this matter; and

14           4.  I have no financial interest in the

15    litigation.

16           Dated in Bend, Oregon, this 1st day of

17    June, 2020.

18

19                        Andie Evered, CCR
                          State of Washington CCR #2393
20

21

22

23

24

25
```

