# EXHIBIT 13

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Firs Home Owners Association,<br><br>Plaintiff,<br><br>v.<br><br>City of SeaTac, a Municipal Corporation,<br><br>Defendant. | NO. 2:19-cv-01130-RSL<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION<br><br>• Interrogatory 12<br>• Request for Production 23 |

INTERROGATORY NO. 12: Paragraph 3.76 of the first amended complaint alleges in part as follows: *"The Legislature allocated $2.5 million to the Firs community but the City of SeaTac did not make any effort to help the HOA leverage this incredible contribution. As a result of the money being undisbursed, the State lowered the allocation to $1 million, a loss of $1.5 million dollars resulting from the City's refusal to cooperate with the HOA to leverage these funds."* Please identify each material fact that supports your allegation of a causal relationship between "the City's refusal to cooperate with the HOA" and the decision by the state of Washington to reduce the amount of funds allocated to the Firs community from $2.5 million to $1 million.

ANSWER:

The Association asserts that their answer to this interrogatory in no way limits their assertions of facts that support their claims against the City of SeaTac, since they may discover new facts during the discovery process and/or gain a greater understanding of actions taken by the City of SeaTac as discovery progresses. Thus, the Association reserves the right to supplement this response should there be

PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION
NO. 2:19-cv-01130-RSL - 1

BARRAZA LAW, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861

additional material information that they uncover. Without waiving any specific objection, Plaintiff answers as follows:

The State of Washington Capital Budget – Supplemental, Engrossed Substitute Senate Bill 6095, Chapter 298, Laws of 2018, effective March 27, 2018, provided that "$2,500,000 is provided solely for grants to purchase low-income mobile home parks. Up to $2,500,000 is for the Firs Mobile Home Park. If the Firs Mobile Home Park is not purchased, the amount provided in this subsection shall lapse." Sec. 1002(1)(f)(ix). See RFP23_000003.

The State of Washington Capital Budget for 2019, Chapter 413, Laws of 2019, Substitute House Bill 1102 provided that "homeownership assistance for low-income households displaced from their manufactured/mobile homes due the closure or conversion of a mobile home park or manufactured housing community in south King County. $1,500,000 of this amount in this subsection is provided solely for low-income residents displaced from the Firs Mobile Home Park located in SeaTac." Sec. 6005(1)(f)(ix). See RFP23_000259.

On January 31, 2018, the newspaper Real Change published an article that stated:

"[The Firs residents] turned to the nonprofit Low Income Housing Institute (LIHI), which develops and manages affordable housing, for help to buy the property from Park. Sharon Lee, the executive director of lihi, met with Park and also with officials from the city of SeaTac to inquire about a property that could be developed into affordable housing.

The city turned lihi down, Lee said. 'The city could do a lot more,' she added."

Peter Kwon, a SeaTac city councilmember, says he's done quite a lot.

Kwon has kept an eye on the situation at Firs since the residents began attending City Council meetings, asking for help with their circumstance. He says he's tried hard to understand the nuances of the problem, down to the details of the state relocation fees.

Kwon has even written legislation that went before the state legislature during the 2017–18 short session, HB 1884, that would make the relocation fees slightly more generous and allow mobile homeowners to use those funds to secure new housing. The bill passed the House and, as of Jan. 23, was in front of the Senate.

He knows that the bill, if passed, would take 90 days to come into effect — too late to help Firs residents. In that case, Kwon said, he'd hope that Park would allow them to stay long enough to receive benefits through the bill.

"Bottom line, I personally am trying to help Firs as much as possible," Kwon said.

PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION
NO. 2:19-cv-01130-RSL - 2

BARRAZA LAW, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861

FIRS_SUPP000197 - FIRS_SUPP000199.

There is no evidence in the record that Kwon did anything to advocate before his colleagues to help the Association leverage the funds to buy the park. Given Kwon's purported efforts at the Legislature on behalf of the Firs, he presumably knew that the Legislature allocated $2.5 million to purchase the park but that the funds would lapse absent assistance from the City and other entities. Rather than direct his energies to help save the park, Kwon lobbied the Legislature to increase relocation funds to facilitate the departure of the Association's members.

The City about the funding because on March 9, 2018, the Seattle Times published an article about the allocation. State tries throwing a lifeline to SeaTac mobile home residents. See RFP BATES 000001-002577, bates FIRS000875 – FIRS000878.

There is no evidence in the record that Kwon advocated before the Legislature to help the Association retain the $2.5 million allocation.

The City of SeaTac refused to assist the Plaintiff in its efforts to leverage these funds which would have benefited the City of SeaTac by maintaining a crucial supply of affordable housing consistent with its commitments to the Consortium and Comprehensive Plan. In March of 2018, Sharon Lee engaged in conversations with Jeff Robinson Community & Economic Development Director of the City of SeaTac about the desire of the HOA members to purchase the park or develop a new community. See LIHI Discovery Responses, page 057. On January 29, 2018, in response to an inquiry about LIHI's attempts to assist the Firs residents, Sharon Lee informed Debra Entenman of the Office of Congressman Adam Smith that the City of SeaTac had twice turned down LIHI's offers to surplus land from the City. See LIHI Discovery Responses, page 061. (Note: SeaTac subsequently agreed to sale surplus land to LIHI).

