# EXHIBIT 14

CERTIFICATION OF ENROLLMENT

**ENGROSSED SUBSTITUTE SENATE BILL 6095**

Chapter 298, Laws of 2018

(partial veto)

65th Legislature
2018 Regular Session

CAPITAL BUDGET--SUPPLEMENTAL

EFFECTIVE DATE: March 27, 2018

**ENGROSSED SUBSTITUTE SENATE BILL 6095**

AS AMENDED BY THE HOUSE

Passed Legislature - 2018 Regular Session

**State of Washington**          **65th Legislature**          **2018 Regular Session**

**By** Senate Ways & Means (originally sponsored by Senators Frockt, Mullet, Liias, Keiser, and Saldaña; by request of Office of Financial Management)

READ FIRST TIME 02/22/18.

AN ACT Relating to the capital budget; making appropriations and authorizing expenditures for capital improvements; amending RCW 79.17.210, 43.88D.010, 28B.77.070, and 43.17.200; amending 2018 c 2 ss 1005, 1006, 1016, 1017, 1018, 1020, 1021, 1022, 1023, 1025, 1011, 1026, 1027, 1031, 1032, 1040, 1041, 1042, 1043, 1045, 1049, 1036, 1050, 1051, 1052, 2001, 2002, 2006, 2008, 2009, 2012, 2013, 2014, 2021, 2024, 2025, 2026, 2031, 2042, 2046, 2047, 2054, 3010, 3021, 3015, 3018, 3025, 3027, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3044, 3045, 3046, 3047, 3048, 3049, 3051, 3055, 3056, 3057, 3058, 3059, 3060, 3061, 3062, 3063, 3064, 3065, 3067, 3068, 3075, 3091, 3092, 3107, 3119, 3122, 3123, 3132, 3135, 4001, 4002, 5002, 5006, 5007, 5008, 5010, 5009, 5015, 5016, 5021, 5051, 5053, 5057, 5058, 5059, 5060, 5061, 5062, 5063, 5064, 5065, 5066, 5067, 5068, 5070, 5071, 5072, 5073, 5075, 7001, 7002, 7022, 7007, 7017, 7024, 7026, and 7028 (uncodified); amending 2017 3rd sp.s. c 4 ss 1003, 1021, 1048, 3072, 5011, 5016, 5048, and 5076 (uncodified); amending 2016 sp.s. c 35 s 1012; adding new sections to 2018 c 2 (uncodified); creating a new section; repealing 2018 c 2 ss 1030, 1033, and 2030 (uncodified); repealing 2018 c ... (SHB 1656) s 13 (uncodified); making appropriations; providing a contingent effective date; and declaring an emergency.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF WASHINGTON:

1531 Broadway, 1534 Broadway, and 909 East Pine street owned by the state board of community and technical colleges. The property must be used to provide services and housing for homeless youth and young adults.

(f) ((~~$21,987,000~~)) $26,006,000 is provided solely for the following list of housing projects:

(i) Cross Laminated Timber Spokane Housing Predesign. . . .$500,000

(ii) El Centro de la Raza. . . .$737,000

(iii) Highland Village Preservation. . . .$1,500,000

(iv) King County Modular Housing Project. . . .((~~$3,000,000~~)) $1,500,000

(v) Nisqually Tribal Housing. . . .$1,250,000

(vi) Othello Homesight Community Center. . . .$3,000,000

(vii) Parkview Apartments Affordable Housing. . . .$100,000

(viii) Supported Housing and Employment (Longview). . . .$129,000

(ix) $2,500,000 is provided solely for grants to purchase low-income mobile home parks. Up to $2,500,000 is for the Firs Mobile Home Park. If the Firs Mobile Home Park is not purchased, the amount provided in this subsection shall lapse.

(x) $6,000,000 is provided solely for grants for high quality low-income housing projects that will quickly move people from homelessness into secure housing, and are significantly less expensive to construct than traditional housing. It is the intent of the legislature that these grants serve projects with a total project development cost per housing unit of less than $125,000, excluding the value of land, and with a commitment by the applicant to maintain the housing units for at least a twenty-five year period. Amounts provided that are subject to this subsection must be used to plan, predesign, design, provide technical assistance and financial services, purchase land for, and build innovative low-income housing units. $3,000,000 of the appropriation that is subject to this subsection is provided solely for innovative affordable housing in Shelton and $3,000,000 of the appropriation that is subject to this subsection is provided solely for innovative affordable housing for veterans in Orting. Mental health and substance abuse counseling services must be offered to residents of housing projects supported by appropriations in this subsection. $500,000 of the appropriation for housing units in Shelton can be released for purchase of land, planning, or predesign services before the project is fully funded. $500,000 of the appropriation for housing units in Orting can be released for purchase of land, planning, or predesign services before the project is fully funded.

