# EXHIBIT 15

CERTIFICATION OF ENROLLMENT

**SUBSTITUTE HOUSE BILL 1102**

Chapter 413, Laws of 2019

(partial veto)

66th Legislature
2019 Regular Session

CAPITAL BUDGET

EFFECTIVE DATE: May 21, 2019

Passed by the House April 28, 2019
  Yeas 97  Nays 1

_____
FRANK CHOPP
**Speaker of the House of Representatives**

Passed by the Senate April 27, 2019
  Yeas 48  Nays 0

_____
CYRUS HABIB
**President of the Senate**

Approved May 21, 2019 10:10 AM with the exception of sections 1029(5), 1043(3), 1082(2), 1083(2), 1091(2), 3102, and 7019, which are vetoed.

CERTIFICATE

I, Bernard Dean, Chief Clerk of the House of Representatives of the State of Washington, do hereby certify that the attached is **SUBSTITUTE HOUSE BILL 1102** as passed by the House of Representatives and the Senate on the dates hereon set forth.

_____
BERNARD DEAN
**Chief Clerk**

FILED

May 21, 2019

**Secretary of State
State of Washington**

_____
JAY INSLEE
**Governor of the State of Washington**

health capacity project categories within subsection (3) of this section, prioritizing projects in unserved areas of the state.

Appropriation:

    State Building Construction Account—State. . . .  ((~~$90,876,000~~))
    $90,376,000

    Prior Biennia (Expenditures). . . . . . . . . . . . . . . . . $0
    Future Biennia (Projected Costs). . . . . . . . . . . . . . . $0
        TOTAL. . . . . . . . . . . . . . . . . . . . . ((~~$90,876,000~~))
    $90,376,000

**Sec. 6005.** 2018 c 298 s 1002 (uncodified) is amended to read as follows:

**FOR THE DEPARTMENT OF COMMERCE**

    2017-19 Housing Trust Fund Program (30000872)

The appropriations in this section are subject to the following conditions and limitations:

(1) ((~~$58,000,000~~)) $83,500,000 of the state taxable building construction account—state appropriation, ((~~$44,131,000~~)) $19,631,000 of the state building construction account—state appropriation, and $8,658,000 of the Washington housing trust account—state appropriation are provided solely for affordable housing and preservation of affordable housing. Of the amounts in this subsection:

(a) $24,370,000 is provided solely for housing projects that provide supportive housing and case-management services to persons with chronic mental illness. The department must prioritize low-income supportive housing unit proposals that provide services or include a partner community behavioral health treatment provider;

(b) $10,000,000 is provided solely for housing preservation grants or loans to be awarded competitively. The grants may be provided for major building improvements, preservation, and system replacements, necessary for the existing housing trust fund portfolio to maintain long-term viability. The department must require that a capital needs assessment is performed to estimate the cost of the preservation project at contract execution. Funds may not be used to add or expand the capacity of the property. To receive grants, housing projects must meet the following requirements:

(i) The property is more than fifteen years old;

1     (ii) At least 50 percent of the housing units are occupied by
2 families and individuals at or below 30 percent area median income.
3     (iii) The improvements will result in reduction of operating or
4 utilities costs, or both; and
5     (iv) Other criteria that the department considers necessary to
6 achieve the purpose of this program.
7     (c) $5,000,000 is provided solely for housing projects that
8 benefit people at or below 80 percent of the area median income who
9 have been displaced by a natural disaster declared by the governor,
10 including people who have been displaced within the last two biennia.
11     (d) $1,000,000 of the Washington housing trust account—state
12 appropriation is provided solely for the department to work with the
13 communities of concern commission to focus on creating capital assets
14 that will help reduce poverty and build stronger and more sustainable
15 communities using the communities' cultural understanding and vision.
16 The funding must be used for predevelopment costs for capital
17 projects identified by the commission and for other activities to
18 assist communities in developing capacity to create community-owned
19 capital assets.
20     (e) $1,000,000 of the Washington housing trust account—state
21 appropriation ((is)) and $1,500,000 of the state taxable building
22 construction account—state appropriation are provided solely for ((a
23 nonprofit, public development authority, local government, or housing
24 authority to)) the purchase of the three south annex properties. The
25 state board for community and technical colleges must transfer the
26 three south annex properties located at ((1531)) 1530 Broadway, 1534
27 Broadway, and 909 East Pine street ((owned by the state board of
28 community and technical colleges. The property must be used to
29 provide services and housing for homeless youth and young adults)) to
30 one or more nonprofits or public development authorities selected by
31 the department, if the selected entities agree to use the properties
32 to provide services and housing for homeless youth or young adults
33 for a minimum of twenty-five years. The transfer agreement between
34 the state board for community and technical colleges and the selected
35 entities must specify a mutually agreed transfer date and require the
36 selected entities to cover any closing costs with a total purchase
37 price of nine million dollars for all three properties.
38     (f) (($26,006,000)) $25,506,000 is provided solely for the
39 following list of housing projects:

```
 1            (i) ((Cross Laminated Timber)) Spokane Housing
 2                Predesign. . . . . . . . . . . . . . . . . . . . .  $500,000
 3            (ii) El Centro de la Raza. . . . . . . . . . . . . . .  $737,000
 4            (iii) Highland Village Preservation. . . . . . . . .  $1,500,000
 5            (iv) King County Modular Housing Project. . . . . .   $1,500,000
 6            (v) Nisqually Tribal Housing. . . . . . . . . . . .   $1,250,000
 7            (vi) Othello Homesight Community Center. . . . . . .  $3,000,000
 8            (vii) Parkview Apartments Affordable Housing. . . . .   $100,000
 9            (viii) Supported Housing and Employment (Longview). . . $129,000
10            (ix) (($2,500,000)) $2,000,000 is provided solely for ((grants to
11   purchase low-income mobile home parks. Up to $2,500,000 is for the
12   Firs Mobile Home Park. If the Firs Mobile Home Park is not purchased,
13   the amount provided in this subsection shall lapse.)) homeownership
14   assistance   for   low-income   households   displaced   from   their
15   manufactured/mobile homes due the closure or conversion of a mobile
16   home park or manufactured housing community in south King County.
17   $1,500,000 of this amount in this subsection is provided solely for
18   low-income residents displaced from the Firs Mobile Home Park located
19   in SeaTac.
20            (x) $6,000,000 is provided solely for grants for high quality
21   low-income  housing  projects  that  will  quickly  move  people  from
22   homelessness   into   secure   housing,   and   are   significantly   less
23   expensive to construct than traditional housing. It is the intent of
24   the legislature that these grants serve projects with a total project
25   development cost per housing unit of less than $125,000, excluding
26   the value of land, and with a commitment by the applicant to maintain
27   the housing units for at least a twenty-five year period. Amounts
28   provided that are subject to this subsection must be used to plan,
29   predesign,  design,  provide  technical  assistance  and  financial
30   services, purchase land for, and build innovative low-income housing
31   units. $3,000,000 of the appropriation that is subject to this
32   subsection is provided solely for innovative affordable housing in
33   Shelton and $3,000,000 of the appropriation that is subject to this
34   subsection is provided solely for innovative affordable housing for
35   veterans in Orting. Mental health and substance abuse counseling
36   services must be offered to residents of housing projects supported
37   by appropriations in this subsection. $500,000 of the appropriation
38   for housing units in Shelton can be released for purchase of land,
39   planning, or predesign services before the project is fully funded.
40   $500,000 of the appropriation for housing units in Orting can be
```