# EXHIBIT 16

# Quinn Plant

| | |
|---|---|
| **From:** | COM Public Disclosure <publicdisclosure@commerce.wa.gov> |
| **Sent:** | Wednesday, April 15, 2020 11:57 AM |
| **To:** | Quinn Plant |
| **Cc:** | Tyler Gallaway |
| **Subject:** | RE: public records request - PDR 089-20 Plant |

Good morning Quinn,

The Department of Commerce is in receipt of your public disclosure request as submitted below. It has been assigned the following reference number – PDR 089-20 Plant. This reference number has been inserted into the subject line of this email for tracking purposes.

According to Housing Trust Fund (HFU) staff the proviso in your request was amended in the 2019-2020 Capital Budget. The new proviso states; "$2,000,000 is provided solely for homeownership assistance for low-income households displaced from their manufactured/mobile homes due the closure or conversion of a mobile home park or manufactured housing community in south King County. $1,500,000 of this amount in this subsection is provided solely for low-income residents displaced from the Firs Mobile Home Park located in SeaTac."

According to HFU, for the first proviso mentioned in your request, the Department of Commerce did not solicit or receive any applications. However, after the proviso was modified in 2019, HFU issued a Notice of Funding Availability (NOFA) and one applicant applied for the $2 Mil allocation.

The Department of Commerce did not receive any applications to purchase the Firs Mobile Home Park. However, an application was received from Forterra NW in collaboration with El Centro de la Raza under the modified proviso in 2019.

For further information about this application please see our website using the following link and expand the 2019 Mobile Home Park Displacement Funding (CLOSED) section - https://www.commerce.wa.gov/building-infrastructure/housing/housing-trust-fund/applying-to-the-housing-trust-fund/

The Department of Commerce would like to know if you are interested in "*communications relating to applications or requests for these funds, including any applications for the use of these funds*" regarding the Forterra NW application made under the modified proviso mentioned above?

Please let us know as soon as possible but before April 29, 2020. If we do not hear from you by April 29, 2020 we will proceed with gathering and reviewing the records for the Forterra NW application made under the modified proviso mentioned above.

Please let me know if you have any questions.

Sincerely,

**Lucy Collis** | PUBLIC RECORDS OFFICER
Public Records Unit | Office Services | Washington State Department of Commerce
1011 Plum Street SE
Olympia, WA 98501

Desk: 360-725-2706
Cell: 360-481-4262
Fax: 360-586-8440

www.commerce.wa.gov | Facebook | Twitter | LinkedIn | Subscribe

1

*Email communications with state employees are public records and may be subject to disclosure, pursuant to Ch. 42.56 RCW.*

**From:** Quinn Plant <qplant@mjbe.com>
**Sent:** Wednesday, April 15, 2020 7:17 AM
**To:** COM Public Disclosure <publicdisclosure@commerce.wa.gov>
**Cc:** Tyler Gallaway <tgallaway@mjbe.com>
**Subject:** public records request

Please consider this email a public records request.

In Engrossed Substitute Senate Bill 6095 (Ch. 298, Laws of 2018), the legislature adopted a supplemental appropriation specific to the Decpartment of Commerce, Housing Trust Fund Program.

The Bill stated (at revised Sec. 1002(1)(f)(ix) as follows: "$2,500.000 is provided solely for grants to purchase low-income mobile home parks.  Up to $2,500,000 is for the Firs Mobile Home Park.  If the Firs Mobile Home Park is not purchased, the amount provided in this subsection shall lapse."

For your reference, I'll attach a copy pertinent pages of ESSB 6095 to this email.

**Request:**  I want to know if anyone applied for these funds.  Please provide all communications relating to applications or requests for these funds, including any applications for the use of these funds to Purchase the Firs Mobile Home Park.

Quinn Plant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA 98902
509-575-0313
509-575-0351 fax
www.mjbe.com

This email and any attachments are for the sole use of the intended recipient(s) and contains information belonging to the law firm of Menke Jackson Beyer, LLP, which may be privileged, confidential, attorney work product and/or protected from disclosure under applicable law.  If you have received this message in error, please notify the sender either by email or telephone and delete the message. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. If you are not the intended recipient, any disclosure, distribution or copying is strictly prohibited.