# EXHIBIT 20

| | |
|---|---|
| **From:** | Henry Lippek |
| **To:** | michael.mesorio@gmail.com |
| **Cc:** | Vicente Omar Barraza; helenab@tenantsunion.org; amyt@tenantsunion.org |
| **Subject:** | Firs Mobile Home Park homeowners need to pay monthly rent to stay in the Park |
| **Date:** | Thursday, February 22, 2018 9:24:45 AM |
| **Attachments:** | Law RCW 59.20.090 Termination for non-pymt of rent.docx |
| | ORDER Granting Stay to Petitioners 1-5-18.pdf |

Dear Firs Homeowner:

Both State law, RCW 59.20, grounds for termination of tenancy, and Judge Ramseyer's January 5, 2018, Stay Order require that Firs homeowners continue to make their monthly lease payments for their Firs Mobile Home Park spaces.

**If these lease payments are not made on time, these leases are subject to termination and the homeowners and their families to eviction.**

Firs Homeowner Association members have paid their Firs space lease payments for November 2017, December 2017, January 2018, February 2018 and presumably for each month in the future, to Vincente Omar Barraza, 14245F Ambaum Blvd SW, Burien WA 98166, phone 206 9337861, email omar@Barrazalaw.com, for deposit into his law firm's client trust account.

Firs homeowners who are not members of the Firs Home Owners Association, have been paying their lease payments to Henry E. Lippek for deposit in his law firm's client trust account.

In Mr. Park's latest court filing, he attached the Firs "rent roll." We learned that some Firs homeowners have not been making lease payments. If you want protection from eviction that is now in place, subject to further Court order or agreement, then you need to be fully current on your lease obligations.

If you have questions, please contact Omar or me.

*Hank*
Henry E. Lippek

The Publ ic Advoc ATe NPPSC
1001 Fourth Avenue, Suite 4400
Seattle, WA  98154

T: 206 389-1652   |   F: 206 826-1304   |   E: lippek@aol.com

**FIRS007889**