# EXHIBIT 23

```
                                    FILED         HONORABLE KAREN DONOHUE
                              2019 MAY 07 03:30 PM
                                                  Hearing: Date/Time otherwise delete
                                  KING COUNTY             With/Without Oral Argument
                              SUPERIOR COURT CLERK
                                    E-FILED
                              CASE #: 18-2-06771-5 KNT
```

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MARTHA S. ZAMORA and RUTILIO ZAMORA; IRENE CRUZ; EDUARDO VAZQUEZ VITE; MA ANITA BRITO-MUNGUIA; URIEL ZAMORA; NALLELICA ZAMORA,<br><br>Plaintiffs,<br><br>v.<br><br>FIFE MOTEL, INC., a Washington corporation,<br><br>Defendant. | No. 18-2-06771-5 KNT<br><br>NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES<br><br>(Clerk's Action Required) |

NOTICE IS HEREBY GIVEN that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

If an order dismissing all claims against all parties is not entered within 45 days after the written notice of settlement is filed, or within 45 days after the scheduled trial date, whichever is earlier, and if a certificate of settlement without dismissal is not filed as provided in LCR 41(e)(3), the case may be dismissed on the clerk's motion pursuant to LCR 41(b)(2)(B).

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES
(No. 18-2-06771-5 KNT)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1

DATED: May 7, 2019

2

BRESKIN JOHNSON TOWNSEND, PLLC    FLOYD, PFLUEGER & RINGER, P.S.

By:   *s/Roger Townsend*
Brendan W. Donckers, WSBA #39406
Roger Townsend, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206)652-8660
bdonckers@bjtlegal.com
rtownsend@bjtlegal.com

*Attorneys for Plaintiffs*

By:   *s/Thomas W. Stone*
Francis S. Floyd, WSBA #10642
Thomas W. Stone, WSBA #37559
Amanda D, Daylong, WSBA #
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Tel: (206) 441-4455
ffloyd@floyd-ringer.com
tstone@floyd-ringer.com
adaylong@floyd-ringer.com

OLSEN LAW FIRM, PLLC

By:   *s/Walter H. Olsen*
Walter H. Olsen, Jr., WSBA #24462
205 S. Meridian
Puyallup, WA 98371
Tel: (253) 200-2288
walt@olsenlawfirm.com

*Attorneys for Defendant Fife Motel, Inc.*

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES
(No. 18-2-06771-5 KNT)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this date I filed the foregoing document with the Clerk of the Court using the court's efiling system and had it served on the following counsel of record, in the manner indicated:

| | |
|---|---|
| Francis S. Floyd<br>ffloyd@floyd-ringer.com<br>Thomas W. Stone<br>tstone@floyd-ringer.com<br>Amanda D. Daylong<br>adaylong@floyd-ringer.com<br>FLOYD, PFLUEGER & RINGER, P.S.<br>200 W. Thomas Street, Suite 500<br>Seattle, Washington 98119<br>206-441-4455<br>Sophia Katinas, skatinas@floyd-ringer.com | Via Email by Agreement |
| Walter H. Olsen, Jr.<br>walt@olsenlawfirm.com<br>B. Tony Branson<br>tony@olsenlawfirm.com<br>Olsen Law Firm PLLC<br>205 S. Meridian<br>Puyallup, WA 98371<br>253-200-2288 | Via Email by Agreement |

DATED: May 7, 2019.

        *s/Rachael Tamngin*
        Rachael Tamngin

---

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES
(No. 18-2-06771-5 KNT)

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660