The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Firs Home Owners Association,<br><br>Plaintiff,<br><br>v.<br><br>City of SeaTac, a Municipal Corporation,<br><br>Defendant. | NO. 2:19-cv-01130-RSL<br><br>DECLARATION OF MARY E. MIRANTE BARTOLO |

Pursuant to 28 U.S.C. § 1746, I, Mary E. Mirante Bartolo, state and declare under penalty of perjury as follows:

1. I am City Attorney for the City of SeaTac. I have held this position for 18 years. This declaration is based on my own personal knowledge.

2. I represent the City of SeaTac in litigation now pending in King County Superior Court pursuant to Washington's Land Use Petition Act (LUPA), Ch. 36.70 RCW, styled *Chrisanto Medina and Firs Home Owners Association v. City of SeaTac and Fife Motel Inc.*, King County Superior Court Case No. 17-207094 KNT. In the LUPA action, the plaintiff (herein, the "HOA") has challenged a February 2017 decision by the SeaTac

DECLARATION OF MARY E. MIRANTE BARTOLO –
NO. 2:19-cv-01130-RSL - 1

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

hearing examiner to affirm a certificate of approval issued by the City's Department of Community and Economic Development to Fife Motel, Inc. (herein "Fife Motel"), on October 17, 2016. The King County Superior Court has not yet issued a final judgment in the LUPA appeal. As a result, the relocation plan approval process has been stayed since October 2016 pursuant to SeaTac Municipal Code ("SMC") § 15.465.600(H)(2) (g).

3. Attorneys Vincente Omar Barraza and Henry Lippek represented the HOA in the LUPA action.

4. I am aware that, in addition to the LUPA action, Fife Motel, and various residents of the Firs Mobile Home Park engaged in litigation over the non-payment of rent and certain actions allegedly taken by Fife Motel. The City generally viewed these disputes as private matters that do not involve the City.

5. The HOA's attorneys, and particularly Henry Lippek, urged the City to intervene in litigation between the residents of the Firs Mobile Home Park and Fife Motel. A true and correct copy of an email exchange between Mr. Lippek and myself dated February 21, 2018, is attached hereto as Exhibit 1.

6. It would have been improper for the City to insert itself into private litigation between a landlord and its tenants. However, the City steadfastly maintained that it would <u>not</u> issue a Certificate of Satisfactory Completion pursuant to SeaTac Municipal Code ("SMC") § 15.465.600(H)(2)(k) until the stated actions in an approved relocation plan had been implemented, and the tenants had been relocated. Without a Certificate of Satisfactory Completion, Fife Motel cannot close the Firs Mobile Home Park.

DECLARATION OF MARY E. MIRANTE BARTOLO –
NO. 2:19-cv-01130-RSL - 2

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

7. In an effort to assuage Mr. Lippek on this point the City filed a memorandum with the King County Superior Court on February 22, 2018, in which it emphasized that pursuant to SMC § 15.465.600(H)(2)(k) "the City CED Director cannot issue a certificate of satisfactory completion until the relocation plan's stated actions have been implemented and until all tenants have been relocated." A true and correct copy of this pleading is attached to the Declaration of Steve Pilcher as Exhibit 27.

8. I have reviewed the First Amended Complaint filed by the HOA on October 21, 2019, including the allegations that the City failed to stop Fife Motel from prematurely closing the park. (*See* Dk. #25, ¶ 4.30, ¶ 4.53). By virtue of the still-pending LUPA appeal, the relocation plan process is currently stayed pursuant to SMC § 15.465.600(H)(2)(g), thereby preventing the City from issuing a Certificate of Satisfactory Completion. The City has consistently maintained that Fife Motel must fully implement an approved relocation plan, and all tenants must be relocated, before a Certificate of Satisfactory Completion may be issued that would allow the Firs Mobile Home Park to be closed.

9. In February 2020, the parties to the LUPA appeal filed a joint motion with the King County Superior Court asking Judge LeRoy McCullough to affirm the ruling of the City's hearing examiner to affirm the modified relocation plan and to refer the relocation plan back to the parties for implementation. The Court never issued a ruling on the parties' joint motion. As a result, the parties re-noted the motion for hearing on February 1, 2021. True and correct copies of the noting document, motion, and proposed order are attached hereto as Exhibit 2. For reasons known only to the Court, Judge McCullough has yet to issue a ruling on the motion.

DECLARATION OF MARY E. MIRANTE BARTOLO – NO. 2:19-cv-01130-RSL - 3

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

DATED THIS 3rd day of March, 2021, at SeaTac, Washington.

*Mary Mirante Bartolo*
MARY E. MIRANTE BARTOLO

DECLARATION OF MARY E. MIRANTE BARTOLO –
NO. 2:19-cv-01130-RSL - 4

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

V. Omar Barraza                    omar@barrazalaw.com
Christina L. Henry                 chenry@hdm-legal.com
Ms. Mary E. Mirante Bartolo        mmbartolo@seatacwa.gov
Mr. Mark S. Johnsen                mjohnsen@seatacwa.gov
Mr. Brendan W. Donckers            bdonckers@bjtlegal.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/ QUINN N. PLANT
WSBA #31339
Menke Jackson Beyer, LLP
*Attorneys for Defendant*
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: qplant@mjbe.com

DECLARATION OF MARY E. MIRANTE BARTOLO –
NO. 2:19-cv-01130-RSL - 5

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351