# EXHIBIT 1

| | |
|---|---|
| **From:** | Henry Lippek |
| **To:** | mmbartolo@ci.seatac.wa.us; mjohnsen@ci.seatac.wa.us; jrobinson@ci.seatac.wa.us; spilcher@ci.seatac.wa.us |
| **Subject:** | Re: Firs HOA v. Mr. Park, no. 17-2-07094-7: SeaTac"s no-position response apology and understanding |
| **Date:** | Wednesday, February 21, 2018 7:53:37 PM |
| **Attachments:** | Firs HOA Bd Response to Motion for Security.pdf |

Mary,

I apologize for my earlier email sent at 3:16 pm today for being unduly harsh. I understand and appreciate the efforts made by City officials, both directly and behind the scenes, to resolve the impasse with Mr. Park over implementation of the Relocation Plan.

However, know that we will do our best, to the extent approved by the Association and its supporters and partners, to prevent Messrs. Park and Olsen from evading their duties, circumventing applicable law, and Court orders.

It is a particularly odious perversion of the facts, the law and of justice for Messrs. Park and Olsen to assert that they can, with impunity, file and prosecute unlawful detainer/eviction proceedings against all Firs homeowners and residents just because they are present after October 31, 2017. The paramount purposes, goals and objectives of State and SeaTac Relocation Plan requirements include protection the property, civil and due process rights of mobile park homeowners and residents; relocation to sustainable, affordable and acceptable new homes; preservation of mobile home parks; and facilitating of acquisition by the Association of the land underlying their homes.

Thank you for agreeing that the City will clarify its no-position response tomorrow, and in its respondent's brief (if the City is not dismissed by then) by stating City will enforce its implementation of the Relocation Plan requirements, prevent Mr. Park from evicting Firs Mobile Home Park residents before the Relocation Plan is implemented or the Association acquires the land underlying the Park.

Like the Florida high school students who convinced the Florida Legislature to consider gun controls that were unthinkable for a generation, it is our expectation that the Firs homeowners, families and the children will be the catalyst for effectively addressing the crisis shortage of affordable housing particularly in King, Pierce and Snohomish Counties.

*Hank*

The Public Advoc ATe NPPSC
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154

T: 206 389-1652   |   F: 206 826-1304   |   E: lippek@aol.com

-----Original Message-----
From: Mary Mirante Bartolo <mmbartolo@ci.seatac.wa.us>
To: 'Henry Lippek' <lippek@aol.com>; Mark Johnsen <mjohnsen@ci.seatac.wa.us>; Jeff Robinson <jrobinson@ci.seatac.wa.us>; Steve Pilcher <spilcher@ci.seatac.wa.us>
Sent: Wed, Feb 21, 2018 4:55 pm
Subject: RE: Firs HOA v. Mr. Park, no. 17-2-07094-7: SeaTac's no-position response

Hank,

I am equally dismayed by your email to me. You have mischaracterized the City's position and intentions. You know better given our conversations. Your email is riddled with unfair accusations and unprofessionalism.

Mary E. Mirante Bartolo
SeaTac City Attorney
4800 So. 188th Street
SeaTac, WA 98188
mmbartolo@ci.seatac.wa.us
206.973.4631

This communication may be subject to public disclosure laws of the State of Washington (RCW 42.56).

**From:** Henry Lippek [mailto:lippek@aol.com]
**Sent:** Wednesday, February 21, 2018 3:16 PM
**To:** Mary Mirante Bartolo <mmbartolo@ci.seatac.wa.us>; Mark Johnsen <mjohnsen@ci.seatac.wa.us>; Jeff Robinson <jrobinson@ci.seatac.wa.us>; Steve Pilcher <spilcher@ci.seatac.wa.us>
**Subject:** Firs HOA v. Mr. Park, no. 17-2-07094-7: SeaTac's no-position response

Mary,

I was disappointed in SeaTac's no-position response today to Mr. Park's pending motion for security.

To an outside observer, it appears that the City of SeaTac is wrongfully a shill for Mr. Park: 1) You, and Walt Olsen, opposed the 5/24/17 six-month Scheduling Order; 2) supported, if I recall correctly, Mr. Olsen's request right afterwards to file a summary judgment motion; 3) filed a motion to strike virtually all of petitioners allegations; 4) opposed, with Mr. Olsen, petitioners motion for supplementary discovery and 5) our companion motion for leave to file petitioners' second amended petition. None of those motions were consistent with applicable law and the facts relevant to this LUPA appeal.

It is self evident that the central obligation of the SeaTac Legal Department is to enforce the SeaTac's requirements to implement the Relocation Plan by strenuously opposing at every turn Mr. Park's attempts to close the Firs Mobile Home Park before all Firs homeowners and residents are relocated and the Firs Mobile Home Park is

vacant. Your job, properly defined, is to protect the vulnerable and poor residents of SeaTac (regardless of the Council's position)--the Mr. Parks can protect themselves on their own just fine. I attach again, the Association's response in opposition (w/o appendix and exhibits) to Mr. Park's motion for security and urge you to actually read it. This LUPA appeal is *only* about Mr. Park's failure to perform his duties, subversion of the Relocation Plan, and disregarding the Scheduling Order and the Stay Order, which occurred *after* the close of the Hearing Examiner's record.

The Economist each week publishes an obituary of a person most people have never heard of, but who made a difference. This week's obituary, attached, is of Asna Jahangir, Pakistan's loudest voice for democracy and human rights: "She believed in its [the law's] power to right wrongs. Her tartness in court expressed her fury with the slow, corrupt, uneven way it actually worked." I too am similarly dismayed at the City of SeaTac's hypocrisy in so far failing to take effective action, easily within its authority, to preserve the Firs Mobile Home Park.

Tomorrow you could begin to redeem the City by amending your no-position response to clarify that the City will enforce its implementation of the Relocation Plan requirements.

*Hank*

**The Public Advocate** NPPSC
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154

T: 206 389-1652   |   F: 206 826-1304   |   E: lippek@aol.com

FIRS007892