# EXHIBIT 1

# Quinn Plant

**From:** Kristina Gregg
**Sent:** Tuesday, December 13, 2016 11:52 AM
**To:** 'Dani Daskam'; 'Debbie Burke'; 'Bonnie Wilkins'; 'Monica Lusk'; 'Jason Seth'; 'Stephanie Courtney'; 'Christy O'Flaherty'
**Subject:** Interpreter

Does your city provide interpreters when requested for Council meetings?

Do you have a policy related to interpreters?

Please share any input you have.

Thanks!

Kristina Gregg
City Clerk
City of SeaTac

1

## Quinn Plant

**From:** Stephanie Courtney <Stephanie.Courtney@cityoffederalway.com>
**Sent:** Wednesday, December 14, 2016 4:40 PM
**To:** Kristina Gregg
**Subject:** RE: Interpreter

Hi!

We do not have interpreters. We have listening devices available through the Clerk's Office. The Court and the Police I believe have a list of interpreters that can be utilized, however I don't believe the city pays for that.

Hope that helps!
Steph

**From:** Kristina Gregg [mailto:kgregg@ci.seatac.wa.us]
**Sent:** Tuesday, December 13, 2016 11:52 AM
**To:** Dani Daskam; Debbie Burke; Bonnie Wilkins; Monica Lusk; Jason Seth; Stephanie Courtney; Christy O'Flaherty
**Subject:** Interpreter

Does your city provide interpreters when requested for Council meetings?

Do you have a policy related to interpreters?

Please share any input you have.

Thanks!

Kristina Gregg
City Clerk
City of SeaTac

1

# Quinn Plant

| | |
|---|---|
| **From:** | Monica Lusk <MONICAL@burienwa.gov> |
| **Sent:** | Tuesday, December 13, 2016 12:56 PM |
| **To:** | Kristina Gregg |
| **Cc:** | Monica Lusk |
| **Subject:** | RE: Interpreter |

We don't have a policy. Only used an ASL interpreter at one Council mtg in May 2015.

Our agenda states:
**City Council meetings are accessible to people with disabilities. Please phone (206) 248-5517 at least 48 hours prior to the meeting to request assistance. American Sign Language (ASL) interpretation and assisted listening devices are available upon request.**

Good luck!

Happy Holidays to you and yours,

Monica Lusk
City Clerk
City of Burien
(206) 248-5517
monical@burienwa.gov
www.burienwa.gov

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*PUBLIC RECORDS DISCLOSURE: This e-mail is
a public record of the City of Burien and is subject
to public disclosure, unless lawfully exempt*


**From:** Kristina Gregg [mailto:kgregg@ci.seatac.wa.us]
**Sent:** Tuesday, December 13, 2016 11:52 AM
**To:** Dani Daskam <ddaskam@auburnwa.gov>; Debbie Burke <DebbieB@CI.NORMANDY-PARK.WA.US>; Bonnie Wilkins <BWilkins@desmoineswa.gov>; Monica Lusk <MONICAL@burienwa.gov>; Jason Seth <JSeth@Rentonwa.gov>; Stephanie Courtney <Stephanie.Courtney@cityoffederalway.com>; Christy O'Flaherty <Christy.OFlaherty@TukwilaWA.gov>
**Subject:** Interpreter

Does your city provide interpreters when requested for Council meetings?

Do you have a policy related to interpreters?

Please share any input you have.

Thanks!

Kristina Gregg
City Clerk

1

City of SeaTac

# Quinn Plant

**From:** Jason Seth <JSeth@Rentonwa.gov>
**Sent:** Wednesday, December 28, 2016 11:56 AM
**To:** Kristina Gregg
**Subject:** RE: Interpreter

Hi Kristina,

We do not have interpreters on hand at Council meetings. We do provide an interpreter for the court and/or hearing examiner if requested ahead of time. We do not have an official policy.
-Jason

Jason Seth, CMC
City Clerk
City of Renton
425-430-6502
jseth@rentonwa.gov

This communication may be subject to public disclosure laws of the State of Washington (RCW 42.56).


**From:** Kristina Gregg [mailto:kgregg@ci.seatac.wa.us]
**Sent:** Tuesday, December 13, 2016 11:52 AM
**To:** Dani Daskam <ddaskam@auburnwa.gov>; Debbie Burke <DebbieB@CI.NORMANDY-PARK.WA.US>; Bonnie Wilkins <BWilkins@desmoineswa.gov>; Monica Lusk <MONICAL@burienwa.gov>; Jason Seth <JSeth@Rentonwa.gov>; Stephanie Courtney <Stephanie.Courtney@cityoffederalway.com>; Christy O'Flaherty <Christy.OFlaherty@TukwilaWA.gov>
**Subject:** Interpreter

Does your city provide interpreters when requested for Council meetings?

Do you have a policy related to interpreters?

Please share any input you have.

Thanks!

Kristina Gregg
City Clerk
City of SeaTac

1

# Quinn Plant

**From:** Dani Daskam <ddaskam@auburnwa.gov>
**Sent:** Tuesday, December 13, 2016 12:06 PM
**To:** Kristina Gregg
**Subject:** RE: Interpreter

We haven't had a request, yet.

**From:** Kristina Gregg [mailto:kgregg@ci.seatac.wa.us]
**Sent:** Tuesday, December 13, 2016 11:52 AM
**To:** Dani Daskam <ddaskam@auburnwa.gov>; Debbie Burke <DebbieB@CI.NORMANDY-PARK.WA.US>; Bonnie Wilkins <BWilkins@desmoineswa.gov>; Monica Lusk <MONICAL@burienwa.gov>; Jason Seth <JSeth@Rentonwa.gov>; Stephanie Courtney <Stephanie.Courtney@cityoffederalway.com>; Christy O'Flaherty <Christy.OFlaherty@TukwilaWA.gov>
**Subject:** Interpreter

Does your city provide interpreters when requested for Council meetings?

Do you have a policy related to interpreters?

Please share any input you have.

Thanks!

Kristina Gregg
City Clerk
City of SeaTac

The information contained in this electronic communication is personal, privileged and/or confidential information intended only for the use of the individual(s) or entity(ies) to which it has been addressed. If you read this communication and are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication, other than delivery to the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail. Thank you.