# EXHIBIT 2



# City of SeaTac
# Special Council Meeting Agenda

**December 12, 2017**  
**6:00PM**

**City Hall**  
**Council Chambers**

**CALL TO ORDER:**

**ROLL CALL:**

**FLAG SALUTE**

**PUBLIC COMMENTS:** (Speakers must sign up prior to the meeting. Individual comments shall be limited to three minutes. A representative speaking for a group of four or more persons in attendance shall be limited to ten minutes. When recognized by the Mayor or his designee, walk to the podium, state and spell your name, and give your address [optional] for the record.)

## 4. PRESENTATIONS:

**Key to the City to outgoing Police Chief Lisa Mulligan** *(Total Time: 5 Minutes)*  
By: City Manager Joseph Scorcio / Mayor Michael Siefkes

**Key to the City to Outgoing Councilmembers Kathryn Campbell and Tony Anderson** *(Total Time: 5 Minutes)*  
By: Mayor Michael Siefkes

**Key City Issues and Requests for Direction** *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*  
By: City Manager Joseph Scorcio

**Council Requests to Refer Items to Committees** *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*  
By: Mayor Michael J. Siefkes

## 5. CONSENT AGENDA:

Approval of claims vouchers (check no. 119681 - 119785) in the amount of $715,610.81 for the period ended December 5, 2017.

Approval of payroll vouchers (check no. *54207 - 54231) in the amount of $94,170.52 for the period ended November 30, 2017.

*Check number 54206 - replacement check for stale dated payroll check

Approval of payroll electronic fund transfer (check no. 92686 - 92819) in the amount of $468,000.67 for the period ended November 30, 2017.

Approval of payroll wire transfer in the amount of $52,699.42 for the period ended November 30, 2017.

Final Acceptance of public works projects

Approval of Council Meeting Minutes:  
Transportation & Public Works Committee Meeting held September 21 and October 16, 2017

Council Study Session held November 28, 2017
Regular Council Meeting held November 28, 2017

The following items were reviewed at the November 28, 2017 Council Study Session and recommended for placement on this Consent Agenda:

Agenda Bill #4788; A Motion authorizing the City Manager to enter into a two-year agreement with Philips Publishing Group for publication of the SeaTac Magazine.

PUBLIC COMMENTS (related to Action Items): (Individual comments shall be limited to one minute and group comments shall be limited to two minutes.)

ACTION ITEM:

6. Agenda Bill #4642; A Resolution authorizing the City Manager to execute an Interlocal Agreement between the City of SeaTac and the Port of Seattle. *(Total Time: 30 Minutes / Presentation Time: 20 Minutes)*
By: City Manager Joseph Scorcio

7. Agenda Bill #4726; An Ordinance amending portions of the City of SeaTac Comprehensive Plan. *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*
By: Planning Manager Steve Pilcher / Senior Planner Kate Kaehny

8. Agenda Bill #4771; An Ordinance amending portions of Title 15 of the SeaTac Municipal Code, including the City's Official Zoning Map, related to the Zoning Code and the 2017 Comprehensive Plan Amendment Process. *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*
By: Planning Manager Steve Pilcher / Senior Planner Kate Kaehny

9. Agenda Bill #4710; An Ordinance confirming the appointment of Philip Lawrence Kratz as the City of SeaTac's Municipal Court Judge for the term January 1, 2018 - December 31, 2021, affixing the compensation of the Municipal Court Judge and Judges Pro-Tempore, and authorizing entry into a Professional Service Agreement. *(Total Time: 15 Minutes / Presentation Time: 5 Minutes)*
By: City Manager Joseph Scorcio

10. Agenda Bill #4791; A Resolution authorizing the City Manager to execute an amendment to a Purchase and Sales Agreement with 176th SeaTac, and execute an easement with the King County Housing Authority, both pertaining to City-owned real estate located at 3120 South 176th Street. *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*
By: CED Director Jeff Robinson

11. Agenda Bill #4798; A Resolution of the City Council amending Resolution No. 16-028 to adjust Joseph Scorcio's Salary, including a cost of living adjustment (COLA), and amending Resolution No. 17-003 granting Joseph Scorcio additional management days in 2018. *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*
By: City Manager Joseph Scorcio

PUBLIC COMMENTS (related to Unfinished Business): (Individual comments shall be limited to one minute and group comments shall be limited to two minutes.)

UNFINISHED BUSINESS:

NEW BUSINESS:

CITY MANAGER'S COMMENTS:

**COMMITTEE UPDATES:**

**COUNCIL COMMENTS:**

**EXECUTIVE SESSION:**

**ADJOURN:**

**THE COUNCIL CHAMBERS IS ACCESSIBLE TO PERSONS WITH DISABILITIES AND IS EQUIPPED WITH ASSISTIVE LISTENING DEVICES. PERSONS REQUIRING SPECIAL ACCOMMODATIONS SHOULD CONTACT THE CITY CLERK'S OFFICE BEFORE 5:00 PM THE FRIDAY PRECEDING THE COUNCIL MEETING.**