# EXHIBIT 3



# City of SeaTac
# 2017-2018 Budget Workshop 3
# Agenda

**November 3, 2016 (Thursday)**      **City Hall**
**4:00PM**      **Council Chambers**
*Revised 10/27/16: removed potential Executive Session, added Introduction of Decision Cards*

*This agenda is subject to change and will be reposted at least 24-hours prior to the meeting if revisions are made.*

**CALL TO ORDER:**

    **OPMA Exempt Meeting per RCW 42.30.140(4)(A)** *(if needed)*

**PUBLIC COMMENTS (related to the agenda items listed below):** (Speakers must sign up prior to the meeting. Public Comments shall be limited to a total of ten minutes with individual comments limited to three minutes and a representative speaking for a group of four or more persons in attendance shall be limited to ten minutes. However, the Mayor or designee may reduce equally the amount of time each speaker may comment so that the total public comment time does not exceed ten minutes. When recognized by the Mayor or his designee, walk to the podium, state and spell your name, and give your address [optional] for the record.)

1.     **Department Budget Reviews - Dedicated Funds**

   - <u>**Public Works Department**</u>
   - **Street Fund (102)**
   - **Des Moines Creek Fund (111)**
   - **Surface Water Fund (403)**
   - **Solid Waste Fund (404)**
   - **Equipment Repair and Replacement Fund (501)**

2.     **2017-2022 Citywide Capital Improvement Plan (CIP)**

   - **Municipal Capital Improvements Fund (301)**
   - **Municipal Facilities Fund (306)**
   - **Transportation Fund (307)**
   - **Light Rail Fund (308)**

3.     **Report and Direction on Additional Review/Analysis from Workshops 1 and 2**
4.     **Introduction of Decision Cards**
5.     **Identify and Confirm items for Additional Review/Analysis**
       **ADJOURN:**

THE COUNCIL CHAMBERS IS ACCESSIBLE TO PERSONS WITH DISABILITIES AND IS EQUIPPED WITH ASSISTIVE LISTENING DEVICES. PERSONS REQUIRING SPECIAL ACCOMMODATIONS SHOULD CONTACT THE CITY CLERK'S OFFICE BEFORE 5:00 PM THE FRIDAY PRECEDING THE COUNCIL MEETING.