# EXHIBIT 4



# City of SeaTac
# Council Study Session Agenda

November 28, 2017     City Hall
5:00PM     Council Chambers

**CALL TO ORDER:**

**PUBLIC COMMENTS (related to the agenda items listed below):** (Speakers must sign up prior to the meeting. Public Comments shall be limited to a total of ten minutes with individual comments limited to three minutes and a representative speaking for a group of four or more persons in attendance shall be limited to ten minutes. However, the Mayor or designee may reduce equally the amount of time each speaker may comment so that the total public comment time does not exceed ten minutes. When recognized by the Mayor or his designee, walk to the podium, state and spell your name, and give your address [optional] for the record.)

**AGENDA BILLS:**

**1.  PRESENTATIONS - INFORMATION ONLY:**

Introduction of new employees: Emergency Management Coordinator Wilfredo Lugo, CAD Technician Kim Tang, and Accounting Technician Jennifer Berg *(Total Time: 5 Minutes)*
By: City Manager Joseph Scorcio

**2.  Agenda Bill #4788;** A Motion authorizing the City Manager to enter into a two-year agreement with Philips Publishing Group for publication of the SeaTac Magazine. *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*
By: Executive Assistant Lesa Ellis

The following two agendas bills (4726 and 4771) will be presented together *(Total Time: 25 minutes / Presentation Time: 15 minutes)*

**3.  Agenda Bill #4726;** An Ordinance amending portions of the City of SeaTac Comprehensive Plan.
By: Planning Manager Steve Pilcher / Senior Planner Kate Kaehny

**4.  Agenda Bill #4771;** An Ordinance amending portions of Title 15 of the SeaTac Municipal Code, including the City's Official Zoning Map, related to the Zoning Code and the 2017 Comprehensive Plan Amendment Process.
By: Planning Manager Steve Pilcher and Senior Planner Kate Kaehny

**5.  Agenda Bill #4642;** A Resolution authorizing the City Manager to execute an Interlocal Agreement between the City of SeaTac and the Port of Seattle. *(Total Time: 30 Minutes / Presentation Time: 20 Minutes)*
By: City Manager Joseph Scorcio

**EXECUTIVE SESSION:** To review the performance of a public employee RCW 42.30.110(1)(g)

**ADJOURN:**

**THE COUNCIL CHAMBERS IS ACCESSIBLE TO PERSONS WITH DISABILITIES AND IS EQUIPPED WITH ASSISTIVE LISTENING DEVICES. PERSONS REQUIRING SPECIAL ACCOMMODATIONS SHOULD CONTACT**

THE CITY CLERK'S OFFICE BEFORE 5:00 PM THE FRIDAY PRECEDING THE COUNCIL MEETING.



# City of SeaTac
# Regular Council Meeting Agenda

November 28, 2017     City Hall
7:00PM     Council Chambers

**CALL TO ORDER:**

**ROLL CALL:**

**FLAG SALUTE**

**PUBLIC COMMENTS:** (Speakers must sign up prior to the meeting. Individual comments shall be limited to three minutes. A representative speaking for a group of four or more persons in attendance shall be limited to ten minutes. When recognized by the Mayor or his designee, walk to the podium, state and spell your name, and give your address [optional] for the record.)

**6. PRESENTATIONS:**

**Quarterly Public Safety Statistics** *(Total Time: 15 Minutes / Presentation Time: 10 Minutes)*
By: Deputy Fire Chief Brian Wiwel

**Key City Issues and Requests for Direction** *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*
By: City Manager Joseph Scorcio

**Council Requests to Refer Items to Committees** *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*
By: Mayor Michael Siefkes

**7. CONSENT AGENDA:**

Approval of claims vouchers (check no. 119507- 119680) in the amount of $2,320,291.12 for the period ended November 20, 2017.
Approval of payroll vouchers (check no. 54183- 54205) in the amount of $93,730.32 for the period ended November 15, 2017.
Approval of payroll electronic fund transfer (check no. 92552- 92685) in the amount of $322,868.98 for the period ended November 15, 2017.
Approval of payroll wire transfer in the amount of $51,859.37 for the period ended November 15, 2017.

Approval of Council Meeting Minutes:
Administration & Finance held November 2, 2017


The following items were reviewed at the November 14, 2017 Council Study Session and recommended for placement on this Consent Agenda:

Agenda Bill #4790; An Ordinance amending Section 14.16.028 of the SeaTac Municipal Code related to the definition of Building Footprint.

Agenda Bill #4789; A Resolution confirming the appointment by the City Manager of Stephen K. Causseaux, Jr. as the City Hearing Examiner, providing for the appointment of a Hearing Examiner Pro-Tem, and authorizing the City Manager to enter into a contract for Hearing Examiner services.

**PUBLIC COMMENTS (related to Action Items): (Individual comments shall be limited to one minute and group comments shall be limited to two minutes.)**

**ACTION ITEM:**

**8.  Agenda Bill #4625; An Ordinance authorizing the City's 2018 Property Tax Levy.** *(Total Time: 10 Minutes / Presentation Time: 5 Minutes)*

By: Finance & Systems Director Gwen Pilo

**9.  Agenda Bill #4624; An Ordinance amending the City's 2017-2018 Biennial Budget.** *(Total Time: 20 Minutes / Presentation Time: 10 Minutes)*

By: Finance & Systems Director Gwen Pilo

**PUBLIC COMMENTS (related to Unfinished Business): (Individual comments shall be limited to one minute and group comments shall be limited to two minutes.)**

**UNFINISHED BUSINESS:**

**NEW BUSINESS:**

**CITY MANAGER'S COMMENTS:**

**COMMITTEE UPDATES:**

**COUNCIL COMMENTS:**

**EXECUTIVE SESSION:**

**ADJOURN:**

**THE COUNCIL CHAMBERS IS ACCESSIBLE TO PERSONS WITH DISABILITIES AND IS EQUIPPED WITH ASSISTIVE LISTENING DEVICES. PERSONS REQUIRING SPECIAL ACCOMMODATIONS SHOULD CONTACT THE CITY CLERK'S OFFICE BEFORE 5:00 PM THE FRIDAY PRECEDING THE COUNCIL MEETING.**