# EXHIBIT 1

    a. The circulation/street pattern is established in one (1) direction and approved by the Fire Marshal;

    b. All required parking is located off-street and as specified in Chapter 15.455 SMC, Parking and Circulation; and

    c. Such streets shall not serve over one hundred (100) dwelling units within the park.

G. **Recreational Vehicle Areas.**

    1. **Purpose.** To allow the economic use of perimeter areas in mobile home parks; to foster affordable housing options; to create designated areas for recreational vehicles; to allow alternative use of land within mobile home parks, yet protect existing and future mobile home units.

    2. **Siting Standards of Recreational Vehicles in Existing Mobile/Manufactured Home Parks.**

        a. A site plan shall be submitted with the following standards for review and approval by the Director.

        b. **Recreational Vehicle Sites.** RVs may be located in a perimeter designated area. The designated area shall be a logically geometric shape, which does not encroach significantly into the area for mobile/manufactured home units.

        It is provided, however, that once the owner of a mobile home park has given notice of intention to close the mobile home park pursuant to any applicable relocation plans, pending final closure of the mobile home park, and in keeping with the provisions of subsections (G)(2)(c), (d) and (e) of this section, the owner may site recreational vehicles in such mobile home spaces as may become vacant during the closure period without regard to the number of such recreational vehicles or their locations within the mobile home park. The closure period, which shall include the period of time from the date of the notice of the intention to close the mobile home park to the final closure of the mobile home park, shall not exceed one (1) year.

        c. Recreational vehicles shall hook up to the utility hook-ups (under permits) and maintain the minimum standards on those utilities.

        d. Recreational vehicles shall not remain on the leased space longer than one hundred eighty (180) days a year. The recreational vehicle must be physically detached from the utility hook-ups and out of the park for at least twenty-four (24) hours before hooking up again.

        e. The recreational vehicles shall meet all applicable health and building standards.

        f. The recreational vehicle section shall be screened from both the road and the mobile/manufactured home park with Type IV landscaping at a width of five (5) feet.

H. **Mobile Home Park Relocation Standards.** At such time as the owner of a mobile home park determines to close a mobile home park, or any portion thereof, or to change the use of the land on which a mobile home park is located, or any portion thereof, including conversion to a mobile home park subdivision, condominium or cooperative as discussed below, but prior to the date on which the owner gives notice to tenants of the change of land use pursuant to RCW 59.20.080(1)(e), the owner shall submit to the City a mobile home park relocation plan covering the park or portion of the park for which a change is proposed.

In the case of conversion to a mobile home park subdivision, condominium or cooperative, a relocation plan shall be required if and only if purchase of a share is necessary to remain in the park; in such cases, the relocation plan shall be required only for tenants who are not purchasing a share and would be displaced by the conversion. Once the plan is approved in accordance with this section, the City shall issue a certificate of approval to the

mobile home park owner. The mobile home relocation plan shall comply with the standards and procedures contained in this section.

If an eminent domain action of a Federal, State or local agency causes closure of a mobile home park and the procedures set forth in the Federal Uniform Relocation Assistance and Real Property Acquisition Policies Act, 42 U.S.C. 4601 et seq., and the regulations of 49 CFR Part 24 or the Relocation Assistance – Real Property Acquisition Policy Act of Chapter 8.26 RCW and the regulations of Chapter 468-100 WAC are followed, the requirements of those acts and regulations will supersede the requirements of this section and the standards contained herein.

If a condemnation action of the City causes closure of a mobile home park, the City will be responsible for fulfilling the requirements of the standards contained herein and may provide additional relocation assistance in accordance with the provisions of the State act and regulations. If the City chooses to follow portions of the State act and the Director determines that there is a conflict or redundancy between the portions of the State act and regulations being followed by the City, and the standards contained herein, the State act shall take precedence in such areas of conflict or redundancy. If the State act is followed in all respects, such act will supersede the requirements of this section and the standards contained herein.

1. **Required Elements of the Mobile Home Park Relocation Plan.** The mobile home relocation plan shall include the following required elements:

    a. **Inventory.** An inventory of park tenants and their mobile homes shall be prepared in a format established by the Department (hereinafter referred to as the "department"). The purpose of the inventory is to provide data for the State Environmental Policy Act (Chapter 43.21C RCW) checklist (hereinafter referred to as the "SEPA checklist"), which will analyze the impact of the park closure, and to establish a basis for identifying relocation/mitigation options. The inventory shall include:

        i. An inventory of park tenants (to include information as to age, income, number of years in the park);

        ii. An inventory of the age and conditions of the mobile homes; and

        iii. Costs of pad rental, park utility fees and other charges, personal utilities, insurance, personal property taxes, and mobile home security interests, if applicable.

        The inventory request form shall clearly state to tenants that disclosure of age, income and housing cost information is voluntary, and that the purpose of requesting the information is to assess the impact of the proposed closure and the applicability of low-income housing assistance programs. If provided, this information shall be treated in a confidential manner and shall be made public only in statistical summary format.

    b. **Environmental Conditions.** An analysis of environmental conditions in the park shall be conducted. The analysis shall include noise levels and other environmental factors affecting the suitability of the park for various land uses, including mobile homes, other residential uses, and commercial uses. This information will be used to prepare the SEPA determination of environmental impacts of the proposed action. Noise measurements shall be taken on site by the property owner using an approved noise meter.

