# EXHIBIT 2

## Joy Hamilton

**From:** Kerry Lynch <klynchapi@comcast.net>
**Sent:** Wednesday, June 22, 2016 10:01 AM
**To:** Steve Pilcher
**Subject:** Re: SEPA for Firs MHP

Sorry, I meant Wednesday night. Any idea on approval timeline?

Thanks.

Sent from my iPhone

On Jun 22, 2016, at 9:54 AM, Steve Pilcher <spilcher@ci.seatac.wa.us> wrote:

> Two things:
>
> - City staff can't make a meeting on Tuesday evening, as we have a City Council meeting.
> - We aren't ready to approve the RRP at this time (just received the SEPA checklist a few days ago).
>
> *Steve Pilcher, Planning Manager*
> *City of SeaTac*
> *4800 S. 188th St.*
> *SeaTac, WA 98188-8605*
> *206-973-4832*
> *spilcher@ci.seatac.wa.us*
>
>
> **From:** Kerry Lynch [mailto:klynchapi@comcast.net]
> **Sent:** Wednesday, June 22, 2016 9:48 AM
> **To:** Steve Pilcher
> **Subject:** Re: SEPA for Firs MHP
>
> I will check with the hotel for a room. I am shooting for next Monday or Tuesday evening. Do you stamp the cover of the RRP as approved so I can make copies and distribute at the meeting?
>
> Thanks Steve!
>
> Kerry
>
> Sent from my iPhone
>
> On Jun 21, 2016, at 2:56 PM, Steve Pilcher <spilcher@ci.seatac.wa.us> wrote:
>
>> We are booked solid this week, with evening meetings today, tomorrow and Thursday. Monday or Wednesday of next week look viable at this time.

SEA-07651

Steve Pilcher

**From:** klynchapi@comcast.net [mailto:klynchapi@comcast.net]
**Sent:** Tuesday, June 21, 2016 1:13 PM
**To:** Steve Pilcher
**Subject:** Re: SEPA for Firs MHP

Good Afternoon Steve,

I just heard from Dale Sweeney that the SEPA Checklist has been delivered to your office and also filed. When are you available for the required meeting with the Firs residents and the distribution of the RRP? The owners are still hoping to get out the 12-month closure notice the end of June. I look forward to hearing from you.

Thanks,

Kerry

---

**From:** "Steve Pilcher" <spilcher@ci.seatac.wa.us>
**To:** "Kerry Lynch" <klynchapi@comcast.net>
**Sent:** Thursday, June 9, 2016 3:37:50 PM
**Subject:** RE: SEPA for Firs MHP

Ms. Lynch:

Thank you for providing these documents; my apologies for taking a while to get back in touch with you.

In order for the City to process the SEPA checklist, we will need a formal submittal (with accompanying fee of $2180.00 + $5.00 technology fee). Mr. Sweeney should be familiar with this process.

The SEPA checklist could use some work, as many of the questions are either lacking or only provide minimal information. The checklist should also clarify whether there are 66 mobile homes in the park or 66 residents living in the park.

Also, do you consider your community meeting held last month to commence the 12-month notice required pursuant to RCW 59.20.080(e)?

*Steve Pilcher, Planning Manager*
*City of SeaTac*
*4800 S. 188th St.*
*SeaTac, WA 98188-8605*
*206-973-4832*
*spilcher@ci.seatac.wa.us*

**From:** Kerry Lynch [mailto:klynchapi@comcast.net]
**Sent:** Thursday, May 26, 2016 10:37 AM
**To:** Steve Pilcher
**Subject:** Fwd: SEPA for Firs MHP

Good Morning Steve,

I dropped of the RRP for the Firs MHP for you this morning. I am forwarding you the completed SEPA checklist. Please let me know if you have questions.

Thank You.

Kerry Lynch
Relocation Specialist
509-990-7513

Sent from my iPhone

Begin forwarded message:

> **From:** Ed Kim <edkim@hotelconcepts.us>
> **Date:** May 16, 2016 at 10:10:07 AM PDT
> **To:** klynchapi@comcast.net, Dale Sweeney <dale.design3d@gmail.com>
> **Subject: Fwd: SEPA for Seatac property**
>
> Dale
> Please include Kerry in your emails. She's assisting us with the relocation plan
>
> Ed Kim 206-441-5155
>
> Begin forwarded message:
>
>> **From:** "Dale Sweeney" <dale.design3d@gmail.com>
>> **Date:** May 16, 2016 at 9:24:20 AM PDT
>> **To:** "'Ed Kim'" <edkim@hotelconcepts.us>, <faruq@hotelconcepts.us>
>> **Subject: SEPA for Seatac property**
>>
>> Just need to confirm – the email I received said that a total of 66 people were to be displaced. I drove by there, and I counted around 66 mobile homes. Is it 66 homes or 66 people? If 66 homes, do we know how many people? See items 8k and 9b.
>>
>> Dale Sweeney
>> 425-260-8969