# **EXHIBIT 3**

TO BE COMPLETED BY APPLICANT

EVALUATION FOR
AGENCY USE ONLY

### A. BACKGROUND

1. **Name of proposed project, if applicable:**

    NA

2. **Name of applicant:**

    Fife Motel Inc.



RECEIVED
JUN 20 [illegible]

3. **Address and phone number of applicant and contact person:**

    Dale Sweeney
    5715 143rd Place SE
    Bellevue, WA 98006
    425-260-8969

4. **Agency requesting checklist:**

    City of Seatac

5. **Proposed timing or schedule (including phasing, if applicable):**

    We hope to have the Relocation Plan completed by late 2016 – mid 2017.

6. **Do you have any plans for future additions, expansion, or further activity related to or connected with this proposal? If yes, explain.**

    Yes. There are three buildings planned for future development. One is a five-story, 180 unit hotel with approximately 102,000 square feet. Another is a five-story, 154 room hotel with approximately 73,000 square feet. And the third is to be a five-story, 92 unit apartment building with approximately 106,000 square feet.

7. **List any environmental information you know about that has been prepared, or will be prepared, directly related to this proposal.**

    There will be soils tests and another SEPA which will be for a binding site plan as well as the planned hotels and apartment building.

8. **Do you know whether applications are pending for governmental approvals of other proposals directly affecting the property covered by your proposal? If yes, explain.**

    No.

9. **List any government approvals or permits that will be needed for your proposal, if known.**

    Mobile Home Park Relocation Plan.

10. **Give brief, complete description of your proposal, including the proposed uses and the size of the project and site. There are several questions later in this checklist that ask you to describe certain aspects of your proposal.**

    To assist the residents to relocate.

TO BE COMPLETED BY APPLICANT

EVALUATION FOR
AGENCY USE ONLY

11. Location of the proposal. Please give sufficient information for a person to understand the precise location of your proposed project, including a street address, if any. If a proposal would occur over a range of area, please provide the range or boundaries of the site(s). Please provide a legal description, site plan, vicinity map, and topographic map if possible. While you should submit any plans required by the agency, you are not required to duplicate maps or details submitted with any permit applications related to this checklist. (Indicate if maps of plans have been submitted as part of a permit applications.)

Site address: 20440 International Blvd.

HOMESTEAD PARK 5 AC TRS W 178 FT OF LESS N 15 FT &W 178 FT OF 24 & POR OF 23 LY E OF ST HWY

Parcel No. 344500 0126

## B. ENVIRONMENTAL ELEMENTS

1. **Earth:**

    a. General description of the site (circle one): <u>Flat</u>, rolling, hilly, steep slopes, mountainous, other. Mild slope

    b. What is the steepest slope on the site (approximate percent slope)?

    Approximately 5%

    c. What general types of soils are found on the site (for example, clay, sand, gravel, peat, muck)? If you know the classification of agricultural soils, specify them and note any prime farmland.

    TBD   Soil report

    d. Are there surface indications or history of unstable soils in the immediate vicinity? If so, describe.

    Not to current knowledge.

    e. Describe the purpose, type, and approximate quantities of any filling or grading proposed. Indicate source of fill.

    NA

    f. Could erosion occur as a result of clearing, construction, or use? If so, generally describe.

    Not likely.   TESC

    g. About what percent of the site will be covered with impervious surfaces after project construction (for example, asphalt or buildings)?

    NA    ~20% only from building footprints

Page **2** of **10**

City of Seatac
Environmental Review Checklist

TO BE COMPLETED BY APPLICANT                                    EVALUATION FOR
                                                                AGENCY USE ONLY

**h. Proposed measures to reduce or control erosion, or other impacts to the earth, if any:**

None required.   TESC

## 2. Air

**a. What types of emissions to the air would result from the proposal (i.e., dust, automobile, odors, industrial wood smoke) during construction and when the project is completed? If any, generally describe and give approximate quantities if known.**

From trucks and equipment used to remove or demolish existing trailers and structures.

**b. Are there any off-site sources of emissions or odor that may affect your proposal? If so, generally describe.**

From trucks and equipment used to remove or demolish existing trailers and structures.

