# EXHIBIT 4

## Joy Hamilton

**From:** Steve Pilcher
**Sent:** Tuesday, June 28, 2016 2:22 PM
**To:** Kerry Lynch
**Subject:** Mobile Home Park Closure

Kerry:

We received the SEPA checklist a week ago Monday and typically, we give reviewing staff a few weeks to review and make any comments. I anticipate being able to issue a SEPA determination by a week from Friday, July 8th.

In reviewing our code, it that the meeting with park tenants needs to occur prior to us issuing a decision on the relocation plan (see SMC 15.465.600.H.2). In regards to the next two weeks, staff is not available on either Tuesday the 5th or 12th, plus Thursday July 14th.

FYI....we have been contacted by the Office of Mobile/Manufactured Home Relocation Assistance with the Washington State Department of Commerce, just to confirm that we are aware of the proposed park closure.

Please let me know as soon as possible when you have arrived at a date and time for the meeting with tenants.

*Steve Pilcher, Planning Manager*
*City of SeaTac*
*4800 S. 188th St.*
*SeaTac, WA  98188-8605*
*206-973-4832*
*spilcher@ci.seatac.wa.us*