# EXHIBIT 5

# FIRS MOBILE HOME PARK

20440 International Blvd. SeaTac, WA 98198   (253) 266 3621

July 7, 2016

Dear Residents,

Thank you to the residents and families who attended our open house on May 14 th , as well as the subsequent one-on- one meetings with Relocation Specialist Kerry Lynch, regarding the closing of the Firs Mobile Home Park. If you were unable to attend or have not had the opportunity to meet with Kerry, please call the hotline at 206-550-8167 to schedule an appointment.

Following the open house, a draft Relocation Report and Plan was submitted to the city of SeaTac and it clearly identifies all of the relocation services and financial resources available to residents of the Firs. The next step in the relocation process is a meeting for residents with the SeaTac city official who oversees the process and is reviewing the report as well as the SEPA Checklist, an environmental review that was submitted with the plan.

A meeting has been set for residents to meet with Mr. Steve Pilcher, Planning Manager, City of SeaTac, for Monday, July 11 from 5:30 –

7:00 p.m. at the Sleep Inn, lower level meeting room. He will answer your questions about the relocation process that is covered under SMC 15.465.600.H.2. Our relocation specialist, Kerry Lynch, Interpreter, Alma Raymundo, and Sandra Mears, an experienced social worker, will also be in attendance.

Moving forward, we will continue to make every effort to help ensure that you are fully informed with ample opportunity to ask questions and get answers. You will all be provided a copy of the Relocation Report and Plan after it is approved.

Thank You,

Jong Park, Manager

Fife Motel, Inc.

FIRSMBL0457