# EXHIBIT 6

# CITY OF SEATAC
# FINAL STAFF EVALUATION FOR ENVIRONMENTAL CHECKLIST
# FILE NO: SEP16-0007

**APPLICANT:**  Fife Motel, Inc.
c/o Kerry Lynch
Alliance Pacific, Inc.
810 Lincoln Blvd.
Spokane, WA 99224

**CONTACT:**  Dale Sweeney                **TELEPHONE:** (425) 260-8969
5715 143rd Place SE
Bellevue, WA 98006

**LOCATION:**  20440 International Blvd; KC Parcel No. 3445000126

**PROPOSAL:**  Firs Mobile Home Park closure and Relocation Plan

## A. BACKGROUND

Relocation Plan must be administratively approved by the City of SeaTac before notices are sent according to State law. Pursuant to State law, mobile home park tenants must be given one year's notice before park closure may begin.

Although the checklist mentions future development plans for the site, no additional information has been submitted at this time. Therefore, an environmental determination will apply to the park closure only. Future site development will require separate environmental review.

The Firs Mobile Home Park currently consists of 69 occupied spaces on a 6.67 acre site. Two single family homes are also found on the site.

The Relocation Plan is required by SeaTac Municipal Code 15.464.600 and is designed to ensure protection of tenants' rights and that they are provided with relocation assistance. The removal or demolition of mobile homes from the site will require separate permits. Approval of the Relocation Plan is a non-project action.

## B. ENVIRONMENTAL ELEMENTS

**1 – 7.** Concur with checklist.

**8. Land and Shoreline Use:** The site is designated Commercial High Density by the City's Comprehensive Plan. The site is split into two zones: CB-C on the western portion and UH-900 on the eastern and northern portions.

**9. Housing:** The Relocation Plan only addresses the removal of 69 low-income housing units. The two single family homes, which will also be removed, are not a part of this action.

Firs MH Park Closure SEPA Checklist Evaluation
SEP16-0007
Page 2 of 2

**10 – 16** Concur with checklist.

## C. NON-PROJECT ACTIONS
5. The project will facilitate future development of the site with projects consistent with the City's Comprehensive Plan.

## D. CONCLUSION
Based on the analysis, the lead agency for this proposal has determined that it does not have a probable significant adverse impact on the environment, and an environmental impact statement (EIS) is not required under RCW 43.21C.030(2)(c). This decision was made after review of a completed environmental checklist and other information on file with the lead agency. This information is available to the public on request. The City reserves the right to review any future revisions or alterations to the site or to the proposal in order to determine the environmental significance or non-significance of the project at that point in time.

**Prepared By:** Steve Pilcher, Planning Manager
July 2016