# EXHIBIT 8

| | |
|---|---|
| **From:** | Steve Pilcher |
| **Sent:** | Friday, July 22, 2016 11:30 AM |
| **To:** | Henderson, Brigid (COM); Charlene Anderson; Charlie Sundberg; Chip Davis; Chris Regan; Devin Denney; Doug Corbin; Enviro Planning (REion4-MillCreek); Erin Slaten; Gary Kriedt; gretchen Kaehler; Growth Managment Services; Ivan Miller; Jacob Sheppard; Jay Osborne; Jeremy DelMar; John Jones; Karen Walter; Larry Fisher; Larry Fry; Laura Arber; Laura Murphy; Lauri Donaldson; Lea Ford; Leah Bolotin; Marc Montieth; Maria Juarez; Perry Weinberg; Raymond Pazooki; Rhonda Kaetzel; Rick Olsen; Scott Logan; Steve Pilcher; Steve Rybolt; Tibbits Chad; WA Dept of Ecology-SEPA |
| **Cc:** | Steve Pilcher |
| **Subject:** | SEPA Notice |
| **Attachments:** | SEP16-0007DNSpacket.pdf; SEP16-0007SignedDNS.pdf |

Attached please find a DNS issued for the Mobile Home Park Relocation Plan for the Firs Mobile Home Park, located at 20440 International Blvd. here in SeaTac. Applicable comment and appeals dates are noted in the document.

*Steve Pilcher, Planning Manager*
*City of SeaTac*
*4800 S. 188th St.*
*SeaTac, WA  98188-8605*
*206-973-4832*
*spilcher@ci.seatac.wa.us*

# CITY OF SEATAC
# DETERMINATION OF NONSIGNIFICANCE
# FILE SEP16-0007

**DESCRIPTION OF PROPOSAL**: Mobile Home Park Relocation Plan for The Firs Mobile Home Park

**PROPONENT:** Fife Motel, Inc., c/o Alliance Pacific, Inc.

**LOCATION OF PROPOSAL:** 20440 International Blvd., SeaTac

**LEAD AGENCY:** City of SeaTac

The responsible official of the City of SeaTac hereby makes the following determination based upon impacts identified in the environmental checklist and the Final Staff Evaluation for Environmental Checklist (Case No. SEP16-0007), and Conclusions of Law based upon the City of SeaTac Comprehensive Plan, and other Municipal policies, plans, rules and regulations designated as a basis for the exercise of substantive authority of the Washington State Environmental Policy Act Rules pursuant to R.C.W. 43.21C.060.

The lead agency for this proposal has determined that it does not have a probable significant adverse impact on the environment, and an environmental impact statement (EIS) is not required under RCW 43.21C.030(2)(c). This decision was made after review of a completed environmental checklist and other information on file with the lead agency. *The City reserves the right to review any new information, future revisions or alterations to the site or the proposal in order to determine the environmental significance or non-significance of the project at that point of time.* Detailed information and copies of the determination are available to the public on request. **CONTACT: Steve Pilcher, Planning Manager at (206) 973-4750/TDD 973-4839. [E-mail: spilcher@ci.seatac.wa.us]**

**COMMENT PERIOD**
This DNS is issued under WAC 197-11-340(2); the lead agency will not act on this proposal for **14 days** from the date of issuance. Comments must be submitted by **5:00 P.M. August 5, 2016.**

**APPEAL PERIOD**
Any person wishing to appeal this determination may file such an appeal within **ten (10)** days from the date of end of the comment period. All appeals of the above determination must be filed by **5:00 P.M. August 15, 2016** and be accompanied by the required appeal fee.

**RESPONSIBLE OFFICIAL:**   Joseph Scorcio, AICP, Acting City Manager & Director,
Department of Community and Economic Development
4800 S. 188th Street
SeaTac, Washington 98188
[206] 973-4750/TDD 973-4808

DATE ISSUED: JULY 22, 2016            DATE OF PUBLICATION: JULY 27, 2016