# EXHIBIT 9

## Joy Hamilton

| | |
|---|---|
| **From:** | Steve Pilcher |
| **Sent:** | Tuesday, July 19, 2016 9:02 AM |
| **To:** | klynchapi@comcast.net |
| **Subject:** | SEPA issuance for mobile home park closure |
| **Attachments:** | CED-501PublicNoticeBoards.pdf |

Kerry:

We are planning to issue the SEPA determination this Friday. Our code requires the site to be posted with two Notice Boards concerning the SEPA determination (see SMC 16A.23.090). A copy of our notice board standards is attached. Also, a unique feature of the mobile home park closure process is for a copy of the SEPA checklist to be sent to all tenants in the park (see SMC 15.465.600.H.2.d). If you haven't already done so, I suggest waiting until the SEPA determination is issued so a copy of that may accompany the checklist.

The date of issue for a SEPA determination is the date we send notification to the Dept. of Ecology. If you don't think you can have the Notice Boards posted (one at each entrance to the park) on Friday, please let me know what date that can be done and we will adjust the issue date accordingly.

*Steve Pilcher, Planning Manager*
*City of SeaTac*
*4800 S. 188th St.*
*SeaTac, WA  98188-8605*
*206-973-4832*
*spilcher@ci.seatac.wa.us*

SEA-07658

# City of SeaTac
# Policies and Procedures

| Policy Number: | CED-501 |
|---|---|
| Policy Name: | Public Notice Boards |
| Department(s): | Community and Economic Development (CED) |
| | |
| Effective Date: | May 12, 2016 |
| Supersedes: | Former SMC 16A.09.030.A.3, March 17, 2014 |
| | |
| Prepared by: | Steve Pilcher, Planning Manager |
| Signature: | |
| | |
| Approved by: | Jeff Robinson, Interim CED Director |
| Signature: | |

**Purpose:**    To provide standards for public notice board signs that are required to be erected at proposed development sites. SMC 16A.09.030.A.3 was amended by Ordinance 14-1001 to authorize the City Manager or designee to establish the size and design of public notice boards. The City Manager has designated the CED Director to act on matters pertaining to the requirements of the Development Review Code (SMC Title 16A).

**Policy:**  The City will provide standards for public notice boards, but will not provide signs for sale. Applicants shall take these standards to the sign company of their choice for preparation of and/or installation of the public notice board in order to provide timely notice as required in the Municipal Code. Applicants assume the responsibility of having the sign installed and providing proof of posting to the permit center. Failure to properly post a property and provide proof of posting will result in a delay in permit processing and/or any required public hearing.

**Procedure:**    The attached "Public Notice Board Requirements" sheet for size, design and installation instructions for public notice boards shall be provided with every SEPA checklist and Type II application as specified in Appendix II of Title 16A, SeaTac Municipal Code. An "Affidavit of Posting" form shall also be provided. Sites shall be posted at the time directed by the CED department.

Once a development site is posted, a signed and notarized "Affidavit of Posting" form (sample attached) shall be returned to the permit center. Alternatively, a date-stamped digital photograph may be provided via email to the CED staff member working on the application.

Applicants are required to remove the notice board once all public comment periods or appeal periods required for the land use action have expired. Failure to remove the sign may result in enforcement actions.

SEA-07659

CED-501 Public Notice Boards
Page 2 of 3
05/12/2016

# PUBLIC NOTICE BOARD REQUIREMENTS

**Size:** - for residentially-zoned properties less than 15,000 sq. ft. in area: 2 ft. x 3 ft.
- for all other sites: 4 ft. x 5 ft.

**Background color:** white

**Lettering color:** navy blue or black

**Font:** Helvetica, Arial or similar non-serif font; all capital letters to be used. City of SeaTac logo to be included as shown.

**Minimum font size:** 3 in. for "Notice of Proposed Land Use Action"; 2 in. for remaining text

**Message:** The type of action, dates, and all pertinent information will be supplied by the City. This information may be filled in by using a permanent blunt tip, black marking pen. All lettering shall be 2" in height so as to be legible from the abutting street.



SEA-07660

CED-501 Public Notice Boards
Page 3 of 3
05/12/2016

**Material:**  Notice boards may be constructed of coroplast or other durable, waterproof material.

**Placement:**  Notice boards shall be posted on the subject property abutting the public right-of-way and so as to be clearly visible from the street. No information on the sign is to be obscured from view due to blockage from vegetation, fencing or other structures.

**Height:**  Minimum ground clearance shall be 3 feet.

**Posting:**  Notice boards shall be attached at all four corners to either a structure or posts. No sign shall be attached to a utility pole or any sign posts in public or private rights-of-way.

**Joy Hamilton**

| | |
|---|---|
| **From:** | klynchapi@comcast.net |
| **Sent:** | Wednesday, July 27, 2016 7:13 AM |
| **To:** | Steve Pilcher |
| **Subject:** | Re: Scanned materials |

Steve,

The packets were hand-delivered to all Firs residents last Friday. We knocked on each door then posted the packet if they weren't home on their door. The delivery was completed by 2 p.m. The signs arrived as we were at the Firs to we posted the signs and also added the information. I know there is a comment period for the SEPA Checklist but wondered when the RRP be approved and ready for distribution?

Thanks,

Kerry

**From:** "Steve Pilcher" <spilcher@ci.seatac.wa.us>
**To:** "Kerry Lynch" <klynchapi@comcast.net>
**Sent:** Friday, July 22, 2016 10:32:15 AM
**Subject:** Scanned materials

Kerry:

I went ahead and scanned all the docs into one file. Only the first page needs to be posted on the signs. The whole package should be given to each tenant.

*Steve Pilcher, Planning Manager*
*City of SeaTac*
*4800 S. 188th St.*
*SeaTac, WA  98188-8605*
*206-973-4832*
*spilcher@ci.seatac.wa.us*

SEA-07668