# **EXHIBIT 10**

# Joy Hamilton

| | |
|---|---|
| **From:** | Steve Pilcher |
| **Sent:** | Tuesday, August 16, 2016 9:52 AM |
| **To:** | klynchapi@comcast.net |
| **Cc:** | Jeff Robinson |
| **Subject:** | Relocation Report and Plan |

Good morning, Kerry:

The SEPA process for the proposed Relocation Plan has concluded with no public comments or appeals having been filed. While preparing the final Relocation Report and Plan for approval, the following points need to be addressed:

- The main portions of the relocation report and plan (pages 2-10) need to be translated into Spanish for the large number of Hispanic residents.
- Provide precise time intervals for when activities will occur (rather than the terms "frequent basis" or "regularly").
- Plan to keep a log documenting phone contacts made to other mobile home parks on behalf of tenants of The Firs.
- Apartment availability information provided to tenants should be for affordable units only.
- Lists of available spaces in other mobile home parks should either be restricted to parks located within 10 miles of The Firs or grouped by 5, 10, 15, etc. mile distances)
- Instead of listing a variety of apartment units (that may not be available at the time a family decides to relocate), instead provide listings of affordable family housing options within 5, 10, 15, etc. miles)
- No information should be provided for any housing services outside of King or north Pierce County
- Inclusion of resource information is acceptable.
- Inclusion of section 8 housing information is acceptable.
- Seattle's Rental Registration information is not necessary.
- Sample leases are not necessary.
- Rather than list apartments within the City of Seattle, include information for adjacent cities only (Burien, Tukwila, Des Moines, Kent, Renton)
- Keep the information from Dept. of Commerce
- Delete info from Spokane County Air Pollution Control Authority
- Keep HUD eligibility information.
- Keep Attachments F, G & I (doesn't appear to be an Attachment H)

Basically, the plan should be boiled down to the essentials. At its current size, it is pretty intimidating and likely to overwhelm residents.

We were saddened to hear of the recent fire at the park; have you heard whether the owners are reaching out to provide assistance to those displaced?

*Steve Pilcher, Planning Manager*
*City of SeaTac*
*4800 S. 188th St.*
*SeaTac, WA 98188-8605*
*206-973-4832*
*spilcher@ci.seatac.wa.us*

22