# EXHIBIT 11

**Quinn Plant**

| | |
|---|---|
| **From:** | Steve Pilcher <spilcher@seatacwa.gov> |
| **Sent:** | Monday, September 19, 2016 8:35 AM |
| **To:** | 'Virginia Herrera-Paramo' |
| **Cc:** | Jeff Robinson |
| **Subject:** | Firs Mobile Home Park Relocation Plan |
| **Attachments:** | SPlanning_C16091908100.pdf |

Ms. Herrera-Paramo:

Attached is the portion of the Relocation Plan we would like to verify has been accurately translated into Spanish. The text in Spanish should accurately reflect the English text found on pages 2-9.

In terms of a product, we simply need a letter from you confirming an accurate translation or if it is not, pointing out any problems. Please send an invoice along with your final report.

Completion by the end of the first week in October will be satisfactory.

If you have any questions, please contact either myself or Jeff Robinson, Acting Community and Economic Development Director. He is copied on this email.

Thank you,

*Steve Pilcher, Planning Manager*
*City of SeaTac*
*4800 S. 188th St.*
*SeaTac, WA  98188-8605*
*206-973-4832*
*spilcher@ci.seatac.wa.us*

1

# RELOCATION REPORT AND PLAN (RRP)
## SeaTac Municipal Code Section 15.464.600

## Firs Mobile Home Park
### 20440 International Blvd, SeaTac, WA. 98198

**Prepared on behalf of the owners of the Firs Mobile Home Park by:**
**Kerry Lynch, Relocation Specialist**
**Submitted to SeaTac Department of Planning:  May 26, 2016**
**Revised August 30, 2016**

# Firs Mobile Home Park
## 20440 International Blvd, SeaTac, WA  98198
### RELOCATION REPORT AND PLAN

## Introduction:

This relocation report and plan for the Firs Mobile Home Park is being prepared pursuant to the requirements of the SeaTac Municipal Code, Sections 15.464.600, related to the permanent closure and change of land use of mobile home parks.

The owners of the Firs Mobile Home Park intend to comply fully, as the plan that follows will indicate, with the SeaTac Municipal Code requirements as well as provisions of Washington State Law (Chapters 59.20 and 59.21 RCW) as administered by the Washington State Office of Manufactured Housing.

Recognizing the potential for resident disruption and stress in the event of a forced closure, the Firs Mobile Home Park representatives will provide significant relocation assistance as possible, including, but not limited, to the following:

1.  Designation of an experienced Relocation Specialist
2.  Individual meetings with each resident household to identify preferred areas to relocate, school, bus and shopping access. Assistance with the filing of state paperwork and availability of a 24-hour hotline, 206-550-8167 for residents.
3.  Assessments of all homes with respect to condition, movability, asbestos testing and abatement (in the event of demolitions) and other relevant factors.
4.  Identification of residents with special needs (seniors, disabled, health issues, limited English-speaking). Residents will be provided with assistance including senior housing information, housing locations with nearby health facilities and transportation access. An interpreter will be available on-site when needed.
5.  Identification of mobile home and RV parks in the area and available spaces. Lists will be provided twice a month and weekly closer to the park closure date. Resident access to computer on-site to view available housing.  A phone log will be kept of contacts with mobile home park owners/managers looking for park openings. Assistance with contacting the managers and securing applications and lease information. (Attachment A – List of Mobile Home Parks in the area.)
6.  Identification of apartments, senior housing, low-income and affordable housing and other housing opportunities in the area for all residents on a biweekly basis. Assistance with paperwork to secure housing and transportation will be provided, as needed. (Attachment B – Affordable and Low-Income Housing Lists)
7.  Provision of special tenant assistance which will include up-fronting the cost of relocation of each home or the cost of demolition of each home.  In addition, relocation assistance of $2,000 will be provided to each mobile household within 3

2

weeks of their move-out to assist with relocation costs. Residents residing in recreational vehicles will be provided their last month's space rent at no cost.

8. Publication of monthly resident information bulletins and newsletters (Attachment C –Notice of Open House with Residents).

## Relocation Report and Plan Elements

1. **Home/Income Information Sheets – the sheets were filled out with residents at the Open House and in subsequent individual meetings. (Attachment D)**

2. **Actions to be taken to assist each of the 66 residents in the park to relocate:**

    a. **Residents who are expected to qualify for state assistance from the Office of Manufactured Housing, Relocation Assistance Fund:**

    There are 37 households residing in single-wide homes. These residents are eligible for up to $7,500 in assistance with either the move or demolition of their homes.

    There are 21 households residing in homes that have either tip-outs or have additional living spaces in their homes. Some of the tip-outs are from the manufacturer, other have been added and in many cases have rendered the homes not moveable. The state considers these additions in the same category of a doublewide home that is eligible for up to $12,000 in relocation or demolition costs.

    There are 4 residents who reside in doublewide homes that are eligible for up to $12,000 for relocating or demolishing their home.

