# EXHIBIT 12



October 3, 2016

Mr. Steve Pilcher
Planning Manager
City of SeaTac


Dear Steve,

As requested, we reviewed pages 2-9 of the *Relocation Report and Plan for the Firs Mobile Home Park* (English version) as well as the Spanish translation. We looked for accuracy, cultural appropriateness, and Spanish grammar and syntax. We found the following:

- We corrected grammar errors and typos. Most common grammar errors included but weren't limited to the erroneous use of singular vs plural, verb tenses, and cacophonies.
- Some words didn't exist in Spanish, i.e. relocación vs. reubicación.
- Many words were spelled in English and not Spanish, particularly toward the end of the document. I.e. Assistance vs asistencia
- Some words were written in Spanglish, i.e. especialist vs. especialista.
- Some English words which weren't personal pronouns weren't translated into Spanish
- Some sentences from the original document were missing, i.e. page 2, bullet 5, prior to last sentence and page 9, 4th paragraph, 2 of the last 3 sentences.
- Some information was added to the Spanish version that didn't appear in the English version, i.e. page 7, 6th paragraph, first sentence mentioned the specialist has experience in 4 counties and listed them. That information is not there in the original English version. It is only included in the last page of the document.
- Some paragraphs in the Spanish version were merged.
- Half way through the document and due to the amount of syntax issues found, we ended up ditching the Spanish translation provided and directly translated your English document.
- For cultural appropriateness, we recommend:
    - When referring to mobile home parks, it is best to use terreno (land) rather than parque (park), because for Latinos the concept and use of the word park is limited to recreational parks. Mobile home parks aren't a concept in our countries of origin. Whenever the document referred to park as instead of Firs, we replaced it with "Firs Mobile Home

- Park" to avoid confusion between that one and other parks discussed in the document in a generic fashion.
    - The use of the translation for tenant (inquilino) instead of resident (residente) because for Latinos the later one is more commonly associated with the person's migratory status.

The attached document is ready for publishing and we certify its accuracy. Attached you will find the Spanish final version, the invoice, and W-9 forms needed. Payment is due upon receipt. Should you have any questions or concerns, do not hesitate to contact us. We look forward to future collaborations.

Warm regards,

Virginia Herrera-Páramo & Agnes Figueroa
Spanish Interpreting and Translation Services

Firs Mobile Home Park
20440 International Blvd, SeaTac, WA 98198
REPORTE Y PLAN DE REUBICACIÓN

Introducción

Este reporte y plan de reubicación para "Firs Mobile Home Park" está siendo preparado conforme los requisitos del código municipal de SeaTac, Sección 15.464.600, relacionado al cierre permanente y el cambio de terreno de las casas móviles.

Los dueños del "Firs Mobile Home Park" tienen la intención de cumplir plenamente, tal y como lo indica el plan a continuación, con los requisitos del Código Municipal de SeaTac y con los estatutos de las leyes del Estado de Washington (Capítulos 59.20 y 59.21 RCW) y administrado por la oficina de Viviendas Prefabricadas del Estado de Washington ("Washington State Office of Manufactured Housing").

Reconociendo los posibles inconvenientes y estrés que este tipo de eventos de clausura forzosa puede causar a los inquilinos, los representantes del "Firs Mobile Home Park" van a proporcionar asistencia de reubicación significativa, en la medida que les sea posible, incluyendo, pero no limitada, a lo siguiente:

1. Se asignará una especialista con experiencia en reubicación.
2. Reuniones individuales con cada inquilino para identificar qué áreas prefieren para mudarse, teniendo en cuenta: escuelas, acceso a transporte público y comercios. Asistencia para llenar los documentos del Estado y acceso para inquilinos a una línea telefónica de asistencia directa las 24 horas del día, (206) 550-8167.
3. Evaluación de todas las casas con respecto a sus condiciones, movilidad, prueba de asbestos y su disminución (en caso de demolición), y otros factores relevantes.
4. Identificación de las necesidades especiales de los inquilinos (personas mayores de edad, discapacitados, personas con problemas de salud, y/o manejo limitado del inglés). A los inquilinos se les proveerá asistencia, incluyendo información sobre viviendas para personas mayores, vivienda cercana a instituciones de salud y acceso a medios de transporte. Un intérprete estará disponible en las oficinas del "Firs Mobile Home Park" cuando sea necesario.
5. Identificación de terrenos con espacios disponibles para casa móviles y vehículos recreacionales (RVs) en el área. Se proveerán listados de lugares disponibles dos veces al mes y semanalmente según se vaya acercando la fecha del cierre. Los inquilinos tendrán acceso a una computadora en las oficinas de "Firs Mobile Home Park" para ayudarles en la búsqueda de viviendas disponibles. La oficina mantendrá un registro de llamadas de propietarios y administradores de terrenos que tengan espacios disponibles para casas móviles. Se proveerá asistencia para comunicarse con los administradores de terrenos en someter aplicaciones e información sobre contratos de arrendamiento (Apéndice A - Listas de espacios disponibles para casas móviles).

