# EXHIBIT 13

**Quinn Plant**

| | |
|---|---|
| From: | Kerry Lynch <klynchapi@comcast.net> |
| Sent: | Thursday, October 06, 2016 4:22 PM |
| To: | Steve Pilcher |
| Subject: | Re: Spanish translation of Relocation Report and Plan |

Thank you Steve.

Sent from my iPhone

On Oct 6, 2016, at 4:13 PM, Steve Pilcher <spilcher@ci.seatac.wa.us> wrote:

> Kerry:
>
> Thank you for having the RRP translated into Spanish. We had the report reviewed by a local firm and, after noting numerous syntax issues, they opted to perform their own translation (attached). Please substitute this version into the draft document and provide us with a final draft so there will be a clear record of what we are being asked to approve. We should be able to complete that process within a few days of your re-submittal.
>
> Thank you,
>
> *Steve Pilcher, Planning Manager*
> *City of SeaTac*
> *4800 S. 188th St.*
> *SeaTac, WA  98188-8605*
> *206-973-4832*
> *spilcher@ci.seatac.wa.us*
>
>
> <Final Spanish Firs Mobile Home Park - SPlanning_C16091908100 (2).docx>

1