# EXHIBIT 14

# RELOCATION REPORT AND PLAN (RRP)
## SeaTac Municipal Code Section 15.464.600

## Firs Mobile Home Park
## 20440 International Blvd, SeaTac, WA. 98198

Prepared on behalf of the owners of the Firs Mobile Home Park by:
Kerry Lynch, Relocation Specialist
Submitted to SeaTac Department of Planning: May 27, 2016
Revised: October 7, 2016
Approved: October 17, 2016

FIRSMBL0154

# Firs Mobile Home Park
## 20440 International Blvd, SeaTac, WA  98198
### RELOCATION REPORT AND PLAN

**Introduction:**

This relocation report and plan for the Firs Mobile Home Park is being prepared pursuant to the requirements of the SeaTac Municipal Code, Sections 15.464.600, related to the permanent closure and change of land use of mobile home parks.

The owners of the Firs Mobile Home Park intend to comply fully, as the plan that follows will indicate, with the SeaTac Municipal Code requirements as well as provisions of Washington State Law (Chapters 59.20 and 59.21 RCW) as administered by the Washington State Office of Manufactured Housing.

Recognizing the potential for resident disruption and stress in the event of a forced closure, the Firs Mobile Home Park representatives will provide significant relocation assistance as possible, including, but not limited, to the following:

1. Designation of an experienced Relocation Specialist
2. Individual meetings with each resident household to identify preferred areas to relocate, school, bus and shopping access. Assistance with the filing of state paperwork and availability of a 24-hour hotline, 206-550-8167 for residents.
3. Assessments of all homes with respect to condition, movability, asbestos testing and abatement (in the event of demolitions) and other relevant factors.
4. Identification of residents with special needs (seniors, disabled, health issues, limited English-speaking). Residents will be provided with assistance including senior housing information, housing locations with nearby health facilities and transportation access. An interpreter will be available on-site when needed.
5. Identification of mobile home and RV parks in the area and available spaces. Lists will be provided twice a month and weekly closer to the park closure date. Resident access to computer on-site to view available housing.  A phone log will be kept of contacts with mobile home park owners/managers looking for park openings. Assistance with contacting the managers and securing applications and lease information. (Attachment A – List of Mobile Home Parks in the area.)
6. Identification of apartments, senior housing, low-income and affordable housing and other housing opportunities in the area for all residents on a biweekly basis. Assistance with paperwork to secure housing and transportation will be provided, as needed. (Attachment B – Affordable and Low-Income Housing Lists)
7. Provision of special tenant assistance which will include up-fronting the cost of relocation of each home or the cost of demolition of each home.  In addition, relocation assistance of $2,000 will be provided to each mobile household within 3

2

FIRSMBL0155

weeks of their move-out to assist with relocation costs. Residents residing in recreational vehicles will be provided their last month's space rent at no cost.

8. Publication of monthly resident information bulletins and newsletters (Attachment C—Notice of Open House with Residents).

## Relocation Report and Plan Elements

1. Home/Income Information Sheets—the sheets were filled out with residents at the Open House and in subsequent individual meetings. (Attachment D)

2. Actions to be taken to assist each of the 66 residents in the park to relocate:

   a. Residents who are expected to qualify for state assistance from the Office of Manufactured Housing, Relocation Assistance Fund:

   There are 37 households residing in single-wide homes. These residents are eligible for up to $7,500 in assistance with either the move or demolition of their homes.

   There are 21 households residing in homes that have either tip-outs or have additional living spaces in their homes. Some of the tip-outs are from the manufacturer, other have been added and in many cases have rendered the homes not moveable. The state considers these additions in the same category of a doublewide home that is eligible for up to $12,000 in relocation or demolition costs.

   There are 4 residents who reside in doublewide homes that are eligible for up to $12,000 for relocating or demolishing their home.

   The owners of the park will provide for an assessment of each home for movability. Many of the homes because of age (pre-HUD, 1976) and condition my not be movable and will have to be demolished.

   b. Households that don't qualify for state assistance:

   The Washington State Attorney General has determined that the following homes do not qualify for state assistance: travel trailers, recreational vehicles, buses or park models and stick homes. There are 4 households living in homes that are not eligible for state assistance.

   For these households, the owners of the park have agreed to provide the following assistance: Identifying parks that will take travel trailers, 5th wheels and RV's and assisting with rental applications and paperwork. The owners will also NOT be charged their last month's rent so they can use the additional money for their new location.

3

c.  **Mobile Home Owners that Don't Qualify for State Assistance:**

The state will determine if any homeowners are not eligible for assistance
because of income that exceeds the state guidelines. If a resident, however, is not
eligible for state assistance, the owners will still provide the moving assistance of
$2,000 and the home will be demolished with the park owners paying for the
costs.

d.  **Assistance with State Paperwork:**

The Relocation Specialist and her staff will assist residents who qualify for state
assistance with filling out paperwork and submitting it to the state. This
paperwork includes a 2-page application, a W-2 form and an Assignment Form.
The resident is also required to submit proof of income for any adults residing in
the household and a copy of the title to the home (Attachment B – Washington
State Office of Manufactured Housing Relocation Information/Applications). The
paperwork can be submitted directly by the homeowner or provided to the
Relocation Specialist to submit. The state will not accept applications until after
the official 12-month notice of park closure has been issued.

The state OMH will review each application then send a written notice of
qualification to each homeowner. The state fund currently has money to provide
reimbursements soon after the paid moving or demolition invoices are received.
The owners of the Firs have agreed to advance these relocation and demolition
costs and will have each resident complete an Assignment Form so the owner will
be reimbursed directly by the state.

The state provides relocation assistance for either the move of a mobile home to
another park or site or the asbestos testing, abatement and demolition of a home.
The relocation assistance from the state is considered "non-taxable" income. The
assistance from the owners of the park is considered by the Internal Revenue
Service (IRS) to be taxable income so the residents will provide a copy of the W-
9 with a new address to the Relocation Specialist for the park owners to provide a
year-end 1099 form.

State funding is available to the homeowner when either a paid invoice for the
move or demolition of the home is submitted by the Relocation Specialist to the
State Office of Manufactured Housing. The invoice must indicate that it has
already been paid and is being submitted for reimbursement.

The owners of the park will pay the invoice after the invoice has been approved
by the homeowner and submitted to the Relocation Specialist. The homeowner

4

FIRSMBL0157

then signs an Assignment Form to be submitted to the state that provides for the reimbursement of the upfront costs to be sent directly to the park owner. If there is still money left in the amount allotted for either the move or demolition of the home, it is available to the homeowner based upon receipts provided to the state that document the expenditures.

Relocation expenses that are available for reimbursement directly to the homeowner include the purchase of a mobile home built in 1976 (HUD-certified home) or newer. Funds can't be used for the purchase of a "stick" home.

Other qualifying expenses include gas purchases while looking for a new location, housing while a home is being set-up, storage units, costs of actual move ie. moving boxes, moving help, truck etc. Additional expenses are "non-refundable deposits but do not include rent. Also costs of security and credit checks and hooking-up utilities. Receipts are submitted directly to the Office of Manufactured Housing and the reimbursement check is paid directly to the homeowner. The Relocation Specialist will assist residents with all the paperwork required by the state (Attachment F – List of Expenses Reimbursed by the Washington State Office of Manufactured Housing).

e.  Assistance With Housing Paperwork and Site Visits:

Assistance is also available with filling out and submitting apartment and low-income and affordable housing paperwork. The paperwork is available in the relocation office. A social worker is part of the relocation team and has already met with a number of residents and is available to assist through-out the relocation process. Assistance also includes identifying openings in mobile home parks, apartments and houses, making telephone contacts on behalf of the residents with the apartment and mobile home park managers and helping, when needed, with transportation to the housing sites. Apartment openings will be posted on all doors of interested residents and can be emailed as well. Lists will also be posted on the door of the relocation office, located in the park. Postings will also include openings in mobile home parks, mobile homes for sale and affordable housing options.

f.  Hotline Available to Residents:

A 24-hour hotline is available to all residents. The hotline number is 206-550-8167. The Relocation Specialist and the interpreter will be checking messages daily as well. An interpreter for the Spanish-speaking residents will assist with ongoing communications. Calls are usually not only received from residents, but also from park owners with openings, realtors and rental agencies.

5

FIRSMBL0158

Following the issuance of the formal notice of closure to residents, the Relocation Specialist and her staff will be on-site on a weekly basis for meetings with residents. Hours will be posted on the office door and near the mailboxes. Residents are encouraged to make an appointment if they need an interpreter. Office hours will include days and evenings.

3.  **Information Updates Delivered to Residents:**

Monthly Information Updates will be delivered to each household and also posted on the relocation office in the park. When a resident isn't home, the notices will be taped to the front door. The updates always include the hotline and city, state and movers contact information. When the official 12-month notice of park closure is provided to all residents, it will be sent by registered mail and also hand-delivered to all residents. The Relocation Specialist will document the delivery of the 12-month notice and provide the proof of delivery information to the City of SeaTac, Department of Planning. Monthly relocation reports will also be provided to the City.

4.  **Movers/Demolition Companies Identified:**

The Relocation Specialist has worked with a number of movers and demolition companies over the past 20 years. She has identified movers, asbestos-testing and abatement companies and a demolition company. She has their license information on file and has provided the information to the Washington State Office of Manufactured Housing (Attachment G –Mobile Home Move or Demolition Vendor Information). She will review bids and schedules, approve invoices with the homeowner, arrange for payments to the vendors and send the invoices to the state for reimbursement. Each moving situation is unique and will be handled individually with each resident.

It usually takes about seven to ten days to move and set-up a mobile home after all the permitting is in place. Sometimes getting a final occupancy permit takes even more time depending on the schedule of the various inspectors (ie. electrical, tie-downs, set-up, etc.). Labor Ready and Just Like Daughters moving services are also available for those residents with special needs to assist with downsizing, packing and moving and help finding short-term housing. These costs are reimbursable by the Washington State Office of Manufactured Housing. Residents will also be provided with non-profit companies who will come by and pick-up surplus items.

5.  **Initial Residents Meetings**

All 66 residents in the park were hand-delivered a notice on Monday, May 9, notice of an all-day Open House adjacent to the park with the Relocation Specialist and her team including an interpreter. Residents had an opportunity to ask questions about the process for the closing of the park and learn about the relocation assistance that will be provided

6

FIRSMBL0159

including financial tenant assistance from both the owner and the Washington State Office of Manufactured Housing.

At the Open House, residents filled out individual information sheets and signed up for individual meeting. The park owners are designating an office on-site for relocation meetings and office hours and the hotline will be posted on the door. A sign-up sheet was provided to get contact information for each resident. The Relocation Specialist provided business cards to each resident with her contact information including e-mail and hotline.

In follow-up meetings, an interpreter was available for non-English speaking residents. There are 49 residents who speak Spanish and limited English. The Relocation Specialist and her staff, including Sandra Mears, an experienced social worker, met individually with residents and completed a relocation information sheet for each homeowner. Several meetings were held in resident's homes with those who were unable to attend the Open House. A number of residents have called the hotline to ask questions and to clarify information.

The relocation team was able to complete confidential relocation information sheets with many of the mobile home residents at the Open House and in follow-up meetings. A number of residents took the Information Sheets and said they would call the hotline to have them picked up. Near the conclusion of the Open House most of the residents from the Firs returned for a group meeting and to ask additional questions. Additional Information Sheets were handed out at this meeting and the sign-up sheets were available. At the close of the meeting, several residents encouraged their neighbors to not fill out the forms or sign any paperwork until they had an opportunity to seek legal counsel. As a result, no additional Information Sheets have been submitted and some of the residents didn't add their names to the sign-up sheets.

A meeting was held on June 11, 2016 with the residents of the Firs and officials from the City of Seatac overseeing the relocation process. Residents were notified of the meeting by a letter from the park owner placed on their doors and reminder notices posted throughout the park. The meeting was held in a hotel adjacent to the park. A sign-up sheet was provided and the meeting was well-attended. The relocation specialist, a social worker and a Spanish interpreter were also available to provide information and respond to questions.

When the Relocation Report and Plan is approved it will be hand-delivered to all residents of the park. It will also be made available in the park in the Manager's/Relocation Offices located on-site.

The Relocation Specialist has a notebook filled with relocation resources that include lists of affordable and low-income housing and applications; mobile home parks with openings; mobile homes for sale; apartment opening; RV openings; senior, veterans and special needs resources and bus routes. Other resources include packing and moving

7

organizations, non-profits for donations of items, Spanish resources available, applying for housing information; landlord and tenant's rights and responsibilities. Most of these resources are also provided in Spanish. In individual meetings with residents we have identified the special needs of several residents of the park.

At the open house and in the individual meetings, residents indicated the areas they would be willing to relocate. Several residents were interested in purchasing homes in other parks. Phone calls have been made to parks in the areas identified and a list of park openings, homes for sale and support services available will be provided to all residents on a weekly basis. Extra copies will also be available in a folder on the relocation office door.

6.  **Park Closure Timeline:**

The park will close within 12-months of the service of an official closure notice. The official closure notice will take place after approval of the Relocation Report and Plan. Residents can file paperwork with the state any time after they receive the 12-month closure notice. The paperwork must be submitted prior to their move and the submission of moving/demolition invoices. It usually takes the state 2 weeks to review an application and qualify a household for relocation assistance and to send the approval letter. If there is any missing paperwork, the state will also send a letter requesting additional information. The state program is funded at the rate of $100 from each sale of a mobile home. During the spring and summer there are more sales of homes so monies come into the fund at a faster rate than during the winter months. A number of parks are closing in the state but currently the state has the funding to provide immediate reimbursements.

7.  **Relocation Assistance Schedule**

The Relocation Specialist expects to be spending approximately 10 – 14 hours a week working with residents on relocations. A number of residents in the park work during the day so hours will also include evenings and weekends. The President of Alliance Pacific, Inc., Kerry Lynch, is serving as Relocation Specialist. She has over 20 years of successful experience working with relocating residents from mobile home parks and apartment complexes. She has worked closely with representatives from various cities and the State Office of Manufactured Housing on these relocations.

Ms. Lynch will be assisted by Sandra Mears, a skilled social worker with previous experience in mobile home relocations; Kaitlin Larson and Meghan Gaebe, housing specialists; and Alma Raymundo who has worked with the team as an interpreter in 4 other mobile home parks and 1 apartment complex. She has been assisting with communication with non-English speaking residents in the park. Approximately 15 – 18 hours a month will be spent helping residents identify park openings, senior and low income housing and affordable apartments and with special needs.

8

FIRSMBL0161

8.  **Additional Assistance to Residents**

When needed, additional dumpsters will be provided on site for the use of residents in handling the additional debris created with downsizing, moving and tear-downs. Scheduling will be coordinated for homes that will require asbestos testing, abatement and demolition so it is the least disruptive to residents as possible. The demolition contractor will also be required to tape off the demolition site for safety purposes. All asbestos-testing, abatement and demolitions will be provided by licensed contractors within state and local guidelines.

9.  **List of all Parties Related to Closure of Firs Mobile Home Park (Attachment H — List of All Parties Related to Closure of the Firs MHP)**

10. **Relocation Specialist**

Kerry Lynch, President
Alliance Pacific, Inc.
810 W. Lincoln Blvd.
Spokane, WA  99224
206-550-8167
klynchapi@comcast.net

Ms. Lynch has personally coordinated the successful relocations of more than 1800 resident and resident households in mobile home parks and apartment complexes either in the process of closing, recently closed or renovated in King, Snohomish and Spokane Counties and the cities of Marysville, Seattle, Spokane, Renton, Lynnwood, Des Moines, Shoreline, SeaTac and Lynnwood, Washington.

Her responsibilities will be to serve as the owner's representative and coordinator for all relocation matters including those specified in this Relocation Report and Plan.

Resident's Personal Security — Ms. Lynch has confidential information provided by all residents in a notebook in her possession. A copy of this information is also in a locked file cabinet in her office located at 810 W. Lincoln Blvd, Spokane, WA  99224. At the end of 5 years, it will be shredded and destroyed. A copy of each homeowner's W-9 information is also provided to the park owner for an end of the year 1099 filing for the tenant assistance. This information will be kept in a locked file cabinet by the park owners along with resident leases and other documentation. When it is no longer needed, it will be shredded and destroyed.

FIRSMBL0162

Firs Mobile Home Park
20440 International Blvd, SeaTac, WA 98198
REPORTE Y PLAN DE REUBICACIÓN

Introducción

Este reporte y plan de reubicación para "Firs Mobile Home Park" está siendo preparado conforme los requisitos del código municipal de SeaTac, Sección 15.464.600, relacionado al cierre permanente y el cambio de terreno de las casas móviles.

Los dueños del "Firs Mobile Home Park" tienen la intención de cumplir plenamente, tal y como lo indica el plan a continuación, con los requisitos del Código Municipal de SeaTac y con los estatutos de las leyes del Estado de Washington (Capítulos 59.20 y 59.21 RCW) y administrado por la oficina de Viviendas Prefabricadas del Estado de Washington ("Washington State Office of Manufactured Housing").

Reconociendo los posibles inconvenientes y estrés que este tipo de eventos de clausura forzosa puede causar a los inquilinos, los representantes del "Firs Mobile Home Park" van a proporcionar asistencia de reubicación significativa, en la medida que les sea posible, incluyendo, pero no limitada, a lo siguiente:

1. Se asignará una especialista con experiencia en reubicación.
2. Reuniones individuales con cada inquilino para identificar qué áreas prefieren para mudarse, teniendo en cuenta: escuelas, acceso a transporte público y comercios. Asistencia para llenar los documentos del Estado y acceso para inquilinos a una línea telefónica de asistencia directa las 24 horas del día, (206) 550-8167.
3. Evaluación de todas las casas con respecto a sus condiciones, movilidad, prueba de asbestos y su disminución (en caso de demolición), y otros factores relevantes.
4. Identificación de las necesidades especiales de los inquilinos (personas mayores de edad, discapacitados, personas con problemas de salud, y/o manejo limitado del inglés). A los inquilinos se les proveerá asistencia, incluyendo información sobre viviendas para personas mayores, vivienda cercana a instituciones de salud y acceso a medios de transporte. Un intérprete estará disponible en las oficinas del "Firs Mobile Home Park" cuando sea necesario.
5. Identificación de terrenos con espacios disponibles para casa móviles y vehículos recreacionales (RVs) en el área. Se proveerán listados de lugares disponibles dos veces al mes y semanalmente según se vaya acercando la fecha del cierre. Los inquilinos tendrán acceso a una computadora en las oficinas de "Firs Mobile Home Park" para ayudarles en la búsqueda de viviendas disponibles. La oficina mantendrá un registro de llamadas de propietarios y administradores de terrenos que tengan espacios disponibles para casas móviles. Se proveerá asistencia para comunicarse con los administradores de terrenos en someter aplicaciones e información sobre contratos de arrendamiento (Apéndice A - Listas de espacios disponibles para casas móviles).
6. Se proveerá información dos veces a la semana sobre departamentos, vivienda para personas mayores y/o de bajo ingreso, viviendas económicamente accesibles, y oportunidades de otro tipo de viviendas en el área. Se proveerá asistencia con la preparación de los documentos de aplicación para vivienda y transporte según sea necesario (Apéndice B - Listas de Viviendas).
7. Se proveerá asistencia especial a los inquilinos que incluye el costo por adelantado de reubicación de cada casa móvil o el costo de demolición de estas. En adición

se proveerán $2,000 de asistencia para la reubicación por cada casa móvil tres semanas do la fecha de mudanza para asistir con los costos de reubicación. Inquilinos viviendo en vehículos recreacionales (RVs) no se les cobrará el último mes de renta por su espacio en "Firs Mobile Home Park".

8. Se publicará mensualmente boletines de información y periódicos. (Apéndice C – Aviso para visitar las viviendas disponibles ["Open Houses"]).

Reporte de Reubicación y Elementos del Plan

1. Formularios de información de vivienda e ingresos – los inquilinos llenaron estos formularios durante la visita ["Open House"] y en reuniones individuales subsiguientes. (Apéndice D - Formularios de información de vivienda e ingresos)

2. Medidas que deben tomarse para ayudar a cada uno de los 66 inquilinos en el proceso de reubicación:

1 Inquilinos que esperan calificar para asistencia estatal a través del Fondo de Reubicación de la Oficina de Viviendas Prefabricadas (Office of Manufactured Housing, Relocation Assistance Fund)

Existen 37 familias viviendo en casas móviles de ancho sencillo ("single-wide"). Estos residentes son elegibles hasta $7,500 en asistencia para transportar o demoler la misma.

Existen 21 familias viviendo en casas móviles con anexos externos ("tip-outs") o espacios de vivienda adicional. Algunos de los anexos son del fabricante, otros fueron agregados, y en muchos casos esto ya no permite que la casa sea transportada. El Estado considera estos anexos en la misma categoría que una casa móvil de ancho doble ("double-wide") y estas son elegibles hasta un máximo de $12,000 en asistencia para transportar o demoler la misma.

Existen 4 familias viviendo en casas móviles de ancho doble ("double-wide"). Estos son elegibles hasta un máximo de $12,000 en asistencia para transportar o demoler la misma.

Los dueños de "Firs Mobile Home Park" proporcionarán una evaluación de cada casa para determinar si pueden transportarse o no. Muchas casas por su antigüedad (diseñadas antes de 1976 o de la creación del Departamento de Vivienda Urbana [HUD, por sus siglas en inglés]) y por su condición probablemente no puedan ser transportadas, por lo que tendrán que ser demolidas.

B. Viviendas que no van a calificar para asistencia del Estado

El Fiscal General del Estado de Washington (Washington State Attorney General) ha determinado que las siguientes viviendas no son elegibles para asistencia estatal: tráilers para acampar, vehículos recreacionales (RVs), autobuses, vehículo recreacional tipo modelo campamento ("Park Model RV"), o casas improvisadas (no regidas por los códigos de construcción). Existen 4 familias que residen en viviendas que no son elegibles para asistencia estatal. Para estas 4 familias, los dueños de "Firs Mobile Home Park" han acordado proveer lo siguiente: identificar lugares donde se permitan tráilers para acampar, remolques de

tipo 5ta llanta y vehículos recreacionales (RVs). También les ayudarán con las aplicaciones de renta y documentos relacionados. A los dueños de estos hogares NO se les cobrará el último mes de renta para que puedan usar el dinero en su reubicación.

C. Dueños de casas móviles que no califican para asistencia estatal

El Estado determinará si los dueños de las casas móviles no son elegibles para asistencia porque sus ingresos exceden las normas estatales. Sin embargo, si el inquilino no es elegible para asistencia estatal, lo dueños van a proporcionar asistencia de $2,000 para la reubicación y la casa será demolida y los dueños de "Firs Mobile Home Park" cubrirán los gastos de demolición.

D. Asistencia con documentos del Estado

La Especialista en Reubicación y su personal van a asistir a los inquilinos que califican para la asistencia estatal, llenando y enviando los documentos al Estado. Estos documentos incluyen una aplicación de dos páginas, la forma W-2, y una Forma de Asignación ("Assignment Form"). Se requiere que los inquilinos sometan verificación de ingresos de todos los adultos que vivan en la casa y copia del título de propiedad de la casa (Apéndice E - Oficina de Viviendas Prefabricadas del Estado de Washington, Información y Aplicación de Reubicación). Los inquilinos pueden enviar los documentos directamente o se lo pueden dar a la Especialista en Reubicación para que ella los envíe. El Estado no aceptará aplicaciones hasta que "Firs Mobile Home Park" no haya emitido el anuncio oficial de clausura que debe salir con 12 meses de anticipación.

La Oficina de Viviendas Prefabricadas del Estado de Washington verificará cada una de las aplicaciones y notificará por escrito su decisión de elegibilidad a cada dueño de casa. El fondo estatal actualmente tiene dinero para proporcionar reembolsos poco tiempo después de recibir la factura que indica que la casa fue transportada o demolida. Los dueños de "Firs Mobile Home Park" están de acuerdo en pagar por adelantado los costos de transportación y/o demolición de casas a cada inquilino elegible. Cada inquilino elegible deberá llenar la Forma de Asignación para que los dueños de "Firs Mobile Home Park" reciban su reembolso directamente del Estado.

El Estado proporcionará asistencia ya sea para la reubicación de la casa móvil para otro terreno, o para pruebas de asbestos, disminución de asbestos y demolición de la casa. La asistencia financiera del Estado es considerada como un ingreso "exento de impuestos." En cambio, la asistencia por parte de los dueños está considerada por el Internal Revenue Service (IRS) como una sujeta a impuestos, por lo tanto, los inquilinos tendrán que proporcionar a la Especialista en Reubicación con una Forma W-9 con su nueva dirección, para que los dueños les proporcionen un formulario 1099 al finalizar el año.

Los fondos de asistencia estatal estarán disponibles para los dueños de casas móviles cuando las facturas de transporte o demolición de la casa, ya pagada, sea enviada por la Especialista en Reubicación a la Oficina de Viviendas Prefabricadas del Estado de Washington. La factura debe de indicar que la misma ya fue pagada y está siendo enviada para su reembolso.

Los dueños de "Firs Mobile Home Park" pagarán la factura después de que la misma sea aprobada por los dueños de la casa y que haya sido entregada a la Especialista en Reubicación. Los dueños de la casa tendrán que firmar la Forma de Asignación para

FIRSMBL0165

que se le proporcione el reembolso directamente a los dueños de "Firs Mobile Home Park" por el pago anticipado de los costos. Una vez pagados estos gastos de transporte o demolición de la casa, si todavía queda dinero restante de la cantidad anteriormente asignada por el Estado, la misma estará disponible al inquilino basado en los recibos o facturas que se sometieron al Estado para documentar los gastos.

Los gastos de reubicación que están disponibles para reembolso directamente a los dueños de casas, incluyen la compra de una casa móvil construida en 1976 (Casa Certificada por HUD) o más nueva. Los fondos no pueden ser usados para comprar una casa improvisada (no regida por los códigos de construcción). A éstas se les conoce como "stick homes" en inglés.

Otros gastos elegibles incluyen gastos de gasolina que se utilizó mientras buscaba una nueva localización, alojamiento mientras que se transporta y se completa la instalación de la casa móvil, almacén, costo de la mudanza, por ejemplo, comprar cajas, pagar por asistencia para cargar las cajas, y/o rentar camión para la mudanza. Gastos adicionales incluye el pago de depósitos no reembolsables, pero aquí no se incluye el pago de la renta mensual. También se incluyen los costos de verificación de crédito y antecedentes criminales, y/o el pago por conexión de utilidades. Los recibos deben ser enviados directamente a la Oficina de Viviendas Prefabricadas y el cheque de reembolso se pagará directamente al dueño de la casa. La Especialista en Reubicación le asistirá con todos los documentos que requiera el Estado (Apéndice F - Lista de gastos reembolsable por la Oficina de Viviendas Prefabricadas del Estado de Washington).

E. Ayuda con los documentos de vivienda y visitas

También habrá ayuda disponible para llenar y entregar los documentos para solicitar departamentos y viviendas a personas de bajo ingreso. Los documentos estarán disponibles en la Oficina de Reubicación. Un trabajador social es parte del equipo de reubicación y ya se reunió con algunos inquilinos y estará disponible para asistir durante el proceso de reubicación. La ayuda también incluye la identificación de departamentos, casas y de espacios disponibles en terrenos para casas móviles; hacer llamadas telefónicas a oficinas de departamentos o a la gerencia de terrenos para casas móviles, a nombre de los residentes; y ofrecer transportación para visitar dichas localidades. Listados de departamentos disponibles serán publicados en puertas de los inquilinos que estén interesados y también se les pueden enviar por correo electrónico si lo desean. Las listas también estarán publicadas en la Oficina de Reubicación localizada en el "Firs Mobile Home Park". Las listas también incluirán espacios disponibles en terrenos para casas móviles, casas móviles que están a la venta, y opciones de vivienda de bajo costo.

