# EXHIBIT 16




4800 South 188th Street
SeaTac, WA 98188-8605

City Hall: 206.973.4800
Fax: 206.973.4809
TDD: 206.973.4808

October 17, 2016

Fife Motel, Inc.
706 S. Marine Hills Way
Federal Way, WA 98003

Attn: Jong Park

Re: Relocation Report and Plan for The Firs Mobile Home Park

The City has reviewed and approved the October 7, 2016 revised Relocation Report and Plan for The Firs Mobile Home Park, located at 20440 International Blvd. A Certificate of Approval (attached) has been issued in conformance with SeaTac Municipal Code (SMC) 15.464.600.H.2.f.

This decision to grant approval is appealable to the City's Hearing Examiner, per the procedures in SMC 16A.17. An appeal must be filed at the City Clerk's office by 5:00 p.m. on October 31, 2016.

Per SMC 15.464.600.H.2.h, you are required to deliver a copy of the approved plan to each tenant prior to or coincident with the State-required 12-month notice of intent to close the park. If this does not occur within three months (January 17, 2017), the City may require a new or updated plan.

Please contact me at spilcher@ci.seatac.wa.us or 206-973-4832 should there be any questions regarding this process.

Sincerely,

Steve Pilcher
Planning Manager

cc: Jeff Robinson, Acting Director, CED
Kristina Gregg, City Clerk
Kerry Lynch, Alliance Pacific, Inc.
Brigid Henderson, WA State Office of Mobile Home Relocation Assistance
All tenants of The Firs Mobile Home Park

**Mayor**
*Michael J. Siefkes*

**Deputy Mayor**
*Pam Fernald*

**Councilmembers**
*Rick Forschler*
*Kathryn Campbell*
*Peter Kwon*
*Tony Anderson*
*Erin Sitterley*

**Acting City Manager**
*Joseph Scorcio*

**City Attorney**
*Mary Mirante Bartolo*

**City Clerk**
*Kristina Gregg*

SEA-07685



# City of SeaTac

## Certificate of Approval



| | |
|---|---|
| **Action:** | Mobile Home Park Relocation Plan |
| **Mobile Home Park:** | The Firs |
| **Location:** | 20440 International Blvd.<br>SeaTac, WA 98198 |
| **Property Owner:** | Fife Motel, Inc. |
| **Address:** | 706 S. Marine Hills Way<br>Federal Way, WA 98003 |

*The Relocation Report and Plan for The Firs Mobile Home Park, dated October 7, 2016, has been found to comply with the requirements of SeaTac Municipal Code 15.464.600.H.1. This approval is valid for a period of two (2) years from the date below.*

*Date of Issue:* *October 17, 2016* *by:*



*Community and Economic Development Director*

© GOES 910

LITHO IN U.S.A.