# EXHIBIT 17

## Tracy Hernandez

**From:** Steve Pilcher
**Sent:** Tuesday, September 20, 2016 1:11 PM
**To:** Mike Siefkes
**Cc:** Joseph Scorcio; Jeff Robinson
**Subject:** Firs Mobile Home Park Closure

Mayor:

Jeff Robinson and I have been dealing with the proposed closure of The Firs Mobile Home Park closure. We became aware of this proposal after the park ownership held a meeting with the tenants on May 9, 2016. Since that time, we have been involved with the following:

- Review and commented on a draft Relocation Report and Plan as required by SMC 15.464.600 (document submitted May 27th)
- Conducted environmental (SEPA) review for the draft report
- Attended and participated in a meeting with the park residents on July 11, 2016 (meeting organized by the park owners' relocation specialist)
- Issuance of a SEPA Determination of Nonsignificance on July 22, 2016
- Attended and participated in a meeting organized by the Tenants Union of Washington for park residents, held on August 30th at Madrona Elementary School
- Received a revised Relocation Report and Plan on August 30th; this report is also in Spanish, per our request
- We are having the revised report reviewed to verify it has been accurately translated into Spanish

Park closure process:
- Under the auspices of the Washington State Office of Manufactured Housing
- Closure process & requirements found in RCW 59.20 & 59.21
- City's role is for the CED Director to approve a plan when it meets the standards of SMC 15.464.600; not a discretionary approval
- Funding for tenants being relocated is available from the State
- It is up to the park owners to decide if they wish to provide additional financial assistance
- Park owners must give at least 12 months advance closure notice to all tenants; **this has not yet formally occurred**

Other facts:
- Entire site is designated Commercial by the City's Comprehensive Plan
- Site is currently split between commercial and high density multifamily zoning
- We understand future development plans for the property include two hotels and an apartment building
- *Park owners state they are proposing a change of land use, not a sale; therefore, they are not required to provide tenants an opportunity to purchase the park*

Let Jeff or I know if you have any questions or need additional information.

Steve

SEA-18371