# EXHIBIT 18

## October 6th Town Hall
## Briefing Paper – Firs Mobile Home Park Closure

### Background

CED staff has been dealing with the proposed closure of The Firs Mobile Home Park after becoming aware of this proposal when the park ownership held a meeting with park tenants on May 9, 2016. Since that time, staff has done the following:

- Review and commented on a draft Relocation Report and Plan as required by our code (SMC 15.464.600); document submitted May 27th
- Conducted environmental (SEPA) review for the draft report
- Attended and participated in a meeting with the park residents on July 11, 2016 (meeting organized by the park owners' relocation specialist)
- Issued a SEPA Determination of Nonsignificance on July 22, 2016
- Attended and participated in a meeting organized by the Tenants Union of Washington for park residents, held on August 30th at Madrona Elementary School
- Received a revised Relocation Report and Plan on August 30th; the main portion of this report is also in Spanish, per staff's request
- Had the revised report reviewed to verify it has been accurately translated into Spanish; just received the reviewer's report on Tuesday, October 4th.

### Park closure process

- Under the auspices of the Washington State Office of Manufactured Housing
- Closure process & requirements found in RCW 59.20 & 59.21
- City's role is for the CED Director to approve a plan when it meets the standards of SMC 15.464.600; not a discretionary approval
- Funding for tenants being relocated is available from the State
- It is up to the park owners to decide if they wish to provide additional financial assistance
- Park owners must give at least 12 months advance closure notice to all tenants; **this has not yet formally occurred**

### Other facts

- The entire site is designated Commercial by the City's Comprehensive Plan
- The site is currently split between commercial and high density multifamily zoning
- Future development plans for the property include two hotels and an apartment building
- Park owners state they are proposing a change of land use, not a sale; therefore, they are not required to provide tenants an opportunity to purchase the park

### July fire

- A fire occurred at the park July 29th; several mobile homes were destroyed and others damaged. Some burned units still remain as of this date. Staff has posted all damaged units as "unsafe to occupy" and is working to get these units removed.

SEA-022564