# EXHIBIT 24

FILED
17 NOV 06 AM 11:29
Hon. Judith H. Ramseyer
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 17-2-07094-7 KNT

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| FIRS HOMEOWNERS ASSOCIATION, *et al.*, <br><br>    Petitioners, <br> v. <br><br>CITY OF SEATAC, *et al.*, <br><br>    Respondents. | NO. 17-2-07094-7 KNT <br><br> Petitioners' REPORT to Court |

TO: The COURT, and

TO: RESPONDENTS, other parties, and their respective attorneys:

  By Order dated May 26, 2017, this Court granted petitioners' motion to continue the initial hearing herein six months to facilitate settlement negotiations among the parties. The Court's May 26, 2017 Order, in relevant part, provides that 1) the deadline for respondents to file their [opening] briefs is February 13, 2018; and 2) "Additionally, *on the dates set for filing* opening briefs, *responding briefs*, and replies, any party may file a dispositive motion for hearing on that schedule *(emphasis added)*."[1] Order, at page 3, lines 6-7.

---

[1] The next sentence of the Court's May 26, 2017 Order states: "Further, the Court's ruling does not address the notice of park closure Respondent Fife Motel has given to Petitioners." The SeaTac Municipal Code provides in relevant part that The Firs Mobile Home Park cannot be closed until after all Firs MHP residents are re-located. Kerry Lynch, Respondent Fife Motel's relocation specialist's updates establish that affordable dwelling units to accommodate Firs MHP residents are unavailable in King and Pierce Counties within 40 miles of The Firs MHP (The Firs HOA members seek to remain in the Firs MHP, or re-locate as a group to a location within the Highline School District.) Mr. Park cannot

*Petitioners REPORT to the Court, page 1 of 4*    **THE PUBLIC ADVOCATE, N.C.**
                                       1001 Fourth Ave, Suite 4400
                                           Seattle, WA 98154
                                 206 389-1652, lippek@aol.com

Mr. Jong Park, on behalf of respondent Fife Motel, for months negotiated with Sharon Lee, Executive Director, Low Income Housing Institute, for acquisition by LIHI of the east one-half of the Firs MHP property. On Aug 7, 2017, Mr. Park abruptly terminated negotiations, indicating he did not need the money and that instead of selling to LIHI, he might want to develop rental housing himself on the eastern half of The Firs MHP property.

On October 26, 2017, Walt Olsen (attorney for respondent Fife Motel) discussed with Henry Lippek (of attorneys for petitioners) that Mr. Park offers to extend his closing of The Firs MHP to December 31, 2017. Lippek responded that such an offer would likely be unacceptable to petitioners because The Firs MHP cannot be closed until *after* all Firs MHP residents are relocated, but possible acceptable variations were discussed. Mr. Park was requested submit his offer in writing for consideration by petitioners. Mr. Park declined to do so. Nevertheless, petitioners agreed to accept an agreement by Mr. Park extending his notice of closure of The Firs MHP to February 13, 2018, subject to further extension by agreement or Court order.

Instead of responding to petitioners' offer—precisely the status quo—Mr. Park sealed the Firs MHP office rent depository and refused to accept November rent from Firs MHP residents.

In response, Firs MHP residents rent is being collected by Mr. Barraza and held in trust, pursuant to Washington State Bar Association rules governing client funds, subject to disbursal by agreement or Court order.

---

lawfully close the Firs MHP until such time that all Firs MHP residents are in fact re-located. SMC 15.465.600 H. 1. 2. & 3.

Although, Mr. Park is so far refusing to negotiate with petitioners, but instead attempting to needlessly frighten vulnerable Firs MHP residents and their children, The Firs HOA is working to partner with government agencies, nonprofit organizations, unions, investors and others to acquire The Firs MHP by negotiations if possible or condemnation if necessary.

Acquisition of the Firs MHP is the preferred alternative, but if it proves infeasible, other alternatives being pursued are acquisition of an existing multifamily structure, and finally, acquiring land to construct new modular dwellings to accommodate all Firs HOA members as owners, not tenants. Each successive alternative will require more resources and time to complete.

Although each alternative will require multiple pieces to come together, it appears a combination of grants, in-kind assistance, loans, sweat equity and other resources can be assembled to achieve The Firs HOA objectives.

Respectfully submitted November 6, 2017.

| BARRAZA LAW, PLLC | THE PUBLIC ADVOCATE |
| --- | --- |
| | A NONPROFIT PROFESSIONAL SERVICES CORPORATION |
| *Vicente Omar Barraza* | *Henry E. Lippek* |
| Vicente Omar Barraza, WSBA #43589 | Henry E. Lippek, WSBA #2793 |
| *Attorneys for Petitioners* | *Attorneys for Petitioners* |
| 14245-F Ambaum Blvd SW | 1001 – 4th Ave., Suite 4400 |
| Burien, WA  98166 | Seattle, WA  98154 |
| 206-933-7861, omar@barrazalaw.com | 206 389-1652, lippek@aol.com |

# DECLARAITION OF SERVICE

On the date entered below, the undersigned duly and properly delivered the foregoing report by email attachment to the following counsel of record in this matter:

*Attorneys for City of SeaTac:*
Mary Mirante Bartolo
City Attorney, City of SeaTac
4800 S 188th St
SeaTac, WA  98188
P:  206 973-4640
E:  mmbartolo@ci.seatac.wa.us

Cindy C. Corsilles
City of SeaTac, City Attorney's Office
4800 S 188th St
SeaTac, WA  98188-8605
P:  206 973-4630, d-206 973-4632
E:  ccorsilles@ci.seatac.wa.us

*Petitioner's attorneys:*
Vincente Omar Barraza
Barraza Law PLLC
14245F Ambaum Blvd SW
Burien, WA  98166
P:  206-933-7861,
E:  omar@barrazalaw.com

Henry E. Lippek
Public Advocate, n.c.
1001 4th Ave., Suite 4400
Seattle, WA  98154
P:  206 389-1652
E:  Lippek@aol.com

*Attorney for Fife Motel, Inc.:*
Walter H. Olsen, Jr.
Olsen Law Firm PLLC
205 S Meridian
Puyallup, WA  98371
P:  253 200-2288, C: 206 478-2380
E:  walt@olsenlawfirm.com

*Other parties of record [delivered by 1st-class mail]:*
Janice I. Sylvester
12605 – 115th Avenue Ct E
Puyallup WA 98374-3183

Earl Gipson
17050 – 51st Ave S
SeaTac, WA  98188-3246

I certify under penalties of perjury that the foregoing is true and correct. Signed at Seattle, WA on November 6, 2017.

THE PUBLIC ADVOCATE
A NONPROFIT PROFESSIONAL SERVICES CORPORATION

*Henry E. Lippek*
Henry E. Lippek, WSBA #2793
*of Attorneys for Petitioners*