# EXHIBIT 30

| From: | Janice Munson |
|---|---|
| To: | Vicente Omar Barraza; lippek@aol.com; bdonckers@bjtlegal.com; Mary Mirante Bartolo; ewi@ci.seatac.wa.us |
| Cc: | Walt Olsen |
| Subject: | Medina/Firs HOA v. City of SeaTac & Fife Motel |
| Date: | Wednesday, December 12, 2018 3:59:51 PM |
| Attachments: | 2018.12.11 Fife Motel's Amended SEPA Checklist+Attachment 1 (signed).pdf |

Greetings,

Attached for your information is *Fife Motel's Amended SEPA Checklist with Attachment 1*, which was placed in today's mail to the Tenants of Firs Mobile Home Park.  Thank you.

Regards,

Janice (Jan) Munson, Paralegal
OLSEN LAW FIRM PLLC
205 S. Meridian
Puyallup, WA  98371
Phone:  (253) 200-2288
Fax:  (253) 200-2289
jan@olsenlawfirm.com

   The contents of this message and any attachments may be protected by attorney-client privilege, work product doctrine or other applicable protection.  If you are not the intended recipient, or have received this message in error, please notify the sender and promptly delete this message.  Thank you.

FIFE MOTEL'S AMENDED SEPA CHECKLIST
DECEMBER 10, 2018

TO BE COMPLETED BY APPLICANT

**A.     BACKGROUND**

**1.     Name of proposed project, if applicable:**

N/A

**2.     Name of applicant:**

Fife Motel Inc.

**3.     Address and phone number of applicant and contact person:**

Walter H. Olsen, Jr.
Olsen Law Firm PLLC
205 S. Meridian
Puyallup WA 98371-5915
253-200-2288

**4.     Agency requesting checklist:**

City of SeaTac

**5.     Proposed timing or schedule (including phasing, if applicable):**

*See* Attachment 1.

**6.     Do you have any plans for future additions, expansion, or further
activity related to or connected with this proposal? If yes, explain,**

Yes. There are three buildings planned for future development. One is a five-
story, 180 unit hotel with approximately 102,000 square feet. Another is a five-
story, 154 room hotel with approximately 73,000 square feet. And the third is to
be a five-story, 92 unit apartment building with approximately 106,000 square
feet.

/ / /

**7.      List any environmental information you know about that has been prepared, or will be prepared, directly related to this proposal.**

There will be soils tests and another SEPA which will be for a binding site plan as well as the planned hotels and apartment building.

**8.      Do you know whether applications are pending for governmental approvals of other proposals directly affecting the property covered by your proposal? If yes, explain.**

No.

**9.      List any government approvals or permits that will be needed for your proposal, if known.**

Mobile Home Park Relocation Plan.

**10.     Give brief, complete description of your proposal, including the proposed uses and the size of the project and site. There are several questions later in this checklist that ask you to describe certain aspects of your proposal.**

To assist the residents to relocate.

**11.     Location of the proposal. Please give sufficient information for a person to understand the precise location of your proposed project, including a street address, if any. If a proposal would occur over a range of area, please provide the range or boundaries of the site(s). Please provide a legal description, site plan, vicinity map, and topographic map if possible. While you should submit any plans required by the agency, you are not required to duplicate maps or details submitted with any permit applications related to this checklist. (Indicate if maps of plans have been submitted as part of a permit applications.)**

Site address: 20440 International Blvd.

HOMESTEAD PARK 5 AC TRS W 178 FT OF LESS N 15 FT &W 178 FT OF 24 & POR OF 23 LY E OF ST HWY

Parcel No. 344500 0126

/ / /

/ / /

FIFE MOTEL'S AMENDED SEPA CHECKLIST

Page **2** of **14**

B.      ENVIRONMENTAL ELEMENTS

1.      Earth:

a.      General description of the site {circle one): Flat, rolling, hilly, steep slopes, mountainous, other.  Mild slope

b.      What is the steepest slope on the site (approximate percent slope)?

