# EXHIBIT 31

## AMENDED APPENDIX/ATTACHMENT I
## TO RELOCATION REPORT AND PLAN
## FOR THE FIRS MOBILE HOME PARK
## Dated: May 29, 2019

The City of SeaTac (the "City") approved Fife Motel's Relocation Report and Plan on October 17, 2016 (the "RRP"). On February 5, 2019, Fife Motel (the "Park") originally submitted an Appendix I to the RRP as required by the King County Superior Court's Order dated September 19, 2018, in Cause Number 17-2-07094-7 KNT (the "Lawsuit"). The Park and its Tenants have now resolved their disputes by agreeing that the Tenants are required to vacate the Park by June 30, 2020, and that a Relocation Specialist will be made available by the Park from January 1, 2020 until June 30, 2020. The City has agreed that the Park may amend this Appendix 1 to the RRP to so reflect the agreement between the Park and its Tenants.

**In summary, the Park will take the below actions from January 1, 2020 until June 30, 2020 to reduce displacement impacts and assist the remaining tenants in the park to relocate based on the information that the tenants provided in their Mobile Home Relocation Information Sheets on November 30, 2018:**

- Designation of an experienced Relocation Specialist.

- Individual meetings with each tenant household to identify preferred areas to relocate, school, bus and shopping access.

- Availability of a 24-hour hotline, 206-550-8167 for tenants.

- Identification of tenants with special needs (seniors, disabled, health issues, limited English-speaking).

- Tenants will be provided with assistance including senior housing information, housing locations with nearby health facilities and transportation access.

- A Court-certified translator will be available on-site.

- Identification of mobile home and RV parks and available spaces within 15 miles of the park will be provided twice a month and weekly closer to the park closure date.

- Tenants will have access to an on-site computer to view available housing in the Manager's Office. Days/Hours of availability will be posted on the office door and near the mailboxes.

- A phone log will be kept of contacts with mobile home park owners/managers looking for park openings. Assistance with contacting the managers and securing applications and lease information will be provided, as needed.

- Identification of apartments, senior housing, low-income and affordable housing and other housing opportunities within 15 miles of the park will be provided to the tenants on a biweekly basis.

- Assistance with paperwork to secure housing and transportation will be provided, as needed.

- Provision of special tenant assistance which will include up-fronting the cost of demolition of each home.

- Tenants residing in recreational vehicles will be provided their last month's space rent at no cost.

- Publication and distribution to each tenant of monthly tenant information bulletins and newsletters.

### Relocation Assistance Schedule:

- The President of Alliance Pacific, Inc., Kerry Lynch, is serving as Relocation Specialist.

    o She has over 20 years of successful experience working with relocating tenants from mobile home parks and apartment complexes.

- The Relocation Specialist expects to spend approximately 10-14 hours a week working with tenants on relocations.

    o A number of tenants in the park work during the day, so hours will also include evenings and weekends.

    o The Relocation Specialist team will be on-site to provide relocation services on Fridays between 2:00-6:00 p.m., and on Saturdays from 10:00 a.m. – 5:00 p.m. If the days and times change, the Park will so notify the tenants. On Fridays, the Relocation Specialist will schedule appointments for a Saturday to meet with residents who request translation services. On Saturdays, a Court-certified translator shall be available to provide translation services to residents.

The parties agree that: (1) this Amended Appendix/Attachment I To Relocation Report And Plan For The Firs Mobile Home Park Dated May 29, 2019 shall replace the previous Appendix/Attachment I To Relocation Report And Plan For The Firs Mobile Home Park; and (2) the Revised Relocation Report And Plan For The Firs Mobile Home Park, as amended by the above Amended Appendix/Attachment I To Relocation Report And Plan For The Firs Mobile Home Park Dated May 29, 2019, shall be the approved Relocation Report and Plan pursuant to SeaTac Municipal Code Section 15.465.600 (H)(3).

Fife Motel, Inc.

*/s/ Walter Olsen*

By: Walter H. Olsen, Jr., its Attorney
Dated: 1/21/2020

City of SeaTac

*/s/ Mark Johnsen*

By: Mark Johnsen, its Attorney
Dated: 01/18/2020

Firs Homeowners Association

*/s/*

By: Vicente Omar Barraza, its Attorney
Dated: 1/17/2020

Crisanto Medina

*/s/ Christina Henry*

By: Christina Henry, his Attorney
Dated: 1/21/2020

APPENDIX/ATTACHMENT I, Page 3 of 3