# EXHIBIT 32



# City of SeaTac
## Certificate of Approval

**Action:** Mobile Home Park Relocation Plan and Appendix

**Mobile Home Park:** The Firs

**Location:** 20440 International Blvd.
SeaTac, WA 98198

**Property Owner:** Fife Motel, Inc.

**Address:** 706 S. Marine Hills Way
Federal Way, WA 98003

*The Relocation Report and Plan for The Firs Mobile Home Park, dated October 7, 2016, in conjunction with the Amended Appendix/Attachment 1 dated May 29, 2019, is found to comply with the requirements of SeaTac Municipal Code 15.465.600.H.3. This approval is valid for a period of two (2) years from the date below.*

by: _____
Community and Economic Development Director

*Date of Issue:* *January 24, 2020*