# EXHIBIT 34

BEFORE THE CITY OF SEATAC HEARING EXAMINER

| | |
|---|---|
| IN RE: APPEAL OF ADMINISTRATIVE DECISION (FIRS MOBILE HOME PARK RELOCATION PLAN). | SeaTac File No. APL16-0001<br><br>[PROPOSED] *ORC*<br>DECISION UPHOLDING THE DIRECTOR'S APPROVAL OF RELOCATION PLAN AND APPENDIX |

After review of Judge Leroy McCullough's "Findings of Fact, Conclusions of Law, and an Order to Remand for Modification Order" dated September 19, 2018 (King County Superior Court Cause No. 17-2-07094-7 KNT), the revised Appendix (dated May 29, 2019 and signed by the Parties in January, 2020), the Certificate of Approval dated January 24, 2020, the letter from the SeaTac's City Attorney's Office dated January 28, 2020, and the record in this case, the following decision is entered:

**DECISION:** The City of SeaTac Community and Economic Development Director's approval of the Firs Mobile Home Park Relocation Plan and Appendix dated January 24, 2020 is UPHELD.

DATED this __29__ day of January, 2020.

_____
Stephen K. Causseaux
City of SeaTac Hearing Examiner

Presented by:

s/ Mark S. Johnsen
_____
Mark S. Johnsen, WSBA #28194
City of SeaTac, Senior Assistant City Attorney

DECISION UPHOLDING THE DIRECTOR'S APPROVAL OF RELOCATION PLAN AND APPENDIX

CITY OF SEATAC, LEGAL DEPARTMENT
4800 South 188th Street | SeaTac, WA 98188-8605
Telephone: (206) 973-4640
Facsimile: (206) 838-7223