# EXHIBIT 1



October 28, 2016

ATTN:
Mayor of SeaTac Michael J. Siefkes
Deputy Mayor of SeaTac Pam Fernald
SeaTac City Councilmember Rick Forschler
SeaTac City Councilmember Kathryn Campbell
SeaTac City Councilmember Peter Kwon
SeaTac City Councilmember Tony Anderson
SeaTac City Councilmember Erin Sitterley


Dear SeaTac City Councilmembers, Mayor Siefkes, and Deputy Mary Fernald,

This letter is a follow-up to public comment given by the Tenants Union of Washington and by homeowners residing in the Firs Mobile Home Park at the October 25th SeaTac City Council Meeting. **We are requesting the SeaTac City Council to hold a special council meeting to address the request for an extension of the October 31st deadline to appeal the city's approval of the Mobile Home Park Relocation Plan for the Firs.** While we recognize Seatac city staff followed proper procedures by requiring the park owner to make improvements to the plan as originally presented including appropriate translations and we do understand that the appeal period is set by city statute 15.465.600, **we are deeply troubled by the following circumstances surrounding notices given to the residents:**

- The October 17th letter from Steve Pilcher (title) informing Mr. Park of the relocation plan approval and providing details of the appeal process was presumably copied to all park residents, but was never translated into Spanish, rendering the plans unreadable and inactionable by the majority of park residents.
- Mr. Park's attorney sent a letter in English and Spanish to all homeowners on October 10th which promised a copy of the relocation plan within the month, but made no mention of the right to appeal the plan's approval.
- Homeowners in the park did not receive a copy of the Relocation Plan until October 25th, a week after the approval was issued. If the October 31st deadline is upheld, they will have less than a week to appeal, rather than the 14 days provided in statute 15.465.600.

The homeowners living in the Firs Mobile Home Park are in the best position to evaluate the accuracy of the Inventory section of the plan. As the parties who will have their families uprooted, homes and community destroyed, and be adversely affected by the approval of the relocation plan, they have standing under city code to appeal the plan's approval. Therefore homeowners must be informed of their right to appeal in the language they fully understand, and with enough time to adequately exercise their right under Statute 15.465.600. **Anything less is discriminatory.**

City staff, by requiring a version of the relocation plan in Spanish, have acknowledged the necessity of communicating information to Firs homeowners in a language which is accessible to the vast majority residents. Translating information regarding relocation which amounts to a wholesale displacement of low-income, predominantly Latino families away from the city, but not information that would allow those families to engage fully in the civic process and discourse around the fate of their community, **sends a clear and troubling message about whose voices will be heard and who gets a say in the future of the city.**

Further, we were deeply saddened and troubled by the Council's rude and dismissive behavior towards the residents of the Firs at the City council meeting on Tuesday 10/25/16, and are giving you an opportunity to meet Firs residents as **human beings worthy of respect** and community members of the fair and just city you claim represent. We see this is a choice, and believe that the city has both the will and the ability to make better choices that honor all residents. Therefore, we ask that you take the following steps toward reconciliation:

1) Provide a Spanish translation of Mr. Pilcher's 10/17/16 letter to all Firs homeowners and set a new deadline to appeal 14 days from the date of that letter.

2) Make arrangements so that Spanish interpretation (provided by the city) is an option at City Council meetings and during other City business.

3) An apology to the members of the Firs community

**Please respond to this request within 48 hours of receipt of this letter.** Contact me at (206) 427-6971 or by email at monicamc@tenantsunion.org to make arrangements.

Sincerely,
Mónica Mendoza-Castrejón

South King County Organizer and Tenant Counselor
Tenants Union of Washington

Laurie D. Tran

Board Chair, Board of Directors
Tenants Union of Washington

Corey D. Snelson

Interim Executive Director
Tenants Union of Washington

**FIRS008814**