# EXHIBIT 2

| | |
|---|---|
| **From:** | Joseph Scorcio |
| **Sent:** | Sunday, October 30, 2016 2:38 PM |
| **To:** | 'Mónica Mendoza-Castrejón'; City Council |
| **Cc:** | Jeff Robinson; Steve Pilcher; Mary Mirante Bartolo; Kristina Gregg |
| **Subject:** | RE: Request for SeaTac City Council Special Council Meeting |

Ms. Mendoza-Castrejón,

The SeaTac City Council members have all received your email, and I have been asked to respond on their behalf.

The Council members do not anticipate scheduling a Special Council Meeting at this time.

As was clearly noted at the October 25th Regular City Council Meeting, the SeaTac Municipal Code establishes the specific procedures for the City's review of any proposed mobile home park closures, including the ability to file an appeal of the administrative decision approving a proposed closure plan. The City Hearing Examiner would hear any appeal.

The City Council does not have a role in this administrative decision, nor in the appeal. Neither the City Council, City Manager, CED Director nor staff may extend the appeal period as established in the Municipal Code.

As you acknowledge, notice of the administrative decision has been provided, and a notice of appeal (with appeal fee) may be filed until 5:00 PM tomorrow (Monday, October 31st).

If a notice of appeal is filed tomorrow, the appellant(s) shall have twenty one (21) additional days (until November 21st) to submit any supplemental written reports, arguments, or briefs for the Hearing Examiner to consider. In addition, upon filing of an appeal, the City's approval of the proposed closure plan shall automatically be stayed until the appeal is resolved.

Should an appeal be properly and timely filed, we will continue to work with the appellants, residents and the property owner in accordance with the provisions of Municipal Code.

Thank you in advance for your understanding of our respective roles, rights and authorities in this matter.

Joseph Scorcio, AICP
Acting City Manager
City of SeaTac
4800 South 188th Street
SeaTac, WA 98188-8605
206-973-4831
Jscorcio@ci.seatac.wa.us

**From:** Mónica Mendoza-Castrejón [mailto:monicamc@tenantsunion.org]
**Sent:** Friday, October 28, 2016 2:06 PM
**To:** City Council; Rick Forschler; Kathryn Campbell; Peter Kwon; Tony Anderson; Mike Siefkes; Pam Fernald; Erin Sitterley
**Subject:** Re: Request for SeaTac City Council Special Council Meeting

1

Dear SeaTac City Councilmembers, Mayor Siefkes, and Deputy Mary Fernald,

I hope you all are having a wonderful end to the week. This letter is a follow-up to public comment given by the Tenants Union of Washington and by homeowners residing in the Firs Mobile Home Park at the October 25th SeaTac City Council Meeting. **We are requesting the SeaTac City Council to hold a special council meeting to address the request for an extension of the October 31st deadline to appeal the city's approval of the Mobile Home Park Relocation Plan for the Firs.**

Attached, is the letter. **Please respond to this request within 48 hours of receipt of this letter**. Contact me at (206) 427-6971 or by email at monicamc@tenantsunion.org to make arrangements.

Sincerely,

On Fri, Oct 28, 2016 at 2:04 PM, Mónica Mendoza-Castrejón <monicamc@tenantsunion.org> wrote:

Dear SeaTac City Councilmembers, Mayor Siefkes, and Deputy Mary Fernald,

I hope you all are having a wonderful end to the week. This letter is a follow-up to public comment given by the Tenants Union of Washington and by homeowners residing in the Firs Mobile Home Park at the October 25th SeaTac City Council Meeting. **We are requesting the SeaTac City Council to hold a special council meeting to address the request for an extension of the October 31st deadline to appeal the city's approval of the Mobile Home Park Relocation Plan for the Firs.**

Attached, is the letter. **Please respond to this request within 48 hours of receipt of this letter**. Contact me at (206) 427-6971 or by email at monicamc@tenantsunion.org to make arrangements.

Sincerely,

--
**Mónica Mendoza-Castrejón**
South King County Organizer and Tenant Counselor
Tenants Union of Washington State
5425 Rainier Ave. S. Suite B
Seattle, WA 98118
(206) 427-6971
*To learn more about your rights, and join YOUR Tenants Union visit* www.tenantsunion.org

*"Change will not come if we wait for some other person or some other time. We are the ones we've been waiting for. We are the change that we seek."*
*- President Barack Obama*

--

**Mónica Mendoza-Castrejón**
South King County Organizer and Tenant Counselor
Tenants Union of Washington State
5425 Rainier Ave. S. Suite B
Seattle, WA 98118
(206) 427-6971
*To learn more about your rights, and join YOUR Tenants Union
visit* www.tenantsunion.org

*"Change will not come if we wait for some other person or some other time. We are the ones we've been waiting for. We are the change that we seek."*
*- President Barack Obama*

3