# EXHIBIT 3



4800 South 188th Street
SeaTac, WA 98188-8605

City Hall: 206.973.4800
Fax: 206.973.4809
TDD: 206.973.4808

Sent via Email

October 31, 2016

Senator Karen Keiser
Representative Mia Gregerson
Representative Tina Orwell
Washington State Legislature, 33rd District

Honorable delegation members,

Recent activities surrounding the proposed closure of the Firs Mobile Home Park in SeaTac has further highlighted the need for additional assistance for both owners and residents of mobile home parks. The City of SeaTac is bound by the provisions of state law, and as such, we have few options to help members of our community who may be more vulnerable during such closures. So, the City is strongly requesting our state legislative delegation to carry forward additional provisions during this upcoming session, and to strengthen state law.

The SeaTac City Council is currently finalizing its 2017 Legislative Agenda, which contains the following statement and goal. It is the Council's intent to request and support action by the Washington State Legislature, as follows:

> *SeaTac supports increased funding to ensure adequate relocation assistance for displaced residents of redeveloped mobile home parks and legislation that provides greater rights to mobile home park residents.*

Since the final closure of the Firs Mobile Home Park cannot occur until sometime in late 2017, this is the time for the Legislature to enact measures that could help. If the state feels there is a substantial public interest in preserving mobile home parks and protecting residents in parks that do face closure, it can provide additional funding to achieve that end.

Mayor
Michael J. Siefkes

Deputy Mayor
Pam Fernald

Councilmembers
Rick Forschler
Kathryn Campbell
Peter Kwon
Tony Anderson
Erin Sitterley

Acting City Manager
Joseph Scorcio

City Attorney
Mary Mirante Bartolo

City Clerk
Kristina Gregg

Thank you for your consideration and support of SeaTac's efforts.

Sincerely,

Joseph Scorcio, AICP
Acting City Manager

C:  SeaTac City Council
    King County Councilmember Dave Upthegrove
    Firs Mobile Home Park Owner
    Firs Mobile Home Park Residents

**FIRS008805**