The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Firs Home Owners Association,<br><br>    Plaintiff,<br><br>v.<br><br>City of SeaTac, a Municipal Corporation,<br><br>    Defendant. | NO. 2:19-cv-01130-RSL<br><br>DECLARATION OF JONG PARK |

Pursuant to 28 U.S.C. § 1746, I, JONG PARK, state and declare under penalty of perjury as follows:

  1.  I am the president of Fife Motel, Inc. ("Fife Motel"). This declaration is based on my own personal knowledge.

  2.  Fife Motel owns property at 20440 International Boulevard in SeaTac, Washington, commonly known as the Firs Mobile Home Park. In early 2016, Fife Motel began the process of closing the Firs Mobile Home Park in order to convert the property to other commercial uses.

  3.  Starting in 2016 and through early 2018, I had some discussions with people purporting to represent residents of the Firs Mobile Home Park about whether Fife Motel

DECLARATION OF JONG PARK –
NO. 2:19-cv-01130-RSL - 1

might be willing to sell the property. I recall some discussion about a $6 million dollar offer, but I never received a formal written offer from anyone to purchase the property.

4. Discussions about selling the Firs Mobile Home Park property did not go anywhere because the property was not for sale and it was never the intention of Fife Motel to sell the property. In any event, the property was worth far more than $6 million.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

DATED THIS 24th day of February, 2021, at SeaTac, Washington.

_____
JONG PARK

DECLARATION OF JONG PARK –
NO. 2:19-cv-01130-RSL - 2

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| V. Omar Barraza | omar@barrazalaw.com |
| Christina L. Henry | chenry@hdm-legal.com |
| Mary E. Mirante Bartolo | mmbartolo@seatacwa.gov |
| Mark S. Johnsen | mjohnsen@seatacwa.gov |
| Brendan W. Donckers | bdonckers@bjtlegal.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/ QUINN N. PLANT
WSBA #31339
Menke Jackson Beyer, LLP
*Attorneys for Defendant*
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: qplant@mjbe.com

DECLARATION OF JONG PARK –
NO. 2:19-cv-01130-RSL - 3

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351