THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FIRS HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATAC,<br><br>Defendant. | No. C19-1130RSL<br><br>DECLARATION OF BRENDAN W. DONCKERS IN CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY OF CHERYL L. MARKHAM AND TIM TROHIMOVICH |

Brendan W. Donckers states:

I am counsel for Plaintiff Firs Homeowners Association. I am over the age of 21, have personal knowledge of the facts stated herein and am competent to testify to these facts.

1. Attached as **Exhibit 1** is a true and correct copy of the December 8, 2020 Expert Report of Cheryl L. Markham.

2. Attached as **Exhibit 2** is a true and correct copy of the December 9, 2020 Expert Report of Tim Trohimovich, AICP.

3. SeaTac chose not to depose Cheryl L. Markham or Tim Trohimovich, AICP.

4. Attached as **Exhibit 3** is a true and correct copy of the October 8, 2020 Deposition of Erin Sitterley at page 14.

DECLARATION OF BRENDAN W. DONCKERS IN CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY OF CHERYL L. MARKHAM AND TIM TROHIMOVICH - 1
(No. C19-1130RSL)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

5.   Attached as **Exhibit 4** is a true and correct copy of the July 23, 2020 Deposition of Kathryn Campbell at page 10.

6.   Attached as **Exhibit 5** is a true and correct copy of the September 9, 2020 Deposition of Pamela Fernald at pages 28 – 29.

7.   Attached as **Exhibit 6** is a true and correct copy of the Curriculum Vitae of Tim Trohimovich, AICP.

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 15th day of March, 2021, at Seattle, Washington.

*s/Brendan W. Donckers*
Brendan W. Donckers, WSBA #39406

DECLARATION OF BRENDAN W. DONCKERS IN CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY OF CHERYL L. MARKHAM AND TIM TROHIMOVICH - 2
(No. C19-1130RSL)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660