UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FIRS HOMEOWNERS ASSOCIATION,<br><br>                 Plaintiff,<br><br>    v.<br><br>CITY OF SEATAC,<br><br>                 Defendant. | No. C19-1130RSL<br><br>STIPULATED MOTION AND ORDER FOR RELIEF OF DISPOSITIVE MOTION DEADLINE |

Plaintiff Firs Homeowners Association ("Plaintiff") hereby moves on a stipulated basis for relief from the Court's August 18, 2020 Amended Order setting March 9, 2021 as the deadline for filing dispositive motions with a noting date of no later than the fourth Friday thereafter. The parties request that the Court allow SeaTac to re-note its Motion for Summary Judgment for consideration to April 23, 2021. Additionally, the parties request that the deadline for the Plaintiff to file a response to the City's Motion for Summary Judgment be set to April 19, 2021, and the deadline for the City's reply be set to April 23, 2021.

Defendant City of SeaTac stipulates to this Motion because the Plaintiff has requested additional time to file its response to the City's Motion due to a medical emergency involving one the Plaintiff's attorneys.

//

IT IS SO STIPULATED AND AGREED this 17th day of March, 2021.

| | |
|---|---|
| MENKE JACKSON BEYER, LLP | BRESKIN JOHNSON TOWNSEND, PLLC |
| By: *s/ Quinn N. Plant*<br>Quinn N. Plant, WSBA #31339<br>807 North 39th Avenue<br>Yakima, WA 98902<br>Tel: (509) 575-0313<br>qplant@mjbe.com | By: *s/ Brendan W. Donckers*<br>Brendan W. Donckers, WSBA #39406<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>Tel: (206) 652-8660<br>bdonckers@bjtlegal.com |
| *Attorneys for Defendant* | BARRAZA LAW, PLLC |
| | By: *s/ Omar Barraza*<br>Omar Barraza, WSBA #43589<br>10728 16th Ave SW<br>Seattle, WA 98146<br>Tel: (206) 933-7861<br>omar@barrazalaw.com |
| | HENRY & DEGRAAFF, P.S. |
| | By: *s/ Christina L. Henry*<br>Christina L. Henry, WSBA #31273<br>787 Maynard Avenue South<br>Seattle, WA 98104<br>Tel: (206) 330-0595<br>chenry@hdm-legal.com |
| | *Attorneys for Plaintiffs* |

**ORDER**

Having reviewed the stipulated motion, the Court hereby enters an order for relief from the March 9, 2021 dispositive motion deadline and allows SeaTac to re-note its currently scheduled Motion for Summary Judgment for consideration to April 23, 2021.  The deadline for the Plaintiff to a file a response to the City's re-noted Motion for Summary Judgment is April 19, 2021, and the deadline for the City's reply is April 23, 2021.

Dated this 18th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge