The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Firs Home Owners Association,<br><br>  Plaintiff,<br><br>v.<br><br>City of SeaTac, a Municipal Corporation,<br><br>  Defendant. | NO. 2:19-cv-01130-RSL<br><br>DECLARATION OF QUINN N. PLANT IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM CASE SCHEDULE DEADLINES AND TO AMEND COMPLAINT, DISPOSITIVE MOTION DEADLINE AND THE TRIAL DATE |

Pursuant to 28 U.S.C. § 1746, I, QUINN N. PLANT, state and declare under penalty of perjury as follows:

1. I am an attorney of record for the defendant in the above-captioned lawsuit. This declaration is based on my own personal knowledge.

2. The Court issued a scheduling order on September 30, 2019. (Dkt. #20). The scheduling order established a deadline for amending pleadings on June 10, 2020, and a deadline to complete discovery of August 9, 2020.

DECLARATION OF QUINN N. PLANT
IN OPPOSITION TO PLAINTIFF'S MOTION FOR
RELIEF FROM CASE SCHEDULE DEADLINES AND
TO AMEND COMPLAINT, DISPOSITIVE MOTION
DEADLINE AND THE TRIAL DATE – 1
NO. 2:19-cv-01130-RSL

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

3. The parties have been engaged in discovery since 2019. The City served a first set of discovery on the plaintiff ("HOA") in September 2019. The HOA served a first set of discovery on City in December 2019. The City produced more than 22,000 pages of records to the HOA in response to the first set of discovery in January 2020.

4. The City conducted all of its depositions in this lawsuit prior to the August 9, 2020, deadline to complete discovery. These included a deposition of the HOA pursuant to Fed. R. Civ. P. 30(b)(6) on July 21, 2020.

5. After the deadline to amend pleadings had passed, the HOA moved to continue the trial date and the discovery deadline. (Dkt. #63). The HOA did not move for relief from the June 10, 2020, deadline to amend pleadings. (*Id.*). The Court granted this motion on August 18, 2020. (Dkt. #68). Under the amended scheduling order, the parties were required to complete discovery by February 9, 2021. (*Id.*).

6. In September 2020, the HOA served a second set of discovery on the City. The discovery includes requests that the City produce all communications (including emails) sent to or from Councilmember Pam Fernald for a two year period, and sent to or from former Councilmembers Mike Seifkes or Rick Forschler for a four year period. The City responded to these request in the following installments:

- October 21, 2020:   489 pages
- October 30, 2020:   19,499 pages
- November 12, 2020:   6,851 pages
- November 25, 2020:   8,230 pages
- December 14, 2020:   15,472 pages
- December 22, 2020:   3,466 pages

DECLARATION OF QUINN N. PLANT
IN OPPOSITION TO PLAINTIFF'S MOTION FOR
RELIEF FROM CASE SCHEDULE DEADLINES AND
TO AMEND COMPLAINT, DISPOSITIVE MOTION
DEADLINE AND THE TRIAL DATE – 2
NO. 2:19-cv-01130-RSL

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

- December 23, 2020:   1,697 pages

7. On January 8, 2021, the HOA sent a notice that the HOA intended to conduct a deposition of the City pursuant to Fed. R. Civ. P. 30(b)(6) on January 25, 2021. A true and correct copy of the transmittal email and notice is attached hereto at Exhibit A. Due to the scope of the topics set forth in the notice, the city requested additional time to prepare for the deposition. The deposition occurred on February 5, 2021.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

DATED THIS 22nd day of March, 2021, at Yakima, Washington.

/s/ Quinn N. Plant
QUINN N. PLANT

DECLARATION OF QUINN N. PLANT
IN OPPOSITION TO PLAINTIFF'S MOTION FOR
RELIEF FROM CASE SCHEDULE DEADLINES AND
TO AMEND COMPLAINT, DISPOSITIVE MOTION
DEADLINE AND THE TRIAL DATE – 3
NO. 2:19-cv-01130-RSL

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| V. Omar Barraza | omar@barrazalaw.com |
| Christina L. Henry | chenry@hdm-legal.com |
| Mary E. Mirante Bartolo | mmbartolo@seatacwa.gov |
| Mark S. Johnsen | mjohnsen@seatacwa.gov |
| Seann Mumford | smumford@mjbe.com |
| Brendan W. Donckers | bdonckers@bjtlegal.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/ QUINN N. PLANT
WSBA #31339
Menke Jackson Beyer, LLP
*Attorneys for Defendant*
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: qplant@mjbe.com

DECLARATION OF QUINN N. PLANT IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM CASE SCHEDULE DEADLINES AND TO AMEND COMPLAINT, DISPOSITIVE MOTION DEADLINE AND THE TRIAL DATE – 4
NO. 2:19-cv-01130-RSL

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351