# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRS HOME OWNERS ASSOCIATION,<br><br>                      Plaintiff,<br><br>v.<br><br>CITY OF SEATAC,<br><br>                      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:19-cv-01130-RSL |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

As set forth in the Court's Order of July 8, 2022, Judgment is entered in favor of Defendant City of Seatac, against Plaintiff Firs Home Owners Association.

DATED this 11th day of July, 2022.

                                            RAVI SUBRAMANIAN,
                                            Clerk of the Court

                                            By:   */s/ Victoria Ericksen*
                                                        Deputy Clerk