The City of SeaTac is conspicuous by its absence from the long list of elected officials, non-profit services providers, local governments, and private developers assisted the Association to purchase the park.

On March 12, 2018, HOA members presented information at the International Women's Day event. See Firs Facebook Group, page 000183.

On March 14, 2018 HOA members met with King County Councilmember Claudia Balducci. See Firs Facebook Group, page 000185-000186.

On March 16, 2018 HOA members met with officials from the Port of Seattle at the Matt Griffin YMCA. See Firs Facebook Group, page 000187.

On March 21, 2018 HOA members attended the Northwest Film Forum to show the student video about Firs. See Firs Facebook Group, page 000188-000190.

PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION
NO.  2:19-cv-01130-RSL - 3

BARRAZA LAW, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861

On April 10, 2018 HOA members met with El Centro de La Raza. See Firs Facebook Group, page 000191.

On April 11, 2018 HOA members Luis Moreno and Maria Blanco were featured on Univision news. See Firs Facebook Group, page 000192.

On May 4, 2018, an article was published in Marketplace: As developers eye valuable mobile home park land, some residents have found a way to fight back https://www.marketplace.org/2018/05/04/economy/even-mobile-home-parks-are-getting-gentrified-some-have-found-way-fight-back
FIRS_SUPP000217 - FIRS_SUPP000223.

On May 30, 2018, members of the Equity in Education Coalition visited Firs MHP. See Firs Facebook Group, page 000203.

On June 3, 2018, the Association received the 2018 Domingo Viernes Jefferson Award from LELO (Legacy of Equality, Leadership and Organizing). See Firs Facebook Group, page 000204-000208.

On June 7, 2018 HOA members attended Homestead Community Land Trust meeting Opportunity for All, Workshop on developing affordable housing. See Firs Facebook Group, page 000209.

On June 27, 2018, the Association's members met at Madrona Elementary School in SeaTac "to prepare (or at least begin) a viable development plan for the initial acquisition of the ownership of Firs; gathering financial resources, technical assistance and political will to prepare a purchase proposal." See Firs Facebook Group, page 000230-000231.

In the late spring and summer of 2018, the following organizations were involved in discussions with the Association and its allies to discuss purchasing the park and/or leveraging the money allocated by the State Legislature to relocate the Firs community:

- Sharon Lee of LIHI
- Tenants Union
- Jacqueline Wu and Rob Van Tassell of Catholic Community Services of Washington
- Kathleen Hosfeld, Executive Director of Homestead Community Land Trust
- Tony To, Executive Director, HomeSight Washington
- David Clifton of Washington State Housing Finance Commission
- Ishbel Dickens, Ishbel Dickens Consulting
- State Senator Karen Keiser, 33rd Legislative District
- Sue Taoka of Craft3

PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION
NO. 2:19-cv-01130-RSL - 4

BARRAZA LAW, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861

- Office of the Honorable Senator Patty Murray
- State Representative Tina Orwell
- Futurewise
- Forterra
- Nicki Olivier Hellenkamp, Housing Consortium
- Office of Congressman Adam Smith (LIHI Discovery Responses at 061)
- Tim Walter of the King County Housing Authority
- Greg Blount of the Manufactured Housing Community Preservationists
- Joey Ager, Church Council of Greater Seattle
- Prince of Peace Lutheran Church in SeaTac
- The Honorable Speaker Frank Chopp
- State Representative Joan McBridge
- King County Councilmember Dave Upthegrove
- King County Councilmember Larry Gossett
- King County Councilmember Claudia Balducci
- Kate Holdsworth and Duncan Haas of the Wyncote Foundation

See LIHI Discovery Responses generally, especially pages 035 – 058.

On June 27, 2018, the Firs HOA Finance/Development Subcommittee and the Communications and Outreach Subcommittee met at the SeaTac YMCA. See Firs Facebook Group, page 000231.

On July 2, 2018, the Firs HOA Finance/Development Subcommittee and the Communications and Outreach Subcommittee met at the SeaTac YMCA. Attendees included HOA members Isabel Lagos, Erasmo Flores, Maria Blanco, Mariana Cortes Alejandre, Francisco Rodriguez; Amy Tower aka Amy Eva of the Tenants Union, a woman named Patty, Ricardo Ortega of LELO, and a person named AJ from Global2Local. The attendees discussed ways to gain support, pressure Mr. Park, and obtaining letters of support.