(((~~(viii) $6,000,000~~)) (xi) $7,290,000 is provided solely for grants to the following organizations using innovative methods to address homelessness: ((~~$3,000,000~~)) $4,290,000 for THA Arlington drive youth campus in Tacoma and $3,000,000 for a King county housing project.

(xii) $1,500,000 is provided solely for Valley Cities modular housing project in Auburn.

(g) Of the amounts appropriated remaining after (a) through (f) of this subsection, the department must allocate the funds as follows:

(i) 10 percent is provided solely for housing projects that benefit veterans;

(ii) 10 percent is provided solely for housing projects that benefit homeownership;

(iii) 5 percent is provided solely for housing projects that benefit people with developmental disabilities;

(iv) The remaining amount is provided solely for projects that serve low-income and special needs populations in need of housing, including, but not limited to, homeless families with children, homeless youth, farmworkers, and seniors.

(2) In evaluating projects in this section, the department must give preference for applications based on some or all of the criteria in RCW 43.185.070(5).

(3) The department must strive to allocate all of the amounts appropriated in this section within the 2017-2019 fiscal biennium in the manner prescribed in subsection (1) of this section. However, if upon review of applications the department determines there are not adequate suitable projects in a category, the department may allocate funds to projects serving other low-income and special needs populations, provided those projects are located in an area with an identified need for the type of housing proposed.

Appropriation:

State Building Construction Account—State. . . .((~~$43,400,000~~)) $44,131,000

State Taxable Building Construction Account—State. . . .$58,000,000

Washington Housing Trust Account—State. . . .((~~$5,370,000~~)) $8,658,000

Subtotal Appropriation. . . .((~~$106,770,000~~)) $110,789,000

Prior Biennia (Expenditures). . . .$0

NEW SECTION. **Sec. 7020.** Except for section 7018 of this act, this act is necessary for the immediate preservation of the public peace, health, or safety, or support of the state government and its existing public institutions, and takes effect immediately.

Passed by the Senate March 8, 2018.
Passed by the House March 6, 2018.
Approved by the Governor March 27, 2018, with the exception of certain items that were vetoed.
Filed in Office of Secretary of State March 29, 2018.

Note: Governor's explanation of partial veto is as follows:

"I am returning herewith, without my approval as to Sections 3011(2), 3011(3), 3011(4), 4002, 7018, and 7019, Engrossed Substitute Senate Bill No. 6095 entitled:

"AN ACT Relating to the capital budget."

### Sections 3011(2), (3) and (4), page 83, Department of Ecology, Water Availability (91000343)

I appreciate the bipartisan effort and support to pass Engrossed Substitute Senate Bill 6091 (ESSB 6091) and the accompanying appropriation of $20 million in the enacted capital budget. Together, these measures are important in allowing appropriate development to proceed in rural areas of our state while also ensuring the protection of instream flows. Negotiations on ESSB 6091 were both substantial and difficult. Sections 3011(2), (3) and (4) single out particular projects for funding. This is a departure from the planning and implementation processes established only weeks ago in ESSB 6091, and circumvents the Department of Ecology's efforts to prioritize and approve projects. For these reasons, I have vetoed Sections 3011(2), (3) and (4).

### Section 4002, pages 110-112, Aviation Revitalization Loans (92000003)

This section contains amendments identical to Substitute House Bill 1656 (SHB 1656) and reduces the amount available for loans by $2.5 million. Because I have vetoed SHB 1656 and I support the original $5 million appropriation, I have vetoed Section 4002.

### Section 7018, page 153

Section 7018 repeals Section 13 of Substitute House Bill 1656 (SHB 1656). Because I have vetoed SHB 1656, there is no need to repeal a section in that bill. For this reason, I have vetoed Section 7018.

### Section 7019, page 154

Section 7019 directs that Section 7018 takes effect when Substitute House Bill 1656 (SHB 1656) takes effect. Because I have vetoed Section 7018 and SHB 1656, this section is not necessary. For this reason, I have vetoed Section 7019.

For these reasons I have vetoed Sections 3011(2), 3011(3), 3011(4), 4002, 7018, and 7019 of Engrossed Substitute Senate Bill No. 6095.

With the exception of Sections 3011(2), 3011(3), 3011(4), 4002, 7018, and 7019, Engrossed Substitute Senate Bill No. 6095 is approved."

--- END ---