    c. **Options.** A list of relocation options shall be prepared, including:

        i. A list of vacant mobile home park spaces in King and Pierce Counties, together with a description of each park's amenities, restrictions, rental rates and other costs charged;

    ii. A list of low cost apartments or other low cost housing options in King County;

    iii. Information from banks concerning first-time home buyer programs;

    iv. Information from the county or nonprofit entities concerning relocation park options; and

    v. Information from the Port of Seattle regarding the process for obtaining Port noise mitigation funds and "advisory assistance," if applicable, including a statement of whether or not the owner intends to participate in any available program and pass noise mitigation funds to tenants.

d. **Choices.** A statement of housing preference, based on the available options, shall be gathered from each mobile home tenant. The list of each participating tenant's preference shall provide a basis for tenants to coordinate their preferences with others in the park and with the available opportunities.

e. **Anticipated Timing.** The mobile home park owner shall provide a statement of anticipated timing for park closure.

f. **Coordination Plans or Actions.** The mobile home park owner shall provide a statement of any coordination plans or actions in addition to those stated above that the park owner intends to take in order to minimize the impacts of park closure on the tenants. The relocation plan shall identify an official relocation plan contact. The contact shall be responsible for providing the required relocation information to tenants and status information to the City.

2. **Required Process.** The timing and preparation of the mobile home relocation plan shall comply with the following process:

a. The owner of the park shall initiate a preapplication meeting with the department to clarify the requirements of the relocation plan. If applicable, the applicant shall also meet with Port of Seattle staff to determine if relocation assistance is available.

b. The owner of the park shall notify, in writing, all affected park tenants and the department that the owner is beginning the process of preparing a mobile home relocation plan. In such notification, the department shall schedule a meeting with tenants to inform them of the owner's proposal for the property, the requirements of the mobile home relocation standards, as contained herein, and the proposed timeline for the process.

c. The mobile home park owner shall prepare a relocation plan, pursuant to the requirements of subsection (H)(1) of this section.

d. The mobile home park owner shall complete a SEPA checklist for the relocation plan. A copy of the SEPA checklist shall be sent to each tenant of the mobile home park. If the owner is proposing to redevelop the site, the owner may choose to have the site plan for the new development evaluated for environmental impacts concurrently with the relocation plan. If this option is chosen, the owner shall submit a site plan along with the SEPA checklist and relocation plan.

e. The department shall review the relocation plan to ensure compliance with the requirements of subsection (H)(1) of this section. If it is determined that the requirements have not been met, the department shall notify the mobile home park owner in writing of the identified deficiencies. The owner shall revise the plan to correct all of the identified deficiencies before resubmitting it to the City.

f. Once it is determined that the requirements of subsection (A) of this section have been met, the Director of the department shall issue a decision on the relocation plan based on the impacts of the

proposed action. The decision may be to approve, deny, or require modification of the relocation plan. If the relocation plan is approved, the Director shall issue a certificate of approval.

g. The decision of the Director is appealable to the Hearing Examiner, in accordance with the procedures of SMC 15.115.070, Appeal Process. If the decision is appealed, the relocation plan process as set forth herein shall automatically be stayed until the appeal is resolved.

h. If approved, the relocation plan shall be delivered to all tenants by the mobile home park owner prior to or coincident with the minimum twelve (12) month notice of intent to close the park. The relocation plan shall be valid for delivery to tenants for three (3) months from the date of approval. If the relocation plan is not delivered in this time frame, or if park closure does not occur within two (2) years of approval of the plan, preparation of a new or updated plan may be required by the City.

i. The mobile home park owner shall provide to the City a statement confirming that all requirements of Chapter 59.23 RCW, if applicable, including notice and first right of refusal of tenants to purchase the park have been followed.

j. The park owner shall submit to the City a report on the relocation process which shall include: (a) a list of tenants remaining in the park, by space or address (rent roll); and (b) spaces which have been vacated together with a description of the destination of vacating tenants and the type of housing obtained. The report shall be submitted monthly, or more frequently if requested by the department, until the park is vacant.

k. Once the relocation plan has been deemed by the Director to be satisfactorily implemented, the City shall issue a certificate of satisfactory completion. The mobile home park shall not be closed prior to the issuance of said certificate. The relocation plan shall be deemed to be satisfactorily implemented when the plan's stated actions have been implemented and when all tenants have relocated.

3. **Alternative Plan and Process.** If the owner of a mobile home park negotiates a relocation agreement with tenants to the satisfaction of such tenants, the agreement, signed by all affected tenants, shall be submitted to the City in lieu of the relocation plan and process of subsections (H)(1) and (2) of this section. The following process shall then apply:

a. The City Attorney shall review the agreement and attest to its legality as to form.

b. The requirement of RCW 59.20.080(1)(e) with respect to a twelve (12) month notice of land use change must still be met. However, if all tenants have satisfactorily relocated prior to the statutory twelve (12) month period, the park, or portion thereof, may be closed sooner.

c. Once the agreement has been determined to address the needs of the tenants, the Director shall issue a certificate of approval.

d. The owner shall submit monthly reports in accordance with subsection (H)(2)(j) of this section.

e. After all tenants have moved from the park, the Director shall issue a certificate of satisfactory completion and the park may be closed. (Ord. 15-1018 § 1)

**The SeaTac Municipal Code is current through Ordinance 20-1006, passed February 11, 2020.**
Disclaimer: The City Clerk's Office has the official version of the SeaTac Municipal Code. Users should contact the City Clerk's Office for ordinances passed subsequent to the ordinance cited above.

City Website: https://www.seatacwa.gov/ (https://www.seatacwa.gov/)
City Telephone: (206) 973-4800
Code Publishing Company (https://www.codepublishing.com/)