**c. Proposed measures to reduce or control emissions or other impacts to air, if any:**

None.

## 3. Water

**a. Surface:**

**1) Is there any surface water body on or in the immediate vicinity of the site (including year-round and seasonal streams, saltwater, lakes, ponds, wetlands)? If yes, describe type and provide names. If appropriate, state what stream or river it flows into.**

No

**2) Will the project require any work over, in, or adjacent to (within 200 feet) the described waters? If yes, please describe and attach available plans.**

No

**3) Estimate the amount of fill and dredge material that would be placed in or removed from surface water or wetlands and indicate the area of the site that would be affected. Indicate the source of fill material.**

N/A

**4) Will the proposal require surface water withdrawals or diversions? Give general description, purpose, and approximate quantities if known.**

No

**5) Does the proposal lie within a 100-year floodplain? If so, note location on the site plan.**

No

**6) Does the proposal involve any discharges of waste materials to surface waters? If so, describe the type of waste and anticipated volume of discharge.**

TO BE COMPLETED BY APPLICANT  EVALUATION FOR AGENCY USE ONLY

No

b. **Ground:**

1) Will ground water be withdrawn, or will water be discharged to ground water? Give general description, purpose, and approximate quantities if known.

No

2) Describe waste material that will be discharged into the ground from septic tanks or other sources, if any (for example: Domestic sewage; Industrial, containing the following chemicals. . . ; agricultural; etc.). Describe the general size of the system, the number of such systems, the number of houses to be served (if applicable), or the number of animals or humans the system(s) are expected to serve.

None known.

c. **Water runoff (including stormwater):**

1) Describe the source of runoff (including storm water) and method of collection and disposal, if any (include quantities, if known). Where will this water flow? Will this water flow into other waters? If so, describe.

No  *Roof downspouts & parking lots/driveways*

2) Could waste materials enter ground or surface waters? If so, generally describe.

No  *Water quality facility*

d. Proposed measures to reduce or control surface, ground, and runoff water impacts, if any:

None required *Technical Information Report (TIR) to be submitted to address the Drainage requirements for the site.*

4. **Plants**

a. Check or circle types of vegetation found on the site:

√deciduous tree: alder, maple, aspen, other
√ evergreen tree: fir, cedar, pine, other
√shrubs
√grass
 crop or grain
 wet soil plants: cattail, buttercup, bullrush, skunk cabbage, other
 water plants: water lily, eelgrass, milfoil, other
 other types of vegetation

b. What kind and amount of vegetation will be removed or altered?

None

c. List threatened or endangered species known to be on or near the site.

None known.

d. Proposed landscaping, use of native plants, or other measures to preserve or enhance

Page 4 of 10

TO BE COMPLETED BY APPLICANT

EVALUATION FOR
AGENCY USE ONLY

**vegetation on the site, if any:**

NA

## 5. Animals

a. Circle any birds and animals which have been observed on or near the site or are known to be on or near the site:

**Birds:** hawk, heron, eagle, songbirds, other: Crows

**Mammals:** deer, bear, elk, beaver, other: Rodents. Squirrels.

**Fish:** bass, salmon, trout, herring, shellfish, other: None

b. List any threatened or endangered species known to be on or near the site.

None.

c. Is the site part of a migration route? If so, explain.

All of Washington is located in the Pacific Flyway. This site is not significant in the flyway.

d. Proposed measures to preserve or enhance wildlife, if any:

None.

## 6. Energy and natural resources

a. What kinds of energy (electric, natural gas, oil, wood stove, solar) will be used to meet the completed project's energy needs? Describe whether it will be used for heating, manufacturing, etc.

Fuel required for trucks and equipment used to remove or demolish existing trailers and structures.

b. Would your project affect the potential use of solar energy by adjacent properties? If so, generally describe.

No.

c. What kinds of energy conservation features are included in the plans of this proposal?

None.

d. What are the proposed measures to reduce or control energy impacts, if any:

None.