    The owners of the park will provide for an assessment of each home for movability. Many of the homes because of age (pre-HUD, 1976) and condition my not be movable and will have to be demolished.

    b. **Households that don't qualify for state assistance:**

    The Washington State Attorney General has determined that the following homes do not qualify for state assistance: travel trailers, recreational vehicles, buses or park models and stick homes. There are 4 households living in homes that are not eligible for state assistance.

    For these households, the owners of the park have agreed to provide the following assistance:  Identifying parks that will take travel trailers, 5th wheels and RV's and assisting with rental applications and paperwork. The owners will also NOT be charged their last month's rent so they can use the additional money for their new location.

3

c. **Mobile Home Owners that Don't Qualify for State Assistance:**

The state will determine if any homeowners are not eligible for assistance because of income that exceeds the state guidelines. If a resident, however, is not eligible for state assistance, the owners will still provide the moving assistance of $2,000 and the home will be demolished with the park owners paying for the costs.

d. **Assistance with State Paperwork:**

The Relocation Specialist and her staff will assist residents who qualify for state assistance with filling out paperwork and submitting it to the state. This paperwork includes a 2-page application, a W-2 form and an Assignment Form. The resident is also required to submit proof of income for any adults residing in the household and a copy of the title to the home (Attachment E – Washington State Office of Manufactured Housing Relocation Information/Applications). The paperwork can be submitted directly by the homeowner or provided to the Relocation Specialist to submit. The state will not accept applications until after the official 12-month notice of park closure has been issued.

The state OMH will review each application then send a written notice of qualification to each homeowner. The state fund currently has money to provide reimbursements soon after the paid moving or demolition invoices are received. The owners of the Firs have agreed to advance these relocation and demolition costs and will have each resident complete an Assignment Form so the owner will be reimbursed directly by the state.

The state provides relocation assistance for either the move of a mobile home to another park or site or the asbestos testing, abatement and demolition of a home. The relocation assistance from the state is considered "non-taxable" income. The assistance from the owners of the park is considered by the Internal Revenue Service (IRS) to be taxable income so the residents will provide a copy of the W-9 with a new address to the Relocation Specialist for the park owners to provide a year-end 1099 form.

State funding is available to the homeowner when either a paid invoice for the move or demolition of the home is submitted by the Relocation Specialist to the State Office of Manufactured Housing. The invoice must indicate that it has already been paid and is being submitted for reimbursement.

The owners of the park will pay the invoice after the invoice has been approved by the homeowner and submitted to the Relocation Specialist. The homeowner

4

then signs an Assignment Form to be submitted to the state that provides for the reimbursement of the upfront costs to be sent directly to the park owner. If there is still money left in the amount allotted for either the move or demolition of the home, it is available to the homeowner based upon receipts provided to the state that document the expenditures.

Relocation expenses that are available for reimbursement directly to the homeowner include the purchase of a mobile home built in 1976 (HUD-certified home) or newer. Funds can't be used for the purchase of a "stick" home.

Other qualifying expenses include gas purchases while looking for a new location, housing while a home is being set-up, storage units, costs of actual move ie. moving boxes, moving help, truck etc. Additional expenses are "non-refundable deposits but do not include rent. Also costs of security and credit checks and hooking-up utilities.  Receipts are submitted directly to the Office of Manufactured Housing and the reimbursement check is paid directly to the homeowner. The Relocation Specialist will assist residents with all the paperwork required by the state (Attachment F - List of Expenses Reimbursed by the Washington State Office of Manufactured Housing).

e.  **Assistance With Housing Paperwork and Site Visits:**

Assistance is also available with filling out and submitting apartment and low-income and affordable housing paperwork. The paperwork is available in the relocation office. A social worker is part of the relocation team and has already met with a number of residents and is available to assist through-out the relocation process. Assistance also includes identifying openings in mobile home parks, apartments and houses, making telephone contacts on behalf of the residents with the apartment and mobile home park managers and helping, when needed, with transportation to the housing sites.  Apartment openings will be posted on all doors of interested residents and can be emailed as well. Lists will also be posted on the door of the relocation office, located in the park. Postings will also include openings in mobile home parks, mobile homes for sale and affordable housing options.

f.  **Hotline Available to Residents:**

A 24-hour hotline is available to all residents.  The hotline number is 206-550-8167. The Relocation Specialist and the interpreter will be checking messages daily as well. An interpreter for the Spanish-speaking residents will assist with ongoing communications. Calls are usually not only received from residents, but also from park owners with openings, realtors and rental agencies.

Following the issuance of the formal notice of closure to residents, the Relocation Specialist and her staff will be on-site on a weekly basis for meetings with residents. Hours will be posted on the office door and near the mailboxes. Residents are encouraged to make an appointment if they need an interpreter. Office hours will include days and evenings.

3. **Information Updates Delivered to Residents:**

Monthly Information Updates will be delivered to each household and also posted on the relocation office in the park. When a resident isn't home, the notices will be taped to the front door. The updates always include the hotline and city, state and movers contact information. When the official 12-month notice of park closure is provided to all residents, it will be sent by registered mail and also hand-delivered to all residents. The Relocation Specialist will document the delivery of the 12-month notice and provide the proof of delivery information to the City of SeaTac, Department of Planning. Monthly relocation reports will also be provided to the City.