6. Se proveerá información dos veces a la semana sobre departamentos, vivienda para personas mayores y/o de bajo ingreso, viviendas económicamente accesibles, y oportunidades de otro tipo de viviendas en el área. Se proveerá asistencia con la preparación de los documentos de aplicación para vivienda y transporte según sea necesario (Apéndice B - Listas de Viviendas).
7. Se proveerá asistencia especial a los inquilinos que incluye el costo por adelantado de reubicación de cada casa móvil o el costo de demolición de estas. En adición, se proveerán $2,000 de asistencia para la reubicación por cada casa móvil tres semanas antes de la fecha de mudanza para asistir con los costos de reubicación. Inquilinos viviendo en vehículos recreacionales (RVs) no se les cobrará el último mes de renta por su espacio en "Firs Mobile Home Park".
8. Se publicará mensualmente boletines de información y periódicos. (Apéndice C – Aviso para visitar las viviendas disponibles ["Open Houses"]).

<u>Reporte de Reubicación y Elementos del Plan</u>

1. Formularios de información de vivienda e ingresos – los inquilinos llenaron estos formularios durante la visita ["Open House"] y en reuniones individuales subsiguientes. (Apéndice D - Formularios de información de vivienda e ingresos)
2. Medidas que deben tomarse para ayudar a cada uno de los 66 inquilinos en el proceso de reubicación:

   1  Inquilinos que esperan calificar para asistencia estatal a través del Fondo de Reubicación de la Oficina de Viviendas Prefabricadas (Office of Manufactured Housing, Relocation Assistance Fund)

   Existen 37 familias viviendo en casas móviles de ancho sencillo ("single-wide"). Estos residentes son elegibles hasta $7,500 en asistencia para transportar o demoler la misma.

   Existen 21 familias viviendo en casas móviles con anexos externos ("tip-outs") o espacios de vivienda adicional. Algunos de los anexos son del fabricante, otros fueron agregados, y en muchos casos esto ya no permite que la casa sea transportada. El Estado considera estos anexos en la misma categoría que una casa móvil de ancho doble ("double-wide") y estas son elegibles hasta un máximo de $12,000 en asistencia para transportar o demoler la misma.

   Existen 4 familias viviendo en casas móviles de ancho doble ("double-wide"). Estos son elegibles hasta un máximo de $12,000 en asistencia para transportar o demoler la misma.

   Los dueños de "Firs Mobile Home Park" proporcionarán una evaluación de cada casa para determinar si pueden transportarse o no. Muchas casas por su

antigüedad (diseñadas antes de 1976 o de la creación del Departamento de Vivienda Urbana [HUD, por sus siglas en inglés]) y por su condición probablemente no puedan ser transportadas, por lo que tendrán que ser demolidas.

B. Viviendas que no van a califican para asistencia del Estado

El Fiscal General del Estado de Washington (Washington State Attorney General) ha determinado que las siguientes viviendas no son elegibles para asistencia estatal: tráilers para acampar, vehículos recreacionales (RVs), autobuses, vehículo recreacional tipo modelo campamento ("Park Model RV"), o casas improvisadas (no regidas por los códigos de construcción). Existen 4 familias que residen en viviendas que no son elegibles para asistencia estatal.
Para estas 4 familias, los dueños de "Firs Mobile Home Park" han acordado proveer lo siguiente: identificar lugares donde se permitan tráilers para acampar, remolques de tipo 5ta llanta y vehículos recreacionales (RVs). También les ayudarán con las aplicaciones de renta y documentos relacionados. A los dueños de estos hogares NO se les cobrará el último mes de renta para que puedan usar el dinero en su reubicación.