F. Línea de ayuda directa para inquilinos

El número de la línea de ayuda directa es el (206)550-8167 y estará disponible para todos los inquilinos las 24 horas del día. La Especialista en Reubicación y la intérprete estarán revisando los mensajes de correo de voz diariamente. La intérprete para los residentes que hablan español asistirá con la comunicación de manera constante. Las llamadas recibidas no solo serán de los inquilinos afectados, pero también de los dueños de terrenos de casas móviles que tengan espacios disponibles, agentes de bienes raíces, y/o agencias que rentan departamentos.

Una vez se emita la notificación oficial a los inquilinos de la clausura de "Firs Mobile Home Park", la Especialista de Reubicación estará disponible en la oficina

semanalmente para reunirse con los inquilinos. Los horarios estarán publicados en las puertas de la oficina y en el área de los buzones de correos. Se recomienda a los inquilinos a hacer cita si necesitan de un intérprete. Los horarios incluirán horas de día y de noche.

3. Información actualizada será entregada a los inquilinos

Avisos mensuales con información actualizada serán entregadas en cada hogar y también estarán publicados en la oficina de reubicación en el "Firs Mobile Home Park". Cuando los inquilinos no se encuentren en su casa las notificaciones serán puestas con cinta adhesiva en la puerta. Estos avisos siempre incluyen la información contacto Especialista en Reubicación (línea directa), la ciudad, el Estado, y la información sobre compañías de mudanza. En cuando la notificación oficial del cierre de "Firs Mobile Home Park" que saldrá con 12 meses de anticipación sea proporcionada a los inquilinos, se enviará por correo certificado, y también será entregado personalmente a todos los inquilinos. La Especialista en Reubicación documentará las entregas de dicha notificación de 12 meses y le proporcionará pruebas de dicha entrega al Departamento de Planificación de la ciudad de SeaTac. Reportes mensuales con información sobre la reubicación también será entregada a la ciudad.

4. Compañías de Mudanza y Demolición Identificadas

La Especialista en Reubicación ha trabajado con un sinnúmero de compañías de mudanza y de demolición durante los últimos 20 años. Ella ya ha identificado las compañías de mudanza, pruebas de asbestos, disminución de asbestos y demolición. Ella tiene la información de licencias en su archivo y esta información fue proporcionada a la Oficina de Viviendas Prefabricadas del Estado de Washington (Apéndice G - Información de la compañía de mudanza y/o demolición). Ella va a revisar las ofertas y horarios, aprobar las facturas con los dueños de las viviendas, pago a las compañías, y mandará las facturas al Estado para su reembolso. Cada situación de mudanza es única y será tratada individualmente con cada inquilino.

Normalmente se toma de siete a diez días para mudar y preparar la casa móvil después de que todos los permisos estén listos. A veces el permiso para habitar la casa toma más tiempo dependiendo del horario de los inspectores (electricidad, amarre, instalación, etc.). Los servicios de "Labor Ready" y "Just Like Daughters" estarán disponibles para los inquilinos con necesidades especiales que desean reducir pertenencias, empacar, mudar, y/o necesitan ayuda buscando una vivienda temporal. Los costos son reembolsables por la Oficina de Viviendas Prefabricadas del Estado de Washington. A los inquilinos también se les proporcionará información de compañías sin fines de lucro que vendrán y recogerán los artículos de no deseados que aún tienen utilidad.

5. Reuniones Iniciales Con Los Inquilinos

El lunes, 19 de mayo, los 66 inquilinos recibieron personalmente notificación de una reunión abierta ("Open House") con la Especialista en Reubicación y su equipo de trabajo, incluyendo intérprete, en las cercanías de "Firs Mobile Home Park". Los inquilinos tuvieron la oportunidad de hacer preguntas sobre el proceso del cierre y aprender sobre la ayuda de reubicación que será ofrecida incluyendo asistencia financiera a los inquilinos de parte de ambos, los dueños de "Firs Mobile Home Park" y la Oficina de Viviendas Prefabricadas del Estado de Washington.

En dicha reunión, los inquilinos tuvieron oportunidad de llenar hojas de información y de hacer una cita individual. Los propietarios de "Firs Mobile Home Park" han asignado una oficina en el lugar para reuniones de reubicación, los horarios e información de la línea directa estarán en la puerta de dicha oficina. Una hoja de inscripción fue proporcionada para obtener información contacto de cada inquilino. La Especialista en Reubicación proporcionó tarjetas de presentación a cada inquilino, con su correo electrónico y línea directa.

En reuniones posteriores, una intérprete estuvo disponible para ayudar a los inquilinos que no hablan inglés. Hay 49 residentes que hablan español y poco inglés. La Especialista en Reubicación y su equipo, incluyendo a Sandra Mears, una trabajadora social con experiencia, se reunieron con individualmente con los inquilinos para completar la forma de reubicación con cada dueño de casa móvil. Varias reuniones se llevaron a cabo en las casas de los inquilinos que no pudieron atender la primera reunión ("Open House"). Varios inquilinos han llamado a la línea directa para hacer preguntas y aclarar información.

El equipo de reubicación pudo completar de manera confidencial las formas con varios de los inquilinos durante esa primera reunión y en reuniones posteriores. Varios inquilinos se llevaron las hojas de información y dijeron que luego llamarían a la línea directa para las mismas fueran recogidas. Casi al finalizar la reunión inicial ("Open House") la mayoría de los residentes del "Firs Mobile Home Park" regresaron para hacer una reunión en grupo y hacer preguntas adicionales. Formas adicionales fueron entregadas en dicha reunión y hubo hojas de registración. Al finalizar la reunión muchos inquilinos influenciaron a sus vecinos para que no llenaran las formas y no firmaran nada hasta que tuvieran la oportunidad de conseguir asistencia legal. Como resultado, no se han entregado más formas y algunos de los inquilinos no firmaron las listas de registración.

Una reunión fue realizada el 11 de junio del 2016 con los inquilinos del "Firs Mobile Home Park" y los representantes de la ciudad de SeaTac para supervisar los procesos de reubicación. Los inquilinos fueron notificados de dicha reunió mediante una carta que el dueño de "Firs Mobile Home Park" publicó en las puertas de cada casa y a través de anuncios colocados en áreas públicas del lugar. La reunión se llevó a cabo en el hotel cercano a "Firs Mobile Home Park". Hubo hojas de registro y muy buena asistencia a esta reunión. La Especialista de Reubicación, un trabajador social y un intérprete en español estuvieron disponibles para responder a preguntas.

Cuando el reporte y plan de la reubicación sea aprobado, se le va a entregar personalmente a cada inquilino del "Firs Mobile Home Park". También va a estar disponible en la oficina de la gerencia y la oficina de reubicación en "Firs Mobile Home Park".

La Especialista en Reubicación tiene una libreta llena de recursos de reubicación que incluye listas de viviendas económicas y/o para personas de bajos recursos, y formas para aplicar a las mismas; terrenos para casas móviles y vehículos recreacionales (RVs) con espacios disponibles; casas móviles a la venta; departamentos disponibles; información para personas con necesidades especiales, tales como: personas mayores, veteranos, y rutas de autobuses. Otros recursos incluyendo compañías de empaque y mudanza, organizaciones sin fines de lucro a las cuales podrán donar artículos, recursos en español, información para cómo aplicar a viviendas, y derechos y responsabilidades de los propietarios o inquilinos. La mayoría de estos recursos fueron provistos en español. En reuniones individuales con varios inquilinos, hemos identificado necesidades especiales

En la reunión inicial ("Open House") y en reuniones individuales, los inquilinos indicaron a qué áreas estarían dispuestos a reubicarse. Varios inquilinos estaban interesados en comprar casas móviles en otros terrenos. Se han hecho llamadas a los diferentes dueños de terrenos para casas móviles de las áreas identificadas y habrá una lista que se proveerá semanalmente a todos los inquilinos indicando los terrenos con lugares disponibles, casas móviles a la venta, y servicios de apoyo disponible. Copias extras también estarán disponibles en una carpeta en la puerta de la Oficina de Reubicación.

6. Fechas para el proceso de cierre

"Firs Mobile Home Park" cerrará en un plazo de 12 meses después de que se emita el aviso oficial. Este aviso tendrá lugar después de que sea aprobado el Reporte y Plan de Reubicación. Los inquilinos pueden llenar documentos con el Estado en cualquier momento después de recibir la notificación del cierre que les da un plazo de 12 meses. Estos documentos tienen que ser entregados antes de la mudanza y someter las facturas de mudanza y/o demolición de la casa móvil. Normalmente el Estado toma unas 2 semanas para revisar las aplicaciones, determinar elegibilidad de cada solicitud para asistencia de reubicación, y enviar cartas de aprobación. Si hacen falta documentos, el Estado también enviará una carta solicitando información adicional. El programa estatal está financiado por impuestos sobre la venta de casas móviles. El estado recibe $100 por cada venta de casas móviles. Durante la primavera y verano hay un mayor número de ventas de casa móviles por cual entra más dinero a este fondo y a un ritmo más rápido, que en los meses de invierno donde apenas hay ventas. Hay varios terrenos de casas móviles en el Estado que están cerrando, pero actualmente existen los fondos necesarios para proporcionar reembolsos inmediatamente.

7. Horario de asistencia para reubicación:

La Especialista en Reubicación espera trabajar ayudando a los inquilinos con sus reubicaciones entre 10 - 14 horas a la semana. Un buen número de inquilinos trabajan durante el día por lo que las horas de trabajo de la Especialista incluirán tardes y los fines de semana. La Presidenta de Alliance Pacific, Inc., Kerry Lynch, servirá como Especialista en Reubicación. Ella tiene más de 20 años de experiencia trabajando con la reubicación de inquilinos viviendo en terrenos de casas móviles o en complejos de departamentos. Ella ha trabajado muy de cerca con los representantes de varias ciudades y la Oficina de Viviendas Prefabricadas del Estado de Washington en estas reubicaciones.

La señora Lynch cuenta con la asistencia de Sandra Mears, una experta trabajadora social con experiencia previa en reubicación de inquilinos de casa móviles; Kaitlin Larson y Meghan Gaebe, especialistas en viviendas; y por Alma Raymundo, quien ha trabajado como intérprete en 4 diferentes terrenos de casas móviles y un complejo de departamentos. Ella ha estado proveyendo asistencia a inquilinos que no hablan inglés en "Firs Mobile Home Park". Aproximadamente unas 15 a 18 horas al mes se dedicarán a ayudar a los inquilinos a identificar espacios disponibles en otros terrenos de casas móviles, vivienda para personas mayores y/o de bajos recursos y apartamentos económicos y/o para personas con necesidades especiales.

8. Asistencia Adicional para los Inquilinos

FIRSMBL0169

Según sea necesario, se proveerán contenedores de basura para que los inquilinos puedan los desechos adicionales creados por la reducción, mudanza, y/o demoliciones. Se coordinará un horario que cause la menor disrupción posible para trabajar en las casas que requieran pruebas y/o disminución de asbestos, y/o demolición. Por razones de seguridad, se le requerirá al contratista de demolición que coloque una cinta delimitando el área demolición. Todas las examinaciones de asbestos, disminución de asbestos y demoliciones las van a realizar contratistas con licencia dentro del Estado y siguiendo las reglas locales.

9. Lista de inquilinos que alquilan terrenos en el "Firs Mobile Home Park" (Apéndice H – Lista de inquilinos que alquilan terrenos en el "Firs Mobile Home Park")

10. Lista de Todas las Partes Involucradas con el Cierre de "Firs Mobile Home Park" (Apéndice I – Lista de Todas las Partes Involucradas con el Cierre de "Firs Mobile Home Park")

11. Especialista en Reubicación

Kerry Lynch, Presidente Alliance Pacific, Inc.
810 W. Lincoln Blvd.
Spokane, WA 99224
(206) 550-8167
klynchapi@comcast.net

La señora Lynch personalmente a coordinado las reubicaciones exitosas de más de 1,800 inquilinos y de inquilinos viviendo en terrenos de casas móviles o en complejos de departamentos que están en el proceso de cierre, recientemente cerraron, o que están siendo renovados en los condados de King, Snohomish, y Spokane, y en las ciudades de Marysville, Seattle, Spokane, Renton, Lynnwood, Des Moines, Shoreline, y SeaTac en Washington.

Sus responsabilidades incluyen servir como la representante de los dueños y coordinar todo lo relacionado a la reubicación incluyendo lo especificado en este Reporte de Reubicación y Plan.

Seguridad Personal de los Inquilinos – La señora Lynch tiene en su poder información confidencial que los inquilinos le han otorgado. Una copia de esta información se mantiene en un archivo con llave en su oficina localizada en 810 W. Lincoln Blvd, Spokane, WA 99224. Dichos documentos serán hechos trizas y destruidos al cabo de 5 años. La forma W-9 de cada residente se le proveerá a los dueños de "Firs Mobile Home Park" para que al finalizar el año, ellos puedan someter la forma 1099 de aquellos inquilinos que solicitaron asistencia por adelantado. Esta información será guardada por los dueños de "Firs Mobile Home Park" en un archivo con llave junto con los contratos de renta y demás documentos de los inquilinos. Todos estos documentos serán hechos trizas y destruidos cuando ya no sean necesarios.

Apéndices

Apéndice A – Listas de espacios disponibles para casas móviles

Apéndice B – Listas de Viviendas

FIRSMBL0170

Apéndice C – Aviso para visitar las viviendas disponibles ("Open Houses")

Apéndice D – Formularios de información de vivienda e ingresos

Apéndice E – Oficina de Viviendas Prefabricadas del Estado de Washington, Información y

Aplicación de Reubicación

Apéndice F – Lista de gastos reembolsable por la Oficina de Viviendas Prefabricadas del Estado de Washington

Apéndice G – Información de la compañía de mudanza y/o demolición

Apéndice H – Lista de inquilinos alquilando terrenos en "Firs Mobile Home Park"

Apéndice I – Lista de Todas las Partes Involucradas con el Cierre de "Firs Mobile Home Park"

Attachment A – List of Mobile Home Parks Near the
Firs MHP

FIRSMBL0172

Angle Lake Mobile Park
0.5 miles away
2916 S 200th St, Seattle, WA 98109
(206) 920-1917

Sound Vista Mobile Home Park
1.4 miles
22021 29th Ct S, Des Moines, WA 98198
(206)422-5467

Bow Lake Inc  (55 plus)
2.6 miles away
18050 32nd Avenue South, SeaTac, WA 98188
(206) 244-4755

Midway Mobile Mansions
3.3 miles
24426 Pacific Hwy S, Kent, WA 98032
(253)946-0281

West Hill Mobile Manor
3.9 miles
2424 S 260th St, Kent, WA 98032
(253)839-7244

Shafran's Mobile Estates
4.4 miles
24500 Russell Road, Kent, WA 98032
(253)854-4155

Southgate Mobile Home Park
4.7 miles
14005 42nd Ave S, Tukwila, WA 98168
(206)439-1055

Circle K Mobile Home Park
5.3 miles
827 West Valley Hwy, Kent, WA 98032
(253)852-5930

Bonei Mobile Manor
5.6 miles
24415 64th Ave S, Kent, WA 98032
(253)852-0767

Paradise Mobile Home Park
5.8 miles
412 Washington Ave N, Kent, WA 98032
(253)859-6556

Crestwood Senior Mobile Home Park
6.1 miles
1645 S 272nd St, Federal Way, WA 98003
(253)839-5894

Willo Vista Mobile Home Estates
6.2 miles
22000 84th Ave S, Kent, WA 98032
(253)872-8264

Del-Ray Adult Mhp
6.5 miles
29020 1st Avenue South, Des Moines, WA 98198
(425) 454-8550

Valley Mobile Manor
7.0 miles
856 Central Ave S, Kent, WA 98032
(253)854-1410

Pantera Lago Estates
7.5 miles
11436 SE 208th St, Kent, WA 98031
(253)854-0313

Camelot Square
7.6 miles

3001 S 288th St, Federal Way, WA 98003
(253)839-7575

Empire View Mobile Home Park
8.1 miles
5711 S 129th St, Seattle, WA 98178

Belmor Park Golf & Country Club

8.1 miles

2101 S 324th St, Federal Way, WA 98003

(253) 838-0517

Canyon View Estates
8.2 miles
22001 107th PL SE, Kent, WA 98031
(253)854-2141

River Mobile Estates

8.8 miles

3611 I St NE, Auburn, WA 98002
(253) 833-4661

Charwood Park

9.9 miles

1660 S 333rd St #15, Federal Way, WA 98003
(253) 838-9608

Lake Meridian Estates Mobile
10.7 miles
25739 135th Avenue Southeast #62, Kent, WA 98042
(253)631-6588

FIRSMBL0175

Highline Park

11.4 miles

31813 21st Ave SW, Federal Way, WA 98023

(253) 838-2069


Rio Verde Mobile Estates

11.5 miles

1402 22nd ST NEt #200, Auburn, WA 98002

(253) 833-7333

Cascade Mobile Villa
11.7 miles
15232 SE 272nd St, Kent, WA 98042
(253)631-6215

Kloshe Illahee

12.0 miles

2500 S 370th St, Federal Way, WA 98003

(253) 838-3344


Killarney Woods Mobile Home Park

12.2 miles

2504 S 371st St, Federal Way, WA 98003

(253) 874-2060

Soos Creek Mobile Home Estates
12.9 miles

15410 154th Avenue Southeast # 30, Kent, WA 98042
(253)630 -8878


Auburn Hills Mobile Home Community
13.1 miles
31101 116th Ave SE, Auburn, WA 98092
(253)939-7975


Twin Cedar Mobile Home Park

13.4 miles

37301 28th Ave S, Federal Way, WA 98003

(253) 838-5345

College Place Mobile Home Park
14.0 miles
31600 126th Ave SE, Auburn, WA 98092

Skylark Village Mobile Home Pk
14.5 miles
29th St SE, Auburn, WA
(253)833-6910


Leisure Manor Mobile Home Park

14.5 miles

2302 R Street Southeast, Auburn, WA 98002
(253) 939-0505

Auburn Green Mobile Home Park

15.1 mile

602 29th St SE, Auburn, WA 98002
(253) 735-1940

Tall Cedars Mobile Home Park
15.3 miles
401 37th St SE, Auburn, WA 98002
(253)931-3955

Auburn Manor Mobile Home Park

15.4 miles

210 37th St SE #153, Auburn, WA 98002

(253) 939-2350

Spalds Unique Manor & Estates

15.5 miles

701 37th St SE, Auburn, WA 98002
(253) 833-1601

Auburn Mobile Home Park
16.2 miles
2304 A St SE, Auburn, WA 98002
(253) 833-9552

FIRSMBL0178

Wildwood Mobile Estates

17.6 miles

4040 Auburn Way S, Auburn, WA 98092

(253) 833-7562

FIRSMBL0179

# Attachment B – Affordable and Low-Income Housing Lists in Area

FIRSMBL0180

# Affordable Housing Near the Firs MHP

The Terrace Apartments
**1.7 miles from Firs MHP**
22620 28th Ave S
Des Moines, WA 98198
(253)218-0334

Angle Lake Court (55+)
1.8 miles from Firs
4010 S 188th St.
Seattle, WA 98188
(206)988-5916

Seaview Apartments
1.8 miles
22800 28th Ave S
Des Moines, WA 98198
(206)824-3460

Windsor Heights Apartments
2.5 miles
17229 32nd Ave S,
SeaTac, WA 9818
(206)439-0081

Corinthian Apartments
3.6 miles
3039 S 154th St.
SeaTac, WA 98188
(206)246-6660

Victorian Place II Apartments
3.6 miles
24517 26th PL S,
Des Moines, WA 98198
(206)824-7022

FIRSMBL0181

Sea Breeze Apartments
3.7 miles
14839 Military Rd S,
Seatac, WA 98168
(206)242-1249

Burien Haus Apartments
5 miles
430 SW 154th St.
Seattle, Wa 98166
(206)243-4009

Ventana Apartments
5.9miles
329 Ridgeview Drive,
Kent, WA 98032
(253)854-1700

Silver Springs Apartments
6.6 miles
22416 88th Ave S,
Kent, WA 98031
(425)793-3606

Scenic Vista Apartments
9.0 miles
26404 104th Ave SE,
Kent, WA 98030
(253)520-9876

FIRSMBL0182

socialserve.com.

**14 properties** In Kent, Rent range $0 to $900 a month

sorted by Rent, Descending

| | |
|---|---|
| Applan Way Apartments<br>25816 26th Place S.<br>Kent, WA 98032 | $900<br>Deposit $350 Walting List |
| 2 Bed • 2 Bath • Apartments | Applan Way Apartments 253-941-5026 |
| Parkwood Apartments<br>26435 104th Ave. SE<br>Kent, WA 98030<br>Please Call For Availability | $839 – $860<br>Not Income Based / Deposit $175 - $850 Walting List |
| 1 Bed • 1 Bath • Apartments | Allied Residential 253-859-8856 |
| Park Place Apartments<br>1406 Maple Lane<br>Kent, WA 98030 | 40%  $840<br>50%  $841<br>Median Income Based Rent / Deposit $400 - $700 Walting List |
| 2 Bed • 1 Bath • Apartments | HNN Associates LLC 253-351-9362 |
| La Mirage Apartments<br>11239 SE 260th St.<br>Kent, WA 98030 | $840<br>Deposit $350 Walting List |
| 0 Bed • 1 Bath • Apartments | Business Manager 253-852-4376 |
| Cottonwood Apartments<br>25919 25th Lane S<br>Kent, WA 98032 | $793<br>Deposit $200 Walting List |
| 1 Bed • 1 Bath • Apartments | Property Management Company 253-839-8867 |
| Gowe Court<br>627 W. Titus St.<br>Kent, WA 98032<br>Electric and other utilities included! | 60%  $790<br>Median Income Based Rent / Deposit $325 Available |
| 2 Bed • 1 Bath • Apartments | Senior Housing Assistance Group 206-760-1093 |
| Applan Way Apartments<br>25816 26th Place S.<br>Kent, WA 98032 | $770<br>Deposit $350 Walting List |
| 1 Bed • 1 Bath • Apartments | Applan Way Apartments 253-941-5026 |
| Titus Court<br>233 5th Ave S.<br>Kent, WA 98032<br>Electric and other utilities included! | 40%  $577<br>60%  $716<br>Median Income Based Rent / Deposit $275 Available |
| 1 Bed • 1 Bath • Apartments | Senior Housing Assistance Group 206-760-1093 |
| Webster Court<br>309 5th Ave S.<br>Kent, WA 98032<br>SEE COMMENTS FOR INCOME<br>GUIDELINES | 40%  $688<br>60%  $710<br>Median Income Based Rent / Deposit $500 Walting List |
| 1 Bed • 1 Bath • Apartments | Pacific Crest Real Estate 253-813-8888 |
| | 40%  $660 |

FIRSMBL0183



Gowe Court
627 W. Titus St.
Kent, WA 98032
Electric and other utilities included!

1 Bed • 1 Bath • Apartments

Median Income Based Rent / Deposit $275 Available

Senior Housing Assistance Group 206-760-1093

South 236th Place
Kent, WA 98031
Roommates Only - See Comments Please!;
Looking for room mate

1 Bed • 1 Bath • Shared Housing/Room to Rent

$620
No Deposit Available 06/01/16

Shelli Doty 253-852-4443

Southwood Square Apartments
26224 106th Pl SE
Kent, WA 98030

2 Bed • 1 Bath • Apartments

$0 - $841
Income Based Rent / Deposit $0 - $841 Waiting List

Allied Group 253-854-1274

Southwood Square Apartments
26224 106th Pl SE
Kent, WA 98030

1 Bed • 1 Bath • Apartments

$0 - $757
Income Based Rent / Deposit $0 - $757 Waiting List

Allied Group 253-854-1274

Southwood Square Apartments
26224 106th Pl SE
Kent, WA 98030
southwood@alliedgroup.net

3 Bed • 1 Bath • Apartments

$0 - $993
Income Based Rent / Deposit $0 - $993 Waiting List

Allied Group 253-854-1274

**Legend**

R   Income Restricted          Some Pets OK

Photo                          No Smoking

Washer/Dryer                   Hablamos Español

Some Accessibility Features Included    Seniors Housing

Copyright © 2016 - Emphasys Software - All rights reserved
Page Loaded: 08/29/16 12:44 (Eastern Time) - Version 4.0

FIRSMBL0184

Socialserve.com -- Search Results

8/25/16 11:17 AM

## socialserve.com.

**16 properties** In Federal Way, Rent range $0 to $900 a month

sorted by Rent, Descending

| | | |
|---|---|---|
| Club Palisades Apartments<br>2211 S Star Lake Rd.<br>Federal Way, WA 98003<br>*Call for Move-In Specials!* | Not Income Based<br>Deposit $225 - $987 | $881 – $987<br>Available |
| 1 Bed • 1 Bath • Apartments | | Club Palisades Apartments 253-839-6504 |
| The Landing at Dash Point<br>31004 19th Place SW<br>Federal Way, WA 98023 | Not Income Based<br>Deposit $1,000 | $855 – $1,000<br>Waiting List |
| 1 Bed • 1 Bath • Apartments | | Bridge Properties 253-838-7400 |
| Cove East Apartments<br>33030 1st Ave South<br>Federal Way, WA 98003 | Not Income Based<br>Deposit $350 | $835 – $975<br>Waiting List |
| 2 Bed • 2 Bath • Apartments | | Riverstone Residential 253-838-6564 |
| Meridian Court 1 & 11<br>31420 23rd Ave. S<br>Federal Way, WA 98003<br>Electric and other utilities included! | Median Income Based Rent<br>50%   $850<br>60%   $890<br>Deposit $325 | Available |
| 2 Bed • 1 Bath • Apartments | | Senior Housing Assistance Group 206-760-1093 |
| Celebration Park Apartments<br>32205 11th Place South<br>Federal Way, WA 98003<br>Large | Deposit $400 | Rent $880<br>Waiting List |
| 1 Bed • 1 Bath • Apartments | | Celebration Park Assoc. LLC 253-839-4460 |
| Laurelwood Gardens Apartments<br>29505 21st Ave. S<br>Federal Way, WA 98003 | Income Based Rent<br>Deposit $300 - $890 | $870 – $890<br>Waiting List |
| 2 Bed • 1 Bath • Apartments | | Laurelwood Gardens Apartments 253-839-8330 |
| Cove East Apartments<br>33030 1st Ave S<br>Federal Way, WA 98003 | Not Income Based<br>Deposit $350 | $804 – $889<br>Waiting List |
| 2 Bed • 1 Bath • Apartments | | Riverstone Residential 253-838-6564 |
| Celebration Park Apartments<br>32205 11th Place South<br>Federal Way, WA 98003<br>Small | Deposit $400 | Rent $820<br>Waiting List |
| 1 Bed • 1 Bath • Apartments | | Celebration Park Assoc. LLC 253-839-4460 |
| Willamette Court Apartments<br>31580 23rd Avenue S<br>Federal Way, WA 98003<br>Electric and other utilities included! | Median Income Based Rent<br>40%   $792<br>Deposit $325 | Available |