Approximately 5%

c.      What general types of soils are found on the site (for example, clay, sand, gravel, peat, muck)? If you know the classification of agricultural soils, specify them and note any prime farmland.

TBD

d.      Are there surface indications or history of unstable soils in the immediate vicinity? If so, describe.

Not to current knowledge.

e.      Describe the purpose, type, and approximate quantities of any filling or grading proposed, Indicate source of fill.

N/A

f.      Could erosion occur as a result of clearing, construction, or use? If so, generally describe.

Not likely.

g.      About what percent of the site will be covered with impervious surfaces after project construction (for example, asphalt or buildings)?

N/A

h.       Proposed measures to reduce or control erosion, or other Impacts to the earth, if any:

None required.

/ / /

FIFE MOTEL'S AMENDED SEPA CHECKLIST                            Page 3 of 14
FIRS005727

2.      **Air:**

   a.      **What types of emissions to the air would result from the proposal (he., dust, automobile, odors, industrial wood smoke) during construction and when the project is completed? If any, generally describe and give approximate quantities if known.**

   From trucks and equipment used to remove or demolish existing trailers and structures

   b.      **Are there any off-site sources of emissions or odor that may affect your proposal? If so, generally describe.**

   From trucks and equipment used to remove or demolish existing trailers and structures.

   c.      **Proposed measures to reduce or control emissions or other impacts to air, if any:**

   None.

3.      **Water:**

   a.      **Surface:**

   1)      **Is there any surface water body on or in the immediate vicinity of the site (including year-round and seasonal streams, saltwater, lakes, ponds, wetlands)? If yes, describe type and provide names.  If appropriate, state what stream or river it flows into.**

   No

   2)      **Will the project require any work over, in, or adjacent to (within 200 feet) the described waters? If yes, please describe and attach available plans.**

   No

   3)      **Estimate the amount of fill and dredge material that would be placed in or removed from surface water or wetlands and indicate the area of the site that would be affected. Indicate the source of fill material.**

   N/A

4)      Will the proposal require surface water withdrawals or diversions?
Give general description, purpose, and approximate quantities if known.

No

5)      Does the proposal lie within a 100-year floodplain? If so, note location
on the site plan.

No

6)      Does the proposal involve any discharges of waste materials to surface
waters? If so, describe the type of waste and anticipated volume of discharge.

No

b.      Ground:

1)      Will ground water be withdrawn, or will water be discharged to
ground water? Give general description, purpose, and approximate quantities
if known.

No

2)      Describe waste material that will be discharged into the ground from
septic tanks or other sources, if any (for example: Domestic sewage;
industrial, containing the following chemicals. .. ; agricultural; etc.). Describe
the general size of the system, the number of such systems, the number of
houses to be served (if applicable), or the number of animals or humans the
system(s) are expected to serve.

None known.

c.      Water runoff (including storm water):

1)      Describe the source of runoff (including storm water) and method of
collection and disposal, if any (include quantities, if known). Where will this
water flow? Will this water flow into other waters? If so, describe.

No

/ / /

2)    **Could waste materials enter ground or surface waters? If so, generally describe.**

No

d.    **Proposed measures to reduce or control surface, ground, and runoff water impacts, if any:**

None required

4.    **Plants:**

a.    **Check or circle types of vegetation found on the site:**

✓deciduous tree:  alder, maple, aspen, other
✓4 evergreen tree:  fir, cedar, pine, other
✓shrubs
✓grass
crop or grain
wet soil plants:  cattail, buttercup, bulrush, skunk cabbage, other water plants: water lily, eelgrass, milfoil, other
other types of vegetation

b.    **What kind and amount of vegetation will be removed or altered?**

None

c.    **List threatened or endangered species known to be on or near the site.**

None known.

d.    **Proposed landscaping, use of native plants, or other measures to preserve or enhance vegetation on the site, if any:**

N/A

5.    **Animals**

a.    **Circle any birds and animals which have been observed on or near the site or are known to be on or near the site:**

**Birds: hawk, heron, eagle, <u>songbirds,</u> other:** Crows

**Mammals: deer, bear, elk, beaver, other:** Rodents. Squirrels,

**Fish: bass, salmon, trout, herring, shellfish, other:** None

b.      **List any threatened or endangered species known to be on or near the site.**

None.

c.      **Is the site part of a migration route? if so, explain.**

All of Washington is located in the Pacific Flyway. This site is not significant in the flyway.

d.      **Proposed measures to preserve or enhance wildlife, if any:**

None.