Finance/Development Subcommittee: Ana Brito Mariana Cortez Leti Vidales Martha Zamora Francisco Rodriguez Luis Moreno Isabel Lagos Griselda Jose Munoz

Communications and Outreach Subcommittee: Maria Cecilia Villagomez Don Erasmo Irene Cruz Guadalupe Patty Delgado Velma Veloria Ricardo Ortega

See Firs Facebook Group, page 000231-000232. See also LIHI Discovery Responses at pp. 021-024 and 039-040.

On July 11, 2018, LIHI's Board held a meeting to discuss the Firs MHP. According to the minutes of the meeting "SeaTac has not been supportive of this project. Residents would like LIHI to save the park. Residents have been able to get some

PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION
NO. 2:19-cv-01130-RSL - 5

BARRAZA LAW, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | funds together from the state and county." See LIHI Discovery Responses at p. 036-037. |
| 4 | |
| 5 | July 11, 2018 HOA members attended a meeting hosted by ROC USA (Resident Owned Communities) to discuss partnership opportunities. See Firs Facebook Group, page 000235. |
| 6 | |
| 7 | ==July 16, 2018 Subcommittee pre-meeting planning session at Starbucks.== See Firs Facebook Group, page 000235. |
| 8 | |
| 9 | July 18, 2018. Firs HOA Finance/Development Subcommittee and the Communications and Outreach Subcommittee met at the SeaTac YMCA. See Firs Facebook Group, page 000235-000236. |
| 10 | |
| 11 | July 31, 2018 Subcommittees met at YMCA. See Firs Facebook Group, page 000243. |
| 12 | |
| 13 | August 6, 2018 HOA members met with HomeSight at Firs to discuss affordable housing. See Firs Facebook Group, page 000234. |
| 14 | |
| 15 | August 12, 2018 HOA members attended a meeting at the YMCA hosted by Jurassic Parliament to learn about creating more efficient meetings. See Firs Facebook Group, page 000244. |
| 16 | |
| 17 | ==September 15, 2018 HOA members attend South Park parade with Senator Rebecca Saldana.== See Firs Facebook Group, page 000260-000261. |
| 18 | |
| 19 | ==September 23, 2018 HOA families protested at Mr. Park's church.== See Firs Facebook Group, page 000264-000268. |
| 20 | |
| 21 | October 16, 2018 - International Examiner: CID Coalition supports Firs Homeowners Association against eviction |
| 22 | http://www.iexaminer.org/2018/10/cid-coalition-supports-firs-homeowners-association-against-eviction/ |
| 23 | FIRS_SUPP000229 - FIRS_SUPP000230. |
| 24 | On October 31, 2018, Seattle Magazine published an article. |
| 25 | With Affordable Housing Dwindling, These Home Owners Are Fighting Back https://www.seattlemag.com/news-and-features/affordable-housing-dwindling-these-home-owners-are-fighting-back |
| 26 | FIRS_SUPP000231 - FIRS_SUPP000235. |
| 27 | |
| 28 | November 11, 2018 HOA members attended training at YMCA on capacity building. See Firs Facebook Group, page 000276. |
| 29 | |
| 30 | |

PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION
NO. 2:19-cv-01130-RSL - 6

BARRAZA LAW, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861

November 19, 2018 HOA members attended a meeting Aberdeen, WA to share their plight. See Firs Facebook Group, page 000278-000279.

December 13, 2018 HOA members met with Representative Cindy Ryu. See Firs Facebook Group, page 000282-000284.

December 16, 2018 Capacity building meeting at Des Moines Banquet Hall. See Firs Facebook Group, page 000283.

December 17, 2018 Meeting with Representative Gregerson. See Firs Facebook Group, page 000283.

January 18, 2019 Leti Vidales, Marta Zamora and Helena Benedict testifying at Seattle city council in support of Halcyon mobile home owners. See Firs Facebook Group, page 000289.

March 6, 2019 Firs meeting at Madrona with ROC Northwest (Resident Owned Communities). See Firs Facebook Group, page 000307. See FIRS002496.

March 7, 2019 HOA members met with members of the Highline School District board. See Firs Facebook Group, page 000310.

March 23, 2019 Meeting at Legislature. See Firs Facebook Group, page 000316.

In April of 2019, Helena Benedict of the Tenants Union contacted Sharon Lee of the Low Income Housing Institute about obtaining the assistance of the Low Income Housing Institute to help develop a replacement project and help advocate for the retention of the capital monies allocated by the State Legislature. State Representative Mia Gregerson spearheaded the 2018 effort to obtain the initial allocation and to retain the allocation in the 2019 budget process. See LIHI Discovery Responses at page 006 and 019-020.

///

**REQUEST FOR PRODUCTION NO. 23: Produce a copy of every document identified in, referred to, or relied upon in your answer to Interrogatory No. 12.**

**See pinpoint citations to the response to interrogatory 12.**

**See file entitled Supplemental_Rog_12_RFP_23_01-23-2020.pdf, bates numbers RFP23_000001 - RFP23_000293.**

PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION
NO. 2:19-cv-01130-RSL - 7

BARRAZA LAW, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861