## 7. Environmental health

a. Are there any environmental health hazards, including exposure to toxic chemicals, risk of fire and explosion, spill, or hazardous waste, that could occur as a result of this proposal? If so, describe.

No

TO BE COMPLETED BY APPLICANT

EVALUATION FOR
AGENCY USE ONLY

b. Describe special emergency services that might be required.

None

c. What are the proposed measures to reduce or control environmental health hazards, if any:

None.

## 8. Land and shoreline use

a. What is the current use of the site and adjacent properties?

Current use is a mobile home park. At adjacent properties to the North is hotel and retail. To the East is residential. To the South is retail and residential. To the west is vacant.

b. Has the site been used for agriculture? If so, describe.

Probably not, but unknown.

c. Describe any structures on the site.

69 mobile homes and 2 single family homes.

d. Will any structures be demolished? If so, what?

Yes. Some mobile homes will be relocated, some will be demolished. The single family homes will be demolished.

e. What is the current zoning classification of the site?

CB-C

f. What is the current comprehensive plan designation of the site?

CB-C

g. If applicable, what is the current shoreline master program designation of the site?

NA

h. Has any part of the site been classified as an "environmentally sensitive" area? If so, specify.

None known.

i. What are the proposed measures to ensure the proposal is compatible with existing and projected lands uses and plans, if any:

NA

j. Approximately how many people would reside or work in the completed project?

None until further developed

TO-BE COMPLETED BY APPLICANT

EVALUATION FOR
AGENCY USE ONLY

k. **Approximately how many people would the completed project displace?**

Approximately 280

l. **What are the proposed measures to avoid or reduce displacement impacts, if any:**

Incorporate procedures within City of Seatac's Mobile Home Park Relocation Plan

## 9. Housing

**a. Approximately how many units would be provided, if any? Indicate whether high, middle, or low-income housing.**

None

**b. Approximately how many units, if any, would be eliminated? Indicate whether high, middle, or low-income housing.**

71 low income

c. **What are the proposed measures to reduce or control housing impacts, if any:**

Incorporate procedures within City of Seatac's Mobile Home Park Relocation Plan

## 10. Noise

a. **What types of noise exist in the area which may affect your project (for example: traffic, equipment, operation, other)?**

b. From trucks and equipment used to remove or demolish existing trailers and structures.

c. **What types and levels of noise would be created by or associated with the project on a short-term or a long-term basis (for example: traffic, construction, operation, other)? Indicate what hours noise would come from the site.**

On a short term basis - trucks and equipment used to remove or demolish existing trailers and structures. None on a long term basis.

d. **Proposed measures to reduce or control noise impacts, if any:**

Limit hours of work to standard work days and hours.

## 11. Aesthetics

**a. What is the tallest height of any proposed structure(s), not including antennas; what is the principal exterior building material(s) proposed?**

NA

TO BE COMPLETED BY APPLICANT

EVALUATION FOR
AGENCY USE ONLY

**b. What views in the immediate vicinity would be altered or obstructed?**

None.

**c. Proposed measures to reduce or control aesthetic impacts, if any:**

None.

## 12. Light and glare

**a. What type of light or glare will the proposal produce? What time of day would it mainly occur?**

None.

**b. Could light or glare from the finished project be a safety hazard or interfere with views?**

No.

**c. What existing off-site sources of light or glare may affect your proposal?**

None.

**d. Proposed measures to reduce or control light and glare impacts, if any**

None required.

## 13. Recreation

**a. What designated and informal recreational opportunities are in the immediate vicinity?**

Watersports (boating, waterskiing) fishing. Angle Lake is approximately one half mile away.

**b. Would the proposed project displace any existing recreational uses? If so, describe.**

No.

**c. Proposed measures to reduce or control impacts on recreation, Including recreation opportunities
to be provided by the project or applicant, if any:**

None required.

## 14. Historic and cultural preservation

**a. Are there any places or objects listed on, or proposed for, national, state, or local preservation registers known to be on or next to the site? If so, generally describe.**

None known.

**b. Generally describe any landmarks or evidence of historic, archaeological, scientific, or cultural importance known to be on or next to the site.**

None known.