4. **Movers/Demolition Companies Identified:**

The Relocation Specialist has worked with a number of movers and demolition companies over the past 20 years. She has identified movers, asbestos-testing and abatement companies and a demolition company. She has their license information on file and has provided the information to the Washington State Office of Manufactured Housing (Attachment G –Mobile Home Move or Demolition Vendor Information). She will review bids and schedules, approve invoices with the homeowner, arrange for payments to the vendors and send the invoices to the state for reimbursement. Each moving situation is unique and will be handled individually with each resident.

It usually takes about seven to ten days to move and set-up a mobile home after all the permitting is in place. Sometimes getting a final occupancy permit takes even more time depending on the schedule of the various inspectors (ie. electrical, tie-downs, set-up, etc.). Labor Ready and Just Like Daughters moving services are also available for those residents with special needs to assist with downsizing, packing and moving and help finding short-term housing. These costs are reimbursable by the Washington State Office of Manufactured Housing. Residents will also be provided with non-profit companies who will come by and pick-up surplus items.

5. **Initial Residents Meetings**

All 66 residents in the park were hand-delivered a notice on Monday, May 9, notice of an all-day Open House adjacent to the park with the Relocation Specialist and her team including an interpreter. Residents had an opportunity to ask questions about the process for the closing of the park and learn about the relocation assistance that will be provided

6

including financial tenant assistance from both the owner and the Washington State Office of Manufactured Housing.

At the Open House, residents filled out individual information sheets and signed up for individual meeting. The park owners are designating an office on-site for relocation meetings and office hours and the hotline will be posted on the door. A sign-up sheet was provided to get contact information for each resident. The Relocation Specialist provided business cards to each resident with her contact information including e-mail and hotline.

In follow-up meetings, an interpreter was available for non-English speaking residents. There are 49 residents who speak Spanish and limited English. The Relocation Specialist and her staff, including Sandra Mears, an experienced social worker, met individually with residents and completed a relocation information sheet for each homeowner. Several meetings were held in resident's homes with those who were unable to attend the Open House. A number of residents have called the hotline to ask questions and to clarify information.

The relocation team was able to complete confidential relocation information sheets with many of the mobile home residents at the Open House and in follow-up meetings. A number of residents took the Information Sheets and said they would call the hotline to have them picked up. Near the conclusion of the Open House most of the residents from the Firs returned for a group meeting and to ask additional questions. Additional Information Sheets were handed out at this meeting and the sign-up sheets were available. At the close of the meeting, several residents encouraged their neighbors to not fill out the forms or sign any paperwork until they had an opportunity to seek legal counsel. As a result, no additional Information Sheets have been submitted and some of the residents didn't add their names to the sign-up sheets.

A meeting was held on June 11, 2016 with the residents of the Firs and officials from the City of Seatac overseeing the relocation process. Residents were notified of the meeting by a letter from the park owner placed on their doors and reminder notices posted throughout the park. The meeting was held in a hotel adjacent to the park. A sign-up sheet was provided and the meeting was well-attended. The relocation specialist, a social worker and a Spanish interpreter were also available to provide information and respond to questions.

When the Relocation Report and Plan is approved it will be hand-delivered to all residents of the park. It will also be made available in the park in the Manager's/Relocation Offices located on-site.

The Relocation Specialist has a notebook filled with relocation resources that include lists of affordable and low-income housing and applications; mobile home parks with openings; mobile homes for sale; apartment opening; RV openings; senior, veterans and special needs resources and bus routes. Other resources include packing and moving

7

organizations, non-profits for donations of items, Spanish resources available, applying for housing information; landlord and tenant's rights and responsibilities. Most of these resources are also provided in Spanish. In individual meetings with residents we have identified the special needs of several residents of the park.

At the open house and in the individual meetings, residents indicated the areas they would be willing to relocate. Several residents were interested in purchasing homes in other parks. Phone calls have been made to parks in the areas identified and a list of park openings, homes for sale and support services available will be provided to all residents on a weekly basis. Extra copies will also be available in a folder on the relocation office door.

6. **Park Closure Timeline:**

The park will close within 12-months of the service of an official closure notice. The official closure notice will take place after approval of the Relocation Report and Plan. Residents can file paperwork with the state any time after they receive the 12-month closure notice. The paperwork must be submitted prior to their move and the submission of moving/demolition invoices. It usually takes the state 2 weeks to review an application and qualify a household for relocation assistance and to send the approval letter. If there is any missing paperwork, the state will also send a letter requesting additional information. The state program is funded at the rate of $100 from each sale of a mobile home. During the spring and summer there are more sales of homes so monies come into the fund at a faster rate than during the winter months. A number of parks are closing in the state but currently the state has the funding to provide immediate reimbursements.