C. Dueños de casas móviles que no califican para asistencia estatal

El Estado determinará si los dueños de las casas móviles no son elegibles para asistencia porque sus ingresos exceden las normas estatales. Sin embargo, si el inquilino no es elegible para asistencia estatal, lo dueños van a proporcionar asistencia de $2,000 para la reubicación y la casa será demolida y los dueños de "Firs Mobile Home Park" cubrirán los gastos de demolición.

D. Asistencia con documentos del Estado

La Especialista en Reubicación y su personal van a asistir a los inquilinos que califican para la asistencia estatal, llenando y enviando los documentos al Estado. Estos documentos incluyen una aplicación de dos páginas, la forma W-2, y una Forma de Asignación ("Assignment Form"). Se requiere que los inquilinos sometan verificación de ingresos de todos los adultos que vivan en la casa y copia del título de propiedad de la casa (Apéndice E - Oficina de Viviendas Prefabricadas del Estado de Washington, Información y Aplicación de Reubicación). Los inquilinos pueden enviar los documentos directamente o se lo pueden dar a la Especialista en Reubicación para que ella los envié. El Estado no aceptará aplicaciones hasta que "Firs Mobile Home Park" no haya emitido el anuncio oficial de clausura que debe salir con 12 meses de anticipación.

La Oficina de Viviendas Prefabricadas del Estado de Washington verificará cada una de las aplicaciones y notificará por escrito su decisión de elegibilidad a cada dueño de casa. El fondo estatal actualmente tiene dinero para proporcionar reembolsos

poco tiempo después de recibir la factura que indica que la casa fue transportada o demolida. Los dueños de "Firs Mobile Home Park" están de acuerdo en pagar por adelantado los costos de transportación y/o demolición de casas a cada inquilino elegible. Cada inquilino elegible deberá llenar la Forma de Asignación para que los dueños de "Firs Mobile Home Park" reciban su reembolso directamente del Estado.

El Estado proporcionará asistencia ya sea para la reubicación de la casa móvil para otro terreno, o para pruebas de asbestos, disminución de asbestos y demolición de la casa. La asistencia financiera del Estado es considerada como un ingreso "exento de impuestos." En cambio, la asistencia por parte de los dueños está considerada por el Internal Revenue Service (IRS) como una sujeta a impuestos, por lo tanto, los inquilinos tendrán que proporcionar a la Especialista en Reubicación con una Forma W-9 con su nueva dirección, para que los dueños les proporcionen un formulario 1099 al finalizar el año.

Los fondos de asistencia estatal estarán disponibles para los dueños de casas móviles cuando las facturas de transporte o demolición de la casa, ya pagada, sea enviada por la Especialista en Reubicación a la Oficina de Viviendas Prefabricadas del Estado de Washington. La factura debe de indicar que la misma ya fue pagada y está siendo enviada para su reembolso.

Los dueños de "Firs Mobile Home Park" pagarán la factura después de que la misma sea aprobada por los dueños de la casa y que haya sido entregada a la Especialista en Reubicación. Los dueños de la casa tendrán que firmar la Forma de Asignación para que se le proporcione el reembolso directamente a los dueños de "Firs Mobile Home Park" por el pago anticipado de los costos. Una vez pagados estos gastos de transporte o demolición de la casa, si todavía queda dinero restante de la cantidad anteriormente asignada por el Estado, la misma estará disponible al inquilino basado en los recibos o facturas que se sometieron al Estado para documentar los gastos. Los gastos de reubicación que están disponibles para reembolso directamente a los dueños de casas, incluyen la compra de una casa móvil construida en 1976 (Casa Certificada por HUD) o más nueva. Los fondos no pueden ser usados para comprar una casa improvisada (no regida por los códigos de construcción). A éstas se les conoce como "stick homes" en inglés.