FIRSMBL0185

| 2 Bed • 1 Bath • Apartments | | Senior Housing Assistance Group 206-760-1093 |
| --- | --- | --- |
| Mitchell Place Apartments<br>1001 South 336th Street<br>Federal Way, WA 98003 | Median Income Based Rent ⊘    30%    $447<br>50%    $763<br>Deposit $300 - $783 | Available |

| 1 Bed • 1 Bath • Apartments | | Allied Residential 253-661-7011 |
| --- | --- | --- |
| Cove East Apartments<br>33030 1st Ave South<br>Federal Way, WA 98003 | Not Income Based<br>Deposit $350 | $723 ~ $828<br><br>Waiting List |

| 1 Bed • 1 Bath • Apartments | | Riverstone Residential 253-838-6564 |
| --- | --- | --- |
| Cove East Apartments<br>33030 1st Ave S<br>Federal Way, WA 98003 | Not Income Based<br>Deposit $350 | $719 ~ $789<br><br>Waiting List |

| 1 Bed • 1 Bath • Apartments | | Riverstone Residential 253-838-6564 |
| --- | --- | --- |
| Cove East Apartments<br>33030 1st Ave S<br>Federal Way, WA 98003 | Not Income Based<br>Deposit $350 | $655 ~ $760<br><br>Waiting List |

| 1 Bed • 1 Bath • Apartments | | Riverstone Residential 253-838-6564 |
| --- | --- | --- |
| Meridian Court 1 & 11<br>31420 23rd Ave. S<br>Federal Way, WA 98003<br>Electric and other utilities included | Median Income Based Rent ⊘    50%    $645<br>60%    $675<br>Deposit $276 | Available |

| 1 Bed • 1 Bath • Apartments | | Senior Housing Assistance Group 206-760-1093 |
| --- | --- | --- |
| Cove East Apartments<br>33030 1st Ave S<br>Federal Way, WA 98003 | Not Income Based<br>Deposit $350 | $620 ~ $720<br><br>Waiting List |

| 0 Bed • 1 Bath • Apartments | | Riverstone Residential 253-838-6564 |
| --- | --- | --- |
| Willamette Court Apartments<br>31580 23rd Avenue S<br>Federal Way, WA 98003<br>Electric and other utilities included | Median Income Based Rent ⊘    40%    $660<br>Deposit $276 | Available |

| 1 Bed • 1 Bath • Apartments | | Senior Housing Assistance Group 206-760-1093 |
| --- | --- | --- |

## Legend

| | | | |
| --- | --- | --- | --- |
| Washer/Dryer | | No Smoking ⊘ | |
| Photo | | Hablamos Español | |
| Some Accessibility Features Included | | Income Restricted ⊘ | |
| Some Pets OK | | Seniors Housing | |

Copyright © 2016 – Emphasys Software - All rights reserved<br>Page Loaded: 08/25/16 14:16 (Eastern Time) - Version 4.0

FIRSMBL0186

Socialserve.com – Search Results                                                          8/25/16 11:15 AM

# socialserve.com.

**8 properties** In Renton, Rent range $0 to $800 a month

sorted by Rent, Descending

| Property | | Income/Deposit | Rent |
|---|---|---|---|
| **Fairwood Apartments** 14300 SE 171st Way 700 Sq. Ft. Renton, WA 98058 1 Bed • 1 Bath • Apartments | | Not Income Based Deposit $200 - $830 | $795 - $830 Waiting List Allied Residential 425-255-8970 |
| **Crestview Apartments** 305 Lind Ave SW Renton, WA 98057 1 Bed • 1 Bath • Apartments | | Deposit $785 negotiable | Rent $785 Waiting List Robinson Properties 425-226-5050 |
| **The Highlander Apartments** 1064 Kirkland Ave. NE Renton, WA 98056 1 Bed • 1 Bath • Apartments | | Not Income Based Deposit $400 | $725 - $825 Waiting List Diane Dreger 425-255-1017 |
| **Sunset View on 10th** 3030 NE 10th St. Renton, WA 98056 1 Bed • 1 Bath • Apartments | | Not Income Based Deposit $400 | $725 - $825 Waiting List Diane Dreger 425-255-1017 |
| **Fairwood Apartments** 14300 SE 171st Way 600 Sq. Ft. Renton, WA 98058 1 Bed • 1 Bath • Apartments | | Deposit $200 - $760 | Rent $760 Waiting List Allied Residential 425-255-8970 |
| **Cedar River Apartments** 130 Main Ave S. Renton, WA 98055 1 Bed • 1 Bath • Apartments | Median Income Based Rent 40% 60% Deposit $275 | $562 $750 | Available Senior Housing Assistance Group 206-760-1093 |
| **Crestview Apartments** 305 Lind Ave SW Renton, WA 98057 0 Bed • 1 Bath • Apartments | | Deposit $650 | Rent $650 Waiting List Robinson Properties 425-226-5050 |
| **Spencer Court** 334 Wells Ave S. Renton, WA 98055 Electric and other utilities Included! 1 Bed • 1 Bath • Apartments | Median Income Based Rent 40% 50% Deposit $275 | $562 $620 | Waiting List Senior Housing Assistance Group 206-760-1093 |

**Legend**

🐾  Some Pets OK                    🚭:  No Smoking

https://www.socialserve.com/dbh/SearchHousingSubmit.html?bathroom=-...ax=10&school_district_id=0&type=rental&rental_voucher_programs_S=f     Page 1 of 2

FIRSMBL0187

Socialserve.com – Search Results                                                               8/25/16 11:13 AM

Login | English | Español | Printer Friendly     Select Language ⏷

# socialserve.com. by emphasys

housing locator service and so much more

home          landlord          more          about          contact

**8 properties** in Renton, Rent range $0 to $800 a month                         ↓ show map  ◌

Refine or Restart Your Search                          sorted by [ Rent ⏷] [ Descending ⏷] [ Re-sort]

↓ more information ↓

| | |
|---|---|
| **Fairwood Apartments** ⸳<br>14300 SE 171st Way<br>700 Sq. Ft.<br>Renton, WA 98058 | Not Income Based<br>**$795 - $830**<br>Waiting List<br>Deposit $200 - $830 |

☆◌  ⌂ 6 ⦿ Allied Residential 425-255-8970
1 Bed • 1 Bath • Apartments                                        → see the full listing →

| | |
|---|---|
| **Crestview Apartments** ⸳<br>305 Lind Ave SW<br>Renton, WA 98057 | Rent **$785**<br>Waiting List<br>Deposit $785<br>negotiable |

☆◌  ⌂ 3 ⦿ Robinson Properties 425-226-6050
1 Bed • 1 Bath • Apartments                                        → see the full listing →

| | |
|---|---|
| **The Highlander Apartments** ⸳<br>1064 Kirkland Ave. NE<br>Renton, WA 98056 | Not Income Based<br>**$725 - $825**<br>Waiting List<br>Deposit $400 |

☆◌  ⌂ 6 ⦿ Diane Dreger 425-255-1017
1 Bed • 1 Bath • Apartments

| | |
|---|---|
| **Sunset View on 10th** ⸳<br>3030 NE 10th St.<br>Renton, WA 98056 | Not Income Based<br>**$725 - $825**<br>Waiting List<br>Deposit $400 |

☆◌  ⌂ 6 ⦿

FIRSMBL0188



Diane Dreger 425-255-1017

1 Bed · 1 Bath · Apartments                                    → see the full listing →

**Fairwood Apartments**
14300 SE 171st Way
800 Sq. Ft.
Renton, WA  98058

Rent  **$760**
Waiting List
Deposit  $200 - $760

Allied Residential 425-255-8970

1 Bed · 1 Bath · Apartments                                    → see the full listing →

**Cedar River Apartments**
130 Main Ave S.
Renton, WA  98055

Median Income Based Rent
40%      $562
60%      $750
Available
Deposit  $275

Senior Housing Assistance Group 206-760-1093

1 Bed · 1 Bath · Apartments                                    → see the full listing →

**Crestview Apartments**
305 Lind Ave SW
Renton, WA  98057

Rent  **$650**
Waiting List
Deposit  $650

Robinson Properties 425-226-5050

0 Bed · 1 Bath · Apartments                                    → see the full listing →

**Spencer Court**
334 Wells Ave S.
Renton, WA  98055
Electric and other utilities included!

Median Income Based Rent
40%      $562
50%      $620
Waiting List
Deposit  $275

Senior Housing Assistance Group 206-760-1093

1 Bed · 1 Bath · Apartments                                    → see the full listing →

0 In Temporary Favorites Basket

Add Selected Units
Add All on This Page
Add All in This Search
to Temporary Basket

We monitor listings, but if you see an issue, we
want to hear from you!

Read Scam Alert    |    Report a Listing

Legend

Some Pets OK                           No Smoking

Photo                                   Income Restricted

FIRSMBL0189

socialserve.com.

14 properties In Auburn, Rent range $0 to $950 a month

sorted by Rent, Descending

| | | $925 |
|---|---|---|
| Sierra Meadows | Deposit $300 Waiting List | |
| 504 25th Street SE | | |
| Auburn, WA 98002 | | |
| plus $55 for Water/Sewer/Trash | | |
| 3 Bed • 1.5 Bath • Apartments | Property Management Company 253-939-0226 | |

| | | $900 |
|---|---|---|
| Aspen Meadows | Deposit $300 Available | |
| 402 21st St. SE | | |
| Auburn, WA 98002 | | |
| 1 Bed • 1 Bath • Apartments | The Nelders Company 253-833-1955 | |

| | 40% | $850 |
|---|---|---|
| Auburn Court Apartments | 60% | $890 |
| 102 10th Street NE | | |
| Auburn, WA 98002 | Median Income Based Rent / Deposit $325 Available | |
| Electric and other utilities included | | |
| 2 Bed • 1 Bath • Apartments | Senior Housing Assistance Group 206-760-1093 | |

| | | $875 |
|---|---|---|
| Auburn Crystal Apartments | · Deposit $400 - $900 negotiable Waiting List | |
| 3605 Auburn Way S. | | |
| Auburn, WA 98092 | | |
| 1 Bed • 1 Bath • Apartments | Riverside Village 253-709-6344 | |

| | 40% | $661 |
|---|---|---|
| Cedar Ridge Apartments | 50% | $862 |
| 30819 124th Ave SE | | |
| Auburn, WA 98092 | Median Income Based Rent / Deposit $400 - $700 Waiting List | |
| 2 Bed • 1 Bath • Apartments | HNN Associates LLC 253-351-0362 | |

| | | $850 |
|---|---|---|
| Sierra Meadows | Deposit $300 Waiting List | |
| 504 25th Street SE | | |
| Auburn, WA 98002 | | |
| plus $75 for Water/Sewer/Trash | | |
| 2 Bed • 1 Bath • Apartments | Property Management Company 253-939-0226 | |

| | | $825 |
|---|---|---|
| Jack Lobdell Apartments | Deposit $450 - $575 Waiting List | |
| 812 10th St NE | | |
| Auburn, WA 98002 | | |
| gas and other utilities included | | |
| 2 Bed • 1 Bath • Apartments | Pioneer Human Services 253-735-5427 | |

| | | $750 - $875 |
|---|---|---|
| Sierra Meadows | Not Income Based / Deposit $300 Waiting List | |
| 504 25th Street SE | | |
| Auburn, WA 98002 | | |
| plus $65 for Water/Sewer/Trash | | |
| 1 Bed • 1 Bath • Apartments | Property Management Company 253-939-0226 | |

| | 40% | $577 |
|---|---|---|
| Auburn Court Apartments | 60% | $790 |
| 102 10th Street NE | | |
| Auburn, WA 98002 | | |

FIRSMBL0190

Socialserve.com -- Search Results                                                    8/25/16 11:32 AM

Gas and other utilities included|

1 Bed • 1 Bath • Apartments    [⚿] (⚇)                    Pioneer Human Services 253-735-5427

Jack Lobdell Apartments                                                          Rent  $630
812 10th St NE                              Deposit  $450 - $575
Auburn, WA  98002                                                              Waiting List
Gas and other utilities included|

0 Bed • 1 Bath • Apartments    [⚿] (⚇)                    Pioneer Human Services 253-735-5427

Sierra Meadows                                                                   Rent  $550
504 25th Street SE                          Deposit  $300
Auburn, WA  98002                                                              Waiting List
plus $25 for Water/Sewer/Trash

0 Bed • 1 Bath • Apartments    [🐾] (⚇)              Property Management Company 253-939-0228

Auburn Manor                                Income Based Rent ⟳          |$0 - $1,252|
950 14th St NE                              Deposit  $0 - $1,252
Auburn, WA  98002                                                              Waiting List

3 Bed • 1.5 Bath • Apartments    [📷] [⚿] (⚇) :R      Low Income Housing Institute 253-735-0853

Auburn Manor                                Income Based Rent ⟳          |$0 - $1,000|
950 14th St NE                              Deposit  $0 - $1,000
Auburn, WA  98002                                                              Waiting List

2 Bed • 1 Bath • Apartments    [📷] [⚿] (⚇) R        Low Income Housing Institute 253-735-0853

-- Legend

(⚇)   Washer/Dryer                          :R   Income Restricted ⟳

[⚿]   Some Accessibility Features Included  (ℝ)  Hablamos Español

🐾    Some Pets OK                          ♿   Seniors Housing

[📷]  Photo                                 ⊘   No Smoking ⟳

Copyright © 2016 - Emphasys Software – All rights reserved
Page Loaded: 08/25/16 14:32 (Eastern Time) – Version 4.0



Find a Place to Rent    List a Place to Rent    Tenant Tools    Resources    FAQs    About Us

Login | English | Español | Printer Friendly:    Select Language | ▽ :

# HousingSearchNW.org
Open the door to housing you can afford    A free service to list and find housing across the state of Washington

**Please Note:** The units posted here have not been inspected, screened or approved by the site sponsors. It is your responsibility as a user of this service to carefully assess the terms and condition of any units listed here.

**8 properties** in Renton, Rent range $0 to $850 a month    ↓ show map , ♀

Refine or Restart Your Search    sorted by Rent    ∨ | Descending ∨ | Re-sort |

↓ more information ↓

Fairwood Apartments    ♀
14300 SE 171st Way
700 Sq. Ft.
Renton, WA  98058

Not Income Based
**$795 - $830**
Waiting List
Deposit  $200 - $830

☆□    6 |    Allied Residential 425-255-8970

1 Bed • 1 Bath • Apartments    → see the full listing →

Crestview Apartments    ♀
305 Lind Ave SW
Renton, WA  98057

Rent  **$785**
Waiting List
Deposit  $785
negotiable

☆□    3 |    Robinson Properties 425-226-5050

1 Bed • 1 Bath • Apartments    → see the full listing →

The Highlander Apartments    ♀
1064 Kirkland Ave. NE
Renton, WA  98056

Not Income Based
**$725 - $825**
Waiting List
Deposit  $400

FIRSMBL0192



| | | |
|---|---|---|
| ☆ 🖼 6 🖉 Diane Dreger 425-255-1017 | | → see the full listing → |
| 1 Bed • 1 Bath • Apartments | | |

**Sunset View on 10th**
3030 NE 10th St.
Renton, WA 98056

Not Income Based
**$725 – $825**
Waiting List
Deposit $400

| | | |
|---|---|---|
| ☆ 🖼 8 🖉 Diane Dreger 425-255-1017 | | → see the full listing → |
| 1 Bed • 1 Bath • Apartments | | |

**Fairwood Apartments**
14300 SE 171st Way
600 Sq. Ft.
Renton, WA 98058

Rent **$760**
Waiting List
Deposit $200 – $760

| | | |
|---|---|---|
| ☆ 🖼 6 🖉 Allied Residential 425-255-8970 | | → see the full listing → |
| 1 Bed • 1 Bath • Apartments | | |

**Cedar River Apartments**
130 Main Ave S.
Renton, WA 98055

Median Income Based Rent
40%   $562
60%   $750
Available
Deposit $275

| | | |
|---|---|---|
| ☆ 🖼 1 🖉 Senior Housing Assistance Group 206-760-1093 | | → see the full listing → |
| 1 Bed • 1 Bath • Apartments | | |

**Crestview Apartments**
305 Lind Ave SW
Renton, WA 98057

Rent **$650**
Waiting List
Deposit $650

| | | |
|---|---|---|
| ☆ 🖼 3 🖉 Robinson Properties 425-226-6060 | | → see the full listing → |
| 0 Bed • 1 Bath • Apartments | | |

**Spencer Court**
334 Wells Ave S.
Renton, WA 98055
Electric and other utilities included!

Median Income Based Rent
40%   $562
50%   $620
Waiting List
Deposit $275

FIRSMBL0193



☆ ⬜   [📷 1] 🏠 Senior Housing Assistance Group 206-760-1093
1 Bed • 1 Bath • Apartments   ⬜ 🏠 🔉 📶 🏠   → see the full listing →

☆ 0 In Temporary Favorites Basket

Add Selected Units ○
Add All on This Page ○
Add All In This Search ○
to Temporary Basket

We monitor listings, but if you see an issue, we want to hear from you!

Read Scam Alert   Report a Listing

**Legend**

| | |
|---|---|
| 🐾 Some Pets OK | 🚭 No Smoking |
| 📷 Photo | ℞ Income Restricted |
| 🧺 Washer/Dryer | 🏠 Seniors Housing |
| ♿ Some Accessibility Features Included | 🏢 Hablamos Español |

Under the 🏠 Federal Fair Housing Act of 1968, as amended in 1988, it is illegal to engage in discriminatory advertising based on race, color, religion, sex, familial status, disability, and national origin.

Home  | Find a Place to Rent  | List a Place to Rent  | Disclaimer  | Privacy  | Terms  | Contact Us

Statewide Sponsors



**Department of Commerce**
Innovation is in our nature.



Washington State
Department of Social
& Health Services

King County Sponsors

            

Toll-Free: 1.877.428.8844 - Toll-Free Fax: 1.866.265.7811 - TDD/TTY: 7-1-1 [ 📞 Relay Service ]

Copyright © 2016 - Emphasys Software - All rights reserved
Email: Info@socialserve.com - Socialserve.com - PO Box 35305 - Charlotte, NC 28235
Page Loaded: 08/25/16 10:50 (Pacific Time) - Version 4.0

Powered by Emphasys Software

[ XHTML  |  CSS  |  508  |  AAA ]
This specific page meets the above validation levels.



**U.S. Department of Housing and Urban Development**
Region X
Seattle Regional Office

## Low-Rent Apartments – Western Washington
(excluding King, Pierce and Snohomish Counties)
(March 2016)

This is a list of the privately owned apartments that have contracts with the U.S. Department of Housing and Urban Development (HUD), to provide rental assistance for some or all of their apartments. The owner or the owner's management company processes applications, maintains a waiting list for units, determines rent, and is responsible for providing the housing in accordance with HUD requirements.

**To apply, contact the apartment's site manager.** Contact the *Management Agent* only if you encounter a problem in the application process, or are unable to reach the site manager.

There are different tenant categories noted on the list, each with its own eligibility requirements and methods of calculating rent. Income, assets, allowances, and eligibility information must be verified from third-party sources. Certain properties serve only elderly, handicapped, or other special needs populations; these are noted. The apartment site manager can provide the specific program requirements.

### GENERAL INFORMATION

**Eligibility:** Anyone who is within the appropriate income limits. Income limits are established for each locality and number of persons in the household. Income includes job earnings and interest earned from certain assets, as well as earnings of dependents who are 18 years of age or over who are not full time students, periodic lottery winnings, etc. Some projects are specifically designated for certain applicants (e.g. Elderly – 62 years of age or older, Developmentally Disabled, AIDS/Human Immunodeficiency Virus, Physically Handicapped).

**Low Income Limits:** *(Effective March 28, 2016)*
*Kitsap County (Bremerton-Silverdale):* $43,750 for 1 person, $50,000 for 2 persons, $56,250 for 3 persons.
*Thurston County (Olympia):* $41,250 for 1 person, $47,150 for 2 persons, $53,050 for 3 persons.
*Whatcom County (Bellingham):* $39,150 for 1 person, $44,750 for 2 persons, $50,350 for 3 persons

**Very Low Income Limits:** *(Effective March 28, 2016)*
*Kitsap County (Bremerton-Silverdale):* $27,350 for 1 person, $31,250 for 2 persons, $35,150 for 3 persons.
*Thurston County (Olympia):* $25,800 for 1 person, $29,450 for 2 persons, $33,150 for 3 persons.
*Whatcom County (Bellingham):* $24,500 for 1 person, $28,000 for 2 persons, $31,500 for 3 persons

Other counties and family sizes have different income limits. Call the apartment manager for specific information.

**Rent:** Generally, tenant pays 10 percent of gross income or 30 percent of adjusted income, WHICHEVER IS HIGHER, but not less than $25, for rent including utilities. HUD pays the difference between the tenant's share and the regular rental to the owner as housing assistance. If utilities are designated to be paid by the resident, a utility allowance is subtracted in determining the actual rent paid to the project. Utilities are then paid by the tenant directly to the utility company as billed.

Find the most current list of HUD-subsidized (low-rent) apartments online: http://www.hud.gov/apps/section8/
Search for additional low-income housing online:
- Rental Housing Resources for Washington State: http://www.housingsearchnw.org/
- Apartment Finder for Washington State: http://aptfinder.org/
- Washington State Housing Finance Commission: http://www.wshfc.org/prepdv/property.aspx
- Rural Development: http://rdmfhrentals.sc.egov.usda.gov/RDMFHRentals/select/state.jsp
- Nationwide low income housing: http://apartmentsmart.com/
- Learn more about renting and HUD rental assistance programs online: http://www.hud.gov/renting/

Ask your local Housing Authority (list follows), city and county about their rental assistance programs.

FIRSMBL0195

# Washington State Housing Authorities
## TTY Relay Service 711 or 800.833.6388

March 2016                                                                                                          Page 1

Housing Authority of the City of Anacortes
San Juan and Skagit Counties
719 "Q" Ave
Anacortes, WA 98221-4210
Ph 360.293.7831, Fax 360.293.8998
aha@fidalgo.net
www.anacorteshousing.com

Housing Authority of Asotin County
1212 Fair St
Clarkston, WA 99403-2229
PH 509.758.5751, Fax 509.758.8156
merna@clearwire.net

Bellingham/Whatcom County Housing Authority
PO Box 9701 / 208 Unity St Lower Level
Bellingham, WA 98227-9701 / 98225-4420
Ph 360.676.6887, Fax 360.676.7696
www.bellinghamhousing.org
bellinghamhousing.info@bwcha.org

Bremerton Housing Authority
Kitsap and Mason Counties
600 Park Ave
Bremerton, WA 98337
Ph 360.479.3694, Fax 360.616.8558
www.bremertonhousing.org

Housing Authority of Chelan County/
    the City Of Wenatchee
Chelan and Douglas Counties
1555 S Methow St
Wenatchee, WA 98801-0385
Ph 509.663.7421, Fax 509.669.4761
www.ccwha.com    clerk@ccwha.com

Columbia Gorge Housing Authority
Klickitat and Skamania Counties
500 E 2nd St
The Dalles, OR 97058-2133
Ph 888.386.4919, 541.296.5462, Fax 541.296.6570
www.mid-columbiahousingauthority.org
info@mid-columbiahousingauthority.org

Everett Housing Authority
Everett in Snohomish County
PO Box 1547 / 3107 Colby Ave
Everett, WA 98206-1547 / 98201-4024
Ph 425.258.9222, Fax 425.303.1122
www.evha.org   info@evha.org

Housing Authority of Grant County
1139 Larson Blvd
Moses Lake, WA 98837-3308
Ph 509.762.5541, Fax 509.762.2202
www.hagc.net

Housing Authority of Grays Harbor County
602 E 1st St
Aberdeen, WA 98520-3405
Ph 360.532.0570, Fax 360.532.0775

Housing Authority of Island County
7 NW 6th St
Coupeville, WA 98239-3400
Ph 360.678.4181, Fax 360.678.6969
info@islandcountyha.org

Housing Authority of the City of Kalama
Kalama, Cowlitz County
226 Cloverdale Rd
Kalama, WA 98625-9740
Ph 360.673.3444, Fax 360.673.2673

Kelso Housing Authority
City of Kelso and Cowlitz County
1415 South 10th Ave
Kelso, WA. 98626
Ph 360.423.3490, Fax 360.577.6694
www.kelsoha.org

Housing Authority of the City of Kennewick
Cities of Kennewick and Richland and Benton County
1915 W. 4th Pl
Kennewick, WA  99336-5114
Ph 509.586.0570, x100; Fax 509.582.7544
www.kennewickha.org

Housing Authority of the County of King
King County outside Seattle and Renton
600 Andover Park W
Tukwila, WA  98188-2534
Ph 206.574.1100, Fax 206.574.1104
www.kcha.org

Housing Kitsap
Kitsap County
345 6th St   Ste 100
Bremerton, WA  98337
Ph 360.535.6100, 800.693.7070, Fax 360.535.6107
www.housingkitsap.org   kucha@housingkitsap.org

Housing Authority of Kittitas County
107 W 11th Ave
Ellensburg, WA  98926-2568
Ph 509.962.9006, Fax 509.962.3575
housing@haktitas.org

Housing Authority of the City of Longview
    and Joint Pacific County Housing Authority
Cowlitz, Lewis, Pacific and Wahkiakum Counties
820 11th Ave
Longview, WA  98632-3026
Ph 360.423.0140, Fax 360.425.9930
www.longviewha.org

Okanogan County Housing Authority
PO Box 1306 / 212 N 2nd Ave, Rm 203
Okanogan, WA  98840
Ph 509.422.3321, Fax 509.422.1713

Housing Authority of Oroville
Oroville in Okanogan County
PO Box 1242
Oroville, WA  98844
Ph 509.476.3059, Fax 509.476.2100

Housing Authority of the City of Othello
Adams County
335 N 3rd Ave
Othello, WA  99344-1012
Ph 509.488.3527, Fax 509.488.9769
www.othellohousing.com

FIRSMBL0196

## Washington State Housing Authorities
TTY Relay Service  711 or 800.833.6388

March 2016

Page 2

Longview Housing Authority and
 Joint Pacific County Housing Authority
Cowlitz, Lewis, Pacific and Wahkiakum Counties
820 11th Ave
Longview, WA 98632-3026
Ph 360.423.0140, Fax 360.425.9930
www.longviewha.org

Housing Authority Of the City Of Pasco
 and Franklin County
2505 W Lewis St
Pasco, WA 99301-4569
Ph 509.547.3581, Fax 509.547.4997,
info@hacpfc.org

Peninsula Housing Authority
Clallam and Jefferson Counties
2603 S Francis St
Port Angeles, WA 98362-6710
Ph 360.452.7631, Fax 360.457.7001
www.peninsulapha.org  info@peninsulapha.org

Pierce County Housing Authority
P.O. Box 45910 / 603 Polk St S
Tacoma, WA 98445-0410 / 98444-5649
Ph 253.620.5400, Fax 253.620.5455
www.pchawa.org

Housing Authority of the City of Renton
Renton, King County
P.O. Box 2316 / 2900 NE 10th St
Renton, WA 98056-0316
Ph 425.226.1850, Fax 425.271.8319
www.rentonhousing.org

Seattle Housing Authority
Seattle, King County
PO Box 19028/ 190 Queen Anne Ave N
Seattle, WA 98109-1028
Ph 206.239.1737, Fax 206.239-1770
www.seattlehousing.org

Housing Authority of the City of Sedro Woolley
City of Sedro Woolley, Skagit County
600 Andover Park W/ 830 Township
Tukwila, WA 98188-2583 / Sedro Woolley, WA 98284
Ph 206.244.7750, Fax 206.574-1104
www.kcha.org

Housing Authority of Skagit County
1650 Port Dr
Burlington, WA 98233
Ph 360.428.1959, Fax 360.424.6005
www.skagitcounty.org  hasc@skagitcountyha.org

Snohomish County Housing Authority
12625 4th Ave W, Ste 200
Everett, WA 98204-6427
Ph 425.290.8499, 425.743.4505 (Seattle-based)  Fax 425.290.5618
www.hasco.org   RED@hasco.org

Spokane Housing Authority
City of Spokane and Ferry, Lincoln, Pend Oreille,
 Spokane, Stevens, and Whitman Counties
W 55 Mission St  Ste 104
Spokane, WA 99201-2344
Ph 509.328.2953, Fax 509.327.5246
Waitlist hotline 509.252.7122
www.spokanehousing.org

Housing Authority of the City of Sunnyside
Grandview, Mabton, and Sunnyside in Yakima County
204 South 13th St
Sunnyside, WA 98944-1524
Ph 509.837.5454, Fax 509.837.4150,
www.sunnysideha.org  info@sunnysideha.org,

Housing Authority of the City of Tacoma
Tacoma, Pierce County
902 S "L" St  Ste 2A
Tacoma, WA 98405-4037
Ph 253.207.4400, Fax 253.207.4440
www.tacomahousing.org

Housing Authority of Thurston County
1206 12th Ave SE
Olympia, WA 98501-1009
Ph 360.753.8292, Fax 360.586.0038
www.hatc.org  admin@@hatc.org

Vancouver Housing Authority
Clark County
2500 Main St  Ste 100-200
Vancouver, WA 98660-2697
Ph 360.694.2501 or toll-free Portland 503.289.5693
Fax 360.694.9594
www.vhausa.com

Walla Walla Housing Authority
Walla Walla County
501 Cayuse St
Walla Walla, WA 99362-0702
Ph 509.527.4542, Fax 509.527.4574
www.wallawallaha.org

Housing Authority of Chelan County/
 The City of Wenatchee
Chelan and Douglas Counties
1555 S Methow St
Wenatchee, WA 98801-9417
Ph 509.663.7421 (TTY Equipped), Fax 509.663.4761
www.ccwha.com  clerk@ccwha.com

Bellingham/Whatcom County Housing Authority
Whatcom County
P.O. Box 9701/ 208 Unity St Lower Level
Bellingham, WA 98227-9701 / 98225-0208
Ph 360.676.6887, Fax 360.676.7696
www.bellinghamhousing.org  bellinghamhousing.info@bwcha.org

Housing Authority of the City of Yakima
Yakima County
810 N 6th Ave
Yakima, WA 98902-1474
Ph 509.453.3106, Fax 509.453.3111
www.yakimahousing.org

FIRSMBL0197

## Resource Numbers

1. Renton Housing Authority
(425) 226-1850

2. Bill Maxwell
Seattle Housing Authority
(206) 239-1665
Wmaxwell@seattlehousing.org

3. Catholic Community Services
(253) 854-0077
Move-in and eviction assistance for low income families and disabled.
Serve Auburn, Burien, Covington, Des Moines, Kent, Renton, SeaTac and Tukwila

4. DSHS
Diversion Program—funds for people who are TANIF eligible, but not receiving TANIF.
Up to $1500 one-time assistance
AREN Program—Emergency funds for TANIF recipients; up to $1500 one time per year
Call your local DSHS CSO for details and application materials.