6.    **Energy and natural resources:**

a.      **What kinds of energy (electric, natural gas, oil, wood stove, solar) will be used to meet the completed project's energy needs? Describe whether it will be used for heating, manufacturing, etc.**

Fuel required for trucks and equipment used to remove or demolish existing trailers and structures.

b.      **Would your project affect the potential use of solar energy by adjacent properties? If so, generally describe.**

No.

c.      **What kinds of energy conservation features are included in the plans of this proposal?**

None.

d.      **What are the proposed measures to reduce or control energy impacts, if any:**

None.

7.    **Environmental health:**

    a.    **Are there any environmental health hazards, including exposure to toxic chemicals, risk of fire and explosion, spill, or hazardous waste, that could occur as a result of this proposal? If so, describe.**

No

    b.    **Describe special emergency services that might be required.**

None

    c.    **What are the proposed measures to reduce or control environmental health hazards, if any:**

None.

8.    **Land and shoreline use:**

    a.    **What is the current use of the site and adjacent properties?**

Current use is a mobile home park.  At adjacent properties to the North is hotel and retail.  To the East is residential.  To the South is retail and residential.  To the west is vacant.

    b.    **Has the site been used for agriculture? If so, describe.**

Probably not, but unknown.

    c.    **Describe any structures on the site.**

52 mobile homes and 2 single family homes.

    d.    **Will any structures be demolished? If so, what?**

Yes.  Some mobile homes will be relocated, some will be demolished. The single family homes will be demolished.

    e.    **What is the current zoning classification of the site?**

CB-C

f.    **What is the current comprehensive plan designation of the site?**

CB-C

g.    **If applicable, what is the current shoreline master program designation of the site?**

N/A

h.    **Has any part of the site been classified as an "environmentally sensitive" area? If so, specify.**

None known.

i.    **What are the proposed measures to ensure the proposal is compatible with existing and projected lands uses and plans, if any:**

N/A

j.    **Approximately how many people would reside or work in the completed project?**

None until further developed

k.    **Approximately how many people would the completed project displace?**

Approximately 175

l.    **What are the proposed measures to avoid or reduce displacement impacts, if any:**

*See* Attachment 1.

9.    **Housing:**

a.    **Approximately how many units would be provided, if any? Indicate whether high, middle, or low-income housing.**

None

b.    **Approximately how many units, If any, would be eliminated? Indicate whether high, middle, or low-income housing.**

FIFE MOTEL'S AMENDED SEPA CHECKLIST

Page **9** of **14**

54 low income

c.      **What are the proposed measures to reduce or control housing impacts, if any:**

*See* Attachment 1.

10.   **Noise:**

a.      **What types of noise exist in the area which may affect your project (for example: traffic, equipment, operation, other)?**

From trucks and equipment used to remove or demolish existing trailers and structures.

b.      **What types and levels of noise would be created by or associated with the project on a short-term or a long-term basis (for example: traffic, construction, operation, other)? Indicate what hours noise would come from the site.**

On a short term basis - trucks and equipment used to remove or demolish existing trailers and structures.  None on a long term basis.

c.      **Proposed measures to reduce or control noise impacts, if any:**

Limit hours of work to standard work days and hours.

11.   **Aesthetics:**

a.      **What is the tallest height of any proposed structure(s), not including antennas; what is the principal exterior building material(s) proposed?**

N/A

b.      **What views in the immediate vicinity would be altered or obstructed?**

None

c.      **Proposed measures to reduce or control aesthetic impacts, if any.**

None.