TO BE COMPLETED BY APPLICANT                                                           EVALUATION FOR
                                                                                       AGENCY USE ONLY

**c. Proposed measures to reduce or control impacts, if any:**

None proposed at this time.

## 15. Transportation

**a. Identify public streets and highways serving the site, and describe proposed access to the existing street system. Show on site plans, if any.**

There is one access on the east side from International Blvd. and one on the north from S. 204th Street

**b. Is site currently served by public transit? If not, what is the approximate distance to the nearest transit stop?**

There is a bus stop on International Blvd near S 200th Street approximately .2 miles to the north.

**c. How many parking spaces would the completed project have? How many would the project eliminate?**

None until future development is completed.

**d. Will the proposal require any new roads or streets, or improvements to existing roads or streets, not including driveways? If so, generally describe (indicate whether public or private).**

None until future development is completed.

**e. Will the project use (or occur in the immediate vicinity of) water, rail, or air transportation? If so, generally describe.**

No

**f. How many vehicular trips per day would be generated by the completed project? If known, indicate when peak volumes would occur.**

None until future development is completed. Refer to the ITE manual to calculate trips for specific commercial

**g. Proposed measures to reduce or control transportation impacts, if any:** provide site or traffic study.

None required.   Paid Transportation impact fees.

## 16. Public Services

**a. Would the project result in an increased need for public services (for example: fire protection,**
~~police protection, health care, schools, other)? If so, generally describe.~~

No

**b. Proposed measures to reduce or control direct impacts on public services, if any.**

None required

Page 9 of 10

City of Seatac
Environmental Review Checklist

## 17. Utilities

a. Underline utilities currently available at the site: <u>electricity, natural gas, water, refuse service,</u>
<u>telephone, sanitary sewer,</u> septic system, other.

b. Describe the utilities that are proposed for the project, the utility providing the service, and the general construction activities on the site or in the immediate vicinity which might be needed.

None.

## c. SIGNATURE

The above answers are true and complete to the best of my knowledge. I understand that the lead agency is relying on them to make a decision.

Signature: _____

Date Submitted: 6/20/16

D.     **SUPPLEMENTAL SHEET FOR NONPROJECT ACTIONS**

(Do Not Use This Sheet For Project Actions)

Because these questions are very general, it may be helpful to read them in conjunction with the list of the elements of the environment. When answering these questions, be aware of the extent of the proposal, or how the types of activities likely to result from the proposal would affect the item at a greater intensity or at a faster rate than if the proposal were not implemented. Respond briefly and in general terms.

1. How would the proposal be likely to increase discharge to water, emissions to air, production, storage, or release of toxic or hazardous substances, or production of noise? There will be no impact to the items mentioned.

    Proposed measures to avoid or reduce such increases are:

    *Surface Water: NA*

    *Air:* NA

    *Noise: NA*

    *Toxic or Hazardous Substances: NA*

2. How would the proposal be likely to affect plants, animals, fish, or marine life? *No.*

    Proposed measures to avoid or reduce such increases are: *None.*

3. How would the proposal be likely to deplete energy or natural resources? *No.*

    Proposed measures to protect or conserve energy and natural resources are: *No.*

4. How would the proposal be likely to use or affect environmentally sensitive areas or areas designed (or eligible or under study) for governmental protection; such as parks, wilderness, wild and scenic rivers, threatened or endangered species habitat, historic or cultural sites, wetlands, floodplain, or prime farmlands? There will be no affect.

    Proposed measures to protect such resources or to avoid or reduce impacts are: *None.*

5. How would the proposal be likely to affect land and shoreline use, including whether it would allow or encourage land or shoreline uses incompatible with existing plans? *There will be no impact to land or shoreline use.*

    Proposed measures to avoid or reduce shoreline and land use impacts are:

    *None.*

6. How would the proposal be likely to increase demands on transportation or public services and utilities? *No.*

Proposed measures to reduce or respond to such demand(s) are: *None.*

7. Identify, if possible, whether the proposal may conflict with local, state, or federal laws or requirements for the protection of the environment. *There will be no conflict with local, state, or federal laws.*