7. **Relocation Assistance Schedule**

The Relocation Specialist expects to be spending approximately 10 – 14 hours a week working with residents on relocations. A number of residents in the park work during the day so hours will also include evenings and weekends. The President of Alliance Pacific, Inc., Kerry Lynch, is serving as Relocation Specialist. She has over 20 years of successful experience working with relocating residents from mobile home parks and apartment complexes. She has worked closely with representatives from various cities and the State Office of Manufactured Housing on these relocations.

Ms. Lynch will be assisted by Sandra Mears, a skilled social worker with previous experience in mobile home relocations; Kaitlin Larson and Meghan Gaebe, housing specialists; and Alma Raymundo who has worked with the team as an interpreter in 4 other mobile home parks and 1 apartment complex. She has been assisting with communication with non-English speaking residents in the park. Approximately 15 – 18 hours a month will be spent helping residents identify park openings, senior and low income housing and affordable apartments and with special needs.

8

8.   **Additional Assistance to Residents**

When needed, additional dumpsters will be provided on site for the use of residents in handling the additional debris created with downsizing, moving and tear-downs. Scheduling will be coordinated for homes that will require asbestos testing, abatement and demolition so it is the least disruptive to residents as possible. The demolition contractor will also be required to tape off the demolition site for safety purposes. All asbestos-testing, abatement and demolitions will be provided by licensed contractors within state and local guidelines.

9.   **List of all Parties Related to Closure of Firs Mobile Home Park  (Attachment H – List of All Parties Related to Closure of the Firs MHP)**

10.  **Relocation Specialist**

Kerry Lynch, President
Alliance Pacific, Inc.
810 W. Lincoln Blvd.
Spokane, WA  99224
206-550-8167
klynchapi@comcast.net

Ms. Lynch has personally coordinated the successful relocations of more than 1800 resident and resident households in mobile home parks and apartment complexes either in the process of closing, recently closed or renovated in King, Snohomish and Spokane Counties and the cities of Marysville, Seattle, Spokane, Renton, Lynnwood, Des Moines, Shoreline, SeaTac and Lynnwood, Washington.

Her responsibilities will be to serve as the owner's representative and coordinator for all relocation matters including those specified in this Relocation Report and Plan.

Resident's Personal Security – Ms. Lynch has confidential information provided by all residents in a notebook in her possession.  A copy of this information is also in a locked file cabinet in her office located at 810 W. Lincoln Blvd, Spokane, WA 99224. At the end of 5 years, it will be shredded and destroyed. A copy of each homeowner's W-9 information is also provided to the park owner for an end of the year 1099 filing for the tenant assistance. This information will be kept in a locked file cabinet by the park owners along with resident leases and other documentation. When it is no longer needed, it will be shredded and destroyed.

**Firs Mobile Home Park**
**20440 International Blvd, SeaTac, WA 98198**
<u>REPORTE Y PLAN DE RELOCACIÓN</u>

<u>Introducción</u>

Este reporte y plan de reubicación para Firs Mobile Home Parks está siendo preparado a conforme los requisitos del código municipal de SeaTac, Sección 15.464.600, relacionado al cierre permanente y el cambio de terreno de los parques de casa móviles.

Los dueños del Firs Mobile Home Park van a intentar a cumplir plenamente, así como el siguiente plano lo indica, con los requisito del Código Municipal de SeaTac y como también los provisiones de la ley del Estado de Washington ( Capítulos 59.20 y 59.21 RCW) administrado por la oficina de Viviendas Prefabricadas del Estado de Washington ( Washington State office of Manufactured Housing).

Reconociendo los posibles trastornos o estrés de los residentes en este tipo de eventos de un cierre forzado, los representantes de el Firs Mobile Home Park van a proporcionar asistencia de relocación significativa posible, incluyendo, pero no limitado, en lo siguiente.

1. Designación de una especialista en relocación con experiencia.
2. Reuniones individualmente con cada residente del hogar para identificar áreas preferida para trasladarse como la escuela, autobús, y acceso a compras. Asistencia llenando los papeles del estado y acceso al línea telefónica los 24 horas del día, (206)550-8167 para los residentes.
3. Evaluaciones de todo los hogares en respecto a los condiciones, movilidad, y examinación de asbesto y disminución ( en el evento de demolición) y otro factores relevantes.
4. Identificando las necesidades especiales de los residentes (personas mayores, discapacitados, problemas de salud, habla limitado de ingles). Residentes serán proporcionado con asistencia incluyendo información sobre viviendas para personas mayores, hogares cerraca de instituciones de salud y acceso de transportación. Un intérprete estar disponible en el sitio cuando se necesite.
5. Identificando parque de casa móviles y vehículo recreacional (RV) en el área  y espacio disponible. Listas serán dada dos veces al mes y luego semanalmente cuando se aserce el cierre del parque. Residentes tendrán acceso a una computadora en el sitio para buscar hogares disponible. Assistencia con

contactando a los gerentes o asegurando un applicacion y información sobre contrato de arrendamiento. ( Archivo A - Listas de espacios disponible en parques de casa movil)

6. Identificando apartamentos, casa para las personas mayores, de bajo ingresos, viviendas asequible y oportunidades de otro tipos de viviendas en el área para todos los residentes dos veces a la semana basico. Asistencia para papeleos para asegurar la vivienda y transportación será previsto cuando se necesite. (Archivo B - Listas de hogares)

7. Provisión de especial asistencia de inquilino que incluyendo dando por adelantado los costos de relocación de cada casa o el costo de demolición de cada casa. En adición, asistencia para la relocacion de $2,000 será proporcionado para cada hogar de casa móvil dentro los tres semana de moverse para asistir con los costos de reubicación. Residentes que viven en un vehículo recreacional (RV) se le dará el último mes de renta del el espacio a no costo.