Otros gastos elegibles incluyen gastos de gasolina que se utilizó mientras buscaba una nueva localización, alojamiento mientras que se transporta y se completa la instalación de la casa móvil, almacén, costo de la mudanza, por ejemplo, comprar cajas, pagar por asistencia para cargar las cajas, y/o rentar camión para la mudanza. Gastos adicionales incluye el pago de depósitos no reembolsables, pero aquí no se incluye el pago de la renta mensual. También se incluyen los costos de verificación de crédito y antecedentes criminales, y/o el pago por conexión de utilidades. Los recibos deben ser enviados directamente a la Oficina de Viviendas Prefabricadas y el cheque de reembolso se pagará directamente al dueño de la casa. La Especialista en

Reubicación le asistirá con todos los documentos que requiera el Estado (Apéndice F - Lista de gastos reembolsable por la Oficina de Viviendas Prefabricadas del Estado de Washington).

E. Ayuda con los documentos de vivienda y visitas

También habrá ayuda disponible para llenar y entregar los documentos para solicitar departamentos y viviendas a personas de bajo ingreso. Los documentos estarán disponibles en la Oficina de Reubicación. Un trabajador social es parte del equipo de reubicación y ya se reunió con algunos inquilinos y estará disponible para asistir durante el proceso de reubicación. La ayuda también incluye la identificación de departamentos, casas y de espacios disponibles en terrenos para casas móviles; hacer llamadas telefónicas a oficinas de departamentos o a la gerencia de terrenos para casas móviles, a nombre de los residentes; y ofrecer transportación para visitar dichas localidades. Listados de departamentos disponibles serán publicados en puertas de los inquilinos que estén interesados y también se les pueden enviar por correo electrónico si lo desean. Las listas también estarán publicadas en la Oficina de Reubicación localizada en el "Firs Mobile Home Park". Las listas también incluirán espacios disponibles en terrenos para casas móviles, casas móviles que están a la venta, y opciones de vivienda de bajo costo.

F. Línea de ayuda directa para inquilinos

El número de la línea de ayuda directa es el (206)550-8167 y estará disponible para todos los inquilinos las 24 horas del día. La Especialista en Reubicación y la intérprete estarán revisando los mensajes de correo de voz diariamente. La intérprete para los residentes que hablan español asistirá con la comunicación de manera constante. Las llamadas recibidas no solo serán de los inquilinos afectados, pero también de los dueños de terrenos de casas móviles que tengan espacios disponibles, agentes de bienes raíces, y/o agencias que rentan departamentos.

Una vez se emita la notificación oficial a los inquilinos de la clausura de "Firs Mobile Home Park", la Especialista de Reubicación estará disponible en la oficina semanalmente para reunirse con los inquilinos. Los horarios estarán publicados en las puertas de la oficina y en el área de los buzones de correos. Se recomienda a los inquilinos a hacer cita si necesitan de un intérprete. Los horarios incluirán horas de día y de noche.

3. Información actualizada será entregada a los inquilinos

Avisos mensuales con información actualizada serán entregadas en cada hogar y también estarán publicados en la oficina de reubicación en el "Firs Mobile Home Park". Cuando los inquilinos no se encuentren en su casa las notificaciones serán puestas con cinta adhesiva en la puerta. Estos avisos siempre incluyen la información contacto

Especialista en Reubicación (línea directa), la ciudad, el Estado, y la información sobre compañías de mudanza. En cuando la notificación oficial del cierre de "Firs Mobile Home Park" que saldrá con 12 meses de anticipación sea proporcionada a los inquilinos, se enviará por correo certificado, y también será entregado personalmente a todos los inquilinos. La Especialista en Reubicación documentará las entregas de dicha notificación de 12 meses y le proporcionará pruebas de dicha entrega al Departamento de Planificación de la ciudad de SeaTac. Reportes mensuales con información sobre la reubicación también será entregada a la ciudad.

4. Compañías de Mudanza y Demolición Identificadas

   La Especialista en Reubicación ha trabajado con un sinnúmero de compañías de mudanza y de demolición durante los últimos 20 años. Ella ya ha identificado las compañías de mudanza, pruebas de asbestos, disminución de asbestos y demolición. Ella tiene la información de licencias en su archivo y esta información fue proporcionada a la Oficina de Viviendas Prefabricadas del Estado de Washington (Apéndice G - Información de la compañía de mudanza y/o demolición). Ella va a revisar las ofertas y horarios, aprobar las facturas con los dueños de las viviendas, pago a las compañías, y mandará las facturas al Estado para su reembolso. Cada situación de mudanza es única y será tratada individualmente con cada inquilino.