5. El Centro de la Raza, (206) 329-7926
Virginia (206) 957-4618
Homeless or low-income working families with children
Move in assistance

6. ROAR
(206) 634-1977, Up to $50 for eviction assistance for families
King County residents

7. Salvation Army and White Center
(206) 767-3150
ZIP Codes 98106, 98108, 98116, 98126, 98136, 98146, 98148, 98158, 98163, 98188,
98198

8. St. Vincent de Paul, Seattle/King County
(206) 767-6449
Eviction and some move-in assistance for West Seattle and White Center.

9. West Seattle Helpline
(206) 932-4257
Zip codes: 98106, 98116, 98126, 98136, 98146
Eviction and some move-in assistance

FIRSMBL0198

8/10/16, 2:18 PM

This listing is current as of **03/09/2016.**

## Agencies located in WASHINGTON

**Agency Name:** NEIGHBORWORKS OF GRAYS HARBOR COUNTY (ABERDEEN NHS)
**Phone:** 360-533-7828
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 710 E Market St
Aberdeen, Washington 98520-3430
**Counseling Services:** – Fair Housing Pre-Purchase Education Workshops
– Financial Management/Budget Counseling
– Home Improvement and Rehabilitation Counseling
– Mortgage Delinquency and Default Resolution Counseling
– Non-Delinquency Post Purchase Workshops
– Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
– Predatory Lending Education Workshops
– Rental Housing Counseling
– Services for Homeless Counseling
**Languages:** – English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.aberdeen-nhs.com

**Agency Name:** KULSHAN COMMUNITY LAND TRUST
**Phone:** 360-671-5600-101
**Toll Free:**
**Fax:**
**Email:** christinaolson@kulshanclt.org
**Address:** 1303 Commercial St, Suite 6
BELLINGHAM, Washington 98225-4349
**Counseling Services:** – Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
**Languages:** – English
**Affiliation:** WASHINGTON STATE HOUSING FINANCE COMMISSION
**Website:** http://www.kulshanclt.org

**Agency Name:** AMERICAN FINANCIAL SOLUTIONS
**Phone:** 888-864-8699
**Toll Free:** 888-864-8699
**Fax:** 888-282-5495
**Email:** housing@myfinancialgoals.org
**Address:** 263 4th St
BREMERTON, Washington 98337-1812
**Counseling Services:** – Mortgage Delinquency and Default Resolution Counseling
– Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
**Languages:** – English
– Spanish
**Affiliation:** WASHINGTON STATE HOUSING FINANCE COMMISSION
**Website:** www.myfinancialgoals.org

**Agency Name:** RURAL RESOURCES COMMUNITY ACTION
**Phone:** 509-685-6179
**Toll Free:** 877-219-5542
**Fax:** 509-684-4740
**Email:** jowens@ruralresources.org
**Address:** 956 South Main
COLVILLE, Washington 99114-2505
**Counseling Services:** – Mortgage Delinquency and Default Resolution Counseling
– Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
**Languages:** – English
– Spanish
– Ukrainian
**Affiliation:** WASHINGTON STATE HOUSING FINANCE COMMISSION
**Website:** http://n/a

FIRSMBL0199

8/10/18, 2:19 PM

**Agency Name:** OPAL COMMUNITY LAND TRUST
**Phone:** 360-376-3191
**Toll Free:**
**Fax:**
**Email:** office@opalclt.org
**Address:** 286 Enchanted Forest Rd
EASTSOUND, Washington 98245-9714
**Counseling Services:** – Non-Delinquency Post Purchase Workshops
– Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
**Languages:** – English
– Spanish.
**Affiliation:** WASHINGTON STATE HOUSING FINANCE COMMISSION
**Website:** http://www.opalclt.org

**Agency Name:** HOUSING HOPE
**Phone:** 425-347-6556
**Toll Free:**
**Fax:** 425-353-5546
**Email:** Info@housinghope.org
**Address:** 5830 Evergreen Way
Everett, Washington 98203-3748
**Counseling Services:** – Non-Delinquency Post Purchase Workshops
– Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
**Languages:** – English
**Affiliation:** RURAL COMMUNITY ASSISTANCE CORPORATION
**Website:** http://www.housinghope.org

**Agency Name:** ASSOCIATED MINISTRIES
**Phone:** 253-383-3056-109
**Toll Free:**
**Fax:** 253-383-2672
**Email:** valoriec@associatedministries.org
**Address:** 3819 100th Street SW
Suite B-C
LAKEWOOD, Washington 98499-4470
**Counseling Services:** – Mortgage Delinquency and Default Resolution Counseling
**Languages:** – English
– Spanish
**Affiliation:** WASHINGTON STATE HOUSING FINANCE COMMISSION
**Website:** www.associatedministries.org

**Agency Name:** CLEARPOINT CREDIT COUNSELING SOLUTIONS – LAKEWOOD BRANCH
**Phone:** 877-877-1995
**Toll Free:** 877-877-1995
**Fax:** 855-224-3625
**Email:** customer.service@clearpointccs.org
**Address:** 10116 36th Ave Ct SW
#106

LAKEWOOD, Washington 98499-4791
**Counseling Services:** – Financial Management/Budget Counseling
– Mortgage Delinquency and Default Resolution Counseling
– Pre-purchase Counseling
**Languages:** – ASL
– English
– Other
– Spanish
**Affiliation:** CCCS OF GREATER ATLANTA – DBA CLEARPOINT CREDIT COUNSELING SOLUTIONS
**Website:** http://www.clearpoint.org.

**Agency Name:** CONSUMER CREDIT COUNSELING SERVICE OF CENTRAL OHIO – RENTON OFFICE.
**Phone:** 800-355-2227
**Toll Free:** 800-355-2227
**Fax:**
**Email:** Info@apprisen.com
**Address:** 304 Main Ave S
Suite 304D
RENTON, Washington 98057-2758

FIRSMBL0200

8/10/16, 2:19 PM

Counseling Services: – Financial Management/Budget Counseling
– Mortgage Delinquency and Default Resolution Counseling
– Pre-purchase Counseling
– Rental Housing Counseling
– Reverse Mortgage Counseling
Languages: – English
Affiliation: APPRISEN – CCCS OF CENTRAL OHIO, INC.
Website: www.apprisen.com

Agency Name: AMERICAN FINANCIAL SOLUTIONS
Phone: 888-864-8699
Toll Free:
Fax: 888-282-5495
Email: housing@myfinancialgoals.org
Address: 2815 2nd Avenue Suite 260
SEATTLE, Washington 98121-1272
Counseling Services: – Mortgage Delinquency and Default Resolution Counseling
– Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
Languages: – English
Affiliation: AMERICAN FINANCIAL SOLUTIONS
Website: www.myfinancialgoals.org

Agency Name: CLEARPOINT CREDIT COUNSELING SOLUTIONS – SEATTLE BRANCH
Phone: 877-877-1995
Toll Free: 206-985-3650
Fax: 855-872-5598
Email: customer.service@clearpointccs.org
Address: 9725 3rd Ave NE Ste 400

Seattle, Washington 98115-2024
Counseling Services: – Financial Management/Budget Counseling
– Mortgage Delinquency and Default Resolution Counseling
– Pre-purchase Counseling
Languages: – ASL
– English
– Other
– Spanish
Affiliation: CCCS OF GREATER ATLANTA – DBA CLEARPOINT CREDIT COUNSELING SOLUTIONS
Website: http://www.clearpoint.org

Agency Name: EL CENTRO DE LA RAZA
Phone: 206-957-4639
Toll Free:
Fax: 206-726-1529
Email: homeownership@elcentrodelaraza.org
Address: 2524 16th Ave S
Seattle, Washington 98144-5104
Counseling Services: – Financial Management/Budget Counseling
– Mortgage Delinquency and Default Resolution Counseling
– Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
Languages: – English
– Spanish
Affiliation: NATIONAL COUNCIL OF LA RAZA
Website: http://www.elcentrodelaraza.org/

Agency Name: HOMESIGHT
Phone: 206-723-4355
Toll Free:
Fax:
Email: N/A
Address: 5117 Rainier Ave S
Seattle, Washington 98118-1928
Counseling Services: – Mortgage Delinquency and Default Resolution Counseling
– Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
Languages: – Cambodian
– English
– French

FIRSMBL0201

3/10/16, 2:19 PM

**Affiliation:** MON VALLEY INITIATIVE
**Website:** http://homesightwa.org

**Agency Name:** INTERIM CDA
**Phone:** 206-623-5132-318
**Toll Free:**
**Fax:** 206-623-3479
**Email:** cjames@interimicda.org
**Address:** 310 Maynard Ave S
SEATTLE, Washington 98104-2719
**Counseling Services:** – Rental Housing Counseling
– Services for Homeless Counseling
**Languages:** – Cambodian
– Cantonese
– Chinese Mandarin
– English
– French
– Korean
– Other
– Vietnamese
**Affiliation:** NATIONAL CAPACD
**Website:** http://www.apialliance.org

**Agency Name:** SOLID GROUND WASHINGTON
**Phone:** 206-694-6766
**Toll Free:**
**Fax:**
**Email:** housingcounseling@solid-ground.org
**Address:** 1501 North 45th St
SEATTLE, Washington 98103-6708
**Counseling Services:** – Mortgage Delinquency and Default Resolution Counseling
– Predatory Lending Education Workshops
– Resolving/Preventing Mortgage Delinquency Workshops
**Languages:** – English
**Affiliation:** WASHINGTON STATE HOUSING FINANCE COMMISSION
**Website:** http://www.solid-ground.org/

**Agency Name:** URBAN LEAGUE OF METROPOLITAN SEATTLE
**Phone:** 206-461-3792
**Toll Free:** 800-368-1455
**Fax:** 206-461-8425
**Email:** kaylor@urbanleague.org
**Address:** 105 14th Ave Suite 200
SEATTLE, Washington 98122-5569
**Counseling Services:** – Fair Housing Pre-Purchase Education Workshops
– Financial Management/Budget Counseling
– Financial, Budgeting, and Credit Workshops
– Mortgage Delinquency and Default Resolution Counseling
– Non-Delinquency Post Purchase Workshops
– Pre-purchase Counseling
– Pre-purchase Homebuyer Education Workshops
– Predatory Lending Education Workshops
– Rental Housing Counseling
– Rental Housing Workshops
– Resolving/Preventing Mortgage Delinquency Workshops
– Reverse Mortgage Counseling
– Services for Homeless Counseling
**Languages:** – ASL
– English
– Spanish
**Affiliation:** NATIONAL URBAN LEAGUE
**Website:** http://www.urbanleague.org

**Agency Name:** WASHINGTON STATE HOUSING FINANCE COMMISSION
**Phone:** 206-287-4449
**Toll Free:** 800-767-4663
**Fax:** 206-287-4456
**Email:** bill.conner@wshfc.org
**Address:** 1000 2nd Avenue Suite 2700
SEATTLE, Washington 98104-3601
**Counseling Services:** – Pre-purchase Homebuyer Education Workshops
**Languages:** – English

FIRSMBL0202

U.S. Department of Housing and Urban Development (HUD)                                                    3/10/16, 2:10 PM

HUD.gov, March 10, 2016



Connect with HUD

Información en Español

Site Map    A-Z Index    Text A A A

Search

HUD.gov

HUD > Affordable Apartment Search

# Affordable Apartment Search

# Washington

## Results

The following properties meet your search criteria:

County: KING
State: WASHINGTON

Found 124 entries, displaying records 21 - 40 of 124.

New search    Previous    Next page

| Contact | Property | Type | 1 | 2 | 3 | 4 | 5+ |
|---|---|---|---|---|---|---|---|
| FPI Management, Inc. Phone: (425) 392-2560 mina.hill@fpimgt.com | MINE HILL APARTMENTS 245 SW Clark St Issaquah, WA 98027-3761 Phone: (425) 392-2560 | Family | x | x | x | | |
| Reeder Management Inc. Phone: 253-652-0834 | BENSON EAST DUPLEXES 10809 SE 223rd Street KENT, WA 98031-2040 Phone: 253-652-0834 | Family | | x | | | |
| Reeder Management Inc. Phone: 253-652-0834 | HOMESTEAD APARTMENTS 20618 108TH AVE SE KENT, WA 98031-8500 Phone: 253-652-0834 | Family | | | x | x | |
| Allied Residential Phone: (253) 375-0051 southwood@alliedresidential.com | SOUTHWOOD SQUARE APTS 26224 104th Place SE KENT, WA 98031-8722 Phone: 253-854-4374 | Family | x | x | x | | |
| Sound Mental Health Phone: (206) 302-2271 robert@smh.org | CHRISTOPHER HOUSING 10007 NE 123rd St Apt A Kirkland, WA 98034-6716 Phone: (206) 302-2271 | Disabled | x | x | | | |
| Quantum Management Services, Inc Phone: (425)823-9906 | JUANITA VIEW 11807 101st PL NE KIRKLAND, WA 98034-6574 Phone: 425-823-9906 | Family | x | x | x | | |
| Quantum Management Services, Inc Phone: (425) 821-2228 | KIRKLAND HEIGHTS APARTMENTS 13310 NE 133RD ST KIRKLAND, WA 98034-5621 Phone: 425-821-2228 | Family | | | x | x | x |
| FPI Management, Inc. Phone: (425) 822-6288 kirkland.plaza@fpimgt.com | KIRKLAND PLAZA 320 6TH AVE KIRKLAND, WA 98027-5558 Phone: 425-422-6288 | Elderly | x | | | | |
| FPI Management, Inc. Phone: (206) 232-7447 ellsworth.house@fpimgt.com | ELLSWORTH HOUSE 2720 76th Ave SE Mercer Island, WA 98040-2748 Phone: (206) 232-7447 | Elderly | x | | | | |
| Quantum Management Services, Inc Phone: 425-888-2793 snoridgeapts@comcast.net | SNO RIDGE APARTMENTS 401 Stow Avenue South NORTH BEND, WA 98045-9484 Phone: 425-888-2793 | Elderly | x | | | | |
| Able Label & Associates, Inc. Phone: 425-861-4644 able@eablesquad.com | EASTSIDE COMMUNITY LIVING 6642 146TH AVE NE REDMOND, WA 98052-4614 Phone: (206)440-2002 | Disabled | x | | | | |
| Archdiocesan Housing Authority Phone: (206) 328-5731 john@ccsww.org | EMMA MCREDMOND MANOR 7960 160TH AVE NE REDMOND, WA 98052 Phone: (425) 869-2424 | Elderly | x | | | | |
| Housing Authority of the County of King ington Phone: (206) 574-1100 diana@kcha.org | PARKWAY APARTMENTS 3970 W LAKE SAMMAMISH PKY NE REDMOND, WA 98052-5836 Phone: 206-314-1205 | Family | x | x | x | | |
| WOOD MANAGEMENT & DEV CORP | PATRICIA HARRIS MANOR | Elderly | x | | | | |

FIRSMBL0203

HUD > State Information > Washington > Homeownership

# Homeownership: Washington

Owning a home is a big part of the American Dream. Here are some resources that can help you buy, maintain and keep your home.

## Getting Started

Housing counseling agencies – free or low-cost counseling services for buying, renting, defaults, foreclosures, credit issues and reverse mortgages

Predatory lending – beware if you're buying or refinancing your home; don't become a victim of unfair lending practices

## Buying a Home

Assistance programs – resources and programs to help you buy and maintain your home

HUD homes for sale

Homeownership vouchers – some public housing agencies help you become a homeowner through the Housing Choice Voucher Homeownership Program

Shop Before you Buy – Find an  interest rate that suits your wallet, your situation and your community with the Consumer Financial Protection Board's Interest Rate Checker

## Owning and Maintaining Your Home

Home repairs - money for home improvements and repairs

Avoid foreclosure - don't lose your home

Make your home more energy efficient

### Other Washington Resources

Housing resources for seniors

Legal assistance

Help with your utility bills

Disaster relief and emergency assistance

Health and environmental information – safeguard your home and family

Rural housing programs

Washington Housing Finance Commission Homebuyer Education Seminar Schedule

Washington State Housing Finance Commission WSHFC - helps provide safe, decent and affordable housing

### More From HUD

Homebuyer's kit

Let FHA loans help you

How to buy a HUD home

FHA mortgage limits

Settlement and closing costs

Home Improvements

Refinancing home mortgages

Reverse mortgages

Fair Housing

Approved mortgage lenders

### Links

Mortgage Information from the Federal Reserve Bank

How much home can I afford?

Loan programs for veterans

Is Homeownership right for you?

Homesales.gov

FIRSMBL0204

National Foundation for Credit Counseling

Washington State Real Estate Commission – regulatory
agency for real estate brokers and appraisers

Washington State Consumer Protection Division – consumer
education and advisories

Indian Home Loan Guarantee Program

Veterans Affairs (VA) properties for sale

FIRSMBL0205

Attachment C – Notice of Open House
With Firs Residents

FIRSMBL0206

## FIFE MOTEL, INC.

3925 Aurora Ave N Ste #400, Seattle, WA  98103  (206) 441-5155

May 8th, 2016

Dear Residents,

The owners of the Fife Mobile Home Park are going to close the park and redevelop the site beginning next June, 2017.  Washington State laws governing the sale/closure of a mobile home park provide that all Fife Residents be given notice of the Park's closure at least 12 months before it actually closes.  In addition to the 12-month notification period, you and others Fife residents may qualify for Washington State financial relocation assistance.  Compliance is also managed by the City of SeaTac and a resident relocation plan will be developed as part of that process.

We understand that the prospect of moving can be both stressful and emotional.  We will make every effort to minimize disruption and stress.  Specifically, we have hired an experienced Relocation Specialist, Kerry Lynch, to work with each household to make the process more understandable, assist with paperwork for financial assistance, and to assist residents in securing new housing.  You can contact Kerry to ask questions by calling her hotline at 206-550-8167.

Kerry will also be meeting with resident at an open house scheduled for Saturday, May 14 from 11am – 5 pm at the Sleep Inn, located adjacent to the park (20406 International Blvd).  The room location will be indicated on the board in the entry way.  This is an opportunity for residents to ask questions about the relocation process and to schedule a one-on-one time for Kerry to learn more about each resident's individual needs.  Please plan to stop by and talk with Kerry on this date.  If for some reason you cannot make this date work, please call Kerry on the hotline to schedule an individual meeting.

In the months ahead, it will also be a priority for us to bring in experts on this relocation process from the state and city so you can meet with them directly and ask questions.  If at any time you have questions, please contact Kerry and she will do her best to answer your questions and concerns.

We look forward to working with you in the weeks and months to come to make this transition for you as easy as possible.

Regards,

Ed Kim, Managing Partner
Fife Motel, Inc.

Note:  You can learn more about the state mobile home relocation/closure process at the Office of Manufactured Housing website at www.commerce.wa.gov

FIRSMBL0207

# FIRS MOBILE HOME PARK

20440 International Blvd. SeaTac, WA 98198   (253) 266 3621

July 7, 2016

Dear Residents,

Thank you to the residents and families who attended our open house on May 14 th , as well as the subsequent one-on- one meetings with Relocation Specialist Kerry Lynch, regarding the closing of the Firs Mobile Home Park. If you were unable to attend or have not had the opportunity to meet with Kerry, please call the hotline at 206-550-8167 to schedule an appointment.

Following the open house, a draft Relocation Report and Plan was submitted to the city of SeaTac and it clearly identifies all of the relocation services and financial resources available to residents of the Firs. The next step in the relocation process is a meeting for residents with the SeaTac city official who oversees the process and is reviewing the report as well as the SEPA Checklist, an environmental review that was submitted with the plan.

A meeting has been set for residents to meet with Mr. Steve Pilcher, Planning Manager, City of SeaTac, for Monday, July 11 from 5:30 –

FIRSMBL0208

7:00 p.m. at the Sleep Inn, lower level meeting room. He will answer

your questions about the relocation process that is covered under

SMC 15.485.600.H.2. Our relocation specialist, Kerry Lynch,

interpreter, Alma Raymundo, and Sandra Mears, an experienced

social worker, will also be in attendance.

Moving forward, we will continue to make every effort to help ensure

that you are fully informed with ample opportunity to ask questions

and get answers. You will all be provided a copy of the Relocation

Report and Plan after it is approved.

Thank You,

Jong Park, Manager

Fife Motel, Inc.

FIRSMBL0209

Firs MHP Open House Sign-In Sheet

Saturday, May 14, 2016

| Space # | Name | Phone Number | Email |
|---------|------|--------------|-------|
| 44 | Patsy Ware | | |
| 42 | Oscar Sanchez Henry Sandie? | | |
| 46 | Demetrio Morales | | |
| 48 | Antonio Melgoza .P. | | |
| #8 | Marcos Gonzale | | |
| #61 | Isidro Mejioa. | | |
| #45 | Alvuro Corvuto | | |
| #69 | Eulogia morales ( | | |
| #43 | Misael Salinos | | |
| #47 | Jorge Alfaro | | |

**Firs MHP Open House Sign-In Sheet**

**Saturday, May 14, 2016**

| Space # | Name | Phone Number | Email |
|---------|------|--------------|-------|
| 35 | Jose Munoz | | |
| 51 | Ron Cline | | |
| 24 | Jose Sanchez | | |
| 68 | Alan Warner | | |
| 2 | Jaime | | |
| 55 | Celfa Carrillo | | |
| 33 | Zenia Carrillo | | |
| 38 | Nancy Segura | | |
| 50 | Mariana Cortes | | |
| 51 | Daniel Gonzalez | | |

Firs MHP Open House Sign-In Sheet

Saturday, May 14, 2016

| Space # | Name | Phone Number | Email |
|---------|------|--------------|-------|
| 37 | Perez Bacalto | | |
| 27 | Oscar Sanchez | | |
| 71 | Guadalupe Chave | | |
| 67 | Jovito Chávez | | |
| 68 | Maria Guillermo M | | |
| 65 | Morelia Drave | | |
| 17 | Stephanie H. | | |
| 14 | Anibal Bejarano | | |
| 34 | Margarita Bravo | | |
| 04 | Rutilio y Martha Zamor | | |

FIRSMBL0212

Firs MHP Open House Sign-In Sheet

Saturday, May 14, 2016

| Space # | Name | Phone Number | Email |
|---------|------|--------------|-------|
| #69 | Eulogia morga | | |
| #27 | Oscar Sanchez | | |
| #72 | Efroin Sanchez | | |
| #59 | John M Stevens | | |
| #19 | Maria C. Villagma | | |
| #60 | Gerardo, Cervantes | | |
| #28 | MANIN Brito | | |
| #12 | Jose Anguiano | | |
| 65 | Raul OROVOA | | |
| #56 | Cataria Zanon | | |
| #30 | Francisco Rodriguez | | |
| #11 | Maria Martinez | | |

FIRSMBL0213

Firs MHP Open House Sign-In Sheet

Saturday, May 14, 2016

| Space # | Name | Phone Number | Email |
|---------|------|--------------|-------|
| 6 | MARIA C. LOPEZ | | |
| 40 | Franceisco Martinez | | |
| 34 | Onofre Braulo | | |
| 18 | Rafael Vazquez | | |
| 64 | Maria Blanco | | |
| 58 | Yujaira Garza | | |
| 31 | CORY SRONG | | |
| 52 | Alesandro Ceena | | |
| 53 | Israel M | | |
| 3 | HeraclioMCortes | | |

Jesus

66   ~~Raul B~~   Jesus Bravo

FIRSMBL0214

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. Name of Mobile Home Owner: _Jaime Pena_

Address of Mobile Home: ▮▮▮▮▮, _Firs MHP_

B. Occupied by (circle one): (the owner)   a renter

C. Mobile Home Characteristics:

1. Size: _840_ square feet

Circle one: single-wide   single/with tip-out   (double-wide)

2. Age of mobile home: _40+_ years

3. Condition of home (circle one)

New   Excellent   Good   (Fair)   Poor

D. Rate the mobility of the mobile home (check one):

_____ Excellent – no problems expected/new home

_____ Good – some precautions needed

__✗__ Fair – extra precautions needed

_____ Poor – probably cannot be moved without major damage

Please note comments on the mobility of the home below:

Resident doesn't think movable and wants to purchase
another mobile home,

E. Household Composition of Occupants (enter number of occupants in each category):

_____ under 5 years          _1_ 22 to 59 years old

_1_ 5 to 14 years old          _____ 60 – 75 years old

_____ 15 – 21 years old          _____ 76 years and older

F. How long resided in the mobile home park? _3_ years

FIRSMBL0215

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. Name of Mobile Home Owner: _Maria Lopez Calderon_
   Address of Mobile Home: _____ _Firs MHP._

B. Occupied by (circle one): the owner   a renter

C. Mobile Home Characteristics:

   1. Size: ___600___ square feet
   Circle one: (single-wide)   single/with tip-out   double-wide

   2. Age of mobile home: ___26___ years
   3. Condition of home (circle one)
     New    Excellent    Good    (Fair)    Poor

D. Rate the mobility of the mobile home (check one):

   _____ Excellent – no problems expected/new home
   _____ Good – some precautions needed
   __✗__ Fair – extra precautions needed
   _____ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:
   A HUD Home, 1990 movable. Roof has a water problem. Added a laundry room.