12.     **Light and glare:**

    a.    **What type of light or glare will the proposal produce? What time of day would it mainly occur?**

None.

    b.    **Could light or glare from the finished project be a safety hazard or interfere with views?**

No.

    c.    **What existing off-site sources of light or glare may affect your proposal?**

None.

    d.    **Proposed measures to reduce or control light and glare impacts, if any.**

None required.

13.     **Recreation:**

    a.    **What designated and informal recreational opportunities are in the immediate vicinity?**

Watersports (boating, waterskiing) fishing, Angle Lake is approximately one half mile away.

    b.    **Would the proposed project displace any existing recreational uses? If so, describe.**

No.

    c.    **Proposed measures to reduce or control impacts on recreation, including recreation opportunities to be provided by the project or applicant, if any:**

None required.

/ / /

/ / /

14. **Historic and cultural preservation:**

    a.    **Are there any places or objects fisted on, or proposed for, national, state, or local preservation registers known to be on or next to the site? If so, generally describe.**

None known.

    b.    **Generally describe any landmarks or evidence of historic, archaeological, scientific, or cultural importance known to be on or next to the site.**

None known.

    c.    **Proposed measures to reduce or control impacts, if any:**

None proposed at this time.

15. **Transportation:**

    a.    **Identify public streets and highways serving the site, and describe proposed access to the existing street system. Show on site plans, if any.**

There is one access on the east side from International Blvd. and one on the north from S. 204th Street

    b.    **Is site currently served by public transit? If not, what is the approximate distance to the nearest transit stop?**

There is a bus stop on International Blvd near S 200th Street approximately .2 miles to the north.

    c.    **How many parking spaces would the completed project have? How many would the project eliminate?**

None until future development is completed.

    d.    **Will the proposal require any new roads or streets, or improvements to existing roads or streets, not including driveways? If so, generally describe (indicate whether public or private).**

None until future development is completed.

**FIRS005736**

e.    Will the project use (or occur in the immediate vicinity of) water, rail, or air transportation? If so, generally describe.

No

f.    How many vehicular trips per day would be generated by the completed project?  If known, indicate when peak volumes would occur.

None until future development is completed.

g.    Proposed measures to reduce or control transportation impacts, if any:

None required.

16.    **Public Services:**

a.    Would the project result in an increased need for public services (for example: fire protection, police protection, health care, schools, other)? If so, generally describe.

No

b.    Proposed measures to reduce or control direct impacts on public services, if any.

None required

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

17. **Utilities**

    a.     **Underline utilities currently available at the site:** <u>electricity, natural gas, water, refuse service, telephone, sanitary sewer,</u> **septic system, other.**

    b.     **Describe the utilities that are proposed for the project, the utility providing the service, and the general construction activities on the site or in the immediate vicinity which might be needed.**

    None.

## C.   SIGNATURE

The above answers are true and complete to the best of my knowledge. I understand that the lead agency is relying on them to make a decision.

Signature: _____

Date Submitted: _____Dec 11, 2018_____

**ATTACHMENT 1**

**5.    Proposed timing or schedule (including phasing, if applicable):**

The City of SeaTac approved Fife Motel's Relocation Report and Plan on
October 17, 2016, and Fife Motel is submitting this Amended SEPA Checklist as
required by a King County Superior Court Order dated September 19, 2018, in
Cause Number 17-2-07094-7 KNT.