8. Publicación mensual con información para los residentes serán publicado en boletines y en una hoja informative. (Archivo C - Notificación de casa abierta con los residentes)

## Reporte de Reubicación y Elementos del Plan

1. **Hojas con información de hogar y ingreso - las hojas fueron llenadas con los residentes en las casa abierta y subsecuente entren juntas individuales. (Archivo D)**

2. **Medidas que deben tomarse para ayudar a cada de los 66 residentes en el parque para trasladarse.**

   A. **Residentes que están esperados para calificar para la asistencia del estado de la oficina de Viviendas Prefabricadas del Estado de Washington ( Washington State office of Manufactured Housing). Fondo de asistencia para la relocación:**

   Hay 37 hogares que residen en casas que son sección simple. Estos residentes son elegible para hasta $7,500 en asistencia para mover o la demolición de su hogar.

   Hay 21 hogares que residen en casa que son sección simple con adición en cuál es un espacio en que se puede vivir. Algunos de los adiciones son de los fabricante, otros fueron agregado después en cuál caso ha rendido

la casa no movible. El estado considera la adiciones en el mismo categoría que una casa de sección múltiple (casa doble) que son elegible para hasta $12,000 en asistencia de costo para mover o la demolición del hogar.

Hay 4 residentes que residen en una casa de sección múltiple ( casa doble) que son elegible para hasta $12,000 para la relocacion o demolición de su hogares.

Los dueños del parque proporcionará para la evaluación de cada casa para determinar la movilidad.  La mayoría de los hogares por edad (pre-HUD, 1976) y condición no va a hacer movible y tendrá que ser demolido.

**B.  Hogares que no van a calificar para la asistencia del estado:**

El fiscal general del estado de Washington (Washington State Attorney General) han determinado que lo siguientes hogares no elegible para la asistencia del estado: remolques de viaje, vehículo recreacional (RV), autobuses, modelo de parque, o casas. Hay 4 hogares que residen en viviendas que no son elegible para la asistencia de estado.

Para eso hogares los dueños an acordado proporcionar lo siguiente asistencia: identificando parques que tomarán remolques de viaje, 5do landa, y  RVs y también asistiendo con los applicaciones de renta y papeleos. Los dueños de esos hogares no se le cobrar su último mes de renta para que puedan usar el dinero en su nuevo locación.

**C. Dueños de casa móviles que no califican para la asistencia de estado:**

El estado determinará si los dueños de los casas móviles no son elegible para la asistencia porque los ingresos exceden los directrices del estado. Si un residente de todo modos no es elegible para la asistencia del estado, lo dueños todavía van a proporcionar asistencia para la movida de $2,000 y la casa será demolida con los dueños del parque pagando por los costos.

**D. Assistencia con papeleo del estado:**

La especialista en reubicación y su personal van a asistir a los residentes que califican para la asistencia de estado llenar y enviarlo al estado. Esos papeleos incluye una aplicación de dos hojas, un formulario de W-2, y una forma de asignación. Los residentes también son requeridos enviar prueba de ingresos para todos los adultos que residen en el hogar y también copia del título del hogar ( Archivo E - información de la relocalización y la aplicación de la oficina de Viviendas Prefabricadas del Estado de Washington). Los residentes pueden enviar los papeles directamente o se lo pueden dar a la especialista en reubicación para que ella lo mande. El estado no va a aceptar aplicaciones hasta que sea emitido la notificación  oficial del cierre del parque de 12 meses.

La oficina de Viviendas Prefabricadas del Estado de Washington van a examinar cada una de las aplicacion y luego mandarle una notificación de la calificación para cada dueno. El fondo estatal actualmente tiene dinero para proporcionar reembolsos poco después de que sea recibido la factura pagada de la movida de la casa o la demolición del hogar. Los dueños del Firs han acordado en avanzar los costos de reubicación o la demolición y también que los residentes llenen el formulario de asignación para que los dueños sea directamente reembolsado por el estado.

El estado proporciona asistencia para la reubicación de mover la casa móvil para otro parque o sitio o para la examinación de asbestos, disminución o para la demolición del hogar. La asistencia del estado es considerada ingresos "exento de impuestos." La asistencia de los dueños es considerado por Internal Revenue Service (IRS) ser sujeto a impuestos, por eso los residentes tendrán que proporcionar a la especialista en reubicación con una copia de un W-9 con una nueva dirección, para que los dueños les proporcione un formulario 1099 de fin de año.