   Normalmente se toma de siete a diez días para mudar y preparar la casa móvil después de que todos los permisos estén listos. A veces el permiso para habitar la casa toma más tiempo dependiendo del horario de los inspectores (electricidad, amarre, instalación, etc.). Los servicios de *"Labor Ready"* y *"Just Like Daughters"* estarán disponibles para los inquilinos con necesidades especiales que desean reducir pertenencias, empacar, mudar, y/o necesiten ayuda buscando una vivienda temporal. Los costos son reembolsables por la Oficina de Viviendas Prefabricadas del Estado de Washington. A los inquilinos también se les proporcionará información de compañías sin fines de lucro que vendrán y recogerán los artículos de no deseados que aún tienen utilidad.

5. Reuniones Iniciales Con Los Inquilinos

   El lunes, 19 de mayo, los 66 inquilinos recibieron personalmente notificación de una reunión abierta ("Open House") con la Especialista en Reubicación y su equipo de trabajo, incluyendo intérprete, en las cercanías de "Firs Mobile Home Park". Los inquilinos tuvieron la oportunidad de hacer preguntas sobre el proceso del cierre y aprender sobre la ayuda de reubicación que será ofrecida incluyendo asistencia financiera a los inquilinos de parte de ambos, los dueños de "Firs Mobile Home Park" y la Oficina de Viviendas Prefabricadas del Estado de Washington.

   En dicha reunión, los inquilinos tuvieron oportunidad de llenar hojas de información y de hacer una cita individual. Los propietarios de "Firs Mobile Home Park" han asignado una oficina en el lugar para reuniones de reubicación, los horarios e información de la

línea directa estarán en la puerta de dicha oficina. Una hoja de inscripción fue proporcionada para obtener información contacto de cada inquilino. La Especialista en Reubicación proporcionó tarjetas de presentación a cada inquilino, con su correo electrónico y línea directa.

En reuniones posteriores, una intérprete estuvo disponible para ayudar a los inquilinos que no hablan inglés. Hay 49 residentes que hablan español y poco inglés. La Especialista en Reubicación y su equipo, incluyendo a Sandra Mears, una trabajadora social con experiencia, se reunieron con individualmente con los inquilinos para completar la forma de reubicación con cada dueño de casa móvil. Varias reuniones se llevaron a cabo en las casas de los inquilinos que no pudieron atender la primera reunión ("Open House"). Varios inquilinos han llamado a la línea directa para hacer preguntas y aclarar información.

El equipo de reubicación pudo completar de manera confidencial las formas con varios de los inquilinos durante esa primera reunión y en reuniones posteriores. Varios inquilinos se llevaron las hojas de información y dijeron que luego llamarían a la línea directa para las mismas fueran recogidas. Casi al finalizar la reunión inicial ("Open House") la mayoría de los residentes del "Firs Mobile Home Park" regresaron para hacer una reunión en grupo y hacer preguntas adicionales. Formas adicionales fueron entregadas en dicha reunión y hubo hojas de registración. Al finalizar la reunión muchos inquilinos influenciaron a sus vecinos para que no llenaran las formas y no firmaran nada hasta que tuvieran la oportunidad de conseguir asistencia legal. Como resultado, no se han entregado más formas y algunos de los inquilinos no firmaron las listas de registración.

Una reunión fue realizada el 11 de junio del 2016 con los inquilinos del "Firs Mobile Home Park" y los representantes de la ciudad de SeaTac para supervisar los procesos de reubicación. Los inquilinos fueron notificados de dicha reunió mediante una carta que el dueño de "Firs Mobile Home Park" publicó en las puertas de cada casa y a través de anuncios colocados en áreas públicas del lugar. La reunión se llevó a cabo en el hotel cercano a "Firs Mobile Home Park". Hubo hojas de registro y muy buena asistencia a esta reunión. La Especialista de Reubicación, un trabajador social y un intérprete en español estuvieron disponibles para responder a preguntas.