E. Household Composition of Occupants (enter number of occupants in each category):

   ___2___ under 5 years      ___2___ 22 to 59 years old
   ___1___ 5 to 14 years old      ___2___ 60 – 75 years old
   ___1___ 15 – 21 years old      _____ 76 years and older

F. How long resided in the mobile home park? ___10___ years

FIRSMBL0216

# MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

**A. Name of Mobile Home Owner:** _Marcos Gonzalez_

  **Address of Mobile Home:** ███████, Fir's MHP.

**B. Occupied by (circle one):** (the owner)   a renter

**C. Mobile Home Characteristics:**

  1. Size: _540_ square feet

  Circle one: (single-wide)   single/with tip-out   double-wide

  2. Age of mobile home: _46_ years

  3. Condition of home (circle one)

   New     Excellent     Good     Fair     (Poor)

**D. Rate the mobility of the mobile home (check one):**

  \_\_\_\_\_ Excellent – no problems expected/new home

  \_\_\_\_\_ Good – some precautions needed

  \_\_\_\_\_ Fair – extra precautions needed

  _X_ Poor – probably cannot be moved without major damage

  Please note comments on the mobility of the home below:

  Age and condition -- pre HUD

**E. Household Composition of Occupants (enter number of occupants in each category):**

  _1_ under 5 years         _2_ 22 to 59 years old

  _2_ 5 to 14 years old         \_\_\_\_\_ 60 – 75 years old

  _1_ 15 – 21 years old         \_\_\_\_\_ 76 years and older

**F. How long resided in the mobile home park?** _8_ years

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

**A.  Name of Mobile Home Owner:** _Kari Mills, Phillip Jenny_
     **Address of Mobile Home:** ███████     _Firs MHP._
**B.  Occupied by (circle one):** (the owner)  a renter
**C.  Mobile Home Characteristics:**
   1.  Size: _980_ square feet
       Circle one: (single-wide)   single/with tip-out   double-wide

   2.  Age of mobile home: _37 or 40_ years
   3.  Condition of home (circle one)
          New      Excellent      Good      (Fair)      Poor
**D.  Rate the mobility of the mobile home (check one):**
   _____ **Excellent** – no problems expected/new home
   _____ **Good** – some precautions needed
   _X_ **Fair** – extra precautions needed
   _____ **Poor** – probably cannot be moved without major damage
   **Please note comments on the mobility of the home below:**
   _Residents think home is 1979 or 1981 so should be movable._
   _An assessment will be made._

**E.  Household Composition of Occupants (enter number of occupants in each category):**
   _____ under 5 years          _2.1_ 22 to 59 years old
   _____ 5 to 14 years old      _1_ 60 – 75 years old
   _____ 15 – 21 years old      _____ 76 years and older
**F.  How long resided in the mobile home park?** _20_ years

FIRSMBL0218

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

**A. Name of Mobile Home Owner:** _Jose Sanchez_

   **Address of Mobile Home:** _▉▉▉▉▉▉_ , _Fix's MHP_

**B. Occupied by (circle one):** (the owner)    a renter

**C. Mobile Home Characteristics:**

   1. Size: _540_ square feet

      Circle one: (single-wide)   single/with tip-out   double-wide

   2. Age of mobile home: _45_ years

   3. Condition of home (circle one)

      New    Excellent    Good    (Fair)    Poor

**D. Rate the mobility of the mobile home (check one):**

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   _✗_ Fair – extra precautions needed

   _____ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:

   _Not sure of year to determine if movable._

**E. Household Composition of Occupants (enter number of occupants in each category):**

   _/_ under 5 years        _2_ 22 to 59 years old

   _/_ 5 to 14 years old    _____ 60 – 75 years old

   _____ 15 – 21 years old  _____ 76 years and older

**F. How long resided in the mobile home park?** _6_ years

FIRSMBL0219

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A.  **Name of Mobile Home Owner:** _Oscar Sanchez_
   **Address of Mobile Home:** ▓▓▓▓▓ _Fir's MHP_

B.  **Occupied by (circle one):** (the owner)    a renter

C.  **Mobile Home Characteristics:**

   1. Size: _____ square feet
      Circle one:  single-wide  (single/with tip-out)  double-wide

   2. Age of mobile home: _____46._____ years

   3. Condition of home (circle one)
      New      Excellent    Good      Fair     (Poor)

D.  **Rate the mobility of the mobile home (check one):**
   _____ Excellent – no problems expected/new home
   _____ Good – some precautions needed
   _____ Fair – extra precautions needed
   __✗___ Poor – probably cannot be moved without major damage
   Please note comments on the mobility of the home below:
   _Many add-ons and tip-outs may have made it unmovable._
   _Owner not sure exact age of home - thinks 1970._

E.  **Household Composition of Occupants (enter number of occupants in each category):**
   _____ under 5 years          __2.___ 22 to 59 years old
   ___/_____ 5 to 14 years old        _____ 60 – 75 years old
   ___/_____ 15 – 21 years old        _____ 76 years and older

F.  **How long resided in the mobile home park?** ___14___ years

FIRSMBL0220

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. **Name of Mobile Home Owner:** Saul Garcia

    **Address of Mobile Home:** ▮▮▮▮ Firs MHP.

B. **Occupied by (circle one):** the owner   a renter

C. **Mobile Home Characteristics:**

   1. Size: _____810_____ square feet

      Circle one:  single-wide   single/with tip-out   (double-wide)

   2. Age of mobile home: _____40_____ years

   3. Condition of home (circle one)

      New      Excellent     Good      Fair     (Poor)

D. **Rate the mobility of the mobile home (check one):**

   \_\_\_\_\_ Excellent – no problems expected/new home

   \_\_\_\_\_ Good – some precautions needed

   \_\_\_\_\_ Fair – extra precautions needed

   __X__ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:

   Age and condition

E. **Household Composition of Occupants (enter number of occupants in each category):**

| | | |
|---|---|---|
| _____ under 5 years | __2__ | 22 to 59 years old |
| __1__ 5 to 14 years old | _____ | 60 – 75 years old |
| __1__ 15 – 21 years old | _____ | 76 years and older |

F. **How long resided in the mobile home park?** _____16_____ years

FIRSMBL0221

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A.  Name of Mobile Home Owner: _Onofore Bravo_

     Address of Mobile Home: ██████ , _his MHP._

B.  Occupied by (circle one): (the owner)   a renter

C.  Mobile Home Characteristics:

    1. Size: _700_ square feet

      Circle one:  single-wide  (single/with tip-out)   double-wide

    2.  Age of mobile home: _50_ years

    3.  Condition of home (circle one)

       New    Excellent    Good    Fair    (Poor)

D. Rate the mobility of the mobile home (check one):

    \_\_\_\_\_ Excellent – no problems expected/new home

    \_\_\_\_\_ Good – some precautions needed

    \_\_\_\_\_ Fair – extra precautions needed

    __X__ Poor – probably cannot be moved without major damage

    Please note comments on the mobility of the home below:

    _Addition of Tip-Out and age_

E.  Household Composition of Occupants (enter number of occupants in each category):

    _____ under 5 years      _3_ 22 to 59 years old

    _____ 5 to 14 years old      _____ 60 – 75 years old

    _____ 15 – 21 years old      _____ 76 years and older

F.  How long resided in the mobile home park? _10+_ years

FIRSMBL0222

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

**A. Name of Mobile Home Owner:** _Jesus Chavez_
   **Address of Mobile Home:** _███████_ , _Firs MHP._

**B. Occupied by (circle one):** (the owner)   a renter

**C. Mobile Home Characteristics:**

   1. Size: _630_ square feet
      Circle one:  single-wide  (single/with tip-out)  double-wide

   2. Age of mobile home: _43+_ years

   3. Condition of home (circle one)
         New      Excellent      Good      Fair      (Poor)

**D. Rate the mobility of the mobile home (check one):**

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   _____ Fair – extra precautions needed

   _✗_ Poor – probably cannot be moved without major damage

   **Please note comments on the mobility of the home below:**
   Not sure movable with tip'out additions. Owners unsure of age of home. Not willing to provide ages of children.

**E. Household Composition of Occupants (enter number of occupants in each category):**

   (unwilling to provide ages)

   | | | |
   |---|---|---|
   | _____ under 5 years | _2_ 22 to 59 years old |
   | _4_ 5 to 14 years old | _____ 60 – 75 years old |
   | _____ 15 – 21 years old | _____ 76 years and older |

**F. How long resided in the mobile home park?** _9_ years

FIRSMBL0223

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A. **Name of Mobile Home Owner:** _Jose Munoz_
   **Address of Mobile Home:** _██████_ , _First MHP._
B. **Occupied by (circle one):** (the owner)   a renter
C. **Mobile Home Characteristics:**
   1. **Size:** _720_ square feet
      Circle one: single-wide   (single/with tip-out)   double-wide

   2. **Age of mobile home:** _41_ years
   3. **Condition of home (circle one)**
        New      Excellent      Good      Fair      (Poor)
D. **Rate the mobility of the mobile home (check one):**
   _____ Excellent – no problems expected/new home
   _____ Good – some precautions needed
   _____ Fair – extra precautions needed
   _✓_ Poor – probably cannot be moved without major damage
   **Please note comments on the mobility of the home below:**
     _Addition of Tip-Out and Age_

E. **Household Composition of Occupants (enter number of occupants in each category):**
   _____ under 5 years         _4 6_ 22 to 59 years old
   _____ 5 to 14 years old      _2_ 60 – 75 years old
   _____ 15 – 21 years old      _____ 76 years and older
F. **How long resided in the mobile home park?** _15_ years

FIRSMBL0224

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. Name of Mobile Home Owner: _Leyla Perez (Bardzo)._
   Address of Mobile Home: ███████ _Firs MHP._

B. Occupied by (circle one):  the (owner)    a renter

C. Mobile Home Characteristics:

   1. Size: _720_ square feet
      Circle one: (single-wide)  single/with tip-out   double-wide

   2. Age of mobile home: _45_ years

   3. Condition of home (circle one)
      New      Excellent     Good       Fair     (Poor)

D. Rate the mobility of the mobile home (check one):

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   _____ Fair – extra precautions needed

   _✗_ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:
   _Age and condition - pre Hud._

E. Household Composition of Occupants (enter number of occupants in each category):

   _1_ under 5 years          _2_ 22 to 59 years old

   _1_ 5 to 14 years old          _____ 60 – 75 years old

   _____ 15 – 21 years old          _____ 76 years and older

F. How long resided in the mobile home park? _4._ years

FIRSMBL0225

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A.  **Name of Mobile Home Owner:** Nancy Segura

   **Address of Mobile Home:** ▓▓▓▓▓▓, Firs m.hp.

B.  **Occupied by (circle one):** the owner    a renter

C.  **Mobile Home Characteristics:**

   1.  **Size:** 720 square feet

      Circle one:  single-wide   (single/with tip-out)   double-wide

   2.  **Age of mobile home:** 45+ years

   3.  **Condition of home (circle one)**

      New    Excellent    Good    Fair    (Poor)

D.  **Rate the mobility of the mobile home (check one):**

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   _____ Fair – extra precautions needed

   __✗__ Poor – probably cannot be moved without major damage

   **Please note comments on the mobility of the home below:**

   Age and condition. Owner says not movable

E.  **Household Composition of Occupants (enter number of occupants in each category):**

   | | | | |
   |---|---|---|---|
   | _____ under 5 years | _1_ 22 to 59 years old |
   | _4_ 5 to 14 years old | _____ 60 – 75 years old |
   | _____ 15 – 21 years old | _____ 76 years and older |

F.  **How long resided in the mobile home park?** _4_ years

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A.  Name of Mobile Home Owner: _Francisco Martinez Chavez_
    Address of Mobile Home: _█████_ , _Firs MHP_

B.  Occupied by (circle one): ⭕the owner   a renter

C.  Mobile Home Characteristics:
    1.  Size: _700_ square feet
        Circle one: single-wide  ⭕single/with tip-out   double-wide

    2.  Age of mobile home: _53_ years
    3.  Condition of home (circle one)
        New     Excellent     Good     Fair     ⭕Poor

D.  Rate the mobility of the mobile home (check one):
    _____ Excellent – no problems expected/new home
    _____ Good – some precautions needed
    _____ Fair – extra precautions needed
    _✓_ Poor – probably cannot be moved without major damage
    Please note comments on the mobility of the home below:
    _Age and condition ._

E.  Household Composition of Occupants (enter number of
    occupants in each category):
    _____ under 5 years          _2_ 22 to 59 years old
    _2_ 5 to 14 years old          _____ 60 – 75 years old
    _____ 15 – 21 years old          _____ 76 years and older

F.  How long resided in the mobile home park? _10_ years

FIRSMBL0227

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. **Name of Mobile Home Owner:** _Oscar Sanchez, Henry Sanchez_
   **Address of Mobile Home:** _▆▆▆▆▆ Fire MHP._

B. **Occupied by (circle one)** (the owner)   a renter

C. **Mobile Home Characteristics:**

1. Size: _600_ square feet
   Circle one: single-wide  (single/with tip-out)  double-wide

2. Age of mobile home: _30_ years

3. Condition of home (circle one)
   New    Excellent    Good    (Fair)    Poor

D. **Rate the mobility of the mobile home (check one):**

_____ Excellent – no problems expected/new home

_____ Good – some precautions needed

__✗__ Fair – extra precautions needed

_____ Poor – probably cannot be moved without major damage

**Please note comments on the mobility of the home below:**
_Owner believes that the add-ons might make it unmovable._
_Home will be decked, it is a HUD home._

E. **Household Composition of Occupants (enter number of occupants in each category):**

| | | |
|---|---|---|
| _1_ under 5 years | _2_ 22 to 59 years old |
| _1_ 5 to 14 years old | _____ 60 – 75 years old |
| _1_ 15 – 21 years old | _____ 76 years and older |

F. **How long resided in the mobile home park?** _14_ years

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. Name of Mobile Home Owner: _migael Salinas_

   Address of Mobile Home: ██████ _First MHP._

B. Occupied by (circle one): (the owner)    a renter

C. Mobile Home Characteristics:

   1. Size: _960_ square feet

      Circle one: (single-wide)   single/with tip-out   double-wide

   2. Age of mobile home: _46_ years

   3. Condition of home (circle one)

      New        Excellent    Good      Fair      (Poor)

D. Rate the mobility of the mobile home (check one):

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   _____ Fair – extra precautions needed

   _✓_ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:

   _Pre Hud, owner sap not movable_

E. Household Composition of Occupants (enter number of occupants in each category):

   _____ under 5 years            _2_ 22 to 59 years old

   _3_ 5 to 14 years old               _____ 60 – 75 years old

   _____ 15 – 21 years old        _____ 76 years and older

F. How long resided in the mobile home park? _6_ years

FIRSMBL0229

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. **Name of Mobile Home Owner:** Patsy Ware

    **Address of Mobile Home:** ██████████

B. **Occupied by (circle one)** (the owner)   a renter

C. **Mobile Home Characteristics:**

    **1. Size:** _____ 980 _____ square feet

    Circle one (single-wide)   single/with tip-out   double-wide

    **2. Age of mobile home:** _____ 39 . _____ years

    **3. Condition of home (circle one)**

        New      Excellent   (Good)   Fair      Poor

D. **Rate the mobility of the mobile home (check one):**

    _____ **Excellent – no problems expected/new home**

    ___X___ **Good – some precautions needed**

    _____ **Fair – extra precautions needed**

    _____ **Poor – probably cannot be moved without major damage**

    **Please note comments on the mobility of the home below:**

    A post HUD home, movable.

E. **Household Composition of Occupants (enter number of occupants in each category):**

| | | | |
|---|---|---|---|
| _____ | under 5 years | _____ | 22 to 59 years old |
| _____ | 5 to 14 years old | 1 ✗ | 60 – 75 years old |
| _____ | 15 – 21 years old | _____ | 76 years and older |

F. **How long resided in the mobile home park?** _____ 45 _____ years

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A. **Name of Mobile Home Owner:** _Alvaro Circuits_

    **Address of Mobile Home:** ████████, _Firs mHP_

B. **Occupied by (circle one):** (the owner)   a renter

C. **Mobile Home Characteristics:**

    1. **Size:** _840._ square feet

    Circle one: (single-wide)   single/with tip-out   double-wide

    2. **Age of mobile home:** _840 yrs_ years

    3. **Condition of home (circle one)**

        **New**   **Excellent**   **Good**   (**Fair**)   **Poor**

D. **Rate the mobility of the mobile home (check one):**

    _____ **Excellent – no problems expected/new home**

    _____ **Good – some precautions needed**

    __X__ **Fair – extra precautions needed**

    _____ **Poor – probably cannot be moved without major damage**

    **Please note comments on the mobility of the home below:**

    _Not sure of the years, will need an assessment._

E. **Household Composition of Occupants (enter number of occupants in each category):**

| | | | |
|---|---|---|---|
| _1_ | under 5 years | _2_ | 22 to 59 years old |
| _2_ | 5 to 14 years old | | 60 – 75 years old |
| | 15 – 21 years old | | 76 years and older |

F. **How long resided in the mobile home park?** _9_ years

FIRSMBL0231

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. **Name of Mobile Home Owner:** _Demetrio Morales._
   **Address of Mobile Home:** _____ , Fircs MHP

B. **Occupied by (circle one):** (the owner)   a renter

C. **Mobile Home Characteristics:**

   1. **Size:** _____840.____ square feet
      Circle one:  single-wide  (single/with tip-out)  double-wide

   2. **Age of mobile home:** _____49_____ years

   3. **Condition of home (circle one)**
      New     Excellent     Good     Fair     (Poor)

D. **Rate the mobility of the mobile home (check one):**
   _____ Excellent – no problems expected/new home
   _____ Good – some precautions needed
   _____ Fair – extra precautions needed
   __✗__ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:
   _Age and condition, pre HUD, Roof was added later._
   _Addition to home._

E. **Household Composition of Occupants (enter number of occupants in each category):**

   _____1___ under 5 years          _____2___ 22 to 59 years old
   _____2___ 5 to 14 years old      _____ 60 – 75 years old
   _____1___ 15 – 21 years old      _____ 76 years and older

F. **How long resided in the mobile home park?** ____16.____ years

FIRSMBL0232

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A.  Name of Mobile Home Owner: _Antonio Melgoza._
    Address of Mobile Home: ▆▆▆▆▆ _Firs MHP._
B.  Occupied by (circle one): (the owner)   a renter
C.  Mobile Home Characteristics:
    1. Size: _910_ square feet
       Circle one: (single-wide)   single/with tip-out   double-wide

    2.  Age of mobile home: _46_ years
    3.  Condition of home (circle one)
        New    Excellent    Good    (Fair)    Poor
D.  Rate the mobility of the mobile home (check one):
    _____ Excellent – no problems expected/new home
    _____ Good – some precautions needed
    _X_ Fair – extra precautions needed
    _____ Poor – probably cannot be moved without major damage
    Please note comments on the mobility of the home below:
    _Owner thinks movable. Not sure of age, thinks A70 pre HUD._


E.  Household Composition of Occupants (enter number of
    occupants in each category):
    _____ under 5 years        _2_ 22 to 59 years old
    _2_ 5 to 14 years old          _____ 60 – 75 years old
    _1_ 15 – 21 years old          _____ 76 years and older
F.  How long resided in the mobile home park? _10._ years

FIRSMBL0233

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. Name of Mobile Home Owner: _Jorge  Gutierrez_

   Address of Mobile Home: _____ _Firs MHP._

B. Occupied by (circle one): (the owner)   a renter

C. Mobile Home Characteristics:

   1. Size: _720_ square feet

      Circle one:  single-wide  (single/with tip-out)  double-wide

   2. Age of mobile home: _42_ years

   3. Condition of home (circle one)

      New      Excellent      Good      (Fair)      Poor

D. Rate the mobility of the mobile home (check one):

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   __X__ Fair – extra precautions needed

   _____ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:
   A MHP home, have to check inside condition. Recently renovated.

E. Household Composition of Occupants (enter number of occupants in each category):

   _____ under 5 years        _2_ 22 to 59 years old

   _1_ 5 to 14 years old        _1_ 60 – 75 years old

   _1_ 15 – 21 years old        _____ 76 years and older

F. How long resided in the mobile home park? _8_ years

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. **Name of Mobile Home Owner:** _Mariana, Cortes_

    **Address of Mobile Home:** ████████ _Fire MHP._

B. **Occupied by (circle one):** (the owner)   a renter

C. **Mobile Home Characteristics:**

   1. **Size:** _840_ square feet

   Circle one: (single-wide)  single/with tip-out  double-wide

   2. **Age of mobile home:** _45 +_ years

   3. **Condition of home (circle one)**

      New    Excellent   Good    Fair   (Poor)

D. **Rate the mobility of the mobile home (check one):**

   \_\_\_\_\_ **Excellent – no problems expected/new home**

   \_\_\_\_\_ **Good – some precautions needed**

   \_\_\_\_\_ **Fair – extra precautions needed**

   \_✗\_ **Poor – probably cannot be moved without major damage**

   **Please note comments on the mobility of the home below:**

   _Owner not sure of year but szp not movable. Age and condituns_

E. **Household Composition of Occupants (enter number of occupants in each category):**

| | |
|---|---|
| _____ under 5 years | _2_ 22 to 59 years old |
| _/_ 5 to 14 years old | _2_ 60 – 75 years old |
| _____ 15 – 21 years old | _____ 76 years and older |

F. **How long resided in the mobile home park?** _11_ years

FIRSMBL0235

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A.  **Name of Mobile Home Owner:** _Ron Cline_
    **Address of Mobile Home:** ██████

B.  **Occupied by (circle one):** (the owner)   a renter

C.  **Mobile Home Characteristics:**
    **1. Size:** _924_ **square feet**
    Circle one: (single-wide)   single/with tip-out   double-wide

    **2.  Age of mobile home:** _92 46_ **years**
    **3.  Condition of home (circle one)**
        New   Excellent   Good   (Fair)   Poor

D. **Rate the mobility of the mobile home (check one):**
    _____ **Excellent** – no problems expected/new home
    _____ **Good** – some precautions needed
    __✓__ **Fair** – extra precautions needed
    _____ **Poor** – probably cannot be moved without major damage
    **Please note comments on the mobility of the home below:**
    _Owner thinks movable, pre HUD._

E.  **Household Composition of Occupants (enter number of occupants in each category):**

| | |
|---|---|
| _____ under 5 years | ___'___ 22 to 59 years old |
| _____ 5 to 14 years old | ___/___ 60 – 75 years old |
| _____ 15 – 21 years old | _____ 76 years and older |

F.  **How long resided in the mobile home park?** _25_ **years**

FIRSMBL0236

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A.  **Name of Mobile Home Owner:** *Keyrose Thomas, John Stevens.*
    **Address of Mobile Home:** ▉▉▉▉▉ , *Firs MHP*

B.  **Occupied by (circle one):** (the owner)   a renter

C.  **Mobile Home Characteristics:**

    1.  **Size:** *770* square feet
        Circle one (single-wide)   single/with tip-out   double-wide

    2.  **Age of mobile home:** *40 +* years *unsure the year*

    3.  **Condition of home (circle one)**
        New       Excellent      Good       Fair      (Poor)

D.  **Rate the mobility of the mobile home (check one):**
    _____ **Excellent** – no problems expected/new home
    _____ **Good** – some precautions needed
    _____ **Fair** – extra precautions needed
    ___✗__ **Poor** – probably cannot be moved without major damage
    **Please note comments on the mobility of the home below:**
    *Age and condition - not movable*

E.  **Household Composition of Occupants (enter number of occupants in each category):**

    _____ under 5 years      *2* 22 to 59 years old
*(not sure ages)* _5__ 5 to 14 years old      _____ 60 – 75 years old
    _____ 15 – 21 years old      _____ 76 years and older

F.  **How long resided in the mobile home park?** *15* years

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

**A. Name of Mobile Home Owner:** _Anthony oberlander_

    **Address of Mobile Home:** ▓▓▓▓▓▓ _Firs MHP_

**B. Occupied by (circle one):** ~~the owner~~    a renter

**C. Mobile Home Characteristics:**

    **1. Size:** _910_ **square feet**

    Circle one: (single-wide)   single/with tip-out   double-wide

    **2. Age of mobile home:** _31_ **years**

    **3. Condition of home (circle one)**

      **New    Excellent    Good    (Fair)    Poor**

**D. Rate the mobility of the mobile home (check one):**

    \_\_\_\_\_ **Excellent – no problems expected/new home**

    \_\_\_\_\_ **Good – some precautions needed**

    __✗__ **Fair – extra precautions needed**

    \_\_\_\_\_ **Poor – probably cannot be moved without major damage**

**Please note comments on the mobility of the home below:**

_movable - resident wants to move to an RV._

**E. Household Composition of Occupants (enter number of occupants in each category):**

| | |
|---|---|
| _____ **under 5 years** | _1_ **22 to 59 years old** |
| _____ **5 to 14 years old** | _____ **60 – 75 years old** |
| _____ **15 – 21 years old** | _____ **76 years and older** |

**F. How long resided in the mobile home park?** _20_ **years**

FIRSMBL0238

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A. **Name of Mobile Home Owner:** _Cory Strong_
   **Address of Mobile Home:** _____ _Firs MHP._

B. **Occupied by (circle one):** the owner    a renter

C. **Mobile Home Characteristics:**

   1. Size: _980_ square feet
      Circle one: single-wide   single/with tip-out   double-wide

   2. Age of mobile home: _40_ years

   3. Condition of home (circle one)
      New    Excellent    Good    Fair    (Poor)

D. **Rate the mobility of the mobile home (check one):**

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   _____ Fair – extra precautions needed

   _X_ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:
   _Age and Condition - pre Hud._

E. **Household Composition of Occupants (enter number of occupants in each category):**

   _1_ under 5 years            _2_ 22 to 59 years old

   _1_ 5 to 14 years old        _2_ 60 – 75 years old

   _1_ 15 – 21 years old        ____ 76 years and older

F. **How long resided in the mobile home park?** _15_ years

FIRSMBL0239

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A. **Name of Mobile Home Owner:** _John Strons._