**8.(l)   What are the proposed measures to avoid or reduce displacement impacts, if
any;**

**9.(c)   What are the proposed measures to reduce or control housing impacts, if any:**

1    Designation of an experienced Relocation Specialist.
2.   Individual meetings with each tenant household to identify preferred areas
     to relocate, school, bus and shopping access.  Assistance with the filing of
     state paperwork and availability of a 24-hour hotline, 206-550-8167 for
     tenants.
3.   Assessments of all homes with respect to condition, movability, asbestos
     testing and abatement (in the event of demolitions) and other relevant
     factors.
4.   Identification of tenants with special needs (seniors, disabled, health issues,
     limited English-speaking).  Tenants will be provided with assistance
     including senior housing information, housing locations with nearby health
     facilities and transportation access.  An interpreter will be available on-site
     when needed.
5.   Identification of mobile home and RV parks in the area and available
     spaces.  Lists will be provided twice a month and weekly closer to the park
     closure date.  Tenant access to computer on-site to view available housing.
     A phone log will be kept of contacts with mobile home park
     owners/managers looking for park openings.  Assistance with contacting
     the managers and securing applications and lease information.
6.   Identification of apartments, senior housing, low-income and affordable
     housing and other housing opportunities in the area for the tenants on a
     biweekly basis.  Assistance with paperwork to secure housing and
     transportation will be provided, as needed.
7.   Provision of special tenant assistance which will include up-fronting the
     cost of relocation of each home or the cost of demolition of each home.  In
     addition, moving assistance of $2,000 will be provided to each mobile
     household within 3 weeks of their move-out to assist with relocation costs.
     Tenants residing in recreational vehicles will be provided their last month's
     space rent at no cost.
8.   Publication of monthly tenant information bulletins and newsletters.

**FIRS005739**

**In addition, Fife Motel will take the following actions to assist the remaining tenants in the park to relocate, based on the information that the tenants provided in their Mobile Home Relocation Information Sheets on November 30, 2018:**

a.   **Tenants who are expected to qualify for state assistance from the Office of Manufactured Housing ("OMH"), Relocation Assistance Fund:**

Some tenants may be eligible for $7,500 (single-wide) or $12,000 (double-wide) in assistance with either the move or demolition of their homes.

Some homes have either tip-outs or have additional living spaces. Some of the tip-outs are from the manufacturer; others have been added and in many cases have rendered the homes not moveable. The state considers these additions in the same category of a double-wide home that is eligible for up to $12,000 in relocation or demolition costs.

The park will provide for an assessment of each home for movability. Many of the homes because of age (pre-HUD, 1976) and condition may not be movable and will have to be demolished.

b.   **Households that don't qualify for state assistance:**

The State has determined that the following homes do not qualify for state assistance: travel trailers, recreational vehicles, buses or park models, and stick homes.

For these households, the park has agreed to provide the following assistance: Identifying parks that will take travel trailers, 5th wheels and RV's, and assisting with rental applications and paperwork. The tenants will also NOT be charged their last month's rent so they can use the additional money for their new location.

c.   **Tenants that don't qualify for state assistance:**

The State will determine if a tenant is not eligible for assistance because of income that exceeds the state guidelines. If a tenant, however, is not eligible for state assistance, the park will still provide the moving assistance of $2,000, and the home will be demolished with the park paying for the costs.

ATTACHMENT 1, Page **2** of **5**

**FIRS005740**

**d.      Assistance with State Paperwork:**

The Relocation Specialist and her staff will assist tenants who qualify for state assistance with filling out paperwork and submitting it to the state. This paperwork includes a 2-page application, a W-2 form and an Assignment Form.  The tenant is also required to submit proof of income for any adults residing in the household and a copy of the title to the home. The paperwork can be submitted directly by the tenant or provided to the Relocation Specialist to submit.

The state OMH will review each application and send a written notice of qualification to each tenant.  The state fund has money to provide reimbursements soon after the paid moving or demolition invoices are received.  The park has agreed to advance these relocation and demolition costs and will have each tenant complete an Assignment Form so the tenant will be reimbursed directly by the state.

The state provides relocation assistance for either the move of a mobile home to another park or site, or the asbestos testing, abatement and demolition of a home.  State funding is available to the tenant when either a paid invoice for the move or demolition of the home is submitted by the Relocation Specialist to the State Office of Manufactured Housing.  The invoice must indicate that it has already been paid and is being submitted for reimbursement.

The park will pay the invoice after the invoice has been approved by the tenant and submitted to the Relocation Specialist.  The tenant will then sign an Assignment Form to be submitted to the state that provides for the reimbursement of the upfront costs to be sent directly to the park.  If there is still money left in the amount allotted for either the move or demolition of the home, it is available to the tenant based upon receipts provided to the state that document the expenditures.