El fondo estatal estar disponible para los dueños del hogar en cuando una factura pagada de la movida o demolición del hogar sea enviada por la especialist en reubicación a la oficina de Viviendas Prefabricadas del Estado de Washington. La factura debe de indicar que ya fue pagada y está siendo enviada para el reembolso.

Los dueños del parque pagarán la factura después de que la factura sea aprobada por los dueños del hogar y luego sea presentada a la

especialista en reubicación. Los dueños del hogar luego tendrá que firmar una forma de asignación para que sea enviado al estado para que se proporcione el reembolso directamente a los dueños del parque por el avance de los costos. Si todavía hay dinero que queda en la cantidad asignada para la movida o demolición del hogar, estar disponible para los residente basado en recibos proporcionada al estado que documenta los gastos.

Los gastos de relocacion que estara disponible para el reembolso directamente a los dueños del hogar incluye la compra de una casa móvil que fue construido en 1976 ( casa certificada HUD) o mas nueva. Los fondos no pueden ser usada para comprar una casa ("stick" home).

Otro gastos calificados incluye recibos de gas que usó buscando una nueva locación, la vivienda mientras que están reubicando su casa y conectándolo, unidad de almacenamiento, costo de la movida actual es decir, cajas de mudanza, ayuda de la movida, o camión de mudanza. Gastos additional son depósitos que no son reembolsable pero que no incluya renta. También costos de seguridad o la verificación de crédito, o la conexión de servicios público. Recibos sean enviados directamente a la oficina de Manufactured Housing y el cheque de reembolso se paga directamente al duenos del hogar. La especialist en reubicación le assistera con todo los papeles que sea requerido por el estado (Archivo F - lista de gastos reembolsable por la oficina de Viviendas Prefabricadas del Estado de Washington)

## E. Ayuda con los papeleos de vivienda y visita al sitio

Assistencia también estar disponible para llenar y entregar papeles para apartamento, casa de bajo ingreso, y también viviendas de bajo recursos. Los papeleos estar disponible en la oficina de relocación, un miembros del equipo de relocación estar disponible en la oficina semanalmente, horarios serán publicada en el parque y en la puerta. Una trabajadora social es parte del equipo de reubicación y ya ha conocido algunos residentes y estar disponible para assister durante el proceso de reubicación. Asistencia también incluye identificando espacio en parque para casa móviles, apartamentos, casa, haciendo contacto telefónico a favor de los residentes con apartamentos y la gerencia de parques de casa móviles y también ayudando en cuando se necesite, con

transportación al lugar de la vivienda. Apartamentos disponible seran publicado en puertas de los residentes que estén interesados y también se le mandar por correo electrónico si lo desea. Listas tambien estaran publicadas en la oficina de relocación localizada en el parque. La listas también incluyeron espacios en parques se casa moviles, casa móviles de venta, y abiertos en casa de bajo recursos.

**F. Línea telefónica disponible para los residentes.**

El número de teléfono es (206)550-8167 y está disponible para todos los residentes las 24 horas. La experta en relocacion y interprete están checando los mensajes de correo de voz diariamente. La intérprete para los residentes que hablan espanol asistirá con la comunicación continua. Llamada recibida no solo son de los residentes pero también de los dueños de parque que tengan espacios, agentes inmobiliarios, y agencias de alquiler.

Siguiendo la emisión de la notificación oficial del cierre del parque a los residentes y de una junta con los representantes de la ciudad y el estado que supervisa el process de relocación, le especialista en relocacion y su equipo estarán en el parque semanalmente para tener juntas con los residentes. Los horarios sera publicados. Que los residentes se alenten a hacer citas si necesita un intérprete. Los horarios de la oficina incluyera días y noches.

**3. Información actualizada serán entregado a los residentes**

Actualizaciones mensuales de información será entregada a cada hogar y también estarán publicados en la oficina de relocación en el parque. Cuando un residente no se encuentre en casa las notificaciones serán puesta con una cinta adhesiva en la puerta. Las actualizaciones siempre incluye la línea directa de la especialist en relocación, la ciudad, el estado, y la información de los agentes de mudanzas. En cuando la notificación oficial del cierres del parque de los 12 meses sea proporcionado a los residentes, se enviará por correo certificado, también será entregado a mano a todos los residentes. La especialista en relocacion documentará las entregas de la notificación de los 12 meses y le proporcionará las pruebas de entrega a la ciudad de SeaTac, Departamento de Planificacion. Informaciones mensuales de la reubicación será también entregada a la ciudad.