Cuando el reporte y plan de la reubicación sea aprobado, se le va a entregar personalmente a cada inquilino del "Firs Mobile Home Park. También va a estar disponible en la oficina de la gerencia y la oficina de reubicación en "Firs Mobile Home Park".

La Especialista en Reubicación tiene una libreta llena de recursos de reubicación que incluye listas de viviendas económicas y/o para personas de bajos recursos, y formas para aplicar a las mismas; terrenos para casas móviles y vehículos recreacionales (RVs) con espacios disponibles; casas móviles a la venta; departamentos disponibles;

información para personas con necesidades especiales, tales como: personas mayores, veteranos, y rutas de autobuses. Otros recursos incluyendo compañías de empaque y mudanza, organizaciones sin fines de lucro a las cuales podrán donar artículos, recursos en español, información para cómo aplicar a viviendas, y derechos y responsabilidades de los propietarios e inquilinos. La mayoría de estos recursos fueron provistos en español. En reuniones individuales con varios inquilinos, hemos identificado necesidades especiales de varias personas.

En la reunión inicial ("Open House") y en reuniones individuales, los inquilinos indicaron a qué áreas estarían dispuestos a reubicarse. Varios inquilinos estaban interesados en comprar casas móviles en otros terrenos. Se han hecho llamadas a los diferentes dueños de terrenos para casas móviles de las áreas identificadas y habrá una lista que se proveerá semanalmente a todos los inquilinos indicando los terrenos con lugares disponibles, casas móviles a la venta, y servicios de apoyo disponible. Copias extras también estarán disponibles en una carpeta en la puerta de la Oficina de Reubicación.

6. Fechas para el proceso de cierre

    "Firs Mobile Home Park" cerrará en un plazo de 12 meses después de que se emita el aviso oficial. Este aviso tendrá lugar después de que sea aprobado el Reporte y Plan de Reubicación. Los inquilinos pueden llenar documentos con el Estado en cualquier momento después de recibir la notificación del cierre que les da un plazo de 12 meses. Estos documentos tienen que ser entregados antes de la mudanza y someter las facturas de mudanza y/o demolición de la casa móvil. Normalmente el Estado toma unas 2 semanas para revisar las aplicaciones, determinar elegibilidad de cada solicitud para asistencia de reubicación, y enviar cartas de aprobación. Si hacen falta documentos, el Estado también enviará una carta solicitando información adicional. El programa estatal está financiado por impuestos sobre la venta de casas móviles. El estado recibe $100 por cada venta de casas móviles. Durante la primavera y verano hay un mayor número de ventas de casa móviles por cual entra más dinero a este fondo y a un ritmo más rápido, que en los meses de invierno donde apenas hay ventas. Hay varios terrenos de casas móviles en el Estado que están cerrando, pero actualmente existen los fondos necesarios para proporcionar reembolsos inmediatamente.

7. Horario de asistencia para reubicación:

    La Especialista en Reubicación espera trabajar ayudando a los inquilinos con sus reubicaciones entre 10 - 14 horas a la semana. Un buen número de inquilinos trabajan durante el día por lo que las horas de trabajo de la Especialista incluirán tardes y los fines de semana. La Presidenta de Alliance Pacific, Inc., Kerry Lynch, servirá como Especialista en Reubicación. Ella tiene más de 20 años de experiencia trabajando con la reubicación de inquilinos viviendo en terrenos de casas móviles o en complejos de departamentos. Ella ha trabajado muy de cerca con los representantes de varias

ciudades y la Oficina de Viviendas Prefabricadas del Estado de Washington en estas reubicaciones.

La señora Lynch cuenta con la asistencia de Sandra Mears, una experta trabajadora social con experiencia previa en reubicación de inquilinos de casa móviles; Kaitlin Larson y Meghan Gaebe, especialistas en viviendas; y por Alma Raymundo, quien ha trabajado como intérprete en 4 diferentes terrenos de casas móviles y un complejo de departamentos. Ella ha estado proveyendo asistencia a inquilinos que no hablan inglés en "Firs Mobile Home Park". Aproximadamente unas 15 a 18 horas al mes se dedicarán a ayudar a los inquilinos a identificar espacios disponibles en otros terrenos de casas móviles, vivienda para personas mayores y/o de bajos recursos y apartamentos económicos y/o para personas con necesidades especiales.