   **Address of Mobile Home:** ▇▇▇▇▇ _Firs MHP_

B. **Occupied by (circle one):** (the owner)   a renter

C. **Mobile Home Characteristics:**

   1. **Size:** _840_ square feet

      Circle one: (single-wide)   single/with tip-out   double-wide

   2. **Age of mobile home:** _40_ years

   3. **Condition of home (circle one)**

      New      Excellent      Good      Fair      (Poor)

D. **Rate the mobility of the mobile home (check one):**

   _____ **Excellent** – no problems expected/new home

   _____ **Good** – some precautions needed

   _____ **Fair** – extra precautions needed

   __✓__ **Poor** – probably cannot be moved without major damage

   **Please note comments on the mobility of the home below:**

   _Age and conditions - looks like a tipout as well._

E. **Household Composition of Occupants (enter number of occupants in each category):**

   _1_ under 5 years              _2._ 22 to 59 years old

   _4_ 5 to 14 years old          _____ 60 – 75 years old

   _1_ 15 – 21 years old          _____ 76 years and older

F. **How long resided in the mobile home park?** _15._ years

FIRSMBL0240

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A. Name of Mobile Home Owner: _Daniel Gonzalez._

   Address of Mobile Home: ▓▓▓▓▓▓ , Firs MHP

B. Occupied by (circle one): (the owner)   a renter

C. Mobile Home Characteristics:

   1. Size: _600_ square feet

   Circle one: (single-wide)   single/with tip-out   double-wide

   2. Age of mobile home: _53 +_ years

   3. Condition of home (circle one)

   New      Excellent      Good      Fair      (Poor)

D. Rate the mobility of the mobile home (check one):

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   _____ Fair – extra precautions needed

   _✓_ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:

   Age and condition

E. Household Composition of Occupants (enter number of occupants in each category):

   _1_ under 5 years          _2_ 22 to 59 years old

   _2_ 5 to 14 years old          _____ 60 – 75 years old

   _____ 15 – 21 years old          _____ 76 years and older

F. How long resided in the mobile home park? _not sure_ years

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. **Name of Mobile Home Owner:** _Elivia Cervantes_

   **Address of Mobile Home:** ████████, _Firs MHP._

B. **Occupied by (circle one):** (the owner)   a renter

C. **Mobile Home Characteristics:**

   1. **Size:** _600_ square feet

      Circle one:  single-wide  (single/with tip-out)  double-wide

   2. **Age of mobile home:** _50+_ years

   3. **Condition of home (circle one)**

      New    Excellent    Good    Fair    (Poor)

D. **Rate the mobility of the mobile home (check one):**

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   _____ Fair – extra precautions needed

   _✗_ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:

   _owners sap not movable, tip-out additions, and age._

E. **Household Composition of Occupants (enter number of occupants in each category):**

   _____ under 5 years          _2_ 22 to 59 years old

   _1_ 5 to 14 years old              _____ 60 – 75 years old

   _____ 15 – 21 years old       _____ 76 years and older

F. **How long resided in the mobile home park?** _6_ years

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

**A. Name of Mobile Home Owner:** _Maria Blanco_

   **Address of Mobile Home:** ▉▉▉▉▉ _Firs MHP._

**B. Occupied by (circle one):** (the owner)    a renter

**C. Mobile Home Characteristics:**

    1. Size: _624_ square feet

    Circle one: single-wide  (single/with tip-out)  double-wide

    2. Age of mobile home: _50_ years

    3. Condition of home (circle one)

       New    Excellent    Good    Fair    (Poor)

**D. Rate the mobility of the mobile home (check one):**

    _____ Excellent – no problems expected/new home

    _____ Good – some precautions needed

    _____ Fair – extra precautions needed

    __X__ Poor – probably cannot be moved without major damage

    Please note comments on the mobility of the home below:

    _Age and addition of tip-out._

**E. Household Composition of Occupants (enter number of occupants in each category):**

    _____ under 5 years      _2_ 22 to 59 years old

    _1_ 5 to 14 years old      _____ 60 – 75 years old

    _____ 15 – 21 years old      _____ 76 years and older

**F. How long resided in the mobile home park?** _4_ years

FIRSMBL0243

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A. **Name of Mobile Home Owner:** _Novelia Drake_

   **Address of Mobile Home:** ▮▮▮▮▮ _Firs MHP._

B. **Occupied by (circle one):** (the owner)   a renter

C. **Mobile Home Characteristics:**

   1. **Size:** _600_ square feet

      **Circle one:** (single-wide)   single/with tip-out   double-wide

   2. **Age of mobile home:** _42_ years

   3. **Condition of home (circle one)**

      New   Excellent   Good   Fair   (Poor)

D. **Rate the mobility of the mobile home (check one):**

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   _____ Fair – extra precautions needed

   _✓_ Poor – probably cannot be moved without major damage

   **Please note comments on the mobility of the home below:**

   _Age and condition_

E. **Household Composition of Occupants (enter number of occupants in each category):**

   _____ under 5 years       _/_ 22 to 59 years old

   _/_ 5 to 14 years old       _____ 60 – 75 years old

   _____ 15 – 21 years old       _____ 76 years and older

F. **How long resided in the mobile home park?** _5_ years

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. **Name of Mobile Home Owner:** _Joulta Chavez Ceja._
   **Address of Mobile Home:** _███████, First MHP_

B. **Occupied by (circle one):** (the owner)    a renter

C. **Mobile Home Characteristics:**

   1. Size: _784_ square feet
   Circle one: (single-wide)   single/with tip-out   double-wide

   2. Age of mobile home: _33_ years

   3. Condition of home (circle one)
      New    Excellent    (Good)    Fair    Poor

D. **Rate the mobility of the mobile home (check one):**

   _____ Excellent – no problems expected/new home

   _X_ Good – some precautions needed

   _____ Fair – extra precautions needed

   _____ Poor – probably cannot be moved without major damage

   **Please note comments on the mobility of the home below:**

   _movable, 1983_

E. **Household Composition of Occupants (enter number of occupants in each category):**

| | | | |
|---|---|---|---|
| _____ | under 5 years | _2_ | 22 to 59 years old |
| _2_ | 5 to 14 years old | _1_ | 60 – 75 years old |
| _____ | 15 – 21 years old | _____ | 76 years and older |

F. **How long resided in the mobile home park?** _10_ years

FIRSMBL0245

**MOBILE HOME INFORMATION SHEET**

**HOME CONDITION AND HOUSEHOLD COMPOSITION**

A. **Name of Mobile Home Owner:** _Alan Warner_

    **Address of Mobile Home:** [redacted] _, Firs MHP_

B. **Occupied by (circle one)** (the owner)   a renter

C. **Mobile Home Characteristics:**

    1. **Size:** _600_ square feet

       Circle one: (single-wide)   single/with tip-out   double-wide

    2. **Age of mobile home:** _50+_ years

    3. **Condition of home (circle one)**

       New     Excellent     Good     Fair     (Poor)

D. **Rate the mobility of the mobile home (check one):**

    \_\_\_\_\_ **Excellent – no problems expected/new home**

    \_\_\_\_\_ **Good – some precautions needed**

    \_\_\_\_\_ **Fair – extra precautions needed**

    \_✓_ **Poor – probably cannot be moved without major damage**

    **Please note comments on the mobility of the home below:**

    _Age and condition  Owner not sure exact age._

E. **Household Composition of Occupants (enter number of occupants in each category):**

    _____ under 5 years          _3_ 22 to 59 years old

    _____ 5 to 14 years old     _1_ 60 – 75 years old

    _____ 15 – 21 years old    _____ 76 years and older

F. **How long resided in the mobile home park?** _4_ years

FIRSMBL0246

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

**A. Name of Mobile Home Owner:** *Maria Guillermoin*
   **Address of Mobile Home:** ▮▮▮▮▮, *Firs MHP*

**B. Occupied by (circle one):** (the owner)   a renter

**C. Mobile Home Characteristics:**

   1. Size: *540* square feet
      Circle one: (single-wide)   single/with tip-out   double-wide

   2. Age of mobile home: *50* years
   3. Condition of home (circle one)
      New      Excellent      Good      Fair      (Poor)

**D. Rate the mobility of the mobile home (check one):**
   _____ Excellent – no problems expected/new home
   _____ Good – some precautions needed
   _____ Fair – extra precautions needed
   __✗__ Poor – probably cannot be moved without major damage
   Please note comments on the mobility of the home below:
   *Age and Condition- Pre HUD*

**E. Household Composition of Occupants (enter number of occupants in each category):**

   _____ under 5 years        *2* 22 to 59 years old
   *3* 5 to 14 years old            _____ 60 – 75 years old
   _____ 15 – 21 years old     _____ 76 years and older

**F. How long resided in the mobile home park?** *13.* years

FIRSMBL0247

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

**A.  Name of Mobile Home Owner:** _Eulogia. Moralez_

      **Address of Mobile Home:** ███████, _Firs mHP._

**B.  Occupied by (circle one):** (the owner)    a renter

**C.  Mobile Home Characteristics:**

    1. Size: _600_ square feet

    Circle one: (single-wide)   single/with tip-out   double-wide

    2.  Age of mobile home: _20_ years

    3.  Condition of home (circle one)

        New    Excellent    Good    Fair    (Poor)

**D. Rate the mobility of the mobile home (check one):**

    \_\_\_\_\_ Excellent – no problems expected/new home

    \_\_\_\_\_ Good – some precautions needed

    \_\_\_\_\_ Fair – extra precautions needed

    __✓__ Poor – probably cannot be moved without major damage

    Please note comments on the mobility of the home below:

    _owner says condition is not movable- Post HUD Home_

**E.  Household Composition of Occupants (enter number of occupants in each category):**

| | | |
|---|---|---|
| _____ under 5 years | _/_ | 22 to 59 years old |
| _____ 5 to 14 years old | _____ | 60 – 75 years old |
| _____ 15 – 21 years old | _____ | 76 years and older |

**F.  How long resided in the mobile home park?** _____ years

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

A. **Name of Mobile Home Owner:** _Guadalupe Chavez_
   **Address of Mobile Home:** ███████ , _Firs MHP_

B. **Occupied by (circle one):** (the owner)   a renter

C. **Mobile Home Characteristics:**

   1. **Size:** _700_ square feet
      Circle one:   single-wide   (single/with tip-out)   double-wide

   2. **Age of mobile home:** _48_ years

   3. **Condition of home (circle one)**
      New   Excellent   Good   (Fair)   Poor

D. **Rate the mobility of the mobile home (check one):**

   _____ **Excellent** – no problems expected/new home

   _____ **Good** – some precautions needed

   __X__ **Fair** – extra precautions needed

   _____ **Poor** – probably cannot be moved without major damage

   **Please note comments on the mobility of the home below:**
   _Added the tip out need to access addition and bearing walls and cut-outs._

E. **Household Composition of Occupants (enter number of occupants in each category):**

   _1_ under 5 years          _2_ 22 to 59 years old

   _1_ 5 to 14 years old      _____ 60 – 75 years old

   _____ 15 – 21 years old   _____ 76 years and older

F. **How long resided in the mobile home park?** _7.5_ years

FIRSMBL0249

## MOBILE HOME INFORMATION SHEET

## HOME CONDITION AND HOUSEHOLD COMPOSITION

**A. Name of Mobile Home Owner:** _Efrain  Sanchez_
   **Address of Mobile Home:** ▮▮▮▮▮▮ , Firs MHP

**B. Occupied by (circle one):** (the owner)   a renter

**C. Mobile Home Characteristics:**

   1. Size: _1,162_ square feet
      Circle one:  single-wide  (single/with tip-out)  double-wide

   2. Age of mobile home: _44_ years
   3. Condition of home (circle one)
      New   Excellent   Good   (Fair)   Poor

**D. Rate the mobility of the mobile home (check one):**

   _____ Excellent – no problems expected/new home

   _____ Good – some precautions needed

   __✗__ Fair – extra precautions needed

   _____ Poor – probably cannot be moved without major damage

   Please note comments on the mobility of the home below:

   _Owner says movable - will need to check tip-out additions_
   _Pre HUD home._

**E. Household Composition of Occupants (enter number of occupants in each category):**

   _____ under 5 years          _2_ 22 to 59 years old
   _4_ 5 to 14 years old          _____ 60 – 75 years old    *(Cages not provided)*
   _____ 15 – 21 years old       _____ 76 years and older

**F. How long resided in the mobile home park?** _12_ years

FIRSMBL0250

Attachment E – Washington State Office of
Manufactured Housing Information/Applications

FIRSMBL0251

 **Department of Commerce**
Innovation is in our nature.

Applicant Name:

Park Name#:

Space #:

## Mobile/Manufactured Home Relocation Assistance Program
### Application & Reimbursement Checklist

Mobile/Manufactured Home Relocation Assistance Program reimbursement checks will not be processed until the Office of Manufactured Housing receives a complete application. Please contact the program if you have questions about the application process or the required documentation.

The following documents must be submitted to determine your initial program eligibility:

☐ **Application form.** Applications must be completed and signed by the homeowner. <u>All sections must be complete.</u> Double-check the following for completion, as they are often overlooked:

- Number of sections (single or multiple)
- Mobile home manufacture date
- Mobile home Vehicle Identification Number (VIN)
- Number of years lived in park
- Contact information after closure if know at time of application. Specific mailing address and phone number are necessary if homeowner is to be reimbursed. <u>Please indicate if your new residence is in a mobile home park/manufactured housing community or on private land.</u>
- Total number of household members
- Homeowner signature

☐ **Photographic proof of a multiple-section home or a single-section with a tip-out, add-on, or expando.** Photos need to prove the home is a multiple-section or, if a single-section with additional living space, that the tip-out, add-on, or expando actually <u>add living space</u> to the home (this does not include laundry rooms, porches, etc.). If photos do not provide adequate proof, reimbursement will be for a single section only.

☐ **Income documentation.** Application must include income documentation for <u>at least one month for every wage earner in the home.</u> Income documentation for all wage earners must fall within the same year. Documentation must be very clear regarding the gross amount earned (before taxes) and the time period covered. Examples of acceptable documentation include: paystubs, benefit award letters, and W-2s. Income documentation must be from either of the following time periods:

- within one year of receipt of park closure notice
- within one year of moving or demolishing home

FIRSMBL0252

☐ **Proof of ownership at time closure notice issued.** A copy of the mobile home title is preferred documentation. Also acceptable is signed documentation that a homeowner was in the process of purchasing their home at time of closure notice.

☐ **Mobile home Vehicle Identification Number (VIN).** The VIN noted on the application must match the VIN on the title of the mobile home you are seeking reimbursement for.

The following documents must be submitted for relocation expense reimbursement:

☐ **Copies of all receipts for allowable relocation expenses.** Allowable expenses include relocating and reinstalling your home in a mobile home park/manufactured housing community or private property, demolition of your home and removal to a landfill, or demolition of your home and purchase of a manufactured home constructed to the standards set by the Department of Housing and Urban Development (HUD). Please see WAC 365-212-060 (http://apps.leg.wa.gov/WAC/default.aspx?cite=365-212-060) for a list of allowable expenses.

☐ **Mobile Home Movement Affidavit.** This form is only required when a home is moved and reinstalled.

☐ **Work Completion Form.** This form is only required when a home is moved and reinstalled.

☐ **Copy of Final Inspection.** This form is only required when a home is moved and reinstalled.

☐ **Confirmation of mobile home demolition, if applicable.** Confirmation documentation may include a verifiable receipt or invoice of demolition and delivery to a landfill, documentation home removed from local property tax rolls, county demolition certificate, etc. Include applicable documentation if home was tested for asbestos and if asbestos remediation was performed.

☐ **Documentation of purchase of a manufactured home constructed to the standards set by HUD, if applicable.** Confirmation documentation must include the following:
   a. Copy of the purchase and sale agreement,
   b. Documentation home meets HUD standards (built on or after 6/15/1976), <u>and</u>
   c. <u>One of</u> the following forms of documentation:
      i. Cancelled checks for all payments made
      ii. Copy of purchase receipt
      iii. Copy of Department of Licensing (DOL) title transfer form if home paid off

☐ **Other:** _____

_____

_____

FIRSMBL0253

The following form is only applicable if a two-party agreement for payment has been signed. In a two-party agreement, an entity acts as Assignee agreeing to advance the relocation or demolition and purchase expenses for the homeowner. The homeowner (Assignor) agrees that the Assignee will receive reimbursement from the Mobile Home Relocation Assistance Program.

☐ Assignment form signed and dated by both Assignee (entity reimbursed) and the Assignor (homeowner).

The Office of Mobile/Manufacture Home Relocation Assistance will authorize reimbursement after we have confirmed your initial eligibility and received all receipts and other documentation for reimbursement. You must work with the Washington State Department of Enterprise Services (DES) to receive your authorized reimbursement. The Office of Mobile/Manufactured Home Relocation Assistance will send you instructions when we authorize your reimbursement.

Please mail complete applications to:

Washington State Department of Commerce
Office of Mobile/Manufactured Home Relocation Assistance
PO Box 42525
Olympia, WA 98504-2525

For questions, please contact:

Brigid Henderson
Program Manager
(360) 725-3035
brigid.henderson@commerce.wa.gov

FIRSMBL0254



Nombre del solicitante:

Nombre del parque:

Espacio Nro.:

**Department of Commerce**
Innovation is in our nature.

## Lista de verificación del Programa de Asistencia para la Reubicación de Casas Móviles

Los cheques de reembolso del Programa de Asistencia para la Reubicación de Casas Móviles **no se procesarán** hasta que la Oficina de Viviendas Fabricadas reciba una solicitud completa. Una solicitud debe incluir la siguiente documentación para que se la considere completa. Por favor póngase en contacto con la Oficina de Viviendas Fabricadas si tiene preguntas acerca del proceso de solicitud o de la documentación que se requiere.

☐ **Formulario de solicitud.** Las solicitudes deben ser completadas y firmadas por el propietario de la vivienda. <u>Todas las secciones deben estar completas.</u> Vuelva a verificar que los siguientes estén completos, ya que a menudo se los pasa por alto:

- ⋈ Número de Seguro Social
- ⋈ Cantidad de secciones (única o múltiples)
- ⋈ Fecha de fabricación de la casa móvil
- ⋈ Número de Identificación de Vehículo (VIN) de la casa móvil
- ⋈ Cantidad de años vivió en el parque
- ⋈ Información de contacto posterior al cierre. Se requiere dirección y número de teléfono específicos si el propietario de la vivienda ha de recibir un reembolso. <u>Sírvase indicar si su nueva residencia es en un parque de casas móviles/comunidad de viviendas fabricadas o en tierra privada.</u>
- ⋈ Número total de miembros del hogar
- ⋈ Firma del propietario de la vivienda

☐ **Prueba fotográfica de una casa de secciones múltiples o una sección única con una extensión (tip-out), un añadido, o una expansión (expando).** Las fotografías deben demostrar que la casa es de secciones múltiples o, si es de sección única con espacio de vivienda adicional, que la extensión, el añadido o la expansión de hecho <u>agregan espacio de vivienda</u> a la casa (esto no incluye cuarto de lavado de ropa, porches, etc.). Si las fotografías no proporcionan evidencia adecuada, el reembolso solamente será por una sección única.

☐ **Documentación de ingresos.** La solicitud debe incluir documentación de ingresos de <u>al menos un mes para cada persona que gana un sueldo en el hogar.</u> La documentación de ingresos para todas las personas que ganan un sueldo debe caer dentro del mismo año. La documentación debe ser muy clara con respecto al monto bruto (antes de impuestos) que se gana, y el período de tiempo cubierto. Entre los ejemplos de documentación aceptable se incluyen: talones de pago, cartas de otorgación de

FIRSMBL0255

beneficios, y comprobantes W-2. La documentación de ingresos debe corresponder a uno de los dos períodos que se indican a continuación:

- dentro del año de recibir la notificación del cierre del parque
- dentro del año de trasladar o demoler la casa

☐ **Evidencia de ser el propietario en el momento en que se emitió la notificación de cierre.** Una copia del título de la casa móvil es la documentación preferida. También es aceptable presentar documentación firmada indicando que un propietario de vivienda se encontraba en el proceso de comprar su vivienda al momento de la notificación de cierre.

☐ **Número de Identificación de Vehículo (VIN) de la casa móvil.** El VIN que se indica en la solicitud debe coincidir con el VIN en el título de la casa móvil por la cual usted está solicitando reembolso.

☐ **Evidencia de residencia en el momento en que se emitió la notificación de cierre.** Un recibo de renta fechado o una copia del acuerdo de renta/arriendo es la documentación preferida. Si esto es difícil, la Oficina de Viviendas Fabricadas puede confirmar la residencia verificando la lista de inquilinos al momento de la notificación del cierre.

☐ **Notificación escrita del cierre del parque.** Por favor incluya una copia con la solicitud.

☐ **Confirmación de la demolición de la casa móvil, de ser aplicable.** La documentación de confirmación puede incluir una factura o un recibo verificable de demolición y entrega a un relleno sanitario, documentación de vivienda retirada de los registros locales de impuestos sobre la propiedad, certificado de demolición del condado, etc. Incluya la documentación aplicable si la casa fue examinada para detectar asbesto y si se llevó a cabo remediación de asbesto.

☐ **Declaración jurada de traslado de casa móvil.** Este formulario sólo se requiere cuando una casa se mueve y se reinstala.

☐ **Formulario de finalización de tareas.** Este formulario sólo se requiere cuando una casa se traslada y se reinstala.

☐ **Copia de la inspección final.** Este formulario sólo se requiere cuando una casa se traslada y se reinstala.

☐ **Copias de todos los recibos para gastos de reubicación permisibles o costos permisibles relacionados con la demolición y compra de una casa fabricada construida según los estándares establecidos por el Departamento de Vivienda y Desarrollo Urbano (HUD: Department of Housing and Urban Development).** Ver copia de WAC 365-212-060 (http://apps.leg.wa.gov/WAC/default.aspx?cite=365-212-060).

FIRSMBL0256

❑ Otros:

_____

_____

Los siguientes formularios son aplicables solamente si se ha firmado un acuerdo entre dos partes para el pago. En un acuerdo entre dos partes, una entidad actúa como Cesionario, acordando pagar por anticipado los gastos de reubicación o demolición y venta para el propietario de la vivienda. El propietario de la vivienda (Cedente) acuerda que el Cesionario recibirá reembolso por parte del Programa de Asistencia para la Reubicación de Casas Móviles.

❑ Formulario de cesión firmado y fechado tanto por el Cesionario (entidad a la cual se reembolsará) como por el Cedente (propietario de la vivienda)

Sírvase enviar las solicitudes completas por correo a:

Washington State Department of Commerce
Office of Manufactured Housing
PO Box 42525
Olympia, WA 98504-2525

Para preguntas, por favor comuníquese con:

Brigid Henderson
Program Manager
(Gerente de Programa de Servicios para Casas Fabricadas)
1 (800) 964-0852
brigid.henderson@commerce.wa.gov

FIRSMBL0257



**STATE OF WASHINGTON**
## DEPARTMENT OF COMMERCE

*1011 Plum St SE ▪ PO Box 42525 ▪ Olympia, Washington 98504-2525 ▪ (360) 725-4000*

**TO:**       Relocation Assistance Applicant

**FROM:**     Hans Berg, Manager
             Mobile Home Relocation Program

**SUBJECT:**  Your Eligibility and Availability of Relocation Assistance

The Department of Commerce (Commerce) has received notice that your mobile home park will be closing.

Commerce can reimburse you for approved moving costs if you are eligible for relocation assistance. The amount of reimbursement is based on the size of your home and your actual expenses.

### How do I know if I am eligible for relocation assistance?

1. You must own your mobile/manufactured home and be living in it when the park closure notice was issued. Travel trailers, RVs and park models *are not* eligible for assistance.
2. You should submit a signed application with the two following documents:
   a. Proof you were living in the home at the time the closure notice was issued.
   b. Income verification for all household members.

### How do I get reimbursement?

1. Continue to own your home.
2. Remove it from the park.
3. Submit the removal receipt(s) to the Department of Commerce at the following address:
   Washington State Department of Commerce
   Attn: Mobile Home Relocation
   P.O. Box 42525
   Olympia, WA 98504-2525

### When will I get reimbursed?

We will send you information on how to get your reimbursement when we receive the removal receipts after you move your home. The sooner we receive all required documentation the sooner

we can start the process for sending your reimbursement. We are available to help you through the process.

All reimbursements are processed on a first come, first serve basis. Eligible applicants will receive reimbursement based on the availability of funds (RCW 59.21.021

**Who do I contact if I have questions?**

You can call our Relocation Assistance Program through our automated services request line at 1-(800) 964-0852 or email paul.currington@commerce.wa.gov.

If you have questions, please do contact us. We're here to help you as much as we can through this process.

Sincerely,

Hans Berg

How do I ___y for Relocation Assistance?
Call the Office of Manufactured Housing to receive information and an application. Assessment of initial eligibility will occur after we receive your application along with required documents. Reimbursement will occur after we receive copies of receipts for your relocation expenses.

Who is eligible for assistance?
Low-income individuals who owned and lived in their mobile/manufactured home in a mobile home park when the initial notice of closure was issued and removed their home. Assistance is prioritized for residents of parks closed due to health and safety issues or park owner fraud. All other disbursements are made on a first-come, first-served basis.

What are the reimbursement limits?
The program will reimburse for actual allowable costs up to $7,500 for a single section home and $12,000 for a multiple section home.

What relocation expenses are usually reimbursable?
Expenses directly related to the relocation of your home. This includes, but is not limited to: removal and reattachment of attached awnings, decks, and stairs; prep for transport moving the home; permits; hook-ups to all utilities; rental of moving equipment; and repair of damage caused during transport. If it is determined the home must be demolished, costs for demolition and down payment for another manufactured home are reimbursable expenses up to the reimbursement limits. See WAC 365-212-060 for more information.

What relocation expenses are not usually reimbursable?
Moving of separate buildings, landscaping, purchase of tools, property taxes, and renovations or upgrades not required for relocation.

Is there additional reimbursement for the tip-out on my single-wide mobile home?
Additional reimbursement may be available for tip-outs on single-wide homes if the applicant submits to the department photographs of the home, taken prior to relocation, showing the addition in question.

Why do I need to submit a W-9 if relocation assistance is not considered taxable income?
The Department of Commerce verifies the information provided on a W-9 before any payment is processed.

I live in a closing park and the closure notice was issued to me but my parents own the home. Am I eligible for relocation assistance?
No. Reimbursement for relocation expenses is available only to applicants who meet the eligibility requirements.

I do not have the money to pay for the move. Can I receive an advance?
No. The law requires actual costs be reimbursed after the move is completed and documentation has been submitted. At the applicant's request, we will notify transporters of our commitment to pay and of the applicant's eligibility.
** Sufficient funds must be available for payment to be made.

Will the Department of Commerce send the check to my transporter?
Although Commerce is unable to pay transporters directly, at the homeowners written request, we will add the transporters name to the check.

How do I find a transporter?
1) Contact other homeowners you know and trust who were satisfied with the transporter they hired.
2) Check under "Manufactured-Mobile Homes-Transport" in the Yellow Pages section of your telephone directory.

IMPORTANT: If your transporter is installing your home, check with the Department of Labor and Industries to ensure your transporter is certified. Toll Free 1-800-647-0982

Will you accept the transporter's quote sheet as a receipt?
No. Reimbursement will occur after the department receives final receipts for actual costs of the move.