Relocation expenses that are available for reimbursement directly to the tenant include the purchase of a mobile home built in 1976 (HUD-certified home) or newer.  Funds can't be used for the purchase of a "stick" home.

Other qualifying expenses include gas purchases while looking for a new location, housing while a home is being set-up, storage units, costs of actual move (*e.g.,* moving boxes, moving help, truck etc.).  Additional expenses are "non-refundable" deposits, but do not include rent.  Also costs of security and credit checks and hooking up utilities. Receipts are submitted directly to the Office of Manufactured Housing and the reimbursement

FIRS005741

check is paid directly to the tenant. The Relocation Specialist will assist tenants with all the paperwork required by the state.

e.     **Assistance With Housing Paperwork and Site Visits:**

Assistance is also available to complete and submit apartment and low-income and affordable housing paperwork. The paperwork is available in the relocation office. A social worker is part of the relocation team and is available to assist throughout the relocation process. Assistance also includes identifying openings in mobile home parks, apartments and houses, making telephone contacts on behalf of the tenants with the apartment and mobile home park managers and helping, when needed, with transportation to the housing sites. Apartment openings will be posted on all doors of interested tenants and can be emailed as well. Lists will also be posted on the door of the relocation office, located in the park. Postings will also include openings in mobile home parks, mobile homes for sale and affordable housing options.

f.     **Hotline Available to Tenants:**

The Relocation Specialist and her staff will be on-site on a weekly basis for meetings with tenants. Hours will be posted on the office door and near the mailboxes. Tenants are encouraged to make an appointment if they need an interpreter. Office hours will include days and evenings.

**Information Updates Delivered to Tenants:**

Monthly Information Updates will be delivered to each household and also posted in the relocation office in the park. When a tenant is not home, the notices will be taped to the front door. The updates will include the hotline, and city, state and mover's contact information.

**Movers/Demolition Companies Identified:**

The Relocation Specialist has worked with a number of movers and demolition companies over the past 20 years. She has identified movers, asbestos-testing and abatement companies and a demolition company. She has their license information on file and has provided the information to the Washington State Office of Manufactured Housing. She will review bids and schedules, approve invoices with the tenant, arrange for payments to the vendors and send the invoices to the state for reimbursement. Each moving situation is unique and will be handled individually with each tenant.

**FIRS005742**

It usually takes about seven to ten days to move and set-up a mobile home after all the permitting is in place. Sometimes getting a final occupancy permit takes even more time depending on the schedule of the various inspectors (*e.g.*, electrical, tie-downs, set-up, etc.). Labor Ready and Just Like Daughters moving services are also available for those tenants with special needs to assist with downsizing, packing and moving and help finding short-term housing. These costs are reimbursable by the Washington State Office of Manufactured Housing. Tenants will also be provided with non-profit companies who will come by and pick-up surplus items.

**Relocation Assistance Schedule:**

The Relocation Specialist expects to spend approximately 10-14 hours a week working with tenants on relocations. A number of tenants in the park work during the day, so hours will also include evenings and weekends. The President of Alliance Pacific, Inc., Kerry Lynch, is serving as Relocation Specialist. She has over 20 years of successful experience working with relocating tenants from mobile home parks and apartment complexes. She has worked closely with representatives from various cities and the State Office of Manufactured Housing on these relocations. Ms. Lynch will be assisted by a social worker, and other housing specialists.

**Additional Assistance to Tenants:**

When needed, additional dumpsters will be provided on-site for the use of tenants in handling the additional debris created with downsizing, moving and tear-downs. Scheduling will be coordinated for homes that will require asbestos testing, abatement and demolition so it is the least disruptive to tenants as possible. The demolition contractor will also be required to tape off the demolition site for safety purposes. All asbestos-testing, abatement and demolitions will be provided by licensed contractors within state and local guidelines.

ATTACHMENT 1, Page 5 of 5