**4. Compañías de mudanza y Demolición Identificadas:**

La especialista en relocacion ha trabajado con un número de compañías de mudanza y de demolición durante los últimos 20 años. Ella ya a identificado la compañía de mudanza, la compañía que va a examinar las casa por asbestos, la compañía de disminución y también la compañía de demolición. Ella tiene los informaciones de licencia en su archivo y ya también fue proporcionado la información a la oficina de Viviendas Prefabricadas del Estado de Washington ( Archivo G - Información de la compañía de mudanza o compañía de demolición). Ella va a revisar las ofertas y horarios, aprobar las facturas con los dueños del hogar, arreglos de pago a las compañías, y mandar las facturas para el reembolso. Cada situación de mudanza es único y será tratado individualmente con cada residente.

Normalmente tarda siete a diez día para mover y preparar las casa móvil después de que todos los permiso esté en regla. Aveces agarra un permiso de ocupación final tarda más dependiendo del horario de los inspectores (eléctrico, amarres, preparar, etc.). Los servicios de Labor Ready y Just Like Daughters estarán disponible para los residentes con necesidades especiales que desean reducir tamaño, empacar, mudanza, y ayuda buscando una vivienda temporal. Los costos son reembolsable por la oficina de Viviendas Prefabricadas del Estado de Washington. Residentes también serán proporcionados con compañías sin ánimo de lucro que vendrán y recogen los artículos de sobra.

**5. Reuniones Iniciales Con Los Residentes:**

Todos de los 66 residentes fueron entregado notificación el lunes Mayo 19, las notificaciones eran sobre una puerta abierta durante todo el día adyacente al parque, con la especialista en relocacion y su equipo incluyendo una intérprete. Residentes tenía oportunidad de preguntar sobre el proceso del cierre del parque y aprender sobre la asistencia de reubicación incluyendo asistencia financiera inquilino, que será proporcionada de ambos los dueños del parque y la oficina de Viviendas Prefabricadas del Estado de Washington ( Washington State OMH).

En la junta los residentes tuvieron oportunidad de llenar una hoja informacional y hacer una junta para hablar individualmente. Los propietarios está asignado una oficina en el parque para juntas de relocación, y la línea directa y horarios estarán en la puerta. Una hoja de inscripción fue proporcionada para obtener

información de contacto para cada residente. La especialista en relocacion proporcionó tarjetas de negocios a cada residente, en que contiene como contactarla incluyendo correo electrónico y línea directa. En reuniones de seguimiento, una intérprete está disponible para los residentes que no hablan inglés. Hay 49 residentes que hablan espanol y limitado inglés. La especialista en relocacion y su equipo, incluyendo a Sandra Mears, una trabajadora social con experiencia, se reunieron con residentes individualmente y completaron un hoja informacional de relocación para cada dueños del hogar. Varios reuniones tomaron lugara en el hogar de los residentes que no pudieron atender la casa abierta. Un número de residentes han llamada a la línea directa para hacer preguntas o para aclarar informacion.

El equipo de relocación pudieron completar información confidencial de la relocación con un número de residentes de la casa moviles en la casa abierta y también en reuniones de seguimiento. Un número de residentes se llevaron las hojas de información y dijeron que luego llamarían a la línea directa para que fuera recogida. Cerca de la conclusión de la casa abierta la mayoría de los residentes del Firs regresaron para hacer un junta en grupo y hacer preguntas. Adicionales hojas de información fueron dadas en esta junta. Acercando el final de la junta varios de los residentes animaron a su vecinos a NO llenar las hojas o a firmar ningun formulario hasta no buscar ayuda legal. Como resultado hojas addicional de información no fueron entregadas. Una junta tambien se tomo acabo Junio 11, 2016 con los residentes del Firs y los representantes de la ciudad de SeaTac. Los residentes fueron notificados de la junta a través de una carta que se publicó en las puerta de cada resident y también un recordatorio a través del parque. La junta fue bien atendido y se proporcionaron hojas de inscripciones.

En cuando sea aprobada el reporte y plan de la relocación, va a hacer entregado a mano a cada resident del parque y también estar disponible el el parque en la oficina de gerencia o la oficina de relocación que estar en el sitio.

La especialista en relocacion tiene un libreto lleno de recurso en los cuatro areas del contado incluyendo King, Pierce, Snohomish, y Kitsap. Recursos incluyen lista de viviendas de bajo recursos o baja ingresos, y applicaciones; parques de casa móviles con apertura; casa móviles de venta; apartamentos disponible; RV disponible; personas mayores, veteranos, y recursos para necesidades especiales, ruta de autobuses disponible, acceso a una computadora para mirar fotos de opciones de vivienda; empacar y recursos de mudanza; sin ánimo de

lucro para los articulos de donacion, recursos de español disponible, aplicando para información de vivienda, lo responsabilidades y derecho del propietario y inquilino. La mayoría de los recursos son proporcionado en español. En reuniones individualmente con residentes hemos identificado la necesidad específica de la mayoría de los residentes del parque.

En la casa abierta y en juntas individualmente, lo residentes han identificado las áreas en donde están dispuestos a reubicarse. Varios de lo residentes están interesados en comprar una casa móvil en otro parque. Se han hecho llamadas en los parques de las áreas identificados y también una lista de lugares disponibles en los parques, casa móviles de venta, y también ayuda servicos de apoyo será proporcionado a todos los residentes regularmente. Copias extras también estar disponible en un folder en la puerta de la oficina de relocación.