8. Asistencia Adicional para los Inquilinos

   Según sea necesario, se proveerán contenedores de basura para que los inquilinos puedan los desechos adicionales creados por la reducción, mudanza, y/o demoliciones. Se coordinará un horario que cause la menor disrupción posible para trabajar en las casas que requieran pruebas y/o disminución de asbestos, y/o demolición. Por razones de seguridad, se le requerirá al contratista de demolición que coloque una cinta delimitando el área demolición. Todas las examinaciones de asbestos, disminución de asbestos y demoliciones las van a realizar contratistas con licencia dentro del Estado y siguiendo las reglas locales.

9. Lista de inquilinos que alquilan terrenos en el "Firs Mobile Home Park" (Apéndice H - Lista de inquilinos que alquilan terrenos en el "Firs Mobile Home Park")

10. Lista de Todas las Partes Involucradas con el Cierre de "Firs Mobile Home Park" (Apéndice I - Lista de Todas las Partes Involucradas con el Cierre de "Firs Mobile Home Park")

11. Especialista en Reubicación

    Kerry Lynch, Presidente Alliance Pacific, Inc.
    810 W. Lincoln Blvd.
    Spokane, WA 99224
    (206) 550-8167
    klynchapi@comcast.net

    La señora Lynch personalmente a coordinado las reubicaciones exitosas de más de 1,800 inquilinos y de inquilinos viviendo en terrenos de casas móviles o en complejos de departamentos que están en el proceso de cierre, recientemente cerraron, o que están siendo renovados en los condados de King, Snohomish, y Spokane, y en las ciudades de

Marysville, Seattle, Spokane, Renton, Lynnwood, Des Moines, Shoreline, y SeaTac en Washington.

Sus responsabilidades incluyen servir como la representante de los dueños y coordinar todo lo relacionado a la reubicación incluyendo lo especificado en este Reporte de Reubicación y Plan.

Seguridad Personal de los Inquilinos - La señora Lynch tiene en su poder información confidencial que los inquilinos le han otorgado. Una copia de esta información se mantiene en un archivo con llave en su oficina localizada en 810 W. Lincoln Blvd, Spokane, WA 99224. Dichos documentos serán hechos trizas y destruidos al cabo de 5 años. La forma W-9 de cada residente se le proveerá a los dueños de "Firs Mobile Home Park" para que al finalizar el año, ellos puedan someter la forma 1099 de aquellos inquilinos que solicitaron asistencia por adelantado. Esta información será guardada por los dueños de "Firs Mobile Home Park" en un archivo con llave junto con los contratos de renta y demás documentos de los inquilinos. Todos estos documentos serán hechos trizas y destruidos cuando ya no sean necesarios.

Apéndices

Apéndice A - Listas de espacios disponibles para casas móviles

Apéndice B - Listas de Viviendas

Apéndice C – Aviso para visitar las viviendas disponibles ("Open Houses")

Apéndice D - Formularios de información de vivienda e ingresos

Apéndice E - Oficina de Viviendas Prefabricadas del Estado de Washington, Información y

Aplicación de Reubicación

Apéndice F - Lista de gastos reembolsable por la Oficina de Viviendas Prefabricadas del Estado de Washington

Apéndice G - Información de la compañía de mudanza y/o demolición

Apéndice H – Lista de inquilinos alquilando terrenos en "Firs Mobile Home Park"

Apéndice I - Lista de Todas las Partes Involucradas con el Cierre de "Firs Mobile Home Park"



October 3, 2016

Mr. Steve Pilcher
Planning Manager
City of SeaTac

| Description | Amount |
|---|---|
| Revision and translation into Spanish of Firs Mobile Home Park Relocation Report and Plan. (Original English version 8 pages)<br><br>Final Spanish translation containing 4,253 words at 0.19 cents per word (10 pages total). | $808.07 |
| Invoice total: | $808.07 |

**Payment due within 5 business days.** If you have any difficulties meeting the required payment date, please contact Virginia Herrera-Páramo (206-229-5164 or via email at taira.paramo@gmail.com) immediately to make arrangements.

Check payable to:
Agnes Figueroa
27012 4th Pl S #J-303
Kent WA 98032

¡Gracias! We look forward to future collaborations.