Office of Manufactured Housing
Post Office Box 42525
Olympia, WA 98504-2525

For more information, please call:

**1-800-964-0852**
Toll-free in Washington
or
**(360) 725-2971**

Or visit our website at
www.commerce.wa.gov

(February 2018)

Office of Manufactured Housing

TIPS TO HELP
BUY • SELL • MOVE
A MOBILE/MANUFACTURED HOME



Department of Commerce
Innovation is in our nature.

FIRSMBL0261

## TIPS TO HELP
## BUY • SELL • MOVE
## A MOBILE/MANUFACTURED HOME

Each city or county within Washington State has requirements that a homeowner must complete when they buy, sell, or move a manufactured home. Since each city or county can establish their own regulations, they will vary from jurisdiction to jurisdiction.

Homeowners must contact the local governments in both current and future home locations before moving the home to ensure they are aware of all requirements.

To find a qualified, insured, bonded transporter start with referrals from friends or relatives that have had home moved successfully. Manufactured Home Transporters are also listed in the yellow pages of your telephone directory. Obtain written bids from each transporter provide references and contact them. Moving a manufactured home requires certain permits. Many transporters include obtaining these permits, and their associated fees, in the cost of moving a home. A homeowner must verify what costs are included in the transporter's estimate before signing a contract. It may be appropriate to add to the contract "All work required for transportation (and/or installation) is included and no additional costs will be allowed." Often the transportation and the installation of a home are accomplished by the same contractor.

A Washington State certified installer shall be on site to supervise all phases of installation (RCW 43.63B, 1994). To verify if the person installing your home is certified, ask to see a WAINS card. You can also obtain installer certification information by calling the Department of Labor & Industries at 1-800-647-0982 or by computer through the web site at http://www.lni.wa.gov/TradesLicensing/FASMobile/default.asp.

All mobile/manufactured housing installations must be inspected by your local building inspector.

Contact the government offices listed in parenthesis below for information regarding specific documentation and requirements for buying, selling, or moving your home. The numbers are in your telephone directory under local or state government.

## IF YOU PURCHASE A NEW
## MANUFACTURED HOME

- Parcel number (Assessor)
- Title (Assessor)
- Sales Tax, paid by purchaser (Auditor)
- Tax I.D. number (Assessor)
- Over-width Moving Permit (WA State Roads & Transportation)
- Installation Permit (Bldg. & Fire Safety)
- Building permits are required for most accessory structures (Bldg. & Fire Safety)
- Health Permit (Envir. Health Dept) Health review is required to determine if the new unit location complies with health code.
- Encroachment Permit (WA State Roads & Transportation)

## IF YOU PURCHASE A PRE-OWNED
## MANUFACTURED HOME

Home will not be moved:

- Title (Assessor)
- All taxes must be current (Treasurer)
- Sales Tax, paid by purchaser (Auditor)
- Excise tax paid, seller's responsibility (Treasurer)

Home will be moved Within-the-County:

- Title (Assessor)
- Excise Tax Affidavit (Treasurer)
- All taxes must be current (Treasurer)
- Tax certificate for manufactured home movement (Treasurer)
- Sales Tax, paid by purchaser (Auditor)

- Installation Permit (Bldg. & Fire Safety)
- Building permits are required for most accessory structures (Bldg. & Fire Safety)
- Over-width Moving Permit (WA State Roads & Transportation)

Home will be moved Out-of-County:

- Title (Assessor)
- All taxes must be paid, plus advance tax (Treasurer)
- Tax certificate for manufactured home movement (Treasurer)
- Sales Tax, paid by purchaser (Auditor)
- Over-width Moving Permit (WA State Roads & Transportation)
- Installation Permit (Bldg. & Fire Safety)
- Building permits are required for most accessory structures (Bldg. & Fire Safety)
- Health Permit (Envir. Health Dept) Health review is required to determine if the new unit location complies with health code.
- Encroachment Permit (WA State Roads & Transportation)

Home will be moved Out-of-State:

- Title (Assessor)
- Excise Tax Affidavit (Treasurer)
- All taxes must be current (Treasurer)
- Tax certificate for manufactured home movement (Treasurer)
- Over-width Moving Permit (WA State Roads & Transportation)
- Sales Tax, paid by purchaser (Auditor)
- Verify with destination state for local requirements

FIRSMBL0262

¡Bienvenido! (/en-espanol)   欢迎 (/welcome-chinese)   歡迎 (/welcome-traditional-chinese)


**Washington State (/)**
*Office of the Attorney General*
Attorney General Bob Ferguson

(/)

Home (/) | Safeguarding Consumers (/safeguarding-consumers) | En Espanol

# EN ESPANOL


(http://www.atg.wa.gov

**(/filing-complaint-spanish) ¡Bienvenido!**

La Oficina del Procurador General hace una diferencia cada día para las personas de Washington.

Como un líder de pólizas estatales, las prioridades absolutas del Procurador General Ferguson son:

- Protección al Consumidor: Combatiendo contra robo de identidad y las más recientes estafas.
- Responsabilidad Funcional Gubernamental: Promoviendo un gobierno abierto y accesible.
- Seguridad a la Comunidad: Protegiendo niños, familias y personas de tercera edad en sus comunidades y en la Internet.

Como la principal oficina legal para el estado de Washington, abogados del AGO (Attorney General's Office/Oficina del Procurador General o conocido como AGO por sus siglas en inglés) y personal, en 27 divisiones a través de todo el estado proporcionan servicios legales a más de 230 agencias estatales, mesas directivas y comisiones. Ayudamos a ciudadanos por medio de la aplicación de leyes antimonopolistas y protección al consumidor.

Nuestro sitio web le proporciona información sobre sus derechos y responsabilidades al comprar un auto y servicios de inmigración. Este sitio también ofrece varios folletos en español que contienen información sobre estafas caritativas, robo de identidad, cancelación de contratos, deudas y colecciones, y la Ley Limón de nuestro estado. También hemos proporcionado información sobre nuestro programa de Resolución de Disputas entre Propietario y Arrendatario de Viviendas Manufacturadas de Washington.

Puede encontrar estos recursos por medio de los enlaces a la izquierda de esta página. Estos temas, así como muchos más, también están disponibles en inglés. Esperamos que encuentre estas páginas útiles y continuaremos a traducir nuestro contenido para proporcionarle un mejor y más accesible servicio.

¡Gracias por visitar la Oficina del Procurador General del Estado de Washington!

## Have a Consumer Issue?

You can file a consumer complaint with our office online or through the mail.

FILE A COMPLAINT (file-complaint)

 **Washington State (/)**
*Office of the Attorney General*

Attorney General
**Bob Ferguson**

[Bienvenido] (/en-espanol)
欢迎 (/welcome-chinese)
歡迎 (/welcome-traditional-chinese)

How may we help you?

Home (/) | Safeguarding Consumers (/safeguarding-consumers) | Manufactured Housing Dispute Resolution Program

# MANUFACTURED HOUSING DISPUTE RESOLUTION PROGRAM


(http://www.atg.wa.gov/print/891

**Have a Consumer Issue?**
You can file a consumer complaint with our office online or through the mail.

**FILE A COMPLAINT** (file-complaint)

**Manufactured Housing Dispute Resolution**
Manufactured/ Mobile Home L/T Act (/manufactured-mobile-home-landlord-tenant-act)
- Program Statistics and Case Outcomes (/program-statistics-and-case-outcomes)
- Resources & Links (/mhdrp-resources-links)

etics-and-case-outcomes)

(/agportal-Home/Safeguarding_Consumers/Manufactured_Housing_Dispute_Resolution_Program/MHDRP_Complaint_Flow_Chart-

### What is the Manufactured Housing Dispute Resolution Program (MHDRP)?

Owners of manufactured and mobile homes who rent a space for their home in a park or community have important rights and responsibilities under the state Manufactured/Mobile Home Landlord Tenant Act (MHLTA), RCW 59.20 (/manufactured-mobile-home-landlord-tenant-act). Landlords have rights and responsibilities under the law, too.

The Attorney General's Office strives to support better communication and promote mutual understanding between landlords and manufactured home owners. The office provides an equitable and low-cost option for manufactured home owners and landlords to resolve disputes concerning alleged violations of these rights.

### How did MHDRP start?

The 2007 WA State Legislature recognized that there are factors unique to the relationship between a manufactured/mobile home tenant and their landlord. The difficulty and expense of moving and relocating a manufactured/mobile home creates unique challenges. The Legislature found that many tenants who experienced violations of the manufactured/mobile home landlord-tenant act (MHLTA) were often left without protections or access to legal remedies. In response, the State Legislature passed into law RCW 59.30 (http://apps.leg.wa.gov/rcw/default.aspx?cite=59.30). This law authorizes the Attorney General's Office to administer the Manufactured Housing Dispute Resolution Program and enforce the Manufactured/Mobile Home Landlord-Tenant Act. It also authorizes the Department of Revenue (http://bls.dor.wa.gov/mfdhomecommunity.aspx) to register manufactured/mobile home communities and collect registration fees.
[Back to top]

**Mission**

*The Manufactured Housing Dispute Resolution Program enforces the Manufactured/Mobile Home Landlord Tenant Act, educates stakeholders, and fosters relationships between manufactured/mobile home community land owners and homeowners. We facilitate communication among parties in an effort to resolve disputes and avoid evictions.*

**Vision**

*We seek to foster a safe and sustainable manufactured/mobile home community industry in Washington State through excellence in service, respected regulatory leadership, and effective membership in stakeholder organizations.*

### Who can use the MHDR program?

Homeowners are covered by the MHLTA and eligible to participate in the dispute resolution program if they own a manufactured home or mobile home and rent a lot for that home in a community or park. A community, by legal definition, includes rental space for two or more homes that are owner-occupied. Homeowners are entitled to protection under the MHLTA only if they are current on their rent.

FIRSMBL0264

Landlords are also covered by the MHLTA and eligible to participate in the dispute resolution program. We encourage landlords to use the dispute resolution program as a low-cost alternative to the 15-day notice and eviction process provided by law.

The program cannot help people who rent the home they live in. If the home itself is rented and not owned by the tenant, the Residential Landlord-Tenant Act, RCW 59.18 (/residential-tenant-resources), applies instead and this dispute resolution program may not be used.
[back to top]

> We do not represent landlords or tenants but advance the public interest as a
> neutral third party negotiating an agreement that complies with the MHLTA.
> If an agreement cannot be reached we may formally investigate
> and move forward with enforcement action.

*How can this program help me?*

Homeowners and landlords may file a request for dispute resolution if they believe that there may be a violation of their rights under the MHLTA. The Attorney General's Office may negotiate with opposing parties, determine whether further investigation is needed, decide whether a violation has occurred and issue fines and other penalties when appropriate in order to bring compliance with the law.

For more information, please check out our Frequently Asked Questions (http://agportal-s3bucket.s3.amazonaws.com/uploadedfiles/Home/Safeguarding_Consumer/Manufactured_Housing_Dispute_Resolution_Program/MHU%20FAQs.pdf) and our flow chart, entitled *Filing a Complaint with the Manufactured/Mobile Home Dispute Resolution Program* (http://agportal-s3bucket.s3.amazonaws.com/uploadedfiles/Home/Safeguarding_Consumer/Manufactured_Housing_Dispute_Resolution_Program/MHDR_Complaint_Flow_Chart

*How can I request dispute resolution?*

A Request for Dispute Resolution form must be filed in writing. You may complete our online (https://fortress.wa.gov/atg/formhandler/ago/MHLTComplaintForm.aspx) form or paper (http://agportal-s3bucket.s3.amazonaws.com/uploadedfiles/Another/Safeguarding_Consumer/File_a_Complaint/Complaint_Forms/MHUComplaintForm01.2030.pdf) form and submit it to our office via regular mail, email, and fax. You may also call us and we will walk you a form.

*We do not accept a request from individuals on behalf of homeowners or from homeowners association board members on behalf of their membership. If tenants in the same community want to file a Request for Dispute Resolution together, each tenant should fill out a separate form and sign it individually. Those forms may be mailed to our office together however please ensure the forms are mailed within a week of signing by each tenant.*

With your form, please included copies of relevant documents such as your lease, community rules, correspondence between the parties, notices, photos, court documents, etc. Please do not send original documents.
[back to top]

*Para los servicios en español*

Un formulario de solicitud de resolución de disputas debe ser presentado por escrito. Puede llenar nuestro formulario por línea (https://fortress.wa.gov/atg/formhandler/ago/MHLTComplaintForm.aspx) o por papel (http://agportal-s3bucket.s3.amazonaws.com/uploadedfiles/Mother/Safeguarding_Consumer/File_a_Complaint/Complaint_Forms/MHUComplaintFormSpanish01.2010.pdf) y enviarlo a nuestra oficina vía correo postal, correo electrónico y fax. También puede llamarnos y le enviaremos un formulario. Hablamos español.

*Where can I get information about program statistics and case outcomes?*

Please visit this page (/program-statistics-and-case-outcomes) where you will find information about program statistics and case outcomes following formal investigations. We have also posted our Annual Reports to the WA State Legislature here as well.

*What are the Licensing Requirements and how is this program funded?*

By law, landlords are required to register each pad in their community or park with the Department of Revenue (http://dis.dor.wa.gov/mfdhomecommunity.aspx) and pay $30 per year for each space that is rented to a person who owns their home. Landlords may charge each homeowner a maximum of $3 per year of this assessment. The fee is then used to fund the MHDIP and cover the DOR registration and licensing costs.
[back to top]

*To contact the Manufactured Housing Dispute Resolution Program*

Statewide toll-free: 1-866-924-6458

King County: 206-464-6049

E-mail MHDR@atg.wa.gov (mailto:MHDR@atg.wa.gov)

**The Law**

Mail: Manufactured Housing Dispute Resolution Program
Attorney General's Office
800 5th Avenue, Suite 2000
Seattle, WA 98104

Fax: 206-587-5636

To receive information, such as updates on the law, from the program periodically via email, please join our listserv (http://listserv.wa.gov/cgi-bin/wa?A0=AG-MOBILE-HOME-DISPUTE).

[back to top]

Check out our page containing program statistics, case outcomes & Annual Reports to the WA State Legislature (/program-statistics-and-case-outcomes)

Other program materials include: MHDRP Brochure (http://agportal-

RCW 59.30
(http://apps.leg.wa.gov/RCW/default.aspx?cite=59.30),
(http://apps.leg.wa.gov/rcw/supdefault.aspx?cite=59.30)Manufactured/mobile home communities - dispute resolution and registration
(http://apps.leg.wa.gov/RCW/default.aspx?cite=59.30)
(http://apps.leg.wa.gov/rcw/supdefault.aspx?cite=59.30)

RCW 59.20
(http://apps.leg.wa.gov/RCW/default.aspx?cite=59.20),
(http://apps.leg.wa.gov/RCW/default.aspx?cite=59.20) Manufactured/Mobile Home landlord Tenant Act
(http://apps.leg.wa.gov/RCW/default.aspx?cite=59.20)

RCW 59.16, Residential Landlord-Tenant Act
(http://apps.leg.wa.gov/RCW/default.aspx?cite=59.16)

s3bucket.s3.amazonaws.com/uploadedfiles/Home/Safeguarding_Consumers/Manufactured_Housing_Dispute_Resolution_Program/MHU-Brochure-April-2013.pdf), MHDRP Brochure en español (http://agportal-
s3bucket.s3.amazonaws.com/uploadedfiles/Home/Safeguarding_Consumers/Manufactured_Housing_Dispute_Resolution_Program/MHU-Brochure-April-2013-SPL.pdf), frequently asked questions (http://agportal-
s3bucket.s3.amazonaws.com/uploadedfiles/Home/Safeguarding_Consumers/Manufactured_Housing_Resolution_Program/MHUR2013FAQs.pdf), Complaint Flowchart (http://agportal-
s3bucket.s3.amazonaws.com/uploadedfiles/Home/Safeguarding_Consumers/Manufactured_Housing_Dispute_Resolution_Program/MHDR_Complaint_Flow_Cha 2012.pdf), & Complaint Process Flowchart en español (http://agportal-
s3bucket.s3.amazonaws.com/uploadedfiles/Home/Safeguarding_Consumers/Manufactured_Housing_Dispute_Resolution_Program/MHDR_Complaint_Flow_Chart 9-20-2012.pdf)

Other Resources & Links (/mhdr-resources-links)

FIRSMBL0266

FIRSMBL0267

# Mobile Home Relocation Assistance Application

Please print or type

## Mobile Home Owner Information

Mobile Home Owner's Name: _____

Current Mailing Address: _____
　　　　　　　　　　　　　 Street or PO Box

_____
City　　　　　　　　　　State　　　　Zip Code

Daytime Telephone Number:　( 　　　 )_____
　　　　　　　　　　　　　　　　 Area Code

Contact Person (if different from above): _____

Contact's Telephone Number:　( 　　　 )　　　Email: _____
　　　　　　　　　　　　　　　 Area Code

My Home is a: ☐ Single Section　☐ Single Section with Tip-out, Add-on, or Expando　☐ Multiple Section

Vehicle Identification Number (VIN): _____

Year Home Manufactured: _____

Number of years you lived in this park: _____

Have or will you receive relocation assistance from any other source?　☐ Yes　☐ No

If Yes:　　Amount　$ _____　Source _____

## Closed/Closing Mobile Home Park Information

Park Name: _____

Park Address: _____
　　　　　　　 Street or PO Box

_____
City　　　　　　　　　　State　　　Zip Code

Park Owner: _____　Telephone: ( 　　　 )_____

Park Manager: _____　Telephone: ( 　　　 )_____
(if different from owner)

Did you receive notification of potential park closure prior to moving in?　☐ Yes　☐ No

If Yes, how were you made aware: _____

Official closure date: _____　Date you received written notice: _____
　　　　　　　　　 month/day/year　　　　　　　　　　　　　　　　　　　　　 month/day/year

FIRSMBL0268

**Mobile Home Relocation Assistance Application**                          Page 2

## Contact Information After Closure

**New Mailing Address:**

_____
Street or PO Box

_____
City                    State          Zip Code

**Telephone Number:**    (        )

**Indicate one of the following:**

☐ Moved current home to mobile home park/community

☐ Moved current home to private land

☐ Purchased new home; located in mobile home park/community

☐ Purchased new home; located on private land

☐ Other _____
(Indicate type of housing moved to. For example: apartment, living with family, etc.)

**Park/Community Name (if applicable):** _____

## Income Verification

**NOTE:** Verification is required for all household income reported to the IRS. "Household" is determined by **ALL** persons living in the home, whether or not related.

**Total number of household members:** _____   **Total number income receivers:** _____

**Total number of household members under 18:** _____

**Sources of Verification:** _____

**Time Periods Covered by Income Verifications:** _____

## Important

1. Eligibility is determined by park closure notice, proof of residency at time closure notice was issued, maintaining ownership of and removing home from the closing park, verification of income, and availability of funds. (You will be notified if additional documentation is required.)

   To establish your eligibility, provide copies of your:

   - Income Verification (W-2, Pay Stub, Government Assistance Form, etc.);

   - Written Notice of Park Closure; and

   - Proof of Residency (Park Lease/Rental Agreement, Rent Receipt, etc.)

FIRSMBL0269

| Mobile Home Relocation Assistance Application | Page 3 |

2. Before a reimbursement check can be issued, <u>ALL</u> documentation must be complete and received by the Office of Manufactured Housing.

To expedite your reimbursement, remember to:

- Complete all information accurately;

- Provide the current mailing address and telephone number where you can be contacted regarding your application;

- Provide necessary signatures (unsigned applications are incomplete); and

- Provide copies of all necessary documentation, including:

  ➢ Proof of Ownership at time closure notice issued (Mobile Home Title preferred)

  ➢ Photographic Proof for a Multiple-section or a Single-section home with tip-out, add-on, or expando

  ➢ Work Completion Form (if applicable)

  ➢ Copy of Final Inspection

  ➢ Copy of Certificate of Occupancy (if provided by local jurisdiction)

  ➢ Moving contract and receipts for all allowable relocation expenses

  ➢ If home is demolished, please provide the following:

    ▪ Copy of verifiable receipt or invoice of demolition and delivery to a landfill;

    ▪ Documentation home removed from local property tax rolls;

    ▪ Include applicable documentation if home was tested for asbestos and if asbestos remediation was performed;

    ▪ Receipts for all allowable new manufactured home expenses

3. Return completed application and all attachments to:

> Department of Commerce
> Office of Manufactured Housing
> PO Box 42525
> Olympia, Washington  98504-2525

If you have questions or need additional information, please call 360-725-2971 or 1-800-964-0852 (toll-free in Washington).

FIRSMBL0270

| *Mobile Home Relocation Assistance Application* | Page 4 |
|---|---|

I hereby certify under penalty of perjury that the foregoing information is true and complete to the best of my knowledge. I further understand that intentional misrepresentation in this application might result in the forfeiture of relocation assistance provided by the Mobile Home Relocation Assistance Act. I authorize Washington State Department of Commerce to make inquiries to verify the statements herein.

Mobile Home Owner's Signature: _____   Date: _____

*Please do not write below this line*

**Department of Commerce**
Innovation is in our nature.

FORM
CTED19-1A        **VOUCHER DISTRIBUTION**

**AGENCY USE ONLY**

| AGENCY NO. | LOCATION CODE | PR OR AUTH NO |
|---|---|---|
| 1030 | | |

**VENDOR NAME AND ADDRESS**

**AGENCY NAME AND ADDRESS**

Department of Commerce
Office of Manufactured Housing
PO Box 42525
Olympia, WA  98504-2525

Mobile Home Relocation Assistance per RCW 59.21.050

Amount Requested: $ _____

Single        Multiple-Section        Amount Allowable for Reimbursement: $ _____

| FED TAX ID # | | | | PROGRAM APPROVAL | | | | | | | | DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC INPUT DATE | | CURRENT DOC NO | REF DOC NO | VENDOR NUMBER | | | | | | | | | SUFFIX |
| ACCOUNT NO. | | | | ASD NUMBER | | VENDOR MESSAGE | | | | | N/A | | |

| TRANS CODE | M O D | MASTER INDEX | FUND | APPN INDEX | PROGRAM INDEX | SUB OBJ | SUB SUB OBJ | PROJECT | SUB PROJ | GL ACCT | SUBSID ACCOUNT | AMOUNT | INVOICE NUMBER Relocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 205 | | | NA | | | | | | $ | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| NATURE OF ACCOUNTING PREPARER FOR PAYMENT | | DATE | | WARRANT TOTAL | INVOICE DATE |
|---|---|---|---|---|---|
| ACOUNTING APPROVAL FOR PAYMENT | | DATE | | | |

FIRSMBL0271

# Solicitud de Asistencia para la Reubicación de Casa Móvil

Por favor imprima o escriba a máquina en inglés

## Información del propietario de la casa móvil

Nombre del propietario de la casa móvil: _____

Dirección de correo actual: _____
Calle o Casilla Postal (PO Box)

_____
Ciudad              Estado              Código postal

Número de teléfono de día: (____) _____
Código de área

Persona de contacto (si es otra persona): _____

Número de teléfono del contacto: (____) ____ Email: _____
Código de área

Mi casa es de : ☐ Sección simple   ☐ Sección simple con extensión (Tip-out), añadido, o expansión (Expando)   ☐ Secciones múltiples

Número de Identificación del Vehículo (VIN): _____

Año de fabricación de la casa: _____

Cantidad de años que ha vivido en este parque: _____

¿Ha recibido o recibirá asistencia para la reubicación de alguna otra fuente?   ☐ Sí   ☐ No

Si responde Sí:   Cantidad   $ _____   Fuente _____

## Información del cierre del parque de casas móviles

Nombre del parque: _____

Dirección del parque: _____
Calle o Casilla Postal (PO Box)

_____
Ciudad              Estado              Código postal

Propietario del parque: _____   Teléfono: (____) _____

Administrador del parque: _____   Teléfono: (____) _____
(Si es diferente del propietario)

¿Recibió usted notificación del posible cierre del parque antes de mudarse?   ☐ Sí   ☐ No

Si responde sí, ¿cómo se le hizo saber?: _____

Fecha oficial del cierre: _____   Fecha en que recibió notificación escrita: _____
mes/día/año                                                                                              mes/día/año

FIRSMBL0272

| *Solicitud de Asistencia para la Reubicación de Casa Móvil* | Página 2 |
|---|---|

## Información de contacto después del cierre

**Nueva dirección de correo:**

_____
Calle o Casilla Postal (PO Box)

_____
Ciudad                                    Estado              Código postal

**Número de teléfono:**   (      )

**Indique uno de los siguientes:**

☐ Trasladó casa actual a comunidad/parque de casas móviles

☐ Trasladó casa actual a tierra privada

☐ Compró casa nueva; ubicada en comunidad/parque de casas móviles

☐ Compró casa nueva; ubicada en tierra privada

☐ Otro
(Indique el tipo de vivienda al que se mudó. Por ejemplo: apartamento, viviendo con parientes, etc.)

**Nombre de Comunidad/Parque** (si se aplica): _____

## Verificación de Ingresos

NOTA: Se requiere la verificación de todo el ingreso del hogar informado a IRS. El "hogar" está determinado por TODAS las personas que viven en el hogar, ya sea que sean familiares o no.

**Número total de miembros en el hogar:** ____   **Número total de quienes reciben ingresos:** ____

**Número total de miembros del hogar mayores de 18 años:** _____
**Fuentes de verificación:** _____

**Periodos de tiempo que las verificaciones de ingresos cubren:** _____

## Importante

1. La elegibilidad se determina por la notificación de cierre del parque, la evidencia de residencia al momento de emitirse la notificación de cierre, el mantener la titularidad de la casa, y retirarla del parque que cierra, la verificación de ingresos, y la disponibilidad de fondos. (Se le notificará si se requiere documentación adicional).

   Para establecer su elegibilidad, proporcione copias de su:

   • Verificación de Ingresos (W-2, talón de pago, formulario de ayuda gubernamental, etc.);

   • Notificación escrita del cierre del parque; y

   • Evidencia de residencia (contrato del parque/acuerdo de renta, recibos de la renta, etc.)

FIRSMBL0273

| *Solicitud de Asistencia para la Reubicación de Casa Móvil* | Página 3 |
|---|---|

2. Antes de que se pueda emitir un cheque de reembolso, <u>TODA</u> la documentación debe estar completa y ser recibida por la Oficina de Viviendas Fabricadas.

Para acelerar su reembolso, recuerde:

- Completar toda la información con exactitud;
- Proporcionar la dirección de correo y el número del teléfono actuales donde se le pueda contactar con respecto a su aplicación;
- Proporcionar las firmas necesarias (las solicitudes no firmadas están incompletas); y
- Proporcionar copias de toda la documentación necesaria, incluyendo:

  ➢ Prueba de titularidad al momento de emitirse la notificación de cierre (Se prefiere el título de la casa móvil)

  ➢ Prueba fotográfica de casa de sección-múltiple o de sección simple con extensión (Tip-out), añadido, o expansión (Expando).

  ➢ Formulario de finalización de tareas (si se aplica)

  ➢ Copia de la inspección final

  ➢ Copia del certificado de ocupación (si lo proporciona la jurisdicción local)

  ➢ Contrato de traslado y recibos para todos los gastos de reubicación permisibles

  ➢ Si la casa se demuele, por favor proporcione lo siguiente:

    ▪ Copia de recibo verificable o factura de demolición y entrega al relleno sanitario;

    ▪ Documentación de vivienda retirada de los registros locales de impuestos sobre la propiedad;

    ▪ Incluya documentación aplicable si la casa fue examinada para hallar asbesto y si se llevó a cabo remediación de asbesto;

    ▪ Recibos para todos los gastos permisibles para una nueva casa fabricada.