**6. Proceso del tiempo del cierre del parque:**

El parque se cerrará en un plaza de 12 meses después de que sea servido una notificación oficial del cierre del parque. La notificación del cierre del parque tendrá lugar después de que sea aprobado el reporte y plan de recolocación (Relocation Report and Plan). Los residentes pueden llenar los papeles del estado en cualquier momento después de que reciban la notificación del cierre del parque de los 12 meses. Los papeleos para la ayuda del estado debe de ser sometida antes de la movida de los residentes y también la factura de la movida o demolición de la casa móvil. Normalmente el estado le tarda 2 semanas en revisar la aplicación y la elegibilidad de cada hogar para la asistencia de relocación y en mandar una carta de aprobación. Si hace falta papeles additional, el estado también mandar una carta para pedirlo. El fondo estatal está financiado  por la tarifa de $100 de cada venda de un casa móvil. Durante la primavera y verano más casa móviles son vendidas por cual más dinero entra en el fondo en un ritmo más rápido, que en los meses de inverno. Un número de parques se están cerrando ahora en el estado pero actualmente en el fondo si hay para proporcionar reembolsos inmediatamente.

**7. Horario de  asistencia para reubicación:**

La especialist en relocación espera trabajar entre 10-14 horas a la semana con los residents en relocación. Un número de residentes trabajan durante el dia por eso vamos a tener horarios que incluya los tardes y los fines de semana. La

presidente de Alliance Pacific, Inc., Kerry Lynch, va a servir como la especialista en relocación. Tiene mas de 20 anos de experencia con éxito trabajando con residentes en reubicando los de un parque de casa móvil o de un complejo de apartamentos. Ella ha trabajando de cerca con los representantes de varios cuidad y la oficina de Viviendas Prefabricadas del Estado de Washington ( Washington State OMH) en estos relocaciones.

La Señora Lynch va a hacer assistida por Sandra Mears, una experta trabajadora social con experiencia previa en relocación en casa móviles; Kaitlin Larson y Meghan Gaebe, especialistas en viviendas; y por Alma Raymundo, ella ha trabajado como intérprete en 4 otros parques de casa móvil. Ella ya a assistito con comunicación con los residentes que no hablan inglés en el parque. Aproximadamente 15- 18 horas al mes se va a pasar ayudando a los residentes identificando espacios en parques, vivienda para personas mayores, bajos recursos y apartamentos de bajos ingresos y de necesidades especiales.

## 8. Asistencia Adicional para los Residentes

En cuando se necesite contenedores de basura van a hacer proporcionadas en el parque para el uso de los residentes en el manejos de los desechos adicionales creada por la reducción, mudanza, y demoliciones. Sea va a coordinar las programaciones para los hogares que requiere examinación de asbestos, disminución y demolición para que sea lo menos disruptivo possible para los residents. El contratista de demolición va a ser requerido poner un cinta fuera del sitio de demolición por razones de seguridad. Todos las examinaciones de asbestos, disminución y demolición se va a hacer por contratistas con licencia dentro del estado y guia locales.

## 9. Lista de residentes que alquilan terreno en el Firs Mobile Home Park (Archivo H)

## 10. Lista de todos las Partes Relacionados con el Cierres de Firs Mobile Home Park (Archivo I - Lista de todos las Partes Relacionados con el Cierres de Firs MHP)

## 11. Especialista en Relocación

Kerry Lynch, Presidente
Alliance Pacific, Inc.

810 W. Lincoln Blvd.
Spokane, Wa 99224
(206) 550-8167
klynchapi@comcast.net

La señora lynch personalmente a coordinado las exitosas relocacion de mas de
1,800 residents y  los hogares de residentes en casa móviles o en complejo de
apartamento que están en el process de cierre, recentemente cerro, o renovadas
en el condado de King, Snohomish, y Spokane, y en la ciudades de Marysville,
Seattle, Spokane, Renton, Lynnwood, Des Moines, Shoreline, y SeaTac en
Washington.

Su responsabilidades incluyen servir como la representante de los dueños y
coordenar todo las cuestiones de relocación incluyendo lo especificos en este
Reporte de Relocación y Plan.

Seguridad Personal de los Residentes —- La señora Lynch tiene una libreta en
su posesión con información confidencial proporcionada por todos los
residentes. También tiene copias extras en un archivo cerrado en su oficina
localizada en 810 W. Lincoln Blvd, Spokane, Wa 99224. Al final de 5 años, los
documentos se harán trizas y destruidos. Una copia de información de  W-9 de
cada residente también es proporcionado a los dueños del parque para un 1099
de fin de año para la asistencia de inquilino. Esta información será guardado por
los dueños del parque en un archivo creado juntos con los contractos de los
residentes y otro documentacion. En cuando ya no se necesite se va a hacer en
trizas y luego destruido.

# Attachment A – List of Mobile Home Parks Near the Firs MHP

10