3. Devuelva la solicitud completada y todos los adjuntos a:

Department of Commerce
Office of Manufactured Housing
PO Box 42525
Olympia, Washington  98504-2525

Si tiene preguntas o necesita información adicional, por favor llame al 360-725-2971 o 1-800-964-0852 (llamadas gratuitas en Washington).

FIRSMBL0274

## Solicitud de Asistencia para la Reubicación de Casa Móvil                    Página 4

Por la presente certifico bajo pena de perjurio que a mi entender la información que antecede es verdadera y completa. Entiendo además que la falsedad intencional en esta solicitud podría resultar en la pérdida de asistencia para el traslado proporcionada por la ley Mobile Home Relocation Assistance Act. Autorizo a Washington State Department of Commerce a investigar para verificar las declaraciones en este documento.

Firma del propietario de la casa móvil: _____     Fecha: _____

### Por favor no escriba debajo de esta línea

**Department of Commerce**
Innovation is in our nature.

| AGENCY USE ONLY | | |
|---|---|---|
| AGENCY NO. | LOCATION CODE | PR OR AUTH NO. |
| 1030 | | |

FORM
CTED194A          **VOUCHER DISTRIBUTION**

**VENDOR NAME AND ADDRESS**

**AGENCY NAME AND ADDRESS**

Department of Commerce
Office of Manufactured Housing
PO Box 42525
Olympia, WA  98504-2525

Mobile Home Relocation Assistance per RCW 59.21.050

Amount Requested: $_____

Single          Multiple-Section          Amount Allowable for Reimbursement: $_____

| FED TAX ID # | | PROGRAM APPROVAL | | DATE |
|---|---|---|---|---|

| DOC INPUT DATE | CURRENT DOC NO | REF DOC NO | VENDOR NUMBER | SUFFIX |
|---|---|---|---|---|

| ACCOUNT NO. | | ASD NUMBER | VENDOR MESSAGE | |
|---|---|---|---|---|
| | | | N/A | |

| TRANS CODE | M O D | MASTER INDEX | FUND | APPN INDEX | PROGRAM INDEX | SUB OBJ | SUB SUB OBJ | PROJECT | SUB PROJ | GL ACCT | SUBSID ACCOUNT | AMOUNT | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 205 | | | NA | | | | | | $ | Relocation |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| SIGNATURE OF ACCOUNTING PREPARER FOR PAYMENT | DATE | WARRANT TOTAL | INVOICE DATE |
|---|---|---|---|
| ACCOUNTING APPROVAL FOR PAYMENT | DATE | | |

FIRSMBL0275

| Form **W-9**<br>(Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
| --- | --- | --- |

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

5 Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

6 City, state, and ZIP code

7 List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| Sign Here | Signature of U.S. person ▶ | Date ▶ |
| --- | --- | --- |

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

Cat. No. 10231X                    Form **W-9** (Rev. 12-2014)

FIRSMBL0276

## Assignment of Tenant Mobile Home
## Relocation Assistance Reimbursement

This Assignment of Tenant Mobile Home Relocation Assistance Reimbursement (the "Assignment") is made and entered into this _____ day of _____, 2015, by and between _____ (the "Assignor") and _____ (the "Assignee").

1.  **Assignment of Tenant Mobile Home Relocation Assistance Reimbursement.** The Assignor hereby assigns and transfers to the Assignee, the Assignor's right, title, and interest in and to, and all of Assignor's rights and obligations under, the Mobile Home Relocation Assistance Program reimbursement and Assignee hereby accepts the Assignment, and agrees to be bound by the requirements for reimbursement under WAC 365-212-040. Assignor hereby appoints Assignee as Assignor's attorney-in-fact to receive said funds directly from the State of Washington, based upon a receipt from the mobile home moving company. This limited Power of Attorney shall terminate upon reimbursement of all costs advanced by Assignee.

IN WITNESS WHEREOF, the Assignor and Assignee have caused this Assignment to be executed as of the day and year first above written.

ASSIGNOR signature: _____

ASSIGNOR name: _____

ASSIGNEE: _____



**Department of Commerce**
Innovation is in our nature.

## Mobile Home Movement Affidavit

**Home Owner's Printed Name:** _____

**Current Mailing Address:** _____

Street or PO Box _____

City _____   State _____   Zip Code _____

**Telephone Number:** ( ____ ) _____

My Home is a: ☐ Single Section   ☐ Single Section with Tip-out, Add-on, or Expando   ☐ Multiple Section

**Vehicle Identification Number (VIN):** _____

**Year Home Manufactured:** _____

I hereby certify under penalty of perjury that I am the owner of the above-described mobile home and am moving the home for my continued occupation. I further understand that intentional misrepresentation on this affidavit might result in prosecution. I authorize State and County authorities to make inquiries to verify the statements herein.

**Mobile Home Owner's Signature:** _____   **Date:** _____

**Witness to Homeowner's Signature:** _____   **Date:** _____

FIRSMBL0278



**Department of Commerce**
Innovation is in our nature.

## Work Completion Form
(Mobile Home Relocation Assistance)

Mobile Homeowner's Name: _____

Mobile Home Park/Manufactured HousingCommunity Name (if applicable):

_____

---

**If homeowner paid all moving expenses, please sign and date in this section.**

I confirm that my home has been moved and installation is complete. All work done on my home by the contractor has been completed in a satisfactory manner.

_____          _____
Signature of Mobile Homeowner              Date

_____          _____
Signature of Contractor                          Date

---

**If a two party agreement has been signed, please sign and date in this section.**

I confirm that my home has been moved and installation is complete. All work done on my home by the assignee or its' contractor has been completed in a satisfactory manner.

I give my consent for final payment to be disbursed in accordance with my assignment

contract with _____ (Assignee's name),

dated _____, which is attached to this document.

_____          _____
Signature of Mobile Homeowner              Date

_____          _____
Signature of Assignee/Contractor             Date

FIRSMBL0279



## Mobile/Manufactured Home
## Demolition Information

In order to be reimbursed for the disposal of your home, the Office of Manufactured Housing must receive copies of verifiable receipts or invoices of demolition and delivery to a landfill. Please also include documentation if your home was tested for asbestos and if asbestos remediation was performed.

Demolition and disposal procedures for a mobile/manufactured home vary from jurisdiction to jurisdiction. To find out what the requirements are for your jurisdiction, you or your contractor can contact:

### PERMITS and CERTIFICATIONS

- The city building department if you live within city limits; or
- The county building department if you live outside the city limits

  Phone number can be found in the city or county government listings in the telephone directory.

### ASBESTOS DETECTION/DISPOSAL

- The nearest Clean Air Agency office

  www.ecy.wa.gov/programs/air/local.html or call 1 (800) 453-4951

### GENERAL INFORMATION and DEMOLITION DOCUMENTATION

- Department of Labor and Industries (L&I)

  Phone number can be found in the city or county government listings in the telephone directory.

If you have questions please call the Office of Manufactured Housing
1 (800) 964-0852 inside Washington State, or (360) 725-2971

FIRSMBL0280



STATE OF WASHINGTON
DEPARTMENT OF COMMUNITY,
TRADE AND ECONOMIC DEVELOPMENT

Mobile Home Relocation Assistance Program

# Demolition of a Mobile/Manufactured Home Information Packet

August 2004 Edition

Office of Manufactured Housing
128 Tenth Avenue Southwest
Post Office Box 42525
Olympia, Washington  98504-2525

360-725-2971

1-800-964-0852
Toll-free within Washington

FIRSMBL0281

# IMPORTANT: PLEASE READ

RCW 59.21.021(2) states, *"Assistance for closures occurring after December 31, 1995, is limited to persons who maintain ownership of and relocate their mobile home or who dispose of a home not relocatable to a new site."*

In order to be reimbursed for the disposal of your home, the Office of Manufactured Housing must receive a copy of the bill or payment receipt from the company that performed the service, and a certificate of demolition. Not every jurisdiction provides an actual certificate: some examples of acceptable documentation of home demolition are included in this packet.

Disposal/demolition procedures for a mobile/manufactured home vary from jurisdiction to jurisdiction. To find out what the requirements are for your jurisdiction, you or your contractor can contact:

PERMITS/INSPECTIONS
- the building department of your local jurisdiction
  the city building department if you live within city limits or the county building department if you live outside the city limits
  the telephone number can be found in the city or county government listings at the beginning of your telephone directory

ASBESTOS DETECTION/DISPOSAL
- the nearest Clean Air Agency office
  contact information can be found inside this packet

GENERAL INFORMATION/DEMOLITION DOCUMENTATION
- Department of Labor and Industries (L&I)
  the telephone number can be found in the state government listings at the beginning of your telephone directory

Please call the Office of Manufactured Housing if you have questions: 1-800-964-0852 inside Washington State, or (360) 725-2971.

S:\HP\_OmA\_Ombuds\Brochures\RELO demolition packet inside cover 08-04.doc

FIRSMBL0282



# BEFORE YOU START
# CHECK FOR ASBESTOS

**Clean Air Agency**

Working Together For Clean Air

www.pscleanair.org • 110 Union St – 500 Seattle, WA 98101-2038 • p 206.343.8800 f 206.343.7522

## Definition of demolition

Demolition means wrecking, razing, leveling, dismantling or burning of a structure, making the structure permanently uninhabitable or unusable.

## You cannot legally start any demolition project or most renovation projects until certain asbestos requirements are met ...



# Demolition
# Procedures



☐ **Conduct an asbestos survey.**
The survey must be conducted by an AHERA-certified building inspector. (AHERA stands for Asbestos Hazardous Emergency Response Act.) These inspectors are listed in the phone book yellow pages under "Asbestos Consulting and Testing."

☐ **File a Notice of Intent.**
A completed Notice of Intent form and fee must be filed with the Puget Sound Clean Air Agency before demolition begins.

☐ **Properly remove asbestos.**
All asbestos-containing materials identified in the AHERA survey must be removed from the structure by an asbestos contractor prior to demolition.

## For more information

This document contains only a summary of asbestos requirements. For full details and to obtain asbestos forms, instructions, regulations or other questions, contact the Puget Sound Clean Air Agency at www.pscleanair.org, or call 206-343-8800 or 1-800-552-3565. Failure to comply with asbestos requirements may result in penalties.

## Note to contractors

Check with L&I for additional requirements at www.lni.wa.gov, or call:

| Bremerton | Everett | Seattle | Tacoma |
|---|---|---|---|
| (360) 415-4000 | (425) 290-1300 | (206) 515-2800 | (253) 596-3800 |

Renovating? See other side...

Pub. No. 68-143 (asbestos.doc) | Rev. 5/5/2003 | DW

FIRSMBL0283

RCW 59.21.105

Existing older mobile homes—Forced relocation—Code waiver.

(1) The legislature finds that existing older mobile homes provide affordable housing to many persons, and that requiring these homes that are legally located in mobile home parks to meet new fire, safety, and construction codes because they are relocating due to the closure or conversion of the mobile home park, compounds the economic burden facing these tenants.

(2) Mobile homes that are relocated due to either the closure or conversion of a mobile home park, may not be required by any city or county to comply with the requirements of any applicable fire, safety, or construction code for the sole reason of its relocation. This section shall only apply if the original occupancy classification of the building is not changed as a result of the move.

(3) This section shall not apply to mobile homes that are substantially remodeled or rehabilitated, nor to any work performed in compliance with installation requirements. For the purpose of determining whether a moved mobile home has been substantially remodeled or rebuilt, any cost relating to preparation for relocation or installation shall not be considered.

[1995 c 122 § 11; 1991 c 327 § 16.]

FIRSMBL0284

## STEPS IN RELOCATING YOUR MOBILE HOME

1. Evaluate your home to see if movable
2. Find new location and get approved
3. Meet with mover to discuss move and what needs to be removed and secured in home prior to move
4. Review estimated moving costs, park owners will upfront the costs
5. Pay all property taxes prior to move
6. Obtain building permit
7. Remove belongings from home
8. Mover will prepare home for transport, axle, tires etc.
9. Mover will transport home to new site and set-up according to county/city specifications
10. Final home inspection for move-in.

The time frame from tear-down to set-up can vary but usually it takes about 10 – 14 days for the completion of a move.

FIRSMBL0285

 # FY 2016 INCOME LIMITS DOCUMENTATION SYSTEM

HUD.gov HUD User Home Data Sets Fair Market Rents Section 8 Income Limits MTSP Income Limits HUD LIHTC Database

## FY 2016 Low-Income Income Limits Calculation

In general, most 4-person low-income limits are the higher of 80 percent of the area median family income or 80 percent of the State non-metropolitan median family level. However, calculating low-income limits as 80 percent of the area median family income may produce anomalies inconsistent with statutory intent because the very low-income limits are not always based on 50 percent of the median (e.g., very-low income limits could be higher than low-income limits).

The calculation normally used, therefore, is to set the 4-person low-income limit at 1.6 (i.e, 80%/50%) times the relevant 4-person very low income limit. The only exception is that the resulting income limit may not exceed the U.S. median family income level ($65,700 for FY 2016) except when justified by high housing costs. Use of very low-income limits as a starting point for calculating other income limits tied to Section (3)(b)(2) of the U.S. Housing Act of 1937 has the effect of adjusting low-income limits in areas where the very low-income limits have been adjusted because of unusually high or low housing-cost-to-income relationships.

1. The first step of calculating low-income limits is to establish the preliminary 4-person income limit. This is derived by multiplying the 4-person very low-income limit by 1.6 (80%/50%) and rounding the product to the nearest 50.

| Area | 4-Person Very Low-Income Limit | Preliminary 4-Person Low-Income Limit |
|---|---|---|
| **King County, WA** | $45,150 | $72,250 |

2. Next, a comparison is made to ensure that the preliminary 4-Person low-income limit is not greater than the U.S. median family income level:

| Area | US Median Family Income | Comparison | Result |
|---|---|---|---|
| **King County, WA** | $65,700 | Is $72,250 > $65,700? **Yes** | Capped By US Median 4 Person LIL = **$65,700** |

3. Next, a check is made to see if the area qualifies as a high housing cost area. This is similar to the high housing cost adjustment made for very low-income limits. An area's income limit is adjusted due to high housing costs if 85% of the area's annual 2 bedroom FMR is greater than 35% of the US median income. As we are deriving the low-income limit, the 85% of the annual 2-BR FMR is augmented by 1.6:

FIRSMBL0286

| Area | 2BR FMR | Annual 2BR FMR | Annual 2BR FMR* 1.6*85% | 35% of US Median Income | Comparison | Result |
|---|---|---|---|---|---|---|
| King County, WA | $1,523 | $18,276 | $24,855 | $22,995 | Is $24,855 > $22,995? Yes | High Housing Cost 4-Person LIL = Annual FMR * 1.6 * 0.85 / 0.35 = $71,050 |

4.  Subsequent to the comparisons above, low-income limits are calculated for each person size family between 1 and 8 persons. As is done with the very low-income limits, the 1-person limit is calculated by multiplying the 4-person limit by 70%, the 2-person is obtained by multiplying the 4-person limit by 80%, the 3-person by multiplying the 4-person by 90%, the 5-person by multiplying the 4-person by 108%, the 6-person by multiplying the 4-person limit by 116%, the 7-person by multiplying the 4-person limit by 124%, and the 8-person by multiplying the 4-person limit by 132%. The low-income limits for these family size are then rounded up to the nearest $50.

HUD limits the increase in income limits to be the greater of 5 percent or twice the national average change in median family income. For FY2016, the national change in median family income is -0.152 percent, therefore the maximum increase amount is 5 percent. The preliminary FY2016 4-person low-income limit exceeds the FY2015 4-person low-income limit; therefore, HUD checks to ensure that the change in low-income limits is limited to 5 percent.

*OMH - Income Eligibility Table (80%)*

| Income Limit | 1-person | 2-person | 3-person | 4-person | 5-person | 6-person | 7-person | 8-person |
|---|---|---|---|---|---|---|---|---|
| King County, WA | | | | | | | | |
| Preliminary FY2016 | $49,750 | $56,850 | $63,950 | $71,050 | $76,750 | $82,400 | $88,100 | $93,800 |
| Final FY2015 for Cap Evaluation | $46,200 | $52,800 | $59,400 | $66,000 | $71,300 | $76,600 | $81,850 | $87,150 |
| Maximum Change (5.0%) from FY2015 | $48,550 | $55,450 | $62,400 | $69,300 | $74,850 | $80,400 | $85,950 | $91,500 |
| | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |

FIRSMBL0287

| Cap Required? | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FY2016 Low-Income Limits | $48,550 | $55,450 | $62,400 | $69,300 | $74,850 | $80,400 | $85,950 | $91,500 |

### Low-Income Limit Calculation For Families With More Than 8 People

Select family size ⌄

Calculate

Update URL for bookmarking or E-mailing

Technical Problems or questions? Contact Us.

FIRSMBL0288

## Attachment F – List of Expenses Reimbursed by the Washington State Office of Manufactured Housing

FIRSMBL0289

WAC 365-212-060: What expenses are allowable for reimbursement?                     Page 1 of 1

WAC 365-212-060
What expenses are allowable for reimbursement?
(1) The department is authorized to reimburse applicants for actual expenses, up to the maximum amounts, incurred in physically relocating their home. For homes that cannot be relocated, actual relocation expenses also include the costs for demolition of the existing home and the down payment toward the purchase of another home pursuant to RCW 59.21.010(6).

(2) Examples of reimbursable relocation expenses include, but are not limited to, the following:

(a) Breakdown of the home and preparation for transport. May include removing steps, decks, skirting, securing home for travel, etc.;

(b) Installation of the home at a new site. May include blocking, ERBS, plumbing, sewer connections, skirting, tie downs, utility/electrical connections, vapor barrier, site preparation, etc.;

(c) Transportation of the home to a new site or to a disposal facility, if not included in breakdown or installation costs;

(d) Awnings – relocation of existing awnings or purchase of new awnings if required by park;

(e) Hotel accommodations – if new site is not available or relocation to new site takes more than one day;

(f) Insurance – one time only for transporting home, etc., if not included in transportation fee;

(g) Mileage-personal vehicle to/from new site for set up;

(h) Nonrefundable fees – application fees, credit/screening fees;

(i) Permits – local and state;

(j) Porch/decking – when originally attached to home;

(k) Loan interest fees – when loan is for the sole purpose of relocating;

(l) Relocating internal items – such as household goods or furniture;

(m) Rental moving equipment – car, hauling equipment, trucks, etc.;

(n) Septic tanks on private land – installation and hook up;

(o) Siding replacement/repair – when damaged due to relocation;

(p) Stairs – if originally connected to home;

(q) Temporary storage for home – if new site is not available;

(r) Telephone – disconnection/reconnection costs only;

(s) Utility conversion/upgrade – when necessary in new park;

(t) Utility/electrical connections from street – when relocating onto private land; and

(u) Any other actual expenses determined by the department to be reimbursable.

[Statutory Authority: Chapter 59.21 RCW, RCW 43.330.040. 03-07-036, § 365-212-060, filed 3/13/03, effective 4/13/03.]

FIRSMBL0290

# Attachment G -- Mobile Home Move or Demolition Vendor Information

FIRSMBL0291

## ATTACHMENT G

Contractors working on relocations in the Firs Mobile Home Park – Securing Permits/Tear-Down/Moving Homes/Set-Up:

### Moving Homes:

Mike's Set-Up, Inc.

Mike Siegert, President

4201 Kelly Rd., Bremerton, WA  98312-2541

360-710-4560, WAINS 58289, License 684374

### Asbestos Testing/Abatement/Demolitions:

Randy Marsh, Asbestos Building Inspector

TSCA Title II, 40 CFR 763 (AHERA)

159 136th St., #54, Tacoma, WA  98444

253-381-0580, Cert. #152825

Tacoma Abatement Company, LLC

Mitch Eaden, Project Manager

5111 Burlington Way, Tacoma, WA  98409

360-548-3132, Cert. #1528

## Demolition of Homes

SkyCorp, Ltd.

Skyler Waldal, President

526 . West Ave, Suite #11, Arlington, WA  98223

360-926-8989

FIRSMBL0293

**Attachment H – List of All Parties Related to Closure of the Firs MHP**

17

FIRSMBL0294

Attachment H – List of all Parties Related to Closure of Firs MHP

Brigid Henderson, Manager, Washington State Office of Mobile Home Relocation Assistance, 360-725-3035, brigid.henderson@commerce.wa.gov

Steve Pilcher, Planning Manager, City of SeaTac, 206-973-4832, spilcher@ci.seatac.wa.us

Kerry Lynch, Relocation Specialist, Alliance Pacific, Inc., klynchapi@comcast.net

Kaitlin Larson, MHP Housing Specialist, Alliance Pacific, Inc. kaitlin.larson@gmail.com

Meghan Gaebe, Apartment Housing Specialist, Alliance Pacific, Inc., gaebe.meghan@gmail.com

Sandra Mears, Social Worker and Low Income Housing Specialist, Seattle, Washington,   mmears96@aol.com

Mike Siegert, Mike's Set-Up, Inc., Bremerton, Washington, 360-710-4660

Randy Marsh, Asbestos Building Inspector, Tacoma, Washington, 253-381-0580

Mitch Eaden, Tacoma Abatement Company, LLC, Tacoma, Washington, 253-830-5945, meaden@tacomaabatementcompany.com

Skyler Waldal, SkyCorp Ltd, Demolitions, Arlington, Washington, 360-926-898, skycorpltd@yahoo.com

Attachment D – Firs Mobile Home Residents

Housing Information Sheets


Attachment H – Firs Mobile Home Park

Residents Rent Roll


**(Confidential Attachments)**

FIRSMBL0296

FIRS RENTAL INCOME

**Daily Deposit Total**
4/1/16 Through 4/30/16

5/9/16

Page 1

| Date | Num | Description | Memo | Category | Clr | Amount |
|------|-----|-------------|------|----------|-----|--------|
| | | *Unit # Name* | *Memo* | | | |
| 4/23/16 | | | | Rent | | 630.00 |
| 4/5/16 | Print | | apr 2013 $380 | Rent | | 470.00 |
| 4/5/16 | | | Jun 2013 $470 | Rent | | 500.00 |
| 4/7/16 | | | jun 2013 $470.00 | Rent | | 500.00 |
| 4/5/16 | | | jun 2013 $430 | Rent *( 450 for space 4508 )* | | 900.00 |
| 4/7/16 | | | may 2013 $460.00 | Rent *450 for space 47* | | 490.00 |
| 4/8/16 | | | july 2012 $460 | Rent | | 500.00 |
| 4/6/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/8/16 | | | may 2013 460.00 | Rent | | 505.00 |
| 4/23/16 | | | Jul 2011 $450 | Rent | | 450.00 |
| 4/5/16 | | | may 2013 470.00 | Rent | | 500.00 |
| 4/7/16 | | | | Rent | | 500.00 |
| 4/6/16 | | | may2013 495.00(470+pet... | Rent | | 535.00 |
| 4/6/16 | | | may 2013 460.00 | Rent | | 500.00 |
| 4/6/16 | | | jun 2013 460.00 | Deposit | | 500.00 |
| 4/5/16 | S | | jun 2013 470.00, pet | --Split-- | | 500.00 |
| 4/5/16 | Print | | 6/1/2014 $510  Deposit$4... | Rent | | 575.00 |
| 4/6/16 | | | s58 related | Rent | | 500.00 |
| 4/7/16 | s22 | | jun 2013 460.00 | Rent | | 490.00 |
| 4/7/16 | | | jun 2013 470.00 | Rent | | 500.00 |
| 4/5/16 | | | Jun 2013 $480 pet depo $... | Rent | | 500.00 |
| 4/4/16 | | | Jan 2011 $450 oct | Rent | | 500.00 |
| 4/7/16 | | | jul 2013 470.00 | Rent | | 490.00 |
| 4/7/16 | | | jul 2013 470.00 | Rent | | 515.00 |
| 4/5/16 | | | jul 2013 470.00 | Rent | | 490.00 |
| 4/5/16 | | | | Rent | | 460.00 |
| 4/7/16 | | | Mar Payment | Rent | | 500.00 |
| 4/7/16 | | | jun 2013 460.00 | Rent | | 500.00 |
| 4/7/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/6/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/6/16 | | | jun 2013 470.00 | Rent | | 500.00 |
| 4/10/16 | | | bal left march | Rent | | 50.00 |
| 4/6/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/5/16 | | | | Rent | | 505.00 |
| 4/7/16 | | | Jan 2012 $450 | Rent | | 500.00 |
| 4/4/16 | | | March payment | Rent | | 525.00 |
| 4/5/16 | | | may 2013 470.00 | Rent | | 500.00 |
| 4/7/16 | | | jun 2013 470.00 | Rent | | 500.00 |
| 4/7/16 | | | mar 2013 $460 | Rent | | 500.00 |
| 4/5/16 | | | Jan 2013 $460 | Rent | | 520.00 |
| 4/5/16 | | | may 2013 495.00(pet+car) | Rent | | 515.00 |
| 4/23/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/5/16 | | | june 2014 470.00 | Rent | | 470.00 |
| 4/7/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/5/16 | | | jul 2013 470.00 | Rent | | 510.00 |
| 4/5/16 | | | jun 2013 470.00 | Rent | | 500.00 |
| 4/7/16 | TXFR | | may 2013 460.00 | Rent | | 500.00 |
| 4/10/16 | | | jun 2013 $470.00 | Rent | | 515.00 |
| 4/7/16 | | | jul 2013 470.00,35 for pet... | Rent | | 510.00 |
| 4/7/16 | Print | | owe 80 | Rent | | *490.00* |
| 4/7/16 | | | jul 2013 470.00 | Rent | | 490.00 |
| 4/23/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/5/16 | | | jul 2013 470.00 For oct rent | Rent | | 535.00 |
| 4/5/16 | | | Jan 2011  $450 | Rent | | 500.00 |
| 4/6/16 | | | mar 2013 $460 | Rent | | 500.00 |
| 4/6/16 | | | jul 2012 $460 | Rent | | 500.00 |
| 4/5/16 | | | Jun 2011 $450 | Rent | | 500.00 |
| 4/6/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/5/16 | | | | Rent | | 500.00 |

FIRS RENTAL INCOME

5/9/16

## Daily Deposit Total
### 4/1/16 Through 4/30/16

Page 2

| Date | Num | Description | Memo | Category | Clr | Amount |
|------|-----|-------------|------|----------|-----|--------|
| 4/5/16 | | | s38, elvia cervantes | Rent | | 500.00 |
| 4/6/16 | | | Aug 2010 $450 | Rent | | 500.00 |
| 4/7/16 | | | june 2013 470.00 | Rent | | 500.00 |
| 4/5/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/10/16 | | | jul 2013 470.00 | Rent | | 500.00 |
| 4/5/16 | | | may 2013 470.00 | Rent | | 500.00 |
| 4/5/16 | | | may 2013 470.00 | Rent | | 500.00 |
| 4/10/16 | Print | | | Rent | | 500.00 |
| 4/6/16 | | | juJn 2013 470.00 | Rent | | 500.00 |
| 4/7/16 | | | may 2013 470.00 | Rent | | 525.00 |
| 4/4/16 | | | | Rent | | 650.00 |
| 4/7/16 | ATM | | | Rent | | 2,500.00 |

TOTAL 4/1/16 - 4/30/16                                              **37,790.00**

**TOTAL INFLOWS**                                                  37,790.00
**TOTAL OUTFLOWS**                                                      0.00

**NET TOTAL**                                                